UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL G. KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01357 (EGS) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | |
| Health and Human Services, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Drake Cutini as counsel for the defendants, Michael O.

Leavitt, Secretary of Health and Human Services, and Andrew C. VonEschenbach, M.D., Acting

Commissioner of Food and Drugs, in the above-captioned action.

Of Counsel:

DANIEL MERON
General Counsel

SHELDON T. BRADSHAW
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

SHOSHANA HUTCHINSON
Assistant Chief Counsel, Litigation
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
301-827-8579

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

EUGENE M. THIROLF
Director

DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:  202-307-0044
Fax:  202-514-8742
drake.cutini@usdoj.gov

October 13, 2006