UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL G. KING, *et al.*,           )<br>                                   )<br>            Plaintiffs,             )<br>                                   )<br>      v.                           )<br>                                   )<br> MICHAEL O. LEAVITT, Secretary,    )<br>  Health and Human Services, *et. al.*, )<br>                                   )<br>            Defendants.            )<br>                                   ) | Civil Action No. 06-01357 (EGS) |

**ORDER**

Upon consideration of defendants' motion to dismiss and the opposition thereto, it is hereby

ORDERED that defendants' motion is granted, and the complaint is dismissed with prejudice.


Date: _____


                                    _____
                                    UNITED STATES DISTRICT JUDGE