# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAUL G. KING, et al,

|  |  |
|---|---|
|  | **CASE NO. 1:06CV01357** |
|  | JUDGE EMMET G. SULLIVAN |

Plaintiffs,

vs.

MICHAEL O. LEAVITT, et al,

Defendants.

## ORDER

Upon consideration of the motion to dismiss filed herein and the opposition filed thereto, and any oral arguments had thereon, it is hereby,

ORDERED that the defendants' motion is DENIED.

DATE: _____

_____
UNITED STATES DISTRICT JUDGE