# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAUL G. KING, et al,

                Plaintiffs,

vs.

MICHAEL O. LEAVITT, et al,

                Defendants.

**CASE NO. 1:06CV01357**
JUDGE EMMET G. SULLIVAN

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Come now the Plaintiffs, by counsel, and respectfully seek leave of Court to amend the Complaint filed herein. Attached hereto is a proposed amended complaint along with the attachments thereto.

                Respectfully submitted,

                s/ *Clifford J. Shoemaker*
                Clifford J. Shoemaker, Esquire
                Shoemaker & Associates
                9711 Meadowlark Road
                Vienna, VA 22182
                (703) 281-6395
                Fax: (703) 281-5807

### CERTIFICATE OF SERVICE

I hereby certify that I caused this Opposition to Motion to Dismiss, Memorandum in Support, and proposed Order to be electronically filed this 25th day of October, 2006.

                s/ *Clifford J. Shoemaker*
                Clifford J. Shoemaker