# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL G. KING, et al,<br><br>      Plaintiffs,<br><br>  vs.<br><br>MICHAEL O. LEAVITT, et al,<br><br>      Defendants. | **CASE NO. 1:06CV01357**<br>JUDGE EMMET G. SULLIVAN |

## ORDER

Upon consideration of the plaintiffs' motion for leave to amend the complaint filed herein and any opposition thereto, it is hereby,

ORDERED that the plaintiffs' motion is GRANTED.

DATE: _____

                _____
                UNITED STATES DISTRICT JUDGE

2