July 30, 2004

Tommy Thompson                          Lester M. Crawford, DVM, PhD,
Secretary                               Acting Commissioner
Department of Health and Human Services Food and Drug Administration
200 Independence Avenue, SW             5600 Fishers Lane
Washington, DC 20201                    Rockville, MD 20857

Filed At:
    Dockets Management Branch
    Food and Drug Administration
    Department of Health and Human Services
    5630 Fishers Lane
    Room 1061
    Rockville, MD 20852

Dear Secretary Thompson and Acting Commissioner Crawford:

We the undersigned [collectively, representatives for the Coalition for Mercury-free Drugs] hereby petition the United States Department of Health and Human Services (HHS) and the HHS' Food and Drug Administration (FDA), pursuant to the United States Constitution, the Public Health and Welfare (codified in Title 42 of the United States Code [**42 U.S.C.**]) at, but not limited to, **42 U.S.C. Section 262(a)(2)(A)**, **42 U.S.C. Section 262(d)(1), 42 U.S.C. 262(j)** and **42 U.S.C. Section 300aa-10 et seq.** [added by the National Childhood Vaccine Injury Act {1988 & 1998 Supp}]), the Federal Food, Drug, and Cosmetic Act (FDC Act, codified in Chapter 9 of Title 21 of the United States Code [**21 U.S.C. Chapter 9**]) at, but not limited to, **21 U.S.C. Section 351(a)(2)(B)** and **21 U.S.C. Section 355(e)(3)**, and Title 21 of the Code of Federal Regulations (**21 C.F.R.**) including, but not limited to, **21 C.F.R. Section 10.30**, requesting the Secretary of Health and Human Services or the Commissioner of Food and Drugs, as appropriate, to:

1.  IMMEDIATELY issue an order barring the administering of any disease-preventive Thimerosal-containing vaccine, or other such mercury-containing pharmaceutical product, that contains more than "trace" (more than 0.5 micrograms per dose) levels of Thimerosal to pregnant women and children under the age of 36 months[1,2], on the grounds that higher levels are _now_ a **_proven_** health hazard to "susceptible" fetuses, newborns and young children,

2.  Suspend the approval or licensing of any FDA-regulated product that contains Thimerosal or any other mercury-based compounds as a preservative, or adjuvant, in the final formulation unless the total level of said compounds is **_not more than_** 0.5 micrograms of mercury per dose for vaccines and similar biological products or, _for other pharmaceutical products administered more frequently_, not more than 0.5 micrograms of mercury per day, on the grounds that so doing will reduce the risks of adverse reactions in susceptible children under the authority conferred upon you by the National Childhood Vaccine Injury Act of 1986, **42 U.S.C. Section 300aa-10 et seq.**, under **42 U.S.C. Section 300aa-27(a)(2)** for vaccines and, _for other drugs_, the general "public safety" authority granted in the Federal Food, Drug, and Cosmetic Act (**21 U.S.C. Chapter 9**),



3. Issue a

contain

a. All

susc

b. Ther

conf

direc

UNITED ST

CITIZEN PETI

WITH RESPEC

PRODUCTS, C

IN ORDER TO

we requ

level of

products

2. Until th

a. Purs

set f

recal

cont

per

batie

bear

comp

b. For

D. Longer

compon

the pres

individu

The com

FDA-sponsored

of its potential

of Thimerosal,

In 1982, a

neurotoxic com

ascertain, to es

In spite of

**In contra**

❖ **Scientif**

and its r

**in-a-mil**

eliminated from

Today, in

drug

not b

the Food and

In Decem

Based on

"Laboratory ex

strain of group

manufacturer's

For example

administiritimbs…"

present in blood

cross the blood

administration o

Additiona

and results in ap

"Thimerosal (so

a. Recent Com

and other Thimer

Thimerosal. [N

... Thimerosal

epidemic in all

the switch rega

infant exposure

of institutional

genetic

Preventi

research

between

the disc

b.  "Con

condition

that exp

Nonethele

general.

- the cum
- the cum

that we have i

to do that unti

asking people

Dr. Bernier (b

infants up to

Dr. Johnston

exposure."

that again or

going down

Dr. Clements

defending any

the data that i

wrote a letter to

2000 closed-do

On Octob

Furthermore,

until he left o

facing liabilit

to disclose th

employee of t

In June 2000,

representative

meeting that

(summary for

demonstrates

with higher e

argues agains

found betwee

The final ver

Additiona

- *Initially*

inpatien

reportin

Thimerosal-con

et al.,[14] clearly

government mo

In stark c

systems

that rapidly "di

Thiomersal), a

having the tra

The follow

In 1980, E

subjects.''

globulin prepa

merthiolate sh

**"Thiomersal is**

**ethyl mercury**

questioned, and

**In 2001, v**

The asser

levels of Thime

to:

**a)** infuse ir

In 1977, E

MMD and EMC

[ethyl-mercury-

occurring lesio

As early a

"Neurotoxicity

8.0 mg Hg/kg r

or 10 days af

"Therefore, the

neurite growth

Pedal A (PeA)

for 24 h in 2 m

solution (2 µl)

The most

Services found:

a. "Betwee

634 perc

# Additiona

# Environmental

# Proposition 65,

# and Thimerosal

a. The me

and are being, i

children are me

Growing

with Thimerosa

mercury arising

growth in the n

Similarly,

*Within the*

the mildly, mod

0.79, 0.46, and

Among th

- Exponen
- Decreas
- Reduced
- Growth

"We have stud

genetically susc

1.25-40 mg thi

KDa protein fib

two biggest do

Until and

demonstrated to

levels (i.e., 25

products), thes

injectables in a

substantive que

As the S

810-11 (S.D. O

[constitutional]

protecting them

pregnant wome

are, in effect, r

be safe (with an

ingredients, inc

injection

. . ." Th

deprivat

citizen

the guis

suscepti

b. Their po

vaccine-

a. The inc

going use of the

We do no

the Pha

through

for the

c. Expose

manufacture of

mercury-contai

levels of mercu

Based on

views on which

that, to the best

The under

Robert C. Weed
**CoMeD**, Repre
412 Ponte Vedr
Ponte Vedra Be
904-285-6968

# Endnotes:

---

1 The control level
by the California S
"Section1. Article
Code, to read:

124172. On and
with a m
microgr

"(m)" Recall clas

8 The recall classes a

National Institutes

in F344 Rats and

Geneva, Switzerla

Organization. Inor

EPA-453/R-93-02

Environmental Pro

Profile for Mercu

reflexes were note

diluent contains
adjuvant shall n
or potency of th
exceed:
(1) 0.85 millig
(2) 1.14 millig
(3) 1.25 millig
necessary f
and Resear
As of June 2004,

---

36 A copy of the prin
**02/29/00"** docume
directory (its label

37 Congressman Dr.

38 Specifically, the fo
**1.** Paul Stehr-Gre
Containing Vac
pages 101-106 (
**2.** Anders Hviid, M

53 Laszlo Magos, A. …
methylmercury." A…
54 California Departm…
Changes in the Ca…
55 The California OE…
FOR CLARIFICA…
CHEMICALS KN…
56 AUTISM A.L.A.R…
through http://ww…