B

Case 1:06-cv-01357-EGS   Document 5-5   Filed 10/26/2006   Page 1 of 3

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                Public Health Service



FEB 4

Food and Drug Administration
Center for Biologics Evaluation and Research
1401 Rockville Pike
Rockville MD 20852-1448

Paul G. King, PhD
Founder
Coalition for Mercury-free Drugs
33A Hoffman Avenue
Lake Hiawatha, NJ 07034-1922

Re:   Docket Number 2004P-0349/CP1

Dear Dr. King:

I am writing to inform you that the Food and Drug Administration (FDA) has not yet completed its response to the issues raised in your citizen petition submitted on July 30, 2004, and filed with the Division of Dockets Management on August 4, 2004. In your petition, you raise safety issues related to the administration of FDA-regulated products that contain Thimerosal or other mercury-based compounds, and ask that FDA take a variety of actions to address these issues.

At this time, we are continuing to work on our response to your petition. Because of the numerous requests and complex issues raised, we have not been able to complete our final response at this time. This interim response is provided in accordance with FDA regulations on citizen petitions (21 *Code of Federal Regulations* 10.30(e)(2)). We will respond to your petition as soon as we have reached a decision on your requests.

Sincerely yours,

Jesse L. Goodman, M.D., M.P.H.
Director
Center for Biologics Evaluation and Research

cc:   Division of Dockets Management
      (HFA-305)


2004P-0349                                                                      LET 1

Page 2 - Coalition for Mercury-free Drugs

Mark R. Geier, MD, PhD, FABMG, President
The Genetic Centers of America
14 Redgate Court
Silver Spring, MD 20905

David A Geier, BA, President
MedCon, Inc.
14 Redgate Court
Silver Spring, MD 20905

Brian S. Hooker, PhD., P.E.
Marcia C. Hooker
503 Young Place
Kennewick, WA 99336

Robert C. Weed
Leslie H. Weed
412 Ponte Vedra Blvd
Ponte Vedra Beach, FL 32082

R. Michael Manning
Bobbie L. Manning
1 Kate Land Court
Getzville, NY 14068

Seth Sykes, PhD
Rev. Lisa Karen Sykes
3604 Milbrier Place
Richmond, VA 23233

James R. Davis
Kelli Ann Davis
748 Three Wood Drive
Fayetteville, NC 28312