C

# CoMeD

**Coalition for Mercury-free Drugs**
NJ Representative
33A Hoffman Avenue
Lake Hiawatha, NJ 07034-1922

Wednesday, 23 February 2005

Jesse L. Goodman, M.D., M.P.H.
Director
Center for Biologics Evaluation and Research
Food and Drug Administration
1401 Rockville Pike
Rockville, MD 20852-1448


Re: Your 4 February 2005 response to Docket Number 2004P-0349/CP1

Dear Dr. Goodman:

Thank you for responding, *in accordance with the FDA regulations on citizen petitions (21 Code of Federal Regulations 10.30(e)(2))*, to **CoMeD**'s citizen petition, *dated July 30, 2004*, which was submitted to and filed with Division of Dockets Management on Wednesday, August 4, 2004.

Thank you also for informing us that CBER is "continuing to work on" the Agency's response to our petition.

However, we disagree with your assessment that we made "numerous requests" or raised "complex issues."

Factually, we only raised a few (four) issues that can be simply characterized as follows:

1. Immediately bar the administration of Thimerosal-preserved vaccines to pregnant women and children under the age of 36 months (under the statutory mandate to do so that is clearly set forth in 42 *United States Code* (U.S.C.) Section 300aa-27).

2. Suspend the approval or licensing of any FDA-regulated product that contains Thimerosal or any other mercury-based compound as a preservative, or adjuvant, in the final formulation under 42 U.S.C. Section 300aa-27(a)(2) for vaccines and the general "public safety" authority granted in the Federal Food, Drug, and Cosmetic Act (21 U.S.C. Chapter 9) for drugs other than vaccines.

3. Issue a Class I or, failing that, a Class II recall of all batches of multi-dose vaccines that contain a Thimerosal preservative level of more than 0.001 % because, *as repeatedly admitted by senior CBER personnel in Congressional testimony*, the required scientifically sound and appropriate chronic safety studies to prove that such vaccines are safe were not conducted as the laws governing such drugs require.

4. To protect public health and safety, issue orders banning vaccines and other drugs containing more than trace levels of mercury (in any form), because, *as repeatedly admitted by senior CBER personnel in Congressional testimony*, the required scientifically sound and appropriate clinical studies to prove that such are safe have apparently not been conducted as the laws governing drugs require.

Of these general issues, only Issues "3" and "4" and the concerns for drugs that are not vaccines broached in Issue "2" raise questions that could conceivably be characterized as "complex issues."

The vaccine matters, raised in Issues "1" and "2," are straightforward statutory compliance issues because 42 U.S.C. Sec. 300aa-27. Mandate for safer childhood vaccines clearly states (bolding added for emphasis):

2004P-0349                                                                LET 2

# CoMeD
Coalition for Mercury-free Drugs

"(a) ...the Secretary shall –
  (1) promote the development of childhood vaccines that result in fewer and less serious adverse reactions than those vaccines on the market on December 22, 1987, and promote the refinement of such vaccines, and
  (2) make or assure improvements in, and otherwise use the authorities of the Secretary with respect to, the licensing, manufacturing, processing, testing, labeling, warning, use instructions, distribution, storage, administration, field surveillance, adverse reaction reporting, and recall of reactogenic lots or batches, of vaccines, and research on vaccines, in order to reduce the risks of adverse reactions to vaccines. ..."

Therefore, *considering that the actions requested for Issues "1" and "2" simply request the Agency to comply with a clear statutory mandate that is plainly set forth in 42 U.S.C. Section 300aa-27 for vaccines and the fact that the Secretary clearly has the authority to suspend and revoke the license for a vaccine*, we are at a loss to find that your "interim" response apparently indicates a knowing decision by the Agency to disregard a clear statutory mandate for reducing "the risks of adverse reactions to vaccines."

Given the revelation on Tuesday, 8 February 2005 on the front page of the Los Angeles Times that Merck was aware of the problem with the mercury level in vaccines in 1991, the Agency's apparent knowing failure to address Issues "1" and "2" for vaccines in the manner requested is even more puzzling.

In addition, it seems that, *for these two issues*, the Secretary of the Department of Health and Human Services and the Acting Commissioner of the Food and Drug Administration are knowingly holding themselves above the statutory mandates set forth in 42 U.S.C. Section 300aa-27 because the adverse reactions documented for Thimerosal-preserved vaccines are significantly higher than the adverse reactions for the *corresponding* trace-Thimerosal vaccines.

Hopefully, *given the recent revelations of Merck's awareness in 1991 of the hazard posed by the organic mercury in vaccines and the Agency's admissions that the requisite acute, short-term and, most important, long-term scientific studies to prove that the inclusion of neurotoxic mercury compounds (that are known to be converted into mercury species that both accumulate in the human brain and have been proven to be toxic to the brain), have not been conducted*, the Agency will act rapidly as the petition requests for vaccines and, shortly thereafter, for those other drugs that contain added mercury.

We are only seeking to have the Agency to fulfill its obligations to protect the public health.

Should the Agency fail to so act within the next 90 days, we would call upon the Justice Department to

1. Take legal action, *at the highest level*, against those individuals in the federal government who are most responsible for the apparent knowing failure to act in accordance with the cited statute for vaccines (42 U.S.C. Section 300aa-27), and

2. Consider taking action, at the highest level, against those individuals in the federal government who are most responsible for the apparent knowing failure to require the manufacturers of drugs that contain mercury at any level to prove that the inclusion of the mercury in the drug was safe, using the rubric that the level of the mercury species present was no less toxicologically safe, and caused no additional, more frequent, or more severe adverse reactions, than the same formulation without the mercury species present.

Respectfully yours

*Paul King* 23 Feb 2005
Paul G. King, PhD, *Founder*
Facilities Automation Management Engineering
(FAME) Systems and CoMeD, Representative
from the State of New Jersey

# CoMeD
Coalition for Mercury-free Drugs

cc: Alberto R. Gonzales  (via Express Mail)
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Tel.: 202-353-1555

    Glenn Fine,
    Inspector General
    Department of Justice
    950 Pennsylvania Avenue, N.W.
    Suite 4322
    Washington, DC 20530
    Tel.: 202-514-3435

Michael O. Leavitt  (via Express Mail)
Secretary of Health and Human Services
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201
Tel.:202-619-0257 & 877-696-6775

    Michael E. Little
    Deputy Inspector General for Investigations
    Office of the Inspector General
    Department of Health and Human Services
    330 Independence Ave., SW
    Room 5250 Cohen Building
    Washington, DC 20201
    Tel.: 202 619-0257 & 877-696-6775

Lester M. Crawford, DVM, PhD,  (via Express Mail)
Acting Commissioner
Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857
Tel.: 301-827-2410

Ms. Jennie Butler  (via Express Mail)
Director
Division of Dockets Management
Office of Management Programs
Food and Drug Administration (HFA-305)
Room 1061
5630 Fishers Lane
Rockville MD 20852
Tel.: 301-827-6880

Senator Charles "Chuck" Grassley
US Senator for the State Of Iowa
United States of America
135 Hart Senate Building
Washington, DC 20510-1501
Tel.: 202.224.3744

*[signature] Paul [...]*
*23 Feb 2005*

3

# CoMeD

Coalition for Mercury-free Drugs

Senator Max Baucus
US Senator for the State of Montana
United States of America
511 Hart Senate Office Building
Washington, D.C. 20510
Tel.: 202-224-2651

Senator Tom Harkin
US Senator for the State Of Iowa
United States of America
731 Hart Senate Office Building
Washington, DC 20510
Tel.: 202-224-3254

Representative Dan Burton
US Congressman (IN 5th District)
United States of America
2185 ~~2347~~ Rayburn House Office Building  /PK/
Washington, D.C. 20515
Tel.: 202-225-3671

Representative Dave Weldon
US Congressman (FL 15th District)
United States of America
2347 Rayburn House Office Building
Washington, D.C. 20515
Tel.: 202-225-3671

Special Counsel Scott Bloch
U.S. Office of Special Counsel
1730 M Street, N.W. Suite 300
Washington, D.C. 20036-4505
Tel.: 202-254-3600

Ken Donohue, IG, HUD
President's Council on Integrity and Ethics
451 7th Street S.W.
Washington, DC 20410
Tel.: 202-708.0430

    Senator Jon S. Corzine
    US Senator for the State of New Jersey
    United States of America
    502 Hart Senate Office Building
    Washington DC 20510
    Tel.: 202-224-4744

    Senator Frank R. Lautenberg
    Senator for the State of New Jersey
    United States Senate
    324 Hart Senate Office Building
    Washington DC 20510
    Tel.: 202-224-3224

*[signature]*
*23 Feb 2005*

# CoMeD
Coalition for Mercury-free Drugs

Representative Rodney P. Frelinghuysen
Congressman (NJ 11th District)
United States of America
2442 Rayburn House Office Building
Washington DC 20515-3011
Tel.: 202-225-5034

Mark R. Geier, MD, PhD, FABMG,
President
The Genetic Centers of America
14 Redgate Court, Silver Spring, MD 20905-5726

David A. Geier, BA,
President
MedCon, Inc.
14 Redgate Court, Silver Spring, MD 20905-5726

Senator Paul Sarbanes
Senator for the State of Maryland
United States of America
309 Hart Senate Office Building
Washington, DC 20510
Tel.: 202-224-4524

Senator Barbara Mikulski
US Senator for the State of Maryland
United States of America
503 Hart Senate Office Building
Washington, D.C., 20510
Tel.: 202-224-4654

Representative Chris Van Holden
United States Congressman (MD 8th District)
United States of America
1419 Longworth House Office Building
Washington, DC 20515
Tel.: 202-225-5341

Brian S. Hooker, Ph.D., P.E. and Marcia C. Hooker
CoMeD, Representatives from the State of Washington
503 South Young Place
Kennewick, WA 99336-9585

Senator Patty Murray
Senator for the State of Washington
United States of America
173 Russell Senate Office Building
Washington DC 20510
Tel.: 202-224-2621 Senate

Senator Maria Cantwell
Senator for the State of Washington
United States of America
717 Hart Senate Office Building
Washington DC 20510
Tel.: 202-224-3441

5

# CoMeD
Coalition for Mercury-free Drugs

    Representative Richard "Doc" Hastings
    United States Congressman (WA 4th District)
    United States of America
    1323 Longworth House Office Building
    Washington, DC 20515-4704
    Tel.: 202-225-5816

Robert C. Weed and Leslie H. Weed
CoMeD, Representatives from the State of Florida
412 Ponte Vedra Boulevard
Ponte Vedra Beach, FL 32082-2817

    Senator Bill Nelson
    Senator for the State of Florida
    United States of America
    716 Hart Senate Office Building
    Washington, DC 20510
    Tel.: 202-224-5274

    Senator Mel Martinez
    Senator for the State of Florida
    United States of America
    Office of Mel Martinez
    United States Senate
    Washington, DC 20510
    Tel.: 202-224-3041

    Representative John L. Mica
    United States Congressman (FL 7th District)
    United States of America
    2313 Rayburn House Office Building
    Washington, DC 20515
    Tel.: 202-225-4035

R. Michael Manning and Bobbie L. Manning
CoMeD, Representatives from the State of New York
1 Kate Land Court
Getzville, NY 14068-1195

    Senator Charles "Chuck" Schumer
    US Senator for the State of New York
    United States of America
    313 Hart Senate Office Building
    Washington, DC 20510
    Tel.: 202-224-6542

    Senator Hillary Rodham Clinton
    US Senator for the State of New York
    United States of America
    476 Russell Senate Office Building
    Washington, DC 20510
    Tel.: 202-224-4451

    Representative Thomas M. Reynolds
    United States Congressman (NY 26th District)

# CoMeD
Coalition for Mercury-free Drugs

United States of America
332 Cannon House Office Building
Washington, DC 20515
Tel.: 202-225-5265

Seth Sykes, PhD and Rev. Lisa Karen Sykes
CoMeD, Representatives from the State of Virginia
3604 Milbrier Place
Richmond, VA 23233-7641

    Senator John Warner
    US Senator for the State of Virginia
    United States of America
    225 Russell Senate Office Building
    Washington, DC 20510
    Tel.: 202-224-2023

    Senator George Allen
    US Senator for the State of Virginia
    United States of America
    204 Russell Senate Office Building
    Washington, DC 20510
    Tel.: 202-224-4024

    Representative Eric Cantor
    United States Congressman (VA 7th District)
    United States of America
    329 Cannon House Office Building
    Washington, DC 20515
    Tel.: (202) 225-2815

James R. Davis and Kelli Ann Davis
CoMeD Representatives from the State of North Carolina
748 Three Wood Drive
Fayetteville, NC 28312-8720

    Senator Elizabeth Dole
    US Senator for the State of North Carolina
    United States of America
    120 Russell Senate Office Building
    Washington, DC 20510
    Tel.: 202-224-6342

    Senator Richard Burr
    US Senator for the State of North Carolina
    United States of America
    United States Senate
    Washington, DC 20510
    Tel.: 202-224-3154

    Representative Mike McIntyre
    United States Congressman (NC 7th District)
    United States of America
    2437 Rayburn House Office Building
    Washington, DC 20515
    Tel.: 202-225-2731

*[Signature: Paul King 23 Feb 2005]*