# Methylmercury Poisoning in the Iraqi Suckling Infant: A Longitudinal Study over Five Years

Laman Amin-Zaki and M. A. Majeed
Medical College, University of Baghdad School of Medicine, Baghdad, Iraq

Michael R. Greenwood,[†] Sami B. Elhassani,[‡] Thomas W. Clarkson and Richard A. Doherty
Environmental Health Sciences Center, University of Rochester Medical School, Rochester, New York 14642, USA

Key words: methylmercury; suckling; Iraq.

In a five-year longitudinal study of mothers and infants exposed to methylmercury during the Iraq epidemic of 1972, the frequencies of signs and symptoms exhibited by the mothers were typical of methylmercury poisoning. When blood concentrations of mercury are corrected to 1 March 1972, mothers with the most severe signs and symptoms had an average blood mercury concentration significantly higher ($p < 0.01$) than either the milder or asymptomatic groups. Analytical data indicate that the predominant route of exposure for the infant was through breast milk in which approximately 60% of total mercury was determined, by cold vapor atomic absorption, to be organic mercury. Abnormal neurological signs in these infants became more obvious with time: hyperreflexia was observed in 8 of 22 infants at first examination, and in 17 of 22 at second examination. Delayed motor development became evident at the second and third examinations. The frequency of pathological reflexes and delayed motor developmental milestones was so high as to be considered significant even in the absence of a controlled study. There was no increase in mortality as compared to a control group.

## INTRODUCTION

A tragic outbreak of methylmercury poisoning, probably the most catastrophic ever recorded, took place in rural Iraq in the winter of 1971-1972. The farmers prepared and consumed contaminated homemade bread for a period of 1-3 months.[1] The bread was prepared from seed wheat treated with a methylmercury fungicide. Thus, individuals of all ages and both sexes were exposed to highly neurotoxic methylmercury. Infants born shortly before their mothers consumed the contaminated bread and who were exposed exclusively through suckling milk of their exposed mothers are the subjects of this study. A literature search has revealed no previous reports concerning health effects on human infants exposed to methylmercury via suckling.

Preliminary studies where methylmercury levels were measured simultaneously in samples of maternal blood and milk proved that methylmercury is excreted by the mammary glands and that the concentration of mercury in milk correlated with maternal blood levels.[2,3] Moreover, when the mother had been heavily exposed to methylmercury, her suckling infant developed blood levels of methylmercury in excess of the minimum toxic range estimated for adults by a WHO expert committee.[4]

In rural Iraq, infants are usually breast-fed almost exclusively for one year and often throughout the second year. Thus, during the first year of life, the only source of methylmercury to the infant is through the mother's milk. During the second year of life, solids in the form of bread (approx. 30 g dry wt per day) may be given to the infant. Thirty infant/mother pairs were observed and followed over a period of 5 years (1972-1977) in order to detect any neurological, mental or other adverse health effects of methylmercury.

The objective of this study was to try to address the following:

1. Correlation of the signs and symptoms in lactating mothers with blood levels of methylmercury.
2. Correlation of methylmercury blood levels in lactating mothers with signs and symptoms in the suckling infant.
3. Correlation of simultaneous sampling of maternal blood and milk methylmercury levels.
4. Clinical long-term neurological effects of suckling poisoned infants.

## EXPERIMENTAL

Mothers were interviewed and infants and mothers examined. Seven pairs were in the hospital at the beginning of the study and the remaining 22 pairs were examined at their rural residents. Follow-up examinations on all the accessible pairs were carried out in their homes in December and June of each year. Two infants died during the 5-year follow-up.

Standard clinical tests were used to evaluate the clinical condition of the mothers and infants with special attention to the function of the central nervous system. In hospitalized patients, the visual changes were assessed by a consultant ophthalmologist; hearing and audiometry were assessed by a consultant otolaryngologist. The developmental milestones of the infants were evaluated according to Gesell's developmental screening tests. Motor development was considered to be delayed when the infant failed

---

[†] Present address: Joseph C. Wilson Center for Technology, Xerox Corporation W.147, Rochester, New York 14644, USA.
[‡] Author to whom correspondence should be addressed. Present address: Department of Pediatrics, Spartanburg General Hospital, Spartanburg, South Carolina 29303, USA.

CCC-0260-437X/81/0001-0210$02.50

to sit without support by the age of 12 months, to pull himself to standing position by 18 months, or to walk two steps without support by 2 years of age. Language development was considered to be delayed when, at the age of 2 years, a child with good hearing failed to respond to simple verbal communication. Early in life, Iraqi children of rural background interact with (and are stimulated by) many members of their extended families. However, there are no standardized intelligence quotient ranges for Iraqi children of different mentality, the mentality of each child was judged by the combined impressions of the mother and the authors (of whom at least two physicians were present during each examination).

The anthropometric measurements were compared to Neelhaus's Composite International and Interracial Graphs[6] since local standards for these children are not available.

### Laboratory methods

Samples of blood and milk from mothers were collected simultaneously for the determination of mercury content. Blood was collected in heparinized vacutainers[6] and all blood and milk samples were stored on ice or refrigerated until analyzed. Mercury analysis was carried out using a modification of the Magos[7] method based on cold vapor atomic absorption[8] within 48 h of collection.

## RESULTS AND COMMENTS

### Mothers

The frequency of signs and symptoms in the mothers (Fig. 1) is typical of methylmercury poisoning in adults.[9-11] Sensory, visual, motor and cerebellar effects dominated the clinical picture. The mothers were classified into three groups: (1) no signs or symptoms (asymptomatic); (2) symptoms only (mild); and (3) signs and symptoms (severe),



Figure 2. Blood concentrations of total mercury (ng Hg per ml) in relation to date of sampling and severity of poisoning. The symbols are used as follows: asymptomatic, o; symptoms only, ⊘; symptoms and signs, ■. (a) The blood concentration at the time of sampling. (b) The blood concentrations extrapolated to the estimated value on 1 March 1972. For further details, see text.



Figure 1. The frequency of signs and symptoms in 30 mothers of suckling infants.

according to the classification proposed by Damluji.[11]

The concentrations of total mercury in the first blood sample collected showed wide individual variation (Fig. 2(a)). In general, a downward trend is apparent in samples collected later in the year (1972). This is to be expected since, in most cases, intake of contaminated bread had ceased by about the middle of January and no new cases of poisoning were reported after 1 March 1972.[12] The severity of poisoning as measured by the three categories defined above showed no direct relationship to current mercury levels. Since the clinical effects persisted while the blood concentrations changed, the clinical comparison was made with blood levels (estimated by extrapolation) immediately following the outbreak. 1 March 1972 was chosen since the first patients, reported here, were admitted to the hospital on that date. In those patients where a sufficient number of samples had been collected to allow accurate estimations of the blood half-time (10 mothers), the half-time for each individual was used to extrapolate the blood concentration back to 1 March 1972 (Fig. 3). When only one or two samples of blood had been collected (16 mothers), the average biological half-time in blood (45 days) collected for the 10 mothers was used in making the extrapolations. The half-time was typical of the shorter biological half-time reported previously in lactating women.[13]

When blood concentrations are corrected to 1 March 1972 a wide range is still seen within each clinical category (Fig. 2(b)). Nevertheless, the group with the most severe poisoning (signs and symptoms) has an average blood mercury concentration significantly higher than either the milder or the asymptomatic groups.

© Heyden & Son Inc., 1981

JOURNAL OF APPLIED TOXICOLOGY, VOL. 1, NO. 4, 1981  211

L. AMIN-ZAKI, M. A. MAJEED, M. R. GREENWOOD, S. B. ELHASSANI, T. W. CLARKSON AND R. A. DOHERTY



**Figure 3.** The decline in the concentration of mercury in blood in a lactating mother. (a) The concentration of total (●) and inorganic (○) mercury in samples of whole blood plotted according to time of collection (no. of days after 1 March 1972). (b) A semilogarithmic graph of the data on total mercury taken from Fig. 2(a). The solid line was drawn by least squares linear regression analysis. The broken line is an extrapolation to 1 March 1972. This procedure was used in preparing Fig. 2(b).



**Figure 4.** The concentration of total mercury in samples of (a) infant blood and (b) maternal milk plotted according to date of collection. Each point is from one infant. In most cases the blood and milk sample was collected on the same date. The infants are divided into two groups: those fed solely on breast milk (●), and those who may have ingested some additional methylmercury from contaminated bread (■). For further details, see text.

Total mercury concentrations are reported in Fig. 2. However, as indicated by the data in Fig. 3, organic mercury (identified as methylmercury[1]) accounts for most of the mercury in blood.

## Infants

*Analytical data.* The concentrations of total mercury in infant bloods and mothers' milk generally decrease with time. Infants who were 9 months of age or younger at the earliest date the mother consumed the contaminated bread are depicted as Group I. These infants ingested only mothers' milk. Group II infants were older and may have eaten some contaminated bread. However, as Fig. 4 illustrates, there were no striking differences in blood concentrations between the two groups, suggesting that the predominant route of intake of mercury was breast milk even in Group II.

As in maternal blood, the organic mercury fraction of infant blood is large, accounting for an average of 86% of total mercury. However, maternal milk had a much lower fraction of organic mercury, about 60% of the total.

*Clinical manifestations.* The 11 males and 19 females in this series ranged from 1 month to 10 months of age at the time of exposure. They were divided into two groups as described above.

Data in Table 1 indicate that abnormal neurological signs became more obvious with time. Hyper-reflexia was found in only 8 of the 22 infants at the first examination. However, it was observed in 17 of 22 infants by the second examination and in 16 of 21 infants by 5 years. The findings of an extensor Babinski reflex were also higher in the second (8) and third (7) examination as compared to the first (4) examination.

In Group I, delayed motor development became evident by the second or third examinations. Four of the children were too young to walk at the time for first examination. Evidence of delayed motor development is not expected in Group II, since 7 of the 8 children were already walking before exposure to mercury.

At least 9 infants, over 2 years of age when examined in 1974–1975, failed to form simple phrases. Most of these infants were in Group I.

At the outset of the epidemic, diminished intelligence in the infants was not suspected. However, on repeated evaluation over the period of follow-up, one (1/8) infant in Group II was severely sub-normal and two (2/14) in Group II were sub-normal according to the previously mentioned criteria.

The early clinical manifestations in the infants at the outbreak were remarkably few in spite of the fact that most had blood levels higher than the WHO Expert Committee[4] minimum toxic levels of 200–500 ng Hg per ml. Eight of 39 infants on first examination had brisk deep tendon reflexes. Bilateral extensor plantar responses were found in

© Heyden & Son Inc., 1981

Table 1. Frequency of neurological signs and delayed development in suckling infants exposed to methylmercury

| Date of examination | 1972 | 1974–75 | 1976–77 |
|---|---|---|---|
| | | Number of infants[a] | |
| **Group I[b]** | | | |
| Hyper-reflexia | 6 | 12 | 11 |
| Positive Babinski response | 2 | 6 | 3½ |
| Delayed motor development[d] | 0/10 | 4 | 3 |
| Delayed language development | ? | 8 | 7 |
| Impaired mental development | ? | ? | 2 |
| Total number | 14 | 14 | 13[c] |
| **Group II[b]** | | | |
| Hyper-reflexia | 2 | 5 | 5 |
| Positive Babinski response | ½ | 2 | 1½ |
| Delayed motor development[e] | 0 | 1 | 1 |
| Delayed language development | 0/3 | 1½ | 1 |
| Impaired mental development | ? | ? | 1 |
| Total number | 8 | 8 | 8 |
| Total numbers (I and II) | 22 | 22 | 21 |

[a] Where the diagnosis was equivocal, the infant was scored ½. When fraction are quoted, e.g. 0/10 or 0/3, the denominator is the number of infants old enough to allow assessment. '?' indicates judgement deferred until the child was older.
[b] Group I were born between 1 February and 15 November 1971 and were exposed exclusively via suckling. Group II were born before February 1971 and may have ingested some contaminated bread, but suckling is believed to be the chief route of exposure.
[c] One child died at the age of 4 years.
[d] One child was already walking before exposure to mercury.
[e] All children except one were walking before exposure to mercury.

2 infants but was not considered pathological since such a response can be within the normal range for this age group.[24]

**Clinical reports**

Clinical progress with regard to hyper-reflexia, Babinski reflex, motor, language and mental development is reported in Table 1. It was possible to examine, in their rural homes, the same 22 infants repeatedly during the ensuing 5 years. The clinical findings in these children at approximately 2 and 5 years after the first examination in 1972 are listed in Table 1. All of Group I were born between February and November 1971, all in Group II were born prior to February 1971. Thus, at the onset of exposure to mercury, all except one child in Group II were already walking, whereas only one child in Group I could walk.

Although the cases reported in this communication are not controlled, a high frequency of pathological reflexes and delayed developmental milestones were frequently noted in the affected children.

Other important signs looked for during the 5-year period included: anthropometric measurements (body weight, height, head circumference), vision, hearing, ataxia as judged by walking on a straight line or by the finger-nose test, involuntary movement (tremor, twitching) and sensory changes examined by pinprick or by touch. No abnormal findings were detected in the children.

**Fatalities**

Two deaths were recorded in the 30 infants followed during the first 3 years of the study. This is similar to the findings of two deaths in a control group of 33 infants observed during their first three years of life in rural Iraq,[15] and is consistent with infant mortality statistics for Iraq of 27.5 deaths per 1000 in the first year of life as published by the WHO.[16]

**DISCUSSION**

The clinical findings in the mothers were similar to those described in the original case of Hunter and Russell[17] and later in exposed individuals in Japan[10] and Iraq[9–11] (Fig. 1).

A remarkable feature in the Iraqi infants was the mildness of the clinical manifestations. Early in the outbreak, their general health seemed to be very little affected. There were no paralytic cases, no ataxia, blindness or apparent sensory changes. Severe mental destruction and severe cerebral palsy similar to that reported in the Japanese prenatally exposed infants[18–20] was not encountered in the present group of children. Microcephaly, which has also been reported for prenatal cases, was not found in this series. The older age of the infants at the beginning of exposure would have allowed normal brain development during the major stages of active growth. Even though the maximum blood mercury levels in these infants was high, they were less than those reported for severely affected, prenatally exposed infants.[21] Animal experiments have also indicated that methylmercury exposure via suckling has less serious consequences to the central nervous system than prenatal exposure.[22]

At the outset, the only evidence of affliction of the central nervous system was the excessively brisk deep tendon reflexes which did not seem, at the time, to interfere with the motor function. The remaining 19 cases were free from clinical manifestations of the syndrome. The children were old enough to have acquired such skills as sitting without support, crawling and even walking before the exposure. Yet, on follow-up examination, the development of these infants was apparently slowed down. In at least 5 infants, who were not old enough to walk during the outbreak, walking was delayed beyond 2 years of age.

Language development was specifically affected. This observation was volunteered by the mothers before the authors commented on the delay of speech development. Hearing did not seem to be affected as judged by the children's ability to hear ordinary spoken words. Therefore, the delay in language development was considered part of the developmental disorder, since language development has been correlated with intelligence.[23]

The intelligence of these children did not seem to be affected at the outset of the epidemic. On repeated observation, however, one child exhibited a gross degree of mental subnormality. Three other children were also judged to be of subnormal intelligence. The remaining children did not appear to be affected at this early age.

The frequency of the children with impaired intelligence is 1/6, a frequency high enough to be noteworthy. The combination of delayed motor development, language development, toilet training, together with brisk deep

© Heyden & Son Inc., 1981

JOURNAL OF APPLIED TOXICOLOGY, VOL. 1, NO. 4, 1981  213

L. AMIN-ZAKI, M. A. MAJEED, M. R. GREENWOOD, S. B. ELHASSANI, T. W. CLARKSON AND R. A. DOHERTY

tendon reflexes and sometimes a bilaterally positive Babinski's reflex, was considered evidence of damage to the central nervous system. The mothers of these infants noticed their affliction. They described their infants by saying, 'They are like needles blunted by the poison.'

The longer period of exposure and, consequently, the persistence of methylmercury in blood may have played a role in causing the developmental, neurological and mental abnormalities. However, unlike the prenatal follow-up experience, there was no increased mortality over a 3-year period.

Experimental animal studies indicate that the suckling rodent has a low rate of mercury elimination during the suckling period. Despite the fact that the biological half-time in lactating mothers is relatively short (45 days vs. 70 days for non-pregnant, non-lactating, female adults), maternal blood mercury levels are expected to remain elevated for about 200 days (5 half-times). Therefore, continuing significant exposure of the infant would be expected throughout the period of suckling following the onset of the outbreak.

We are continuing to follow these children clinically as well as in terms of school performance and socialization in their communities in order to clarify the extent of their affliction.

## CONCLUSION

In the communication outlined above, the following points may be deduced from the data discussed:

1. The severity of the signs and symptoms of methylmercury in lactating mothers varies with the blood levels.
2. The predominant route of exposure of the infants was through breast milk.
3. Abnormal neurological signs in the affected infants became more obvious with time.
4. Exposure to methylmercury via suckling has less-serious consequences to the central nervous system than prenatal exposure.

## REFERENCES

1. F. Bakir, S. F. Damluji, L. Amin-Zaki, M. Murtada, A. Khalidi, N. Y. Al-Rawi, S. Tikriti, H. I. Dhahir, T. W. Clarkson, J. C. Smith and R. A. Doherty, Methylmercury poisoning in Iraq, an Interuniversity Report. *Science* **181**, 230-241 (1973).
2. L. Amin-Zaki, S. Elhassani, M. A. Majeed, T. W. Clarkson, R. A. Doherty and M. R. Greenwood, Studies of infants postnatally exposed to methylmercury. *J. Pediatr.* **85**, 81-84 (1974).
3. L. Amin-Zaki, S. B. Elhassani, M. A. Majeed, T. W. Clarkson, R. Doherty and M. R. Greenwood, Perinatal methylmercury poisoning. *Am. J. Dis. Child.* **130**, 1070-1076 (1976).
4. *WHO Criteria Document on Mercury*, WHO, Geneva (1977).
5. *Textbook of Paediatrics*, ed. by J. O. Forfar and G. C. Arneil, Chapt. 14, p. 741. Churchill Livingstone, Edinburgh, UK (1973).
6. G. Nellhaus, Composite international and interracial graphs. *Pediatrics* **41**, 106-114 (1968).
7. L. Magos and T. W. Clarkson, Atomic absorption of total, inorganic and organic mercury in blood. *J. Assoc. Anal. Chem.* **55**, 966-971 (1972).
8. M. R. Greenwood, P. Dhahir, T. W. Clarkson, J. P. Farant, A. Chartrand and A. Khayat, Epidemiological experience with the Magos' reagents in the determination of different forms of mercury in biological samples by flameless atomic absorption. *J. Anal. Toxicol.* **6**, 265-269 (1979).
9. T. Tsubaki and K. Shirakawa, Clinical features of organic mercury intoxication in Agano Area (Japanese edition). *Adv. Neurol. Sci.* **13**, 85-88 (1969).
10. H. Rustam and T. Hamadi, Methylmercury poisoning in Iraq. *Brain* **97** (III), 499-510 (1974).
11. S. F. Damluji and the Clinical Committee on Mercury Poisoning, Intoxication due to alkylmercury-treated seed 1971-1972 outbreak in Iraq: Clinical aspects. Conference on intoxication due to alkylmercury-treated seed, Baghdad, Iraq, 9-13 September 1974. *Bull. WHO Suppl.* **53**, 65-81 (1976).
12. L. Al-Tikriti and A. E. Al-Mufti, An outbreak of organomercury poisoning among Iraq farmers. Conference on intoxication due to alkylmercury-treated seed. Baghdad, Iraq, 9-13 September 1974. *Bull. WHO. Suppl.* **53**, 15-21 (1976).
13. M. R. Greenwood, T. W. Clarkson, R. A. Doherty, A. H. Gates, L. Amin-Zaki, S. B. Elhassani, and M. A. Majeed, Blood clearance half-times in lactating and non-lactating members of a population exposed to methylmercury and whole body clearance from mice injected with methylmercury. *Environ. Res.* **16**, 48-54 (1978).
14. I. Gamstrop, *Pediatric Neurology*, Appleton-Century Crofts, New York (1970).
15. L. Amin-Zaki, M. A. Majeed, S. Elhassani, T. W. Clarkson, M. R. Greenwood and R. A. Doherty, Prenatal methylmercury poisoning, clinical observations over five years. *Am. J. Dis. Child.* **133**, 172-177 (1979).
16. *World Health Statistics*, Vol. 1, p. 17. World Health Organization, Geneva (1977).
17. D. Hunter and D. Russell, Focal cerebral and cerebellar atrophy in a human subject due to organic mercury compounds. *J. Neurol. Neurosurg. Psychiatry* **17**, 235-241 (1954).
18. Y. Harada, *Clinical Minamata Disease*, pp.93-117. Study group of Minamata disease, Kumamoto University, Japan (1968).
19. L. Amin-Zaki, S. B. Elhassani, M. A. Majeed, T. W. Clarkson, R. A. Doherty and M. R. Greenwood, Intrauterine methylmercury poisoning. *Pediatrics* **54** (5), 587-595 (1974).
20. M. Harada, Intrauterine poisoning. *Bulletin Inst. Constitutional Med.*, Vol. XXV, Suppl., Kumamoto University, Japan (March 1976).
21. D. A. Spyker and J. M. Spyker, Response model analysis for cross fostering studies: Prenatal versus postnatal effects on offspring exposed to methylmercury dicyanamide. *Toxicol. Appl. Pharmacol.* **40** (3), 511-527 (1977).
22. *Nelson Textbook of Pediatrics*, ed. by V. C. Vaughn and R. J. McKay, p. 106. W. B. Saunders Co., Philadelphia (1969).
23. R. A. Doherty and A. H. Gates, Prenatal and postnatal methylmercury exposure in mouse and man. *Pediatr. Res.* **7**, 319 (1973).

Received 17 November 1980; accepted 18 March 1981

© Heyden & Son Inc., 1981

© Heyden & Son Inc., 1981