Int. Arch. Occup. Environ. Hlth. 41, 25–40 (1978)

International Archives of
**Occupational
and Environmental
Health**
© Springer-Verlag 1978

# The Biological Half-Time of Heavy Metals
## The Existence of a Third, „Slowest" Component

Minoru Sugita

Department of Preventive Medicine and Public Health, School of Medicine, Keio University, Tokyo, Japan

**Summary.** Concentrations of Cd (475 samples), Pb (271), and total Hg (166) were determined in the organs and tissues during autopsies of inhabitants of the Tokyo metropolitan area who had experienced no known exposure to an abnormally high level of heavy metals and had died sudden deaths by accident. The results of this study do not differ greatly from those of other reports. Based on the intraorganic accumulation of the heavy metals according to age when they were not experimentally administered, the biological half-time (BHT) was estimated using a mathematical model with differential equations. It was hypothesized that the input of heavy metals into organs is proportional to the amount of food intake according to age (assuming little or no chronological change of heavy metals concentrations in food over several decades), and that the output is proportional to the intraorganic accumulation. The resulting BHT was very long, 10 to 100 times that computed in a number of studies from observation of the attenuation curve for a relatively short period after the experimental adminstration of heavy metals to humans or animals.
The author devised a model consisting of two series compartments in one organ: the superficial, where heavy metals enter directly and are weakly bound with protein, and the profound, where they enter only via the superficial compartment to be strongly bound with the constituents. It was elucidated theoretically that the short BHT obtained by heavy metal administration is associated only with the superficial compartment of the organ, and that the long BHT obtained without experimental administration of heavy metals is due to the detour circuit from the superficial to the profound compartments. The ratio of the short BHT to the long BHT is the proportion of the content of a heavy metal in the superficial compartment to the total content in the whole organ. In order to prove the existence of the two compartments, superficial and profound, and to compute their ratios, further studies should be performed. The attenuation curve of the concentration, or of the amount after a single administration of a heavy metal, consists of the rapid component (first) and the slow component (second). The latter has been generally used for computation of BHTs. The slowest component is frequently present several years after the first two. There is a fair chance that the BHT based on the slowest component agrees with the BHT found in the present study.

0304–0131/78/0041/0025/ $ 3.20

**Key words:** Biological half-time of heavy metals — Cadmium — Lead — Mercury — Heavy metal accumulation by age — Metabolism of heavy metals — Heavy metals in organs

The biological half-time (BHT) of heavy metals is the time taken by concentrations of heavy metals in the body to be reduced by half. The BHT is necessary to elucidate the metabolism and toxicity of heavy metals. Numerous studies [5–7, 9, 10, 18–20, 33] have obtained BHTs in experimental animals by the use of radioisotopes (RI) or other methods. The BHTs in experimental animals obtained up to the present time vary considerably according to animal species, experimental methods, or the dose or duration of administered heavy metals [17–19]. Few studies [1, 9, 10, 13, 21, 22, 32] have been carried out on BHTs in humans using RI because of the difficult experimental conditions. The author has devised a technique for estimating the BHT from the accumulation of cadmium (Cd) according to age in persons who have had no known abnormally high exposure to cadmium by the use of a mathematical model employing differential equations. The results have been reported elsewhere [28, 30]. In the present sudy, more subjects than in the previous studies were used in order to raise the statistical reliability of results. The BHT in various organs and tissues was estimated by this mathematical model. The BHTs of lead (Pb) and total mercury (T-Hg) in various organs and tissues were also estimated by this model. It was found that the BHT obtained from observing the accumulation of the metals according to age in post mortem specimens was much longer than that obtained from observing the attenuation of experimentally administered heavy metals in man or animals
The present study was performed to examine the detailed methods of studying the *in vivo* behavior (metabolism) of heavy metals (Cd, Pb, Hg) as well as to obtain and investigate the biological significance of the BHTs of Cd, Pb, and Hg based on accumulation data.

## Materials and Methods

The present study is part of a series of studies organized and performed chiefly by Tsuchiya on the accumulation of heavy metals in human organs and tissues [28–30]. The materials in this study included the kidneys, liver, and other tissues and organs of inhabitants of Tokyo and its suburbs who were subjected to autopsy following sudden death by accident. The autopsies were performed at the Departments of Legal Medicine of Keio University and Kitasato University and at the Medical Examination's Office of the Tokyo Metropolitan Government between 1970 and 1976. Those who had died from intoxication (e.g., agricultural chemicals intoxication) or suffering from disease were excluded. The height and weight of the cadavers and weights of organs and tissues were determined, sex and age recorded, and the places of residence and occupational history investigated as far as it was possible to do.

Cadmium levels were determined in a total of 475 specimens including the heart, pancreas, renal cortex, renal medulla, lever, skeletal muscle (*pectoralis major*), aorta, and bile. Lead levels were determined in a total of 271 specimens including the heart, pancreas, renal cortex, renal medulla, liver, skeletal muscle, aorta, and bone (rib). Total mercury levels were measured in 166 specimens including the cerebrum, cerebellum, and hair. In addition, the urinary cadmium concentration of 609 inhabitants of Tokyo who had experienced no known high levels of cadmium was determined. The results have been reported elsewhere [30]. The level of T-Hg in urine was determined in 278 inhabitants of Ibaraki Prefecture who had had no known high-level exposure. T-Hg in hair was determined in 705 inhabitants of Ibaraki, Kanagawa, and Kagoshima Prefectures. A portion of these results have been reported previously [29].

**Tabelle 1.** Calculation of biological half time (BHT) $\tau$ and absorbed amount $k \cdot f(t)$ of heavy metal by age

---

$dx = -\lambda x \, dt + b(t)dt$

$\dfrac{dx}{dt} = -\lambda x + b(t)$

$b(t)$ : absorbed amount of heavy metal by age

$b(t) = k \cdot f(t)$

$k$ : constant (absorption rate)

$f(t)$ : food intake by age (per capita per day)

$\lambda$ : excretion rate

$\lambda = \log 2 / \tau$

$\tau$ : biological half-time

initial condition : $t=0, \; x=0$

$x = e^{-\lambda t} \left( \int e^{\lambda t} b(t) dt + C \right)$

$c$ : integral constant

$x = k \cdot \exp\left(-\dfrac{\log 2}{\tau} t\right) \left\{ \int \exp\left(\dfrac{\log 2}{\tau} t\right) f(t) dt - \left[ \int \exp\left(\dfrac{\log 2}{\tau} t\right) f(t) dt \right]_{t=0} \right\}$

$f(t)$ is defind as polynomial

$f(t) = \displaystyle\sum_{j=0}^{m} f_j t^j$

if $t_1, t_2 \cdots t_n$

$\quad x_1, x_2 \quad x_n$ are obtained

$k, \tau$ will be estinated by the least squares method

$t_i$ : age of $i$th sample (of an autopsy case)

$x_i$ : body burden of $i$th autopsy case

also, by

$k \cdot f(t) = b(t)$, absorbed amount of heavy metal by age is estimated

---

For atomic absorption analysis, cadmium was extracted with dithizone or MIBK after wet ashing and lead with MIBK after wet ashing. T-Hg was measured by atomic absorption analysis after wet ashing with a reflux condenser. There was little difference between extraction with dithizone and that with MIBK in cadmium analysis.

The means, standard deviations, and number of samples of each organ and tissue according to heavy metal, sex, and age, were obtained by computer. Statistical tests (differences according to sex and age) on the mean difference were performed. The correlation coefficients of the organs and tissues were calculated for each heavy metal and the BHT determined.

The mathematical model consisting of differential equations for calculating BHT was constructed as follows: it was hypothesized that the amount of a heavy metal incorporated into each organ or tissue was proportional to the amount of food intake by age, i.e., the scaler times (proportion) of the amount of caloric intake in Japan [23], and that the amount of heavy metal excreted from each organ or tissue was proportional to the amount of the particular metal accumulated in the organ or tissue and inversely proportional to the BHT. The BHT was calculated by the nonlinear least squares method [8] shown in Table 1. The equation $b(t) = k \cdot f(t)$ is based on the assumption that the amount of each heavy metal absorbed is proportional to food intake by age, excluding metal exposure via the respiratory route (e.g., via cigarette smoking). Furthermore, chronological changes of metal concentrations in food were assumed to be small as there is some evidence that little difference of Cd concentrations in rice samples exists from the 18th to the 20th

28                                                                                                          M. Sugita

**Tabelle 2.** Mean and S. D. of Cd concentration (µg/g), number of samples by organ or tissue, according to sex

|  | sex | Heart | Pancreas | Kidney cortex | Kidney medulla | Total Kidney | Liver | Skeletal muscle | Aorta | Bile | Urine (µg/ℓ) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean | male | 0.184* | 1.65** | 48.4** | 13.3** | 38.4** | 3.30** | 0.265** | 0.435** | 0.243** | 1.49***** |
|  | female | 0.201** | 1.72** | 42.0** | 14.8** | 34.3** | 4.04** | 0.332** | 0.557 | 0.316 | 1.63***** |
|  | total | 0.190** | 1.67** | 46.2** | 13.8** | 37.0** | 3.52** | 0.289** | 0.477** | 0.257** | 1.56** |
| S.D. | male | 0.176 | 1.41 | 36.9 | 13.5 | 29.4 | 2.80 | 0.321 | 0.463 | 0.172 | 1.05 |
|  | female | 0.181 | 1.78 | 34.9 | 15.2 | 30.8 | 4.23 | 0.307 | 0.681 | 0.225 | 1.34 |
|  | total | 0.178 | 1.54 | 36.3 | 14.1 | 29.9 | 3.31 | 0.317 | 0.550 | 0.185 | 1.21 |
| No. of samples | male | 251 | 234 | 215 | 213 | 232 | 223 | 132 | 226 | 92 | 293 |
|  | female | 131 | 107 | 111 | 110 | 122 | 99 | 76 | 119 | 23 | 316 |
|  | total | 382 | 341 | 326 | 323 | 354 | 322 | 208 | 345 | 115 | 609 |

Remarks: difference by sex. * : $P<0.05$, ** : $P<0.01$
difference by age. * : $P<0.05$, ** : $P<0.01$

**Tabelle 3.** Mean and S. D. of Pb concentration (µg/g), number of samples by organ or tissue, according to sex

|  | sex | Heart | Pancreas | Kidney cortex | Kidney medulla | total Kidney | Liver | Skeletal muscule | Aorta | Bone |
|---|---|---|---|---|---|---|---|---|---|---|
| Mean | male | 0.110 | 0.235** | 0.414** | 0.338** | 0.384** | 0.604*** | 0.0899* | 0.591** | 4.88** |
|  | female | 0.102 | 0.185* | 0.389* | 0.314 | 0.368** | 0.410** | 0.0891 | 0.459** | 5.28** |
|  | total | 0.106* | 0.217** | 0.404** | 0.329** | 0.377** | 0.529* | 0.0895* | 0.545** | 5.04** |
| S.D. | male | 0.060 | 0.136 | 0.180 | 0.135 | 0.129 | 0.346 | 0.0391 | 0.553 | 2.97 |
|  | female | 0.058 | 0.078 | 0.103 | 0.104 | 0.084 | 0.163 | 0.0275 | 0.402 | 3.59 |
|  | total | 0.059 | 0.120 | 0.155 | 0.124 | 0.113 | 0.304 | 0.0344 | 0.508 | 3.22 |
| No. of samples | male | 71 | 85 | 87 | 85 | 84 | 81 | 70 | 97 | 92 |
|  | female | 61 | 48 | 55 | 55 | 55 | 51 | 54 | 52 | 60 |
|  | total | 132 | 133 | 142 | 140 | 139 | 132 | 124 | 149 | 152 |

Remarks: difference by sex. * : $P<0.05$, ** : $P<0.01$
difference by age. * : $P<0.05$, ** : $P<0.01$

**Tabelle 4.** Mean and S. D. of Total Hg concentration (µg/g), number of samples by organ or tissue, according to sex

|  | sex | Cerebrum | Cerebellum | Total Brain | Hair | Urine (µg/ℓ) |
|---|---|---|---|---|---|---|
| Mean | male | 0.135 | 0.180 | 0.142 | 5.37**** | 4.51** |
|  | female | 0.121 | 0.170 | 0.124 | 4.26**** | 4.92* |
|  | total | 0.131* | 0.177* | 0.137* | 4.93** | 4.62** |
| S.D. | male | 0.099 | 0.178 | 0.106 | 3.61 | 2.58 |
|  | female | 0.092 | 0.178 | 0.105 | 3.00 | 1.95 |
|  | total | 0.097 | 0.178 | 0.105 | 3.42 | 2.43 |
| No. of samples | male | 103 | 103 | 99 | 482 | 203 |
|  | female | 43 | 44 | 38 | 314 | 73 |
|  | total | 146 | 147 | 137 | 796 | 276 |

Remarks: difference by sex; * : $P<0.05$, ** : $P<0.01$
difference by age; * : $P<0.05$, ** : $P<0.01$

century in Japan [26]. A further assumption is that the metal absorption rate via the intestinal tract does not vary greatly by age.

Although the "$x$" in the mathematical model is the amount of a heavy metal ($\mu$g) in an organ and not the concentration ($\mu$g/g), it was used in this experiment as the concentration when the amount was unknown because the total weight of a tissue (such as the aorta) was unknown.

Values above $3\sigma$ in the log-normal distribution, i.e., above $\bar{x} \cdot \sigma^3$, were excluded as abnormal.

## Results

Tables 2 through 4 show the means, standard deviations, and number of samples used in determining Cd, Pb, and T-Hg concentrations according to sex, organ, and tissue. The statistical tests for differences according to sex and age are also included. Significant findings are as follow:

The Cd level (Table 2) was high, 37.0 $\mu$g/g, in the whole kidney (the concentrations of metals differ between the renal cortex and medulla) and especially high, 46.2 $\mu$g/g, in the renal cortex. The level in the renal medulla was 13.8 $\mu$g/g. It was estimated that the weight of the renal cortex was 13/18 of the whole kidney and that of the medulla 5/18 [15]. The concentration of Cd was 3.52 $\mu$g/g in the liver, 1.67 $\mu$g/g in the pancreas, and less than 1 $\mu$g/g in the other organs. Most of the differences according to age were statistically significant in all samples, but those according to sex showed little statistical significance (except for urine) due to prominent age differences. However, except for the renal cortex and whole kidney, the Cd level tended to be higher in females than in males. When age was adjusted for both sexes, the tendency of higher levels in females was augmented, showing statistically significant differences in the pancreas, liver, and aorta. In the renal cortex the level was almost equal in both sexes.

Lead concentration (Table 3) was highest, 5.04 $\mu$g/g, in bone and was low, 0.2–0.6 $\mu$g/g, in most organs and tissues. The myocardium and skeletal muscle showed the lowest value, approximately 0.1 $\mu$g/g. The differences according to age were statistically significant in almost all organs. The differences according to sex were statistically significant in the pancreas and liver, the level being higher in males than in females except for bone. When age adjustment similar to that made for Cd levels was made for Pb, the tendency toward higher levels in males was further augmented, except for bone and skeletal muscle, which showed few differences between the sexes.

Table 4 shows the concentration of T-Hg. The level was 4.93 $\mu$g/g in hair, 0.1–0.2 $\mu$g/g in the brain, and 4.62 $\mu$g/g in urine. The age differences were statistically significant for almost all organs and tissues. The differences according to sex were significant only in hair, although the T-Hg level tended to be higher in all samples in males than in females, except for urine. Age adjustment reversed the differences according to sex in urine. Age adjustment for all other items augmented the differences according to sex. Estimating that the ratio of the weight of the cerebrum to that of the cerebellum was 9:1 [16], the concentration of T-Hg in the whole brain was calculated as shown in Table 4.

Table 5 shows the correlation between age and the concentration of each heavy metal in the organs and tissues. A positive correlation coefficient indicates that the concentration of a heavy metal increases linearly with age; the concentrations of both Cd and T-Hg showed a statistically significant positive correlation for all items. However, the concentration of Pb showed a high positive correlation only in the aorta and bone, with almost no correlation in the other organs.

**Tabelle 5.** Correlation coeffients between age and concentration of heavy metals (Cd, Pb, Total Hg) in organs and tissues

|    | Heart | Pancreas | Kidney cortex | Kidney medulla | Total kidney | Liver | Cerebrum | Cerebellum | Total brain | Skeletal muscle | Aorta | Bone | Bile | Hair | Urine |
|----|-------|----------|---------------|----------------|--------------|-------|----------|------------|-------------|-----------------|-------|------|------|------|-------|
| Cd | .279** | .416** | .433** | .408** | .453** | .449** | — | — | — | .430** | .220** | — | .258** | — | .132** |
| Pb | −.070 | .020 | .045 | .084 | .084 | .088 | — | — | — | .042 | .490** | .605** | — | — | — |
| Hg | — | — | — | — | — | — | .325** | .330** | .332** | — | — | — | — | .289** | .208** |

Remarks: * : P<0.05
         ** : P<0.01

**Tabelle 6.** Biological half-time, maximum accumulation, and maximum absorption of Cd, Pb and total Hg in organs and tissues

|  |  | Heart | Pancreas | Kidney cortex | Kidney medulla | Total kidney | Liver | Total body | cerebrum | cerebellum | Total brain | Skeletal muscle | Aorta | Bone | Bile | Hair | Urine |
|--|--|-------|----------|---------------|----------------|--------------|-------|------------|----------|------------|-------------|-----------------|-------|------|------|------|-------|
| Biological half-time (years) | Cd | 22. | 12. | 17. | 19. | 17. | 13. | 16. | — | — | — | 80. | 13. | — | 11. | — | 7.2 |
|  | Pb | 8.8 | 4.4 | 5.6 | 7.1 | 5.9 | 4.1 | — | — | — | — | * | 100. | 32. | — | — | — |
|  | Hg | — | — | — | — | — | — | — | 18. | ** | 22. | — | — | — | — | * | 1.1 |
| Theoretical maximum accumulation ($\mu$g) (age) | Cd | 88. (71) | 230. (54) | 13000. (64) | 1400. (67) | 15000. (65) | 6200. (56) | 32000. (63) | — | — | — | ** | 0.61* (56) | — | 0.30* (48) | — | 1.7** (39) |
|  | Pb | 41. (42) | 27. (30) | 91. (33) | 29. (37) | 120. (34) | 810. (29) | — | — | — | — | * | ** | 7.3* (80<) | — | — | — |
|  | Hg | — | — | — | — | — | — | — | 190. (66) | ** | 230. (71) | — | — | — | — | * | 5.6** (23) |
| Theoretical maximum absorption $\mu$g/day (age=21Y) | Cd | 0.0099 | 0.042 | 1.8 | 0.18 | 2.0 | 1.1 | 4.6 | — | — | — | — | — | — | — | — | — |
|  | Pb | 0.0099 | 0.012 | 0.033 | 0.0084 | 0.041 | 0.39 | — | — | — | — | — | — | — | — | — | — |
|  | Hg | — | — | — | — | — | — | — | 0.025 | ** | 0.025 | — | — | — | — | — | — |

Remarks: * incalculable due to divergence (possibly short BHT)
         ** incalculable due to divergence (possibly long BHT)
         * concentration ($\mu$g/g)
         ** concentration ($\mu$g/$\ell$)

Table 6 shows the BHT, maximum theoretical accumulation and age, and maximum theoretical absorption (per day per person) for each heavy metal, organ, and tissue. The theoretical absorption is expressed as a function of age with the amount of caloric intake as the polynomial of degree 5, showing the maximum value at age 21. According to Table 6, the BHT of Cd was 7.2 years in urine and was long, about 80 years, in the skeletal muscle. The other organs fell between 11 and 32 years, the renal cortex being 17 years, the renal medulla 19 years, the whole kidney 17 years, and the liver 13 years. When the amount of Cd in the total body was calculated [25] as

(whole kidney + liver) x 1.5,

the BHT of the total body was 16 years. The BHT of Pb was very long, 100 years and 32 years in the aorta and bone respectively, but was short, 4–9 years, in the other organs and tissues. The BHT of T-Hg was 1.1 years in urine. It was also short in hair, but was 18 years in the cerebrum.

Figures 1 through 5 describe the means of (the amount) actually measured of whole kidney Cd, liver Cd, liver Pb, bone Pb, and total brain T-Hg according to age, the mean ± standard deviation, the theoretical accumulation curve, and the theoretical absorption curve. Although the concentration of bone Pb with a long BHT increases almost linearly, both theoretically and actually with age, the maximum theoretical value of liver Pb with a short BHT exists at 29 years, and the maximum value of actual accumulation

The Biological Half-Time of Heavy Metals 31



Fig. 1. Theoretical Cd accumulation (solid line) in the whole kidney by age. Based on the observed accumulation and theoretical absorption (dotted line)

exsists in 30–44 years. The total kidney Cd and liver Cd fall between the bone Pb and liver Pb, showing maximum values in presenility (55–65 years). The theoretical accumulation and theoretical absorption curves mentioned here are based on the mathematical model, the former expressing $x(t)$ and the latter $k \cdot f(t)$.

## Discussion

The concentrations of Cd, Pb, and T-Hg in the organs and tissues and differences according to age and sex showed no great differences from the results cited in past reports [3, 4, 9–13, 25]. Therefore it is safe to state that the determination of heavy metal concentration in this study is correct.

It should be noted that the BHTs in this study of heavy metals are much longer than those reported elsewhere [1, 2, 5–7, 9, 10, 13, 17–22, 33]. The method used in the present study to obtain BHTs was different from those used in other reports, i.e., there was no administration of heavy metals to test subjects, and BHTs were obtained by observation of the amounts of natural accumulation in human organs and tissues



**Fig. 2.** Theoretical Cd accumulation (solid line) in the liver by age. Based on the observed accumulation and theoretical absorption (dotted line)

according to age (0–90 years) and were calculated by a mathematical model. In most of the previous studies, however, BHTs were obtained by single or continuous administrations of a considerable dose of heavy metals, or their RIs, to animals or humans. In the single administration experiments, a very large dose was given, and the BHT was calculated from the attenuation curve. In continuous administrations, the dose was in general much larger than what humans are actually exposed to and was administered for a maximum period of only one year with the BHT calculated from the accumulation curve and attenuation curve upon cessation of administration. Bakir et al. [2] calculated from the attenuation curve the BHT of methyl-Hg in the blood of Iraqi patients with methylmercury poisoning to be 70 days. Sudo et al. [24] computed from the attenuation curve the BHT of Cd in urine of cadmium workers to be about 200 days.

    Using a parallel three-compartments model with blood in the center and bone or soft tissue in each side, Rabinowitz and Wetherill [21] reported the BHT of Pb in soft tissue to be 30 days after continuous administration of its RI, and that in bone to be 10,000 days (27 years). The technique used in past studies was basically a parallel

The Biological Half-Time of Heavy Metals 33



**Fig. 3.** Theoretical Pb accumulation (solid line) in the liver by age. Based on the observed accumulation and theoretical absorption (dotted line)

model similar to that used by Rabinowitz and Wetherill, although the structure and derivation of these techniques were rather complicated multi-compartment models [14, 33].

A series model was devised in the present study in contrast with the parallel model of Rabinowitz and Wetherill. The two models are illustrated in Figure 6. In the parallel model, a heavy metal enters the compartment $C_0$ (Rabinowitz supposed $C_0$ to be blood) by trans-tracheal and trans-intestinal inputs. The exchange of the metal between $C_0$ and $C_1$ and that between $C_0$ and $C_2$ are performed with the exchange constant $\lambda$. The extracorporeal output from the $C_0$ is made via feces and urine. On the other hand, in the series model, the heavy metal, having entered $C_0$ by input, is first exchanged with the superficial compartment $C_1$ and then the exchange between $C_1$ and the profound compartment $C_2$ occurs. The heavy metal is then excreted from $C_0$ outside the body.

In the present author's model (right side of Figure 7), it was hypothesized that the compartment $C_0$ was blood, one organ was compartment C, the amount of a heavy metal in the organ was $x$, the input from the blood into the organ was $k \cdot f(t)$,



**Fig. 4.** Theoretical Pb concentration derived from the observed in the bone by age



**Fig. 5.** Theoretical total Hg accumulation (solid line) in the total brain by age. Based on the observed accumulation and theoretical absorption (dotted line)

i.e., $k$ times (scaler times) $f(t)$, the amount of food intake according to age, and the output from the organ into the blood was $\lambda x$, where $\lambda$ is the exchange constant of $x$.

The schema used in this study is shown on the right side of Figure 7. One compartment (one organ) was divided into two compartments, superficial and profound, $C_1$ and $C_2$, and connected in a series. The schema of this model is shown on the left side fo Figure 7. The „superficial and profound" in one organ denote the hypothetical binding of heavy metals. In the profound compartment, a small amount of a heavy metal is bound so strongly with protein that it is not easily freed. In the superficial compartment, the metal is bound loosely and is freed readily. Since the amount of a heavy metal in the two compartments, superficial and profound ($C_1$ and $C_2$), is $x_1$ and $x_2$ respectively,

$$x = x_1 + x_2. \tag{1}$$

The input from the blood into the pertinent organ is also $k \cdot f(t)$, and the output from the organ into the blood is $\lambda_{10} x_1$, when there is equilibrium, that is, when there is no increase or decrease in the amount of the heavy metal in the organ,

$$f(t) = \lambda x = \lambda_{10} x_1. \tag{2}$$

There are also exchanges, $\lambda_{12} x_1$ and $\lambda_{21} x_2$, between $C_1$ and $C_2$. It should be added that the relationships between BHTs $\tau$ and $\tau_{10}$ and the exchange constants $\lambda$ and $\lambda_{10}$ are (see Table 1):

$$\lambda = \log 2/\tau,$$
$$\lambda_{10} = \log 2/\tau_{10}.$$

The long BHTs that were obtained in this study from the intraorganic accumulation of heavy metals were calculated with the $\lambda x$ of the schema on the right side of Figure 7 as the output the organ and $k \cdot f(t)$ as the input into the organ. In short BHTs obtained by experimental administration and in acute intoxication, the heavy metal first enters the superficial compartment $C_1$, but is unable to enter the profound compartment $C_2$. These short BHTs were calculated based on the $\lambda_{10} x_1$ in the schema on the left side of Figure 7 as the output from the organ and the $k \cdot f(t)$ as the input into the organ. Accordingly, in equilibrium, when there is no increase or decrease in the amount of a heavy metal, the following results from equation (2):

$$\lambda x = \lambda_{10} x_1 = k \cdot f(t)$$

This equation is the rewritten as:

$$\lambda = \lambda_{10} x_1 / x. \tag{3}$$

If the proportion of $x_2$ (the amount of a heavy metal in the profound compartment $C_2$) to $x$ (the total amount) is supposed to be $P$ ($0 < P < 1$),

$$x_2 = Px. \tag{4}$$

From equation (1),

$$x_1 = (1-P)x, \tag{5}$$

from equation (3),

$$\lambda = (1-P) \lambda_{10}, \tag{6}$$

36                                                                                          M. Sugita



Fig. 6. Parallel and series models of chemical metabolism

Fig. 7. Model of organ with two compartments in series (left) and model of one organ with one compartment (right)

from the relationship between $\lambda$ and $\tau$,
$$\tau_{10}/\tau = (1-P), \tag{7}$$
and because of $(1-P) < 1$,
$$\tau_{10} < \tau. \tag{8}$$

These equations explain why the BHT $\tau$ calculated from the intraorganic accumulation of heavy metals is longer than the BHT $\tau_{10}$ obtained by administrations. The ratio of the long BHT to the short one is the ratio of $x$ (the total amount of a heavy

metal in the organ) to $x_1$ (the amount of the heavy metal in the superficial compartment $C_1$). In other words, the short BHT $\tau_{10}$ is associated with $C_1$ of the organ, while the long BHT represents the whole organ including $C_2$. It is thought that the BHT $\tau$ is long because of the detour circuit whereby a heavy metal having entered $C_1$ is discharged outside the body via $C_2$. The difference between $\tau$ and $\tau_{10}$ is not related to the amounts of exchange, $\lambda_{12}x_1$ and $\lambda_{21}x_2$, between $C_1$ and $C_2$. The $\tau$ which is very much longer than the $\tau_{10}$ indicates that $x_2$ (the content of the heavy metal in $C_2$) is much greater than $x_1$ (the content in compartment $C_1$).

In actual numerical figures, the ratio of the long $\tau$ to the short $\tau_{10}$ generally ranges from 10 to 100. Consequently, if the present model is correct, $x_1$ (the content of a heavy metal in the superficial compartment $C_1$) is considerably smaller than $x$ (the content in the whole organ). It is also possible that $C_2$ of an organ is literally the „deep part" for heavy metals, where being tightly bound with protein, they are incoporated into the organ constituents. Thus, if the proportion $(P')$ of the amount of a metal in compartment $C_2$ and the proportion $(1-P')$ are known, and if the ratio of the shorter BHT and longer BHT $(1-P)$ (see equation 7) is consistent with $(1-P')$, the difference in the two BHTs is explained by the compartment model proposed by the author in which there are two series compartments in one organ. In order to demonstrate this, it is necessary in the future to perform quantitative analyses [27] of the proportion $(P')$ of the amount of the heavy metal in the profound compartment $C_2$ to the total amount in the whole organ.

The BHT $\tau_{10}$ of bone Pb computed by Rabinowitz and Wetherill [21] was 10,000 days (27 years), and the BHT $\tau$ found in the present study was 32 years. Thus, as far as the bone Pb is concerned, the two studies are in agreement. The bone can therefore be regarded as the profound compartment $C_2$ itself, or as the tissue without the superficial compartment $C_1$ for Pb. Pb in bone is known to be nonactive [5, 6, 27]; rather, the majority is accumulated in the profound compartment $C_2$. The results of this study agree well with the available studies carried out in the past. However, the form of Pb in bone should be studied in detail in the future.

Bakir et al. [2] and Rabinowitz and Wetherill [21] computed BHTs from the concentration of heavy metals in human blood, but did not use biopsy of solid organs such as liver and kidney. Since blood corresponds to compartment $C_0$ in the Figure 7 model, but is not compartment $C$ ($C_1$, $C_2$) in the solid organ, the BHTs of Bakir et al. and Rabinowitz and Wetherill are the BHT in the blood as the „carrier", and are therefore in a dimension quite different from that computed in the present study. The BHT obtained for the present study from the increase curve of T-Hg in urine was 1.1 years, much shorter than the BHT in the cerebrum, 18 years.

If urinary T-Hg is assumend to reflect blood T-Hg, this short BHT also corresponds to compartment $C_0$ which is different from that of the cerebrum. It is natural that there is a great difference between these two BHTs.

It has been mentioned frequently that in most studies BHTs are computed from the attenuation curve of the concentration of a heavy metal in the body, or in an organ after single exposure. It has been the established theory that the attenuation curve consists of two components, rapid and slow; in the former the heavy metal does not stagnate in the body for a long time but is excreted rapidly. In the latter it remains in the body for a while, is bound weakly with intracorporeal constituents, and excreted more slowly, as illustrated in Figure 8. In computing BHTs from attenu-



Case 1:06-cv-01357-EGS   Document 6-8   Filed 10/26/2006   Page 14 of 16



Fig. 8. Attenuation curve of body (organ) burden after single exposure to a metal

ation curves, the slow component is generally used. The present study confirmed that the BHT of the slow component was considerably shorter than the BHT which was calculated from the accumulation curve according to age. The period of observation for the slow component is generally short, and in relation to the superficial compartment $C_1$ in Figure 7, only the output from the organ $\lambda_{10}x_1$ is observed. If this observation is continued for more than several years, it is possible that a sufficient amount of a heavy metal will also accumulate in the profound compartment $C_2$, and that the slowest component [6], slower than the slow component, follows the pre-existing attenuation curve, as shown in Figure 8. The author postulates that the BHT calculated from the slowest component agrees with the BHT found in the present study. Yamagata et al. [32] computed the BHT of Cd in humans to be longer than 20 years from the attenuation curve. This appears to be the slowest component and is in good agreement with the BHT found in the present study. Therefore, the attenuation curve should be observed for a sufficient period after heavy metal administration in order to confirm the slowest component for computation of the BHT.

Recently Nomiyama [17–19] observed in animal experiments that BHT is a function of dose [31]. When the dose is large, the BHT is short, allowing rapid extracorporeal excretion, but when the dose is small, the BHT is long. This is because a large dose results in a large accumulation in the superficial compartment, thus resulting in a short BHT. This observation agrees with the above theory that there exists a „slowest" component.

Since BHT values vary depending on conditions, full consideration should be given to the condition under which a BHT is obtained in discussing the biological significance of BHT.

## Conclusion

The biological half-time of the heavy metals (Cd, Pb, total Hg) which were computed from the amount of intraorganic and intratissue accumulation according to age is very long, 10 to 100 times the BHT computed in experiments where heavy metals are administered or from observation of relatively short periods. The short BHT obtained by heavy-metal administration is associated not with the „profound compartment" where the metal is bound strongly in the organ, but with the „superficial compartment" where the binding is weak. On the other hand, the long BHT from a small amount of natural accumulation is related to both the superficial and profound compartments of the organ. The author feels that it has been demonstrated to some extent that the detour circuit from the superficial to the profound compartments is responsible for the long BHT. The ratio of the short BHT to the long one is the proportion of the content of a heavy metal in the superficial compartment to the total content in the whole organ. Further confirmation of this theory is needed.

Based on the aforementioned theory, the attenuation curve of the concentration, or of the amount, of a heavy metal after single exposure consists of the rapid component (first) and the slow component (second), the latter having been generally used for the calculation of BHTs. In some cases, there is a slowest component several years after these two components. There is a fair chance that the BHT computed from the slowest component agrees with the long BHT found in this study.

*Acknowledgment.* The autor expresses his deep appreciation to Professor Kenzaburo Tsuchiya for his guidance and support. Thanks are also expressed to the coworkers on this project, Soichiro Iwao, Yukio Seki, Gen Uchiyama, Hiroko Ookawa, Kiyoe Nanba, and Kanae Hosoda, for their cooperation.

## References

1. Aberg, B., Ekman, L., Falk, R., Greitz, U., Persson, G., Snihs, J. O.: Metabolism of methylmercury (203 Hg) compounds in man. Arch. Environ. Hlth. **19**, 478–484 (1969)
2. Bakir, F., Damluji, S. F., Amin-Zaki, L., Murtadha, M., Rhalidi, A., AL-Rawi, N. Y., Tikriti, S., Dhahir, H. I., Clarkson, T. W., Smith, J. C., Doherty, R. A.: Methylmercury poisoning in Iraq. Science **181**, 230–241 (1973)
3. Barry, P. S. I., Mossman, D. B.: Lead concentration in human tissues. Brit. J. Ind. Med. **27**, 339–351 (1970)
4. Barry, P. S. I.: A comparison of concentrations of lead in human tissues. Brit. J. Ind. Med. **32**, 119–139 (1975)
5. Bolanowska, W., Piotrowski, J., Trojanowska, B.: Kinetics of distribution and excretion of lead (Pb-210) in rats. I. The distribution of a single intravenous dose. Med. Pracy **18**, 29–41 (1967) [in Polish with English summary]
6. Bolanowska, W., Piotrowski, J.: Kinetics of distribution and excretion of lead (Pb-210) in rats. II. Excretion of a single intravenous lead dose. Med. Pracy **19**, 133–142 (1968) [in Polish with English summary]
7. Bolanowska, W., Piotrowski, J.: Kinetics of distribution and excretion of lead (Pb-210) in rats. III. The retention and excretion of lead given in daily intravenous injections. Med. Pracy **20**, 494–503 (1969) [in Polish with English summary]
8. Draper, N. R., Smith, H.: Applied regression analysis. New York: John Willey and Sons 1966
9. Friberg, L., Vostal, J.: Mercury in the Environment. Cleveland: CRC Press 1972
10. Friberg, L., Piscator, M., Nordberg, G. F., Kjellström, T.: Cadmium in the Environment. (2nd ed.), Cleveland: CRC Press 1974

11. Gross, S. B., Pfitzer, E. A., Yeager, D. W., Kehoe, R. A.: Lead in human tissues. Toxicol. Appl. Pharm. **32**, 638–651 (1975)
12. Imbus, H. R., Cholak, J., Miller, L. H., Sterling, T.: Boron, cadmium, chromium and nickel in blood and urine. Arch. Environ. Hlth. **6**, 286–295 (1963)
13. Kitamura, S., Kondo, M., Takizawa, Y., Fujii, M.: Mercury. Tokyo: Kodansha 1976 [in Japanese]
14. Kjellström, T., Nordberg, G.F.: A kinetic model of cadmium metabolism in the human being (to be published)
15. Mitsui, T.: Mesurements of renal cortex and medulla from Japanese twins. Keio Igaku **25**, 18–22 (1948) [in Japanese]
16. Mori, M.: Handbook of anatomy (Kaibogaku Yoran), Tokyo: Nanzando Book Co. 1960 [in Japanese]
17. Nomiyama, K.: Critical concentration and biological half-time of cadmium in the renal cortex of humans. Kankyo Hoken Report (Environmental Health Report) **36**, 62–65 (1976) [in Japanese]
18. Nomiyama, K. Nomiyama, H.: Biological half time of cadium in rabbits. Jap. J. Hyg. **31**, 78 (1976) [in Japanese]
19. Nomiyama, K., Nomiyama, H., Taguchi, T.: Biological half time of cadmium in mice. Jap. J. Hyg. **32**, 128 (1977) [in Japanese]
20. Prickett, C. S., Laug, E. P., Kunze, F. M.: Distribution of mercury in rats following oral and intravenous adminstration of mercuric acetate and phenylmercuric acetate. Proc. Soc. Exp. Biol. Med. **73**, 585–588 (1950)
21. Rabinowitz, M. B., Wetherill, G. W.: Lead metabolism in the normal human: Stable isotopes studies. Science **182**, 725–727 (1973)
22. Rahola, T., Aaran, R.K., Miettinen, J. K.: Half-time studies of mercury and cadmium by whole body counting. I.A.E.A. Symposium on the Assessment of Radioactive organ and body burdens, Stockholm, November 22–26, 1971 (in Assessment of Radioactive Contamination in Man, I.A.E.A., Vienna, 1972, p. 553)
23. Section of Nutrition, Bureau of Public Health, Ministry of Health and Welfare: Newly adopted nutritional requirement of the Japanese, Toyko: Daiichi Shuppan Book Co. 1961 [in Japanese]
24. Sudo, Y., Nomiyama, K.: Long-term observations on urinary cadmium excretion of a former cadmium worker. Jap. J. Ind. Hlth. **14**, 117–122 (1972) [in Japanese with English summary]
25. Sumino, K., Hayakawa, K., Shibata, T., Kitamura, S.: Heavy metals in normal Japanese tissues. Arch. Environ. Hlth. **30**, 487–494 (1975)
26. Takabatake, E., Shigematsu, I., Kuzuhara, Y.: Cadmium concentration of grains and noodle in old ages (personal communication)
27. Teisinger, J., Přerovská, I., Šedivec, V., Flek, J., Roth, Z.: Attempt on determination of biologically active lead in organism in experimental poisoning. Int. Arch. Gewerbepath. Gewerbehyg. **25**, 240–255 (1969)
28. Tsuchiya, K., Sugita, M.: A mathematical model for deriving the biological half-life of a chemical. Nord. Hyg. Tidskr. **53**, 105–110 (1971)
29. Tsuchiya, K., Uchiyama, G., Sugita, M.; Yasuda, K.: Total mercury concentration in cerebrum, cerebellem, hair and urine from „normal" Japanese people. Jap. J. Hyg. **30**, 50 (1975) [in Japanese]
30. Tsuchiya, K., Sugita, M., Seki, Y.: Methematical derivation of the biological half-time of cadmium in human organs based on the accumaltion of the metal in the organs. Keio J. Med. **25**, 73–82 (1976)
31. Tsuchiya, K., Sugita, M.: Some problems and questions in the derivation of biological half-time of a chemical. Kankyo Hokon Report (Environmental Health Report) **36**, 70–71 (1976) [in Japanese]
32. Yamagata, N., Iwashima, K., Nagai, T.: Gastrointestinal absorption of ingested $^{115\,m}$Cd by man. Bull. Inst. Publ. Hlth. **24**, 1–6 (1975)
33. Yagyu, H., Ohi, G., Nishigaki, S., Seki, H.: Studies on biological half life of alkyl mercury compounds in rats and mice. Jap. J. Hyg. **30**, 55 (1975) [in Japanese]

Received August 6, 1977 / Accepted November 1, 1977