Journal of Biological Standardization (1981) 9, 277–285

# The antimicrobial effectiveness of some preservatives in inactivated human vaccines*

F. E. N. Hekkens,† Anna A. Polak-Vogelzang† and J. G. Kreeftenberg†

The antimicrobial effectiveness of some preservatives in inactivated human vaccines was studied by application of the test described in United States Pharmacopeia (U.S.P.) XIX. Five recommended strains as well as three strains isolated from vaccines were used as test strains. Products with hyamine, phenol, merthiolate and 2-fenoxyethanol–formaline were investigated. Only phenol met the requirements of the U.S.P. XIX test satisfactorily, the other preservatives did not fully reduce some of the challenge bacteria to not more than 0·1% of the initial numbers within two weeks. However, merthiolate and fenoxyethanol with formaline appeared to be the best alternatives to be used as preservative in DPT and DPT-polio vaccines respectively.

## INTRODUCTION

The addition of preservatives to inactivated vaccines is permitted or, in case of multiple-dose containers, prescribed in all pharmacopeias. These substances should prevent the growth of or kill contaminating micro-organisms introduced inadvertently at any stage of production or at any time during use of a vaccine (Seligman, 1974). The preservatives added should also be harmless for the recipient. Few preservatives which meet all these requirements are known and little information on this particular matter is given in literature.

The 'Antimicrobial Preservative Effectiveness' test prescribed in United States Pharmacopeia (U.S.P.) XIX (U.S.P., 1975) differed in two rather slight but important modifications from the same test prescribed in U.S.P. XVIII (U.S.P., 1970). These modifications, incubation at storage temperature and reduction of bacteria on day 14,

---

* Received for publication 4 September 1980.
† Rijks Instituut voor de Volksgezondheid, P.O. Box 1, 3720 BA Bilthoven, Netherlands.

0092-1157/81/030277 + 09 $02.00/0    © 1981 The International Association of Biological Standardization

F. E. N. HEKKENS ET AL.

and the acceptance of these modified requirements in Nederlandse Pharmacopee (N.P.) ed. 8 (N.P., 1978) led us to re-examine the antimicrobial effectiveness of some preservatives in inactivated human vaccines produced in our Institute. This examination included the study of phenol, merthiolate, hyamine and the combination 2-fenoxyethanol–formaline (FF).

## MATERIALS AND METHODS

The method used was as described in U.S.P. XIX with some modifications.

*Test strains*

The strains used are listed in Table 1. Besides the five test strains recommended in U.S.P. XIX we also included three fungal strains isolated in our laboratory from vaccines with preservatives.

Bacterial strains were cultivated on nutrient-agar 2% at 37 °C, fungal strains on malt extract-agar 2% at 20–25 °C. After growth all strains were suspended in skimmed milk, homogenized and lyophilized in ampoules. The number of viable organisms per ampoule was determined in preliminary titrations by testing several ampoules of each strain. Prior to use suspensions were prepared by adding 1 ml saline to each ampoule. To fulfil the recommended (U.S.P., N.P.) concentrations, calculated volumes from each suspension were added to the test tubes. In Table 2 a survey of these data is given.

*Preservatives*

The preservatives investigated are shown in Table 3. Phenol, merthiolate and 2-fenoxyethanol with formaline 25 $\mu$g ml$^{-1}$ (FF 25) were tested respectively in freshly prepared typhoid vaccine, diphtheria-pertussis-tetanus-vaccine (DPT) and diphtheria-pertussis-tetanus-polio-vaccine (DPT-polio). Experimental mixtures of FF 50 (2-fenoxyethanol with formaline 50 $\mu$g ml$^{-1}$) and FF 75 (with formaline 75 $\mu$g ml$^{-1}$) were

TABLE 1. Test strains used to investigate the antimicrobial effectiveness of preservatives

| No. | Strain | Code |
| --- | --- | --- |
| 1 | *Escherichia coli* | ATCC 8739 |
| 2 | *Pseudomonas aeruginosa* | ATCC 9027 |
| 3 | *Staphylococcus aureus* | ATCC 6538 |
| 4 | *Candida albicans* | ATCC 10231 |
| 5 | *Aspergillus niger* | ATCC 16404 |
| 6 | *Penicillium* sp. | 77/193 |
| 7 | *Verticillium* sp. | 76/190 |
| 8 | *Cladosporium cladosporioides* | 77/191 |

Strain 1–5: recommended by U.S.P. XIX.
Strain   6: isolated from experimental polio vaccine with FF as preservative.
Strain   7: isolated from DPT-polio vaccine no. 109 with hyamine as preservative.
Strain   8: isolated from DPT-polio vaccine no. 108 with hyamine as preservative.

ANTIMICROBIAL EFFECTIVENESS IN HUMAN VACCINES

TABLE 2. Preparation of the inoculum of test organisms to be used in the antimicrobial preservative effectiveness-test

| Strain | Number* | Inoculum† | Concentration‡ |
|---|---|---|---|
| Escherichia coli | 8 | 0·2 | 5–6 |
| Pseudomonas aeruginosa | 8 | 0·2 | 5–6 |
| Staphylococcus aureus | 8 | 0·2 | 5–6 |
| Candida albicans | 7 | 0·5 | 5–6 |
| Aspergillus niger | 6 | 0·5 | 4–5 |
| Penicillium sp. | 6 | 0·5 | 4–5 |
| Verticillium sp. | 5 | 0·5 | 3–4 |
| Cladosporium cladosporioides | 6 | 0·5 | 4–5 |

\* Number of viable organisms per ampoule in decimal log, preliminarily tested.
† Volume (ml) to be added to each test tube (40 ml) to fulfil the recommended concentration.
‡ Recommended (U.S.P., N.P.) concentration of organisms per ml in decimal log; compatible concentration for own test strains.

made by addition of formaline to the DPT-polio vaccine with FF 25. Hyamine was examined in DPT-polio vaccine after the date of expiration.

*Test method*

Of each of the eight test strains, the inoculum indicated in Table 2 was added to each of two tubes containing 40 ml of the product to be examined. After thoroughly mixing a plate count was made from all tubes to determine the number of viable organisms per ml. All these tubes were incubated at 4°C for 28 days.

After 7, 14, 21 and 28 days of incubation the number of viable organisms per ml was determined by plate counts.

*Plate counting*

From undiluted, 1:100 and 1:10 000 diluted (saline) suspensions 0·5 ml was inoculated on each of two nutrient-agar plates for bacteria and on each of two malt

TABLE 3. Preservatives, concentration and application

| Preservative | Concentration | Application |
|---|---|---|
| 2-Fenoxyethanol–formaline (FF 25) | 0·5%—25 $\mu g\ ml^{-1}$ | DPT-polio vaccine |
| 2-Fenoxyethanol–formaline (FF 50) | 0·5%—50 $\mu g\ ml^{-1}$ | Experimental |
| 2-Fenoxyethanol–formaline (FF 75) | 0·5%—75 $\mu g\ ml^{-1}$ | Experimental |
| Merthiolate | 1:10 000 | DPT vaccine |
| Phenol | 0·5% | Typhoid vaccine |
| Hyamine | 1:80 000 | DPT-polio vaccine |

extract-agar plates for fungi. After incubation for three days at 37 °C (bacteria) and for seven days at 20–25 °C (fungi) the number of colonies was counted. From these counts the number of viable organisms per ml was calculated for each test strain.

*Interpretation (U.S.P. XIX)*

The preservative is effective in the product examined if:
— the concentrations of viable bacteria are reduced to not more than 0·1% of the initial concentrations by the 14th day.
— the concentrations of viable yeasts and fungi remain at or below the initial concentrations during the first 14 days.
— the concentration of each test micro-organism remains at or below these designated levels during the remainder of the 28-day test period.

## RESULTS

The results are shown in Tables 4–12.

*Escherichia coli* (Table 4) was very sensitive to phenol and merthiolate. With FF 25 and hyamine the reduction of organisms to not more than 0·1% of the initial concentration was only attained at the end of the 28-day test period. Increase of the concentration of formaline in the FF-combination was not successful as a reduction to not more than 0·1% on day 14 was not achieved.

*Pseudomonas aeruginosa* (Table 5) was found to be very sensitive to phenol, merthiolate and the FF combinations. With hyamine, although effective according to the requirements, a total bactericidal effect could only be demonstrated at day 28.

*Staphylococcus aureus* (Table 6) was more resistant to the preservatives than the other test organisms. Only phenol fully met the constituted requirements. Increasing the formaline content in FF had a noticeable effect although a sufficient reduction of organisms could not be obtained.

*Candida albicans* (Table 7) was found to be very sensitive to merthiolate. Phenol was fungicidal at the end of the test period. The FF combinations and hyamine caused a gradual reduction in the number of viable organisms and thus met the requirements.

TABLE 4. Antimicrobial effectiveness of preservatives to *Escherichia coli*

| Vaccine | Preservative | Number of organisms per ml on day | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 7 | 14 | 21 | 28 |
| DPT-polio 113 | FF 25 | 6·8* | 6·0 | 5·5 | 4·5 | 3·5 |
| DPT-polio 114 | FF 25 | 6·9 | 6·0 | 5·3 | 4·3 | —† |
| DPT-polio (exp.) | FF 50 | 7·6 | 6·5 | 5·8 | 4·3 | — |
| DPT-polio (exp.) | FF 75 | 6·7 | 5·9 | 4·6 | — | — |
| DPT 84 | Merthiolate | 6·7 | 3·7 | — | — | — |
| Typhoid 79 | Phenol | 6·7 | — | — | — | — |
| DPT-polio 68–71 | Hyamine | 6·3 | 4·9 | 3·9 | 3·6 | 3·3 |

* In decimal log; † no growth.

ANTIMICROBIAL EFFECTIVENESS IN HUMAN VACCINES

TABLE 5. Antimicrobial effectiveness of preservatives to *Pseudomonas aeruginosa*

| Vaccine | Preservative | Number of organisms per ml on day | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 7 | 14 | 21 | 28 |
| DPT-polio 113 | FF 25 | 6·3* | —† | — | — | — |
| DPT-polio 114 | FF 25 | 6·5 | — | — | — | — |
| DPT-polio (exp.) | FF 50 | 6·5 | — | — | — | — |
| DPT-polio (exp.) | FF 75 | 6·3 | — | — | — | — |
| DPT 84 | Merthiolate | 6·7 | — | — | — | — |
| Typhoid 79 | Phenol | 6·4 | — | — | — | — |
| DPT-polio 68–71 | Hyamine | 6·4 | 4·4 | <0 | 0·5 | — |

* In decimal log; † no growth.

For *Aspergillus niger* (Table 8), phenol and merthiolate were obviously fungicidal; the FF combinations and hyamine could not achieve this effect within the 28-day test period.

*Penicillium* sp. (Table 9) was very sensitive to merthiolate. The other preservatives, although far less effective, met the requirements. All the preservatives met the requirements in the case of *Verticillium* sp. (Table 10), although this organism showed slight resistance to hyamine. All the preservatives except hyamine were effective to *Cladosporium cladosporioides* (Table 11).

Table 12, compiling all results of the Tables 4–11, relates these results to the interpretation constituted in U.S.P. XIX and N.P. These results indicate that phenol is effective to all test strains; merthiolate is not completely effective to *S. aureus*. None of the tested FF combinations met the requirements for *S. aureus* and *E. coli* satisfactorily. Hyamine was not effective to *S. aureus*, *E. coli* and our own test strain *C. cladosporioides*.

TABLE 6. Antimicrobial effectiveness of preservatives to *Staphylococcus aureus*

| Vaccine | Preservative | Number of organisms per ml on day | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 7 | 14 | 21 | 28 |
| DPT-polio 113 | FF 25 | 6·6* | 6·5 | 6·3 | 6·0 | 5·7 |
| DPT-polio 114 | FF 25 | 6·5 | 6·2 | 6·1 | 5·8 | 5·3 |
| DPT-polio (exp.) | FF 50 | 6·6 | 6·3 | 6·2 | 5·3 | 2·5 |
| DPT-polio (exp.) | FF 75 | 6·3 | 6·0 | 5·7 | 4·0 | —† |
| DPT 84 | Merthiolate | 6·7 | 6·5 | 6·2 | 5·7 | — |
| Typhoid 79 | Phenol | 6·6 | <0 | — | — | — |
| DPT-polio 68–71 | Hyamine | 6·5 | 5·9 | 5·7 | 5·5 | 4·9 |

* In decimal log; † no growth.

F. E. N. HEKKENS ET AL.

TABLE 7. Antimicrobial effectiveness of preservatives to *Candida albicans*

| Vaccine | Preservative | Number of organisms per ml on day | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 7 | 14 | 21 | 28 |
| DPT-polio 113 | FF 25 | 5·2* | 5·0 | 4·8 | 4·2 | 3·7 |
| DPT-polio 114 | FF 25 | 5·6 | 5·5 | 5·0 | 4·7 | 3·7 |
| DPT-polio (exp.) | FF 50 | 5·6 | 5·6 | 5·5 | 5·3 | 4·0 |
| DPT-polio (exp.) | FF 75 | 5·7 | 5·7 | 5·6 | 5·3 | 4·7 |
| DPT 84 | Merthiolate | 5·3 | —† | — | — | — |
| Typhoid 79 | Phenol | 5·9 | 4·0 | 2·8 | 0·9 | — |
| DPT-polio 68–71 | Hyamine | 5·5 | 4·5 | 4·3 | 3·5 | 2·8 |

* In decimal log; † no growth.

TABLE 8. Antimicrobial effectiveness of preservatives to *Aspergillus niger*

| Vaccine | Preservative | Number of organisms per ml on day | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 7 | 14 | 21 | 28 |
| DPT-polio 113 | FF 25 | 3·7* | 2·8 | 2·5 | 2·5 | 2·0 |
| DPT-polio 114 | FF 25 | 4·3 | 4·0 | 3·0 | 2·9 | 2·7 |
| DPT-polio (exp.) | FF 50 | 3·3 | 2·5 | 1·7 | 1·7 | 1·6 |
| DPT-polio (exp.) | FF 75 | 4·0 | 3·7 | 2·3 | 2·0 | 2·3 |
| DPT 84 | Merthiolate | —† | — | — | — | — |
| Typhoid 79 | Phenol | 4·2 | 0·0 | — | — | — |
| DPT-polio 68–71 | Hyamine | 4·2 | 3·7 | 2·5 | 2·8 | 2·0 |

* In decimal log; † no growth.

TABLE 9. Antimicrobial effectiveness of preservatives to *Penicillium* sp.

| Vaccine | Preservative | Number of organisms per ml on day | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 7 | 14 | 21 | 28 |
| DPT-polio 113 | FF 25 | 5·4* | 5·6 | 5·3 | 5·0 | 4·5 |
| DPT-polio 114 | FF 25 | 5·9 | 5·4 | 4·9 | 4·3 | 3·7 |
| DPT-polio (exp.) | FF 50 | 5·1 | 4·7 | 4·3 | 4·3 | 3·0 |
| DPT-polio (exp.) | FF 75 | 5·8 | 5·4 | 5·1 | 4·6 | 4·3 |
| DPT 84 | Merthiolate | 4·9 | —† | — | — | — |
| Typhoid 79 | Phenol | 5·8 | 5·0 | 4·6 | 4·0 | 2·6 |
| DPT-polio 68–71 | Hyamine | 5·7 | 5·1 | 5·0 | 4·8 | 4·8 |

* In decimal log; † no growth

282

ANTIMICROBIAL EFFECTIVENESS IN HUMAN VACCINES

TABLE 10. Antimicrobial effectiveness of preservatives to *Verticillium* sp.

| Vaccine | Preservative | Number of organisms per ml on day | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 7 | 14 | 21 | 28 |
| DPT-polio 113 | FF 25 | 3·1* | —† | — | — | — |
| DPT-polio 114 | FF 25 | 4·0 | — | — | — | — |
| DPT-polio (exp.) | FF 50 | 3·7 | — | — | — | — |
| DPT-polio (exp.) | FF 75 | 2·6 | — | — | — | — |
| DPT 84 | Merthiolate | — | — | — | — | — |
| Typhoid 79 | Phenol | 2·6 | — | — | — | — |
| DPT-polio 68–71 | Hyamine | 3·7 | 1·1 | 0·3 | 0·1 | 0·0 |

* In decimal log; † no growth.

DISCUSSION

A method to test the effectiveness of antimicrobial preservatives was described for the first time in U.S.P. XVIII, edited in 1970 (U.S.P., 1970). Essentially this test consisted of challenging the product with each of five test strains and incubating the suspensions at 30–32 °C for 28 days. The preservative was adequate in use if there was no significant increase in the number of yeasts and fungi, and if the number of viable vegetative micro-organisms was reduced to not more than 0·1% of the initial number and remained below that level for a 7-day period within the 28-day test period.

In 1974 the 'Rijks Instituut voor de Volksgezondheid' introduced a DPT-polio vaccine with a 'new' polio component, produced in a microcarrier culture (as contrasted with monolayer culture) and more purified than the vaccine produced in monolayers (van Wezel, 1978). This 'new' DPT-polio vaccine with hyamine as preservative did not

TABLE 11. Antimicrobial effectiveness of preservatives to *Cladosporium cladosporioides*

| Vaccine | Preservative | Number of organisms per ml on day | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 7 | 14 | 21 | 28 |
| DPT-polio 113 | FF 25 | 4·5* | 0·3 | 0·0 | —† | — |
| DPT-polio 114 | FF 25 | 4·6 | — | — | — | — |
| DPT-polio (exp.) | FF 50 | 4·5 | 1·5 | 0·0 | — | — |
| DPT-polio (exp.) | FF 75 | 4·5 | 0·6 | — | — | — |
| DPT 84 | Merthiolate | 4·0 | — | — | — | — |
| Typhoid 79 | Phenol | 3·7 | — | — | — | — |
| DPT-polio 68–71 | Hyamine | 4·3 | 3·0 | 2·8 | 3·8 | 3·6 |

* In decimal log; † no growth.

F. E. N. HEKKENS ET AL.

TABLE 12. A survey of the antimicrobial effectiveness of investigated preservatives

|  | Preservative | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | FF 25 | FF 50 | FF 75 | Merthiolate | Phenol | Hyamine |
| Escherichia coli | − | − | − | + | + | − |
| Pseudomonas aeruginosa | + | + | + | + | + | + |
| Staphylococcus aureus | − | − | − | − | + | − |
| Candida albicans | + | + | + | + | + | + |
| Aspergillus niger | + | + | + | + | + | + |
| Penicillium sp. | + | + | + | + | + | + |
| Verticillium sp. | + | + | + | + | + | + |
| Cladosporium cladosporioides | + | + | + | + | + | − |

−, Does not meet the requirements in U.S.P. XIX and N.P.; +, meets the requirements in U.S.P. XIX and N.P.

meet the above mentioned requirements. The most effective combination for DPT-polio vaccine was considered to be fenoxyethanol with neomycin and streptomycin as described by Cameron (1974).

In several European countries including the Netherlands, however, the use of antibiotics in human vaccines is not permitted (Cameron, 1974; N.P., 1978). Therefore the combination fenoxyethanol-formaline was chosen as an alternative. This choice was based on the satisfying results of the antimicrobial effectiveness investigated according to the U.S.P. XVIII criteria (van Wezel, 1978). Based on these studies FF instead of hyamine was used as preservative in our DPT-polio-vaccines from 1974 onwards. However, in U.S.P. XIX (edited in 1975) the requirements for the antimicrobial preservative effectiveness were modified. These modifications included the incubation at the storage temperature or at 20–25 °C if no storage temperature was specified. Furthermore, the reduction of the number of viable bacteria to not more than 0.1% of the initial concentrations was required on the 14th day. The study presented here was based on these new requirements and included the preservatives phenol, merthiolate and fenoxyethanol-formaline with various concentrations of formaline (25 $\mu$g ml$^{-1}$, 50 $\mu$g ml$^{-1}$ and 75 $\mu$g ml$^{-1}$ respectively). Although hyamine is not applied at present in combined vaccines it was also included in this study because little or no data on this preservative were known. For this reason a hyamine vaccine with an expired date was used.

In this study only phenol met the new U.S.P. XIX requirements. Merthiolate was not fully effective to *S. aureus*. This was also found by Ashford *et al.* (1974) and by Farber & Rench (1974). The FF combinations and hyamine proved to be insufficiently effective to *S. aureus* and *E. coli*. Probably the presence of antibiotics in the combination used by Cameron (1974) is essential for the antimicrobial effectiveness. Moreover, his study was performed according to the U.S.P. XVIII requirements and thus his results are not fully comparable to ours.

Although for a useful test the number of strains used should not be too large, there are good reasons to investigate some species found as contaminants in the products under consideration (International Symposium, 1974).

284

ANTIMICROBIAL EFFECTIVENESS IN HUMAN VACCINES

As expected *Penicillium* sp., isolated from a polio-FF 25-vaccine, proved to be little sensitive to FF. Comparable results were obtained with the strains isolated from DPT-polio hyamine vaccines (*Verticillium* sp. and *Cladosporium cladosporioides*), which were most resistant to hyamine.

The requirements formulated in N.P. are similar to those described in U.S.P. XIX. If these requirements are precisely applied only phenol is acceptable as an effective preservative. According to the same pharmacopeia however, phenol is not allowed to be used in adsorbed D-, T-, DT- (and therefore also DT-polio-, DPT- and DPT-polio-) vaccines. For these types of vaccines merthiolate seems to be the best preservative. Merthiolate, however, is detrimental to the quality of inactivated poliovaccine (Cameron, 1974) and therefore unacceptable for application in polio-containing vaccines. For these vaccines the best alternative seems to be the combination fenoxyethanol–formaline. With the introduction of FF instead of hyamine to our DPT-polio vaccine the number of fungal-infected containers of this vaccine lowered from about one promille to almost zero.

In conclusion, although merthiolate and fenoxyethanol–formaline did not fulfil the requirements formulated in U.S.P. XIX and N.P. our results indicate that these preservatives are the best alternatives to be used in DPT- and DPT-polio-vaccines respectively.

*Acknowledgements*

The authors would like to thank Mr J. A. Smit for technical advice and Ir A. L. van Wezel for critical discussion.

REFERENCES

Ashford, W. R., Moon, M. & Tan, T. G. (1974). A study of the effectiveness of vaccines. Antimicrobial agents in biological parenteral products. *Developments in Biological Standardization* 24, 29–38.

Cameron, J. (1974). Preservative systems compatible with DPT-polio (Salk) and TABTD-polio (Salk) vaccines. *Developments in Biological Standardization* 24, 155–165.

Farber, J. F. & Rench, M. (1974). Testing of preservatives in biological products. *Developments in Biological Standardization* 24, 213–226.

International Symposium on Preservatives in Biological Products (1974). Reports of the rapporteurs. *Developments in Biological Standardization* 24, 237–251.

Nederlandse Pharmacopee, 1978.8$^e$ editie. 's Gravenhage. Staatsuitgeverij.

Seligman, E. B., Jr. (1974). Why a symposium on preservatives? *Developments in Biological Standardization* 24, xiii–xiv.

United States Pharmacopeia, 1970, XVIII revision.

United States Pharmacopeia, 1975, XIX revision.

van Wezel, A. L., van Steenis, G., Hannik, Ch. A. & Cohen, H. (1978). New approach to the production of concentrated and purified inactivated polio and rabies tissue culture vaccines. *Developments in Biological Standardization* 41, 159–168.