Letters in Applied Microbiology 1994, 18, 115–116

# The antimicrobial activity of phenoxyethanol in vaccines

**Ingrid Lowe and J. Southern**
South African Institute for Medical Research (SAIMR), Serum and Vaccine Department, Sandringham, South Africa

PM/02: accepted 8 September 1993

I. LOWE AND J. SOUTHERN. 1994. The activity of the antimicrobial preservatives, phenoxyethanol and thiomersal, were compared in diphtheria, tetanus and pertussis (adsorbed) vaccine. Both chemicals were equally effective in inactivating challenge doses of Gram-negative and Gram-positive micro-organisms, as well as a yeast.

## INTRODUCTION

Childhood vaccines such as those containing the combination of diphtheria toxoid, tetanus toxoid and whole cell pertussis (DTP) are commonly packaged in multidose vials (BP 1988a). In these circumstances it is usual to include an antimicrobial preservative which will prevent the growth of contaminants introduced during withdrawal of doses of vaccine during use. The preservative most commonly used is thiomersal (BP 1988b). Other preservatives are being evaluated because: (i) this material has become difficult to obtain; (ii) the use of mercury-containing compounds in medicinal products is considered potentially harmful; and (iii) it has been found that some vaccine components are unstable in the presence of this material (Davisson et al. 1956). This third point is of major concern to those vaccine developers who are intending to incorporate additional antigens into the combined childhood vaccines. Some manufacturers have already used alternative preservatives with combined DTP-inactivated polio vaccine (Cameron 1974; Ajjan 1988).

The antimicrobial action of phenoxyethanol has been studied by Gilbert et al. (1977a, b, c), and the mode of action in Gram-negative bacteria is reported to be due to the disruption of cell membrane integrity and uncoupling of oxidative phosphorylation.

The use of phenoxyethanol, in conjunction with antibiotics for preservation of poliomyelitis (Salk) vaccine was reported by Pivnick et al. (1964). The use of this combination in DTP-polio vaccine was reported by Cameron (1974). However, there has been no published work demonstrating the comparative antimicrobial effectiveness of phenoxyethanol and thiomersal in DTP vaccines.

The low toxicity of phenoxyethanol in children has been reported by Marini and Vechatti (1955) who used up to $0.15$ g kg$^{-1}$ body weight, as a solvent for intravenous penicillin with no reported adverse effects. The levels of phenoxyethanol used in our study would be equivalent to $2.5$ mg per dose.

We have examined the effect of these preservatives on the potency and stability of vaccine antigens, and here we report on the antimicrobial activity in DTP vaccines formulated with these two preservatives.

## MATERIALS AND METHODS

Vaccine antigens were prepared by methods modified from the WHO recommendations (1990), for use in SAIMR DTP vaccine. Antigenic content of toxoids is established using the Ramon flocculation test (WHO 1977), and expressed as Lf units. Phenoxyethanol was obtained from NIPA Laboratories, and thiomersal from Usines Chimiques d'Ivry, France. Other chemicals were purchased from commercial suppliers, and tested to ensure compliance with British Pharmacopoeial specifications.

DTP vaccine was compounded, using the standard formula of the SAIMR, to contain (per $0.5$ ml dose): Diphtheria toxoid, 25 Lf; Tetanus toxoid, 6 Lf; Pertussis, killed whole cell suspension, 20 International opacity units; aluminium phosphate, $1.25$ mg; in sodium chloride, $0.15$ mol l$^{-1}$. The standard vaccine contained $0.1$ g l$^{-1}$ thiomersal, and the test vaccine 5 g l$^{-1}$ phenoxyethanol. The toxoids contain traces of formaldehyde and sodium metabisulphite used during inactivation, and the residual formaldehyde in the vaccines was between 19 and 60 mg l$^{-1}$.

The vaccines were aseptically filled into sterile 10 ml containers, and sealed with sterile multipuncture rubber stoppers held in place with a crimped aluminium overseal.

The test method was based on that described in the US Pharmacopoeia (1990). The micro-organisms used and their challenge doses are shown in Table 1. They were subcultured from an overnight Tryptic Soy Broth (TSB) culture into fresh TSB, and incubated at 37°C for 6 h,

Correspondence to: Dr James Southern, SAIMR, Serum and Vaccine Department, Box 28999, Sandringham 2131, South Africa.

Geier06385

Case 1:06-cv-01357-EGS   Document 6-11   Filed 10/26/2006   Page 2 of 2
Case 1:06-cv-01357-EGS   Document 6-11   Filed 10/26/2006   Page 2 of 2

**Table 1** Bacterial strains used to challenge test formulations of vaccine, and the challenge dose used

| Species | Derivation | Challenge dose (cfu ml$^{-1}$) |
|---|---|---|
| Candida albicans | ATCC 10231 | $4 \cdot 5 \times 10^5$ |
| Escherichia coli | ATCC 88739 | $5 \cdot 0 \times 10^5$ |
| Pseudomonas aeruginosa | ATCC 9027 | $8 \cdot 2 \times 10^5$ |
| Staphylococcus aureus | ATCC 6538 | $8 \cdot 5 \times 10^5$ |
| Bacillus subtilis | Local isolate | $2 \cdot 0 \times 10^3$ |

before being diluted in peptone water for use as challenge, and for determination of colony-forming units. Volumes of 10 ml (one vial) of the vaccines were challenged with 0·1 ml volumes of the microbial cultures. Duplicate samples were incubated at 2–6°C, 18–25°C and 37°C, and 0·5 ml samples were withdrawn after 1 d, 7 d, 14 d and 28 d. Six samples (20 μl) from each vial were spread directly onto nutrient agar, incubated for 48 h at 37°C, and examined for colonies.

## RESULTS AND DISCUSSION

No viable organisms were recovered from either of the test vaccines, following incubation at 4°, 20° or 37°C, at 24 h, 7 d, 14 d or 28 d after inoculation. Control vials which contained sterile TSB, inoculated in parallel, and incubated at 37°C for 24 h showed profuse growth of the challenge organisms. It had been reported that phenoxyethanol was of low activity against Gram-positive micro-organisms (Russell et al. 1992), but both the Gram-positive challenge strains were inactivated by the vaccines as formulated, as was the yeast, C. albicans. No spores were seen on a Gram-stained film of the B. subtilis, at the time of challenge, so it may be that a spore-containing contaminant could remain dormant under these conditions until inoculated into more favourable surroundings.

The vaccines as formulated also contain traces of other materials which have antimicrobial activity. Phenoxyethanol is reported to enhance the microbial uptake of low molecular weight substances (Gilbert et al. 1977c), and this may enhance the effects of residual formaldehyde.

It is expected that opened multidose vaccine vials will be discarded after each clinic session, so that contaminants would only need to be suppressed for a maximum of 8 h at refrigerator, or perhaps room temperature. Thus these results would appear to indicate that both these antimicrobial preservatives will be suitable for use with the SAIMR DTP vaccine.

## ACKNOWLEDGEMENT

The production unit of the South African Institute for Medical Research, Serum and Vaccine Department provided technical assistance with preparation of the vaccines.

## REFERENCES

Ajjan, N. (1988) Vaccine constituents. In *Vaccination*, Ch. VII. pp. 56–57. Lyon: Pasteur-Mérieux.

British Pharmacopoeia (1988a) *Diphtheria, Tetanus and Pertussis Vaccine*. Vol. II. p. 1052.

British Pharmacopoeia (1988b) *Thiomersal*, Vol. I. pp. 568–569.

Cameron, J. (1974) Preservative systems compatible with DPT-Polio (Salk) and TABTD-Polio (Salk) vaccines. *Developments in Biological Standardization* (Karger, Basel) 24, 155–165.

Davisson, E.O., Powell, H.M., MacFarlane, J.O., Hodgson, R.L. and Culbertson, C.G. (1956) The preservation of poliomyelitis vaccine with stabilized merthiolate. *Journal of Laboratory and Clinical Medicine* 47, 8–19.

Gilbert, P., Beveridge, E.G. and Crone, P.B. (1977a) The lethal action of 2-phenoxyethanol and its analogues upon *Escherichia coli* NCTC 5933. *Microbios* 19, 125–141.

Gilbert, P., Beveridge, E.G. and Crone, P.B. (1977b) Inhibition of some respiration and dehydrogenase enzyme systems in *Escherichia coli* NCTC 5933 by phenoxyethanol. *Microbios* 20, 29–37.

Gilbert, P., Beveridge, E.G. and Crone, P.B. (1977c) Effect of phenoxyethanol on the permeability of *Escherichia coli* NCTC 5933 to inorganic ions. *Microbios* 19, 17–26.

Marini, C. and Vechatti, R. (1955) Experimental and clinical investigations on a new solvent to prolong the action of penicillin. *Nipa Laboratories Report* 1–5.

Pivnick, H., Tracy, J.M., Tosoni, A.L. and Glass, D.G. (1964) Preservatives for poliomyelitis (Salk) vaccine III: 2-phenoxyethanol. *Journal of Pharmaceutical Sciences* 53, 899–901.

Russell, A.D., Hugo, W.B. and Ayliffe, G.A.J. (1992) 2: Types of Antimicrobial Agents. In *Principles and Practice of Disinfection, Preservation and Sterilization*, 2nd edn. pp. 7–88. Oxford: Blackwell.

US Pharmacopoeia XXII (1990) *Microbiological Tests*. pp. 1478–1479.

WHO (1977) Manual for Production and Control of Vaccines. *WHO BLG/UNDP/77.1 Rev 1*. pp. 60–65.

WHO (1990) Requirements for diphtheria, tetanus, pertussis and combined vaccines. *WHO Technical Report Series 800*. Annex 2, pp. 87–179.

Geier06386