*Journal of Exposure Analysis and Environmental Epidemiology* (2005), 1–11
© 2005 Nature Publishing Group All rights reserved 1053-4245/05/$30.00

www.nature.com/jea



# Reconstruction of methylmercury intakes in indigenous populations from biomarker data

NATHALIE H. GOSSELIN,[a] ROBERT C. BRUNET,[b] GAÉTAN CARRIER,[a] MICHÈLE BOUCHARD[a] AND MARK FEELEY[c]

[a]*Chaire en analyse des risques toxicologiques pour la santé humaine and Département de santé environnementale et santé au travail, Faculté de Médecine, Université de Montréal, PO Box 6128, Main Station, Montreal, Quebec, Canada H3C 3J7*
[b]*Département de Mathématiques et de Statistique and Centre de Recherches Mathématiques, Faculté des arts et des sciences, Université de Montréal, PO Box 6128, Main Station, Montreal, Quebec, Canada H3C 3J7*
[c]*Health Canada, Chemical Health Hazard Assessment Division, Bureau of Chemical Safety, Food Directorate, Sir F. Banting Bldg, Tunney's Pasture, Ottawa, Ontario, Canada K1A 0L2*

Significant amounts of methylmercury (MeHg) can bioaccumulate in fish and sea mammals. To monitor MeHg exposure in individuals, organic and inorganic mercury are often measured in blood samples or in hair strands, the latter being by far the best integrator of past exposure. With knowledge of the MeHg kinetics in humans, the levels of both biomarkers can be related to MeHg body burden and intakes. In the present study, we use the toxicokinetic model of Carrier et al. (2001) describing the distribution and excretion of MeHg in humans, to reconstruct the history of MeHg intakes of indigenous women of the Inuvik region in Canada starting from total mercury concentrations in hair segments. From these reconstructed MeHg intakes, the corresponding simulated mercury blood concentrations are found to be good predictors of the concentrations actually measured in blood samples. An important conclusion of this study is that, for almost all subjects, the reconstructed history of their MeHg intakes provides much lower intake values than intakes estimated from questionnaires on food consumption and estimated MeHg levels in these foods; the mean value of the reconstructed MeHg intakes is 0.03 μg/kg/day compared with the mean value of 0.20 μg/kg/day obtained from questionnaires. The model was also used to back-calculate the MeHg intakes from concentrations in hair strands collected from aboriginals of the Amazon region in Brazil, a population significantly more exposed than the population of the Inuvik region.

*Journal of Exposure Analysis and Environmental Epidemiology* advance online publication, 29 June 2005; doi:10.1038/sj.jea.7500433

**Keywords:** *methylmercury, biomonitoring, toxicokinetics, biomarker.*

## Introduction

The 1956 industrial mercury spillage in the bay of Minamata in Japan has irrefutably demonstrated the harmful effects of acute methylmercury (MeHg) exposure on the human nervous system (Tsubaki and Irukayama, 1977). In 1971, another major incident of MeHg poisoning occurred in Iraq; the use of barley and wheat seed treated with mercury fungicides induced severe cases of poisoning following the consumption of bread made from the contaminated grains (Bakir et al., 1973). This incident confirmed the neurological effects of MeHg on the fetus of the exposed mothers (Marsh et al., 1980, 1981).

Nowadays, the major source of MeHg exposure is through the consumption of contaminated fish (World Health Organization (WHO), 1990). Populations that get a substantial amount of their food through subsistence fishing, such as Canadian aboriginals, have the potential to be highly exposed to MeHg. Many epidemiological surveys have been conducted to monitor the level of MeHg exposure in these populations with the aim of limiting the health hazards arising from their diet (Mc Keown-Eyssen and Ruedy, 1983; Wheatley and Paradis, 1996; Dewailly et al., 2001; Muckle et al., 2001). The MeHg exposure can be inferred from biomarker levels expressed as the concentration of total mercury (organic and inorganic form) in blood and/or in hair samples. The MeHg consumption can also be assessed by estimating the daily intake of MeHg by means of a questionnaire about the past ingestion of food potentially contaminated with MeHg or from an analysis of a duplicate diet during a given period. In order to evaluate the associated health hazards of MeHg intake, these MeHg exposure markers are compared with reference values proposed by public health and environmental organizations (WHO, 1990; United States Environmental Protection Agency (USEPA), 1997; Health Canada, 1998; Food and Agriculture Organization of the United Nations (FAO), 2003). These values,

---

1. Address all correspondence to: Dr G Carrier, Département de Santé environnementale et santé au travail, Université de Montréal, PO Box 6128, Station centre-ville, Montreal, Quebec, Canada H3C 3J7.
Tel.: +1 514 343 6111 ext 3108. Fax: +1 514 343 2200.
E-mail: gaetan.carrier@umontreal.ca
Received 15 November 2004; accepted 7 February 2005

which are based on scientific investigations of the plausible relations between the levels of MeHg biomarkers and the harmful effects on human health, are considered acceptable by those organizations.

To relate the levels of MeHg biomarkers to the corresponding daily intakes of MeHg, an empirical one-compartment kinetic model describing the fate of MeHg in the human body has so far been used (WHO, 1990; USEPA, 1997; FAO, 2003). More often than not, the steady-state conditions (i.e., the intake equals the excretion) are assumed in establishing the relationship, resulting in a constant ratio between the MeHg daily intake and the total mercury measured in the biological matrices. However, since the amounts of MeHg measured in fish fluctuate greatly (Morgan et al., 1997) and the consumption patterns of fish and sea mammals vary with seasons (Sherlock et al., 1982), the MeHg exposure generally varies too much throughout time to satisfy the conditions of steady state. This exposure variation is identified by the variable total mercury levels measured in sequential segments of hair strands of individuals from fish-eating populations (Phelps et al., 1980; Dolbec et al., 2001).

Recently, a biologically based dynamical model was developed by Carrier et al. (2001) to predict in humans the distribution and elimination of MeHg and its inorganic metabolite for a variety of MeHg ingestion scenarios. This model can relate MeHg daily intakes to the total mercury levels measured in accessible biological matrices. The model follows the dynamics of intakes and elimination, without steady-state assumptions, for any dietary exposure scenario and any data collection time. The toxicokinetic model of Carrier et al. (2001) is based on a system of differential equations where each equation describes the evolution of the organic or inorganic mercury burden in a compartment. Each compartment stands for either a single organ or a group of organs or tissues. An input function incorporated in the differential equation of the gastrointestinal compartment allows simulations of any oral MeHg exposure scenario. This function represents the variable rate of MeHg daily intakes during a chosen period, a daily intake being the total of the amounts of food ingested multiplied by their respective MeHg concentrations. The values of the model parameters in Carrier et al. (2001) were determined using the available published data of the *in vivo* time profiles of total mercury in blood and in hair of volunteers orally exposed to MeHg. These profiles were obtained from several experimental studies on healthy men and women (Aberg et al., 1969; Miettinen et al., 1971; Birke et al., 1972; Kershaw et al., 1980; Sherlock et al., 1984; Smith et al., 1994).

Before proceeding with the reconstruction of MeHg intakes in aboriginal populations, the present study seeks to understand the impact of the toxicokinetics of organic and inorganic mercury on the determination of amounts of MeHg ingested that can be inferred from the concentrations of total mercury measured in biological matrices. For this purpose, the model of Carrier et al. (2001) was used to investigate the relationships between MeHg intake and biomarker levels for different exposure scenarios, particularly those where steady-state conditions are far from being attained. Also, the variability in MeHg biomarker levels stemming from the interindividual variability of the MeHg blood elimination half-life and of the ratio between the total mercury concentration in hair and that in blood was assessed. Similarly, the effect of various collection times postexposure on MeHg biomarker levels were examined.

Using the model and the measured concentrations of total mercury in sequential centimeters (cm) of hair strands, reconstruction of the likely monthly MeHg intakes was carried out for indigenous populations of Canada and Brazil without the need for knowledge of their dietary habits.

## Methods

For the present study, the differential equation system of the toxicokinetic model of Carrier et al. (2001) was programmed in MathCad 2000 Professional (MathSoft Inc., Cambridge, MA, USA). The mathematical resolution of the differential equation system, with the input function describing an ascribed ingestion sequence, was based on the numerical method of Runge–Kutta included in this software. All model simulations were carried out with the mean parametric values presented in Carrier et al. (2001), except when assessing the impact of the interindividual variability of the elimination half-life of MeHg in blood and of the ratio between total mercury concentration in hair and that in blood. Since the model is based on the conservation of mass in the system at all times, it predicts initially the amounts of organic or inorganic mercury in each model compartment. To convert mercury blood amounts to concentrations, blood volume was taken to be 8.2% of the body weight (BW) (Brown et al., 1997). Also, to depict the time profiles of total mercury levels in hair, it was assumed that hair grew at the rate of 1 cm/month (WHO, 1990).

### Main Factors Governing Levels of MeHg Biomarkers

*MeHg blood elimination half-life*  Carrier et al. (2001) determined averages for this parameter by fitting their kinetic model to time-profile data observed in controlled intake studies. Average MeHg blood elimination half-lives of 47.1, 50.2, 50.2, 51.7 and 54.8 days were, respectively, obtained from the data of Aberg et al. (1969), Miettinen et al. (1971), Kershaw et al. (1980), Sherlock et al. (1984) and Smith et al. (1994). The underlying MeHg demethylation rate (Al-Shahristani and Shihab, 1974; Al-Shahristani et al., 1976)


is subject to large variations among individuals and is plausibly the most determinant parameter for the elimination of MeHg from blood (WHO, 1990). To address this large variation, we allowed the MeHg blood elimination half-life to vary from 39 to 70 days, based on the extreme values measured in subjects under controlled and uncontrolled intake exposures (WHO, 1990). Its impact on the maximum total mercury concentration in blood and, in turn, in hair was examined for individuals ingesting MeHg under different exposure scenarios.

*Ingestion sequence* Before attempting reconstruction of individual intake histories, it was deemed useful to assess the impact of the time sequence of ingestion on the time course of biomarkers. The kinetic profiles of total mercury concentrations in blood and in hair were simulated for different durations of MeHg ingestion and different ingestion rates. These template scenarios represent individuals consuming either a single meal contaminated with MeHg or the same meal every day for 1 week, 1 month, 3 months and 21 months (only after this latter length of time is the steady state practically attained). The progression of total mercury in biological matrices was also simulated for individuals ingesting one contaminated meal per week during 3- and 14-month period. Every meal corresponded to an arbitrary dose of $1\,\mu g$ of MeHg/kg of BW and the MeHg background before the onset of exposure was considered nil. Also, the ratios of total mercury concentration in the first centimeter of hair closest to the root to total mercury concentration in the corresponding blood sample were evaluated as function of collection times and exposure scenarios. The concentration of total mercury in the first centimeter closest to the scalp was retained in the analysis of hair-to-blood ratio because it is available in almost all the exposed individuals; also, this concentration reflects the integration of blood exposure during the month just prior to collection.

*Ratio between the total mercury concentration in hair and that in blood* In Carrier et al. (2001), the values of the transfer rates of organic and inorganic mercury from blood to hair were determined from the mean data set of Kershaw et al. (1980) on the time courses of total mercury in the hair and blood of exposed volunteers. Since these model parameters mainly govern the ratio between the total mercury concentration in hair and that in blood, sensitivity tests on these transfer rates were implemented to establish the impact of variability of the hair-to-blood ratio on the MeHg biomarker levels. Simulations of the exposure scenarios presented above were executed by varying by $\pm 50\%$ the mean values presented in Carrier et al. (2001). This variation was chosen based on the data set of Walker et al. (2002) described in the section below.

*Reconstruction of MeHg Intakes in Indigenous Populations*
Two databases of MeHg biomarkers were supplied to our research team. These databases originated from MeHg exposure studies on indigenous populations living in Canada and in Brazil.

*Indigenous population from Canada* From June 1st 1998 to June 1st 1999, 104 pregnant Inuit women, between ages of 15 and 45 years, agreed to participate in a biomonitoring study on environmental contaminants (Walker et al., 2002). These women were from communities in the Inuvik region of the Northwest Territories, Canada. The day of delivery, samples of maternal blood and strands of hair were collected. Total mercury concentration was measured in blood samples and in each consecutive segment of 1 or 2 cm cut in the strand of hair. The limit of detection for the concentration of total mercury in blood was $0.2\,\mu g/l$, and for hair it was $0.4\,\mu g/g$. In addition, Walker et al. (2002) distributed to these women a dietary questionnaire about their food consumption and estimated thereafter their average daily intake of MeHg from the amount of each food item multiplied by its known MeHg concentration. The available database provides the concentration in hair for 80 women, the concentration in blood for 94 women and the average daily intake as assessed from the questionnaire for 86 women.

Since the concentration of total mercury in each segment of hair represents an integration over time of the mercury transferred from blood to hair roots during the period corresponding to the segment growth, indirect information about past MeHg exposure is thus available for women who provided hair samples. Of course, the period for which the exposure history can be estimated was determined by the length of the collected hair strand. In the present work, the model of Carrier et al. (2001) was used to estimate the temporal profile of MeHg daily intakes starting from total mercury concentrations in hair strands. These back-calculations were carried out by iterations, varying the estimated MeHg intake rates until an optimal adjustment was achieved between model simulations and actual data on the total mercury concentration in each sequential segment of the hair strand. To fit the concentration of mercury in the segment at the tip of the hair strand (i.e., the segment corresponding to the most distant time for which past exposure to mercury can be estimated), the model simulations assumed that, before that month, the MeHg exposure occurred under steady-state conditions. Also, with the aim of not underestimating the MeHg intakes, the concentration in the segments of hair with no detectable mercury was set to the limit of detection. The MeHg daily intakes estimated through this back-calculation were later compared with the ones estimated from the food frequency questionnaire.

Using the model, the reconstructed temporal profile of MeHg consumption gave, for each woman providing a hair strand, an estimation of the total mercury concentration in blood on the day of childbirth. This simulated blood concentration was compared with the one measured in their blood sample. The comparison could meaningfully be carried out only for women whose mercury level in the first centimeter of hair cut closest to the root was above the limit of detection.

*Indigenous population from Brazil* A study was undertaken in the Amazon in Brazil with the aim of verifying the relationship between the nervous system dysfunction and levels of MeHg exposure in a fish-eating population (Lebel et al., 1996, 1998; Dolbec et al., 2001). The targeted populations were natives who lived in Amazonian villages situated on the edge of the river Tapajós in Brazil. The MeHg exposure was evaluated by the total mercury concentration in collected hair strands. These strands were cut in segments of 1 cm, and the total mercury concentration was measured for every segment. The available database includes these concentrations for 108 aboriginals. For 45 of them, the hair was collected in 1995, and for the other 63, in 2000.

In the current study, the temporal profiles of daily MeHg intakes of 20 native men and women (pregnancy status not specified) were estimated by the same procedure as for the Inuvik women. The 20 individuals were chosen to afford representative levels of MeHg exposure in the cohort; to do so, two individuals were selected at random in every decile group. These deciles were ranked according to the average concentrations obtained upon pooling their hair segments.

## Results

### Main Factors Governing Levels of MeHg Biomarkers

*MeHg blood elimination half-life* Table 1 presents simulations of biomarker levels in exposed individuals with varying MeHg blood elimination rates. Increasing the residence time of total mercury in the body (longer MeHg blood elimination half-lives) results in an increase in maximum biomarker levels. For a chronic daily exposure, using a MeHg blood elimination half-life of 70 days, the maximums of the total mercury concentrations in hair and in blood are approximately 1.6 times higher than the ones obtained with a half-life of 39 days. This increase is, however, not noticeable for short exposure periods. In addition, the model simulations presented in Table 1 show that changing the MeHg blood elimination half-life has little impact on the hair-to-blood ratio.

*Ingestion sequence* The simulations of the temporal profiles of the total mercury concentration in blood show that the contaminated meals consumed during the days, and even the months preceding a blood sampling, significantly influence the blood concentration. For example, for an individual ingesting a daily meal equivalent to a dose of 1 $\mu$g MeHg/kg BW during 1 week, the model estimates the maximum concentration of total mercury in blood immediately after ceasing ingestion at 6.2 $\mu$g/l; this is, respectively, 3.7 and 7.8 times less than the maximum concentration attained at the end of 1 month or 3 months with the same daily dose. The model also showed that to attain a steady-state blood concentration, the daily exposure needs to occur for 21

**Table 1.** Effect on the maximum concentration of total mercury in blood ($\mu$g/l) and in hair ($\mu$g/g) of variations in the value of the assumed metabolic rate of transformation of organic mercury into inorganic mercury.

| Duration of MeHg daily intake[a] | Biological matrix | Maximum total mercury concentration in blood and hair Elimination half-lives of MeHg from blood | | |
|---|---|---|---|---|
| | | 39 days | 50 days | 70 days |
| Unique dose | Blood ($\mu$g/l) | 0.92 | 0.92 | 0.93 |
| | Hair ($\mu$g/g) | 0.25 | 0.26 | 0.27 |
| 1 month | Blood ($\mu$g/l) | 21.82 | 23.01 | 24.30 |
| | Hair ($\mu$g/g) | 6.53 | 6.81 | 7.15 |
| 3 months | Blood ($\mu$g/l) | 42.30 | 48.39 | 55.99 |
| | Hair ($\mu$g/g) | 13.99 | 15.41 | 17.22 |
| 21 months | Blood ($\mu$g/l) | 53.08 | 67.98 | 95.09 |
| | Hair ($\mu$g/g) | 18.85 | 23.28 | 31.34 |

*Note*: The concentrations are estimated from the Carrier et al. (2001) model using the parametric values presented by these authors, except for the values of the elimination half-life of MeHg from blood.
[a]Each ingested dose is equivalent to 1 $\mu$g of MeHg/kg BW.


months, which would result in a blood concentration of 68.3 μg/l.

According to the model simulations, the total mercury concentrations in the first centimeter of hair cut closest to the root increases following a kinetic pattern similar to the one in blood. However, there is a time delay between the mercury level in blood and the concentration in the proximal cm hair segment as hair concentration stems from the average blood levels in contact with hair roots over 1 month. This time-delay effect diminishes only when the exposure conditions come close to steady-state conditions. The analysis of the time profiles of total mercury concentration in hair simulated for a single MeHg intake and for daily MeHg intakes during a week or a month shows that the maximum concentrations in the proximal cm of hair are reached about 1 month following the end of MeHg exposure, whereas, for daily intakes over 3 months, the maximum concentration in hair is reached 10 days after the end of exposure. Also, the simulated time profile of total mercury level in hair indicates that the steady state is attained after 21 months of a constant daily intake. If the ingestion of contaminated foods stops when steady state is reached, the maximum concentration in the proximal cm is obtained when the hair strand is collected on the termination day.

Figure 1 presents the time profiles of total mercury concentration in blood and in hair following the onset of ingestion of one meal of 1 μg of MeHg/kg BW/week for periods of 3 and 14 months. Between each ingested contaminated meal (7 days), approximately 7% of total mercury in blood was eliminated; this appears in Figure 1 as oscillations in the time profiles of blood concentration. However, no oscillation in the hair concentration is observed given that the MeHg exposure remains the same month after month and the amount in each 1 cm of the hair strand stems from the integration of the total mercury levels in blood during the month corresponding to the 1-cm growth. As a result of the integration of MeHg blood exposure, the total mercury concentration in hair is approximately the same as the concentration that would be obtained following the daily ingestion of a meal of 0.14 μg of MeHg/kg BW instead of 1 μg MeHg/kg/week (i.e., 1 μg of MeHg/kg BW divided by 7).

Figure 1 illustrates a detectable time delay between the maximum of the total mercury concentration in blood and the maximum in the proximal cm of hair for the weekly MeHg intakes throughout the 3 months intake, while no time delay was detectable for the weekly exposures for 14 months. For both duration periods, after the first month without MeHg ingestion, the concentrations in hair and blood follow similar decay profiles, showing that after this initial time period, a dynamical equilibrium sets in between blood and hair concentrations. This feature is also observed for all the daily exposure scenarios after 1 month following the last ingestion.

*Ratio between the total mercury concentration in hair and that in blood*  Simulated ratios between the total mercury concentration in the first centimeter of hair closest to the root and the concentration in blood are presented in Table 2 for different durations of MeHg daily intake and time of collection. It can be seen that hair-to-blood ratio depends on the duration of MeHg intakes; it increases when the duration of exposure increases. The ratio is close to a constant value when exposure gets nearer to steady-state conditions, since the time delay observed between the blood and hair concentrations then decreases. According to the model of Carrier et al. (2001) with the mean parametric values, this constant steady-state ratio is equal to 342. Table 2 shows that this value is only reached in the case of a chronic daily exposure. Even for a chronic ingestion of one MeHg-contaminated meal per week (see Figure 1b), the hair-to-blood ratio is not constant. Since the blood levels decrease during the days following ingestion, this ratio depends on the day of blood collection, varying during the week between 331 and 354.

Also from Table 2, the hair-to-blood ratio is much lower if the collection is carried out on the termination day of MeHg exposure rather than if collection is carried out 1 month after. At 1 month after intake cessation, the ratio is close to a constant value because the hair and blood concentrations are changing at a similar rate. In fact, the hair-to-blood ratio



**Figure 1.** Model simulations of the time profiles of total mercury concentration in blood (—) and in the first centimeter of hair closest to the root (- - - -) following ingestion of a once a week intake of 1 μg of MeHg/kg BW: 3-month exposure (a) and 14-month exposure (b).

**Table 2.** Simulated ratio of total mercury concentration in the first centimeter of hair closest to the root (μg/g) and in blood (μg/ml) as function of collection times and different durations of MeHg daily intakes.

| Duration of MeHg daily intake | Ratio of hair-to-blood concentrations[a] Collection times (time elapsed since the cessation of exposure) | | | | |
|---|---|---|---|---|---|
| | Day of cessation | 1 week | 1 month | 2 months | 3 months |
| Unique dose | 4.5 (2.2–6.7) | 86 (43–129) | 407 (209–629) | 42 (210–633) | 423 (211–635) |
| 1 week | 39 (19–58) | 124 (62–186) | 419 (209–630) | 421 (210–633) | 423 (211–635) |
| 1 month | 179 (90–269) | 267 (134–401) | 420 (210–631) | 422 (211–634) | 424 (212–636) |
| 3 months | 306 (153–459) | 348 (174–522) | 421 (210–633) | 423 (211–636) | 425 (212–639) |
| 21 months | 342[b] (171–513) | 372 (186–558) | 425 (212–639) | 428 (214–643) | 431 (215–648) |

[a]The ratios were estimated from the Carrier et al. (2001) model using the parametric values presented by these authors. A variation of ±50% on the transfer rate of organic and inorganic from blood to hair yields a range of hair-to-blood ratios (within parentheses).
[b]At the end of this exposure, the steady-state conditions are reached, but these conditions are lost at times after exposure ceases.

does not necessarily depend on the duration of MeHg intakes when the biological matrices are collected 1 month or more following the end of exposure, and this is true even for the once a week exposure scenario. That ratio ranges from 406 to 431 (see Table 2).

The total mercury concentrations in blood predicted by the model of Carrier et al. (2001) were not sensitive to the presumed variability of the transfer rates of organic and inorganic mercury from blood to hair because these transfer rates are relatively small compared to the other blood elimination rates. However, concentrations in hair were widely influenced by this variability; in fact, the total mercury levels in hair varied proportionally to the value of these blood-to-hair transfer rates. As can be verified from the results presented in Table 2, this proportional response is true for any ingestion sequences and collection times. Also, this table shows that the exposure and sampling scenarios are more important in determining the hair-to-blood ratio than the values of the transfer rates of organic and inorganic mercury from blood to hair.

*Reconstruction of MeHg Intakes in Indigenous Populations*

*Indigenous population from Canada* The construction of past daily MeHg intakes in the 80 Inuvik women who supplied hair strands was estimated by adjusting possible intake rates until an intake profile coupled with the model kinetics yielded a fit to the measured total mercury concentrations in every consecutive segment of hair. The estimations of intake rates from the data of four exposed women in the cohort are illustrated in Figure 2a; they show that there is a reasonable adjustment between the simulations of the model and the temporal profile of the mercury concentrations measured in the hair of these women. Good fits were also achieved from total mercury concentration measured in the hair of the other Inuvik women (results are not shown).

Comparison of the time profiles of intakes *versus* that of hair concentrations presented in Figure 2a illustrates the delay between the MeHg daily intake rates and the total mercury concentrations in hair. For example, MeHg daily intake has to increase substantially before the appearance of a detectable increase in the hair segment. This time delay between intake rates and hair concentrations stems from an important mechanism at work: rising intake results in rapid rise in blood concentration (days), but blood concentration needs to be high for a substantial amount of time (weeks) before the monthly average of blood–hair root contact, represented in a cm of hair, can rise similarly. The dose rate reconstructions and the measurements of the total mercury concentration in the hair segments in Figure 2a show wide variations in the monthly levels of exposure; in none of the Inuvik women was steady state ever attained.

For each of the 80 women who provided a hair sample, the reconstructed time profile of MeHg daily intakes allows estimation of their average MeHg daily intake for each of the pregnancy trimesters. Descriptive statistics on these intakes are presented in Table 3. Only 60 women supplied hair strands long enough to estimate the past exposure to MeHg during the first trimester of pregnancy. There is, on average, little difference between MeHg ingested during the trimesters.

In Table 3, descriptive statistics are presented for the average MeHg daily intakes estimated from the dietary questionnaire of the 69 women who responded to the questionnaire among the 80 women providing hair strands. The estimates of the MeHg consumption based on the questionnaire were much higher than the ones based on the previously described reconstruction of intakes from the total mercury concentrations in consecutive segments of hair. In fact, the questionnaire gave higher intake estimations in 58 women of the group of 69. For example, the questionnaire estimated an average daily intake of $2.73\,\mu g$ of MeHg/kg BW for a given woman, whereas the highest daily intake based on her reconstructed time profile is $0.02\,\mu g$ of



**Figure 2.** (i) Historical reconstruction of daily intakes of MeHg (μg/kg of BW) prior to the hair collection at time 0 (——) from model simulation (- - - -) of the measured data (□) on mercury concentration in successive centimeters of hair (μg/g) in four women from the Inuvik cohort (Walker et al., 2002). (ii) Simulated time profile (· · · ·) of total mercury concentration in blood (μg/l) from the reconstructed intake compared to measured data (×).

MeHg/kg BW. However, for the woman having the highest mercury levels in her hair, average daily intake estimated by the questionnaire is less than half of the intakes reconstructed with the model. Also, the woman with the highest daily intake as estimated by the questionnaire presented no detectable mercury in her hair.

Figure 2b presents, for four women in the Inuvik cohort, the model simulations of the temporal profile of their total mercury concentration in blood as well as the concentration measured in the maternal blood sample collected after childbirth. These blood concentration simulations were determined using the model kinetics and the reconstructed time profile of MeHg daily intakes based on the observed concentrations in the consecutive segments of hair strands, independent of the mercury levels in blood. Figure 2b shows that the simulated values for concentrations of mercury in blood at the moment of childbirth are close to the values measured in the collected blood. Figure 3 presents the

**Table 3.** Descriptive statistics on average daily intakes of MeHg (μg/kg BW) for the women from the Inuvik cohort (Walker et al., 2002): (i) estimated from the model simulations based on the total mercury concentrations measured in the consecutive segments of hair; and (ii) average daily intakes as estimated by the questionnaire.

|  | Average daily intake of MeHg (μg/kg BW) Estimated by the model from hair concentrations | | | Estimated by the questionnaire |
|---|---|---|---|---|
|  | 1st trimester of pregnancy[a] | 2nd trimester of pregnancy[a] | 3rd trimester of pregnancy[a] |  |
| Arithmetic mean | 0.04 | 0.03 | 0.03 | 0.20 |
| SD | 0.07 | 0.07 | 0.05 | 0.35 |
| Minimum | 0 | 0 | 0.015 | 0 |
| Maximum | 0.49 | 0.56 | 0.34 | 2.73 |
| Number of individuals | 60 | 72 | 80 | 69 |

[a]Estimated by optimal adjustment of the simulations based on the Carrier et al. (2001) model to fit the data on the mercury concentration in each consecutive cm of the hair strand.



**Figure 3.** Comparison between measured and simulated total mercury concentration in blood (μg/l) for the 16 women from the Inuvik cohort with mercury levels in the proximal cm of hair above the detection limit (Walker et al., 2002). The simulated value for each woman was obtained using the model of Carrier et al. (2001) in combination with their measured time profile of total mercury concentration in hair. The line (—) represents the linear equation $y = x$.



**Figure 4.** (i) Historical reconstruction of daily intake of MeHg (μg/kg of BW) prior to the hair collection at time 0 (—) from model simulation (- - - -) of the measured data (□) on mercury concentration in successive centimeters of hair (μg/g) in two natives from the Amazon cohort (Lebel et al., 1998; Dolbec et al., 2001).

relation between the simulated ($x$) and measured ($y$) total mercury concentrations in blood for the 16 Inuvik women having total mercury concentrations in the proximal cm of hair above the detection limit. The points are fairly close to the plotted line of a would be perfect simulation ($y = x$). A regression for the linear function $\log(y) = m \log(x)$ was carried out by the least-squares method on the logarithms of the measured and simulated blood concentrations. The logarithm was used to avoid distortion of fit from high values because the difference between the lower and higher concentrations (the measured as well as the simulated) is more than one order of magnitude. The slope estimator ($m$) is 0.86 and the 95% confidence interval of this estimator is CI (95%) = (0.69, 1.02). The determination coefficient ($r^2$) of this regression is 0.90.

*Indigenous population from Brazil* The adjustments of the model simulations on the mercury concentrations measured in every segment of hair allowed reconstruction of the variations in daily MeHg intakes for the 20 selected Amazonian aboriginals. Figure 4 presents the results of only two simulations carried out: for the two participants among 20 providing hair strands long enough to back-calculate the MeHg daily intakes for 16 months. This figure shows that a good fit can be obtained between the model simulations and the measured values, which was also the case for the other 18 aboriginals (results not shown).



A comparison between the temporal profile of the mercury concentrations in hair and that of daily MeHg intakes illustrates again the delay between the variations of these two quantities. Also, as for the Inuvik women, the monthly levels of MeHg exposure vary, so steady-state assumptions are also not in order here. The variations in MeHg levels for Amazon natives have been previously reported by Lebel et al. (1997) and by Dolbec et al. (2001). These authors conclude that the variations are mostly due to different MeHg content within the types of fish caught during the dry season and the ones consumed during the rainy season.

**Discussion**

The toxicokinetic model of Carrier et al. (2001) was developed for the purpose of simulating the fate of organic and inorganic mercury in humans exposed to MeHg via the dietary route. It allows bilateral links between the MeHg daily intake and the mercury concentration in blood and hair samples collected at any given time following the onset of any MeHg ingestion period.

*Main Factors Governing MeHg Levels of Biomarkers*
Owing to the relatively long elimination half-life of MeHg, the duration of exposure has an important influence on biomarker levels. The model simulations of total mercury concentrations in blood as well as in hair showed that the MeHg daily intake necessary to attain a specified maximum concentration has to be much higher for an exposure of short duration (days or weeks) than for a chronic or extended exposure of several months. For example, simulations show that, after ingesting each day for 1 week an MeHg-contaminated meal, the MeHg blood level would be just 10% of the level reached at steady state under identical daily intakes. Only after 21 months of constant identical daily intakes are the conditions for steady state met; these conditions are rarely met in real-life situations. Hence, there are dangers of severely biased estimations if steady state is assumed. The impact of temporal exposure scenarios may help explain the large study-to-study difference between uncontrolled and controlled intake studies with regard to the ratio: "mercury blood concentration/MeHg daily intake" (Sherlock and Quinn, 1988; WHO, 1990); these studies often surmise that the fish-eating populations are exposed to MeHg under steady-state conditions, which is not the case.

As already mentioned, interindividual variability in the MeHg blood elimination half-life was observed in controlled intake studies (Miettinen et al., 1971; Kershaw et al., 1980; Sherlock et al., 1984; Smith et al., 1994). In the present study, the impact of this variation on the biomarker levels was investigated for different durations of MeHg daily intakes. Under chronic exposure, the simulated maximum total mercury concentrations in blood and in hair are about twice as high when the elimination half-life of MeHg in blood is put equal to 70 days in comparison to 39 days. However, the consequences of this variation are much less important if the daily exposure has only occurred for a short period (see Table 1).

In addition to the interindividual variability observed in MeHg blood elimination half-lives and in mercury hair-to-blood ratio, there is study-to-study variations in the observed hair-to-blood ratio: the mean hair-to-blood ratio reported by the observational and controlling dosage studies vary between 140 and 370 (FAO, 2003). However, these ratios must be interpreted very cautiously; as presented in Table 2, this wide range may stem mainly from differences regarding the exposure scenarios and sampling procedures. The variability due to the sampling procedure was observed in the study of Kershaw et al. (1980) where volunteers had ingested a single MeHg-contaminated meal. These authors measured the total mercury concentration in blood sample and in 0.5-cm proximal segment of hair for each 2 weeks following the ingestion; a 95% confidence range of 224–476 for the ratio was calculated for a volunteer who provided six blood and six hair samples. Nevertheless, model simulations show that the variations produced by the exposure durations become negligible when the sampling procedure is carried out 1 month after exposure cessation (see Table 2). Therefore, to assess interindividual variability in the hair-to-blood ratio, blood and hair samples should be collected 1 month after cessation of MeHg exposure and the concentration in hair should be based on the proximal segment of the hair strand.

*Reconstruction of MeHg Intakes in Indigenous Populations*
Using the model of Carrier et al. (2001), it was possible to reconstruct the temporal profiles of MeHg daily intakes of pregnant women in the Inuvik region starting from the total mercury concentration in each segment of the hair strand. Consequently, the reconstruction does not require the knowledge of the amounts of contaminated food consumed and their respective MeHg concentrations. While there is variability in the parameters of the MeHg kinetics (Stern, 1997; Clewell et al., 1999), the set of the mean parametric values from Carrier et al. (2001) allows for good predictive values of intake estimates, using as indirect validation the comparison between the simulated and measured concentrations of total mercury in the blood samples of the 16 women at childbirth (see Figure 3). Despite these encouraging results, there still exist uncertainties concerning the real-time profile of MeHg intakes because the intra- and interindividual variability in the kinetics of MeHg, in the blood volume and in the hair growth rate were not accounted for in the modeling. There is also a possible imprecision in mercury measurements in hair.

When reconstructing the time profiles of the MeHg intakes, the variability in the model parameter values can, however, be considered. In fact, a range of MeHg daily intakes could be obtained by adjusting the model simulations to the hair concentrations using different MeHg blood elimination rates and transfer rates of the organic and inorganic mercury from blood to hair. Time profiles of the MeHg intakes of the 16 women with detectable mercury levels in the proximal cm of hair were estimated by the model simulations with parametric values for the blood elimination half-life of MeHg at the extremes of the likely range, either 39 or 70 days. With the slower elimination rate (70 days), the estimates of MeHg intakes were reduced by factors ranging between 1.1 and 1.5 compared to the 50-day half-life, whereas they were multiplied by factors between 1.1 and 1.3 with the faster elimination rate (39 days). To assess the impact of variability in the transfer rate of organic and inorganic mercury from blood to hair, a range of MeHg daily intakes was back-calculated for each of these 16 women, using the mean transfer rate values $\pm 50\%$. This range of estimated intakes for a given women was then applied to predict an interval for her total mercury concentration in blood at delivery. It was found that the measured values of these blood concentrations were all within the simulated intervals.

Even with the above-mentioned uncertainties, the MeHg intakes estimated by adjusting the model to the measured total mercury levels in the hair strands collected from the Inuvik women seem more accurate than the estimates based on their answers to the dietary questionnaire. In fact, the method proposed provides coherence between the reconstructed MeHg intakes and the measured biomarker levels, whereas there are important inconsistencies between the questionnaire estimations and the amounts of total mercury measured in biological matrices. These inconsistencies, as reported in the Results section, lead one to doubt any inferences based on questionnaires. These dietary estimations are probably biased by inaccurate recollection of the frequency of fish and sea mammal consumption and from variations in the MeHg amounts in traditional/country foods collected in different areas. These biases can have significant impact when assessing health risks related to MeHg ingestion. For instance, the average daily MeHg intakes reconstructed by the model are much lower than $0.2\,\mu g/kg$ BW, the value recommended by Health Canada (1998), whereas the ones estimated by the dietary questionnaire are close to this recommended value (see Table 3). Even when the extreme variability of both the MeHg blood elimination half-life and the hair-to-blood ratio are taken in, the estimated MeHg daily intakes reconstructed using the model by fitting on hair strand data was lower than the one estimated through the questionnaires for almost all women.

The back-calculations of the MeHg daily intakes based on the total mercury concentration in hair strands are applicable to a large range of MeHg exposures. Applied to data collected from the populations of the Amazon, the back-calculations show that the most exposed aboriginal in that cohort presented a mercury concentration in the hair about seven times higher than the most exposed woman in the Inuvik cohort.

## Conclusion

The results reported in this study may be useful in the design of further biomonitoring studies. Most important, the probable time duration of MeHg exposure should be carefully established when back-calculating with a model the MeHg intakes through the total mercury measured in the biological matrices. It was shown in the present study that mercury concentrations in every one-cm segment of hair are best to provide indications of the historical exposure to MeHg; hence, biomonitoring studies should give priority to hair sampling. The fit between the time profiles of MeHg hair concentrations simulated by the toxicokinetic model of Carrier et al. (2001) and the observed hair concentrations allows good estimates of the daily intakes during the exposure period to the extent of the length of the hair strand. However, if the collected hair strand is not long enough, a dietary questionnaire about eating habits could be distributed to the exposed individuals just to decide whether the intake was constant, intermittent or acute. This questionnaire does not need to quantify the daily MeHg intake; it is only important to know the period during which the individual might have consumed contaminated food.

An important advantage of collecting hair strands to monitor the MeHg exposure is that the total mercury concentration in a one-cm segment is not substantially influenced by the most recent contaminated meal, contrary to the concentration in blood samples. According to the temporal profiles of the total mercury concentration in blood of volunteers in the study of Kershaw et al. (1980), the mercury level in blood is in equilibrium with the one in tissues after 30–40 h following the ingestion of a fish meal contaminated with MeHg. This implies that the mercury distribution from the blood to tissues is complete after this period without MeHg exposure. Thus, field workers collecting blood samples should ask the exposed individuals beforehand not to consume foods that might have been contaminated with MeHg for at least 2 days prior to the blood test.

## Acknowledgements

We wish to thank the Northern Contaminants Program of Indian and Northern Affairs Canada and the Institut de Recherche Robert-Sauvé en Santé et Sécurité du Travail (IRSST) for providing financial support.



## References

Aberg B., Ekman L., Falk R., Greitz U., Persson G., and Snihs J.O. Metabolism of methyl mercury ($^{203}$Hg) compounds in man. Excretion and distribution. *Arch Environ Health* 1969: 19: 478–484.

Al-Shahristani H., Shihab K.M., and Al-Haddad I.K. Mercury in hair as an indicator of total body burden. *Bull World Health Organ* 1976: 53: 105–112.

Al-Shahristani H., and Shihab K.M. Variation of biological half-life of methylmercury in man. *Arch Environ Health* 1974: 28: 342–344.

Bakir F., Damluji S.F., Murtadha M., Khalidi A., al-Rawi N.Y., Tikriti S., Dahahir H.I., Clarkson T.W., Smith J.C., and Doherty R.A. Methylmercury poisoning in Iraq. *Science* 1973: 181: 230–241.

Birke G., Johnels A.G., Plantin L.O., Sjöstrand B., Skerfving S., and Westermark T. Studies on humans exposed to methyl mercury through fish consumption. *Arch Environ Health* 1972: 25: 77–91.

Brown R.P., Delp M.D., Lindstedt S.L., Rhomberg L.R., and Beliles R.P. Physiological parameters values for physiologically based pharmacokinetics model. *Toxicol Ind Health* 1997: 13: 407–484.

Carrier G., Bouchard M., Brunet R.C., and Caza M. A toxicokinetic model for predicting the tissue distribution and elimination of organic and inorganic mercury following exposure to methyl mercury in animals and humans. II. Application and validation of the model in humans. *Toxicol Appl Pharmacol* 2001: 171: 50–60.

Clewell H.J., Gearhart J.M., Gentry P.R., et al. Evaluation of the uncertainty in an oral reference dose for methylmercury due to interindividual variability in pharmacokinetics. *Risk Anal* 1999: 19: 547–558.

Dewailly É., Ayotte P., Bruneau S., Lebel G., Levallois P., and Weber J.P. Exposure of the Inuit population of Nunavik (Artic Québec) to lead and mercury. *Arch Environ Health* 2001: 56: 350–357.

Dolbec J., Mergler D., Larribe F., Roulet M., Lebel J., and Lucotte M. Sequential analysis of hair mercury levels in relation to fish diet of an Amazonian population, Brazil. *Sci Total Environ* 2001: 271: 87–97.

Food and Agriculture Organization of the United Nations (FAO), World Health Organization (WHO). Summary and Conclusions of the 61st Meeting of the Joint FAO/WHO Expert committee on Food Additives (JECFA), JECFA/61/SC, Rome 2003.

Health Canada. *Review of the Tolerable Daily Intake for Methylmercury: Rationale for Proposed Interim Revision of the TDI*. Food Directorate, Health Protection Branch, Ottawa, 1998.

Kershaw T.G., Dhahir P.H., and Clarkson T.W. The relationship between blood levels and dose of merthylmercury in man. *Arch Environ Health* 1980: 35: 28–36.

Lebel J., Mergler D., Branches F., Lucotte M., Marucia A., Larribe F., and Dolbec J. Neurotoxic effects of low-level methylmercury contamination in the Amazonian Basin. *Environ Res Sect A* 1998: 79: 20–32.

Lebel J., Mergler D., Lucotte M., Marucia A., Dolbec J., Miranda D., Arantès G., Rheault I., and Pichet P. Evidence of early nervous system dysfunction in Amazonian populations exposed to low-levels of methylmercury. *Neurotoxicology* 1996: 17: 157–168.

Lebel J., Roulet M., Mergler D., Lucotte M., and Larribe F. Fish diet and mercury exposure in a riparian Amazonian population. *Water Air Soil Pollut* 1997: 97: 31–44.

Marsh D.O., Myers G.J., Clarkson T.W., Amin-Zaki L., Tikriti S., Majeed M.A., and Dabbagh A.R. Dose–response relationship for human fetal exposure to methylmercury. *Clin Toxicol* 1981: 18: 1311–1318.

Marsh D.O., Myers G.J., Clarkson T.W., Amin-Zaki L., Tikriti S., and Majeed M.A. Fetal methylmercury poisoning: clinical and toxicological data on 29 cases. *Ann Neurol* 1980: 7: 348–355.

Mc Keown-Eyssen G.E., and Ruedy J. Methyl mercury exposure in Northern Quebec I. Neurologic findings in adults. *Am J Epidemiol* 1983: 118: 461–469.

Miettinen J.K., Rahola T., Hattula T., Rissanen K., and Tillander M. Elimination of $^{203}$Hg-methylmercury in man. *Ann Clin Res* 1971: 3: 116–122.

Morgan J.N., Berry M.R., and Graves R.L. Effects of commonly used cooking practices on total mercury concentration in fish and their impact on exposure assessments. *J Expo Anal Environ Epidemiol* 1997: 7: 119–133.

Muckle G., Ayotte P., Dewailly É., Jacobson S.W., and Jacobson J.L. Prenatal exposure of the Northern Québec Inuit infants to environmental contaminants. *Environ Health Perspect* 2001: 109: 1291–1299.

Phelps R.W., Clarkson T.W., Kershaw T.G., and Wheatley B. Interrelationships of blood and hair mercury concentrations in a North American population exposed to methylmercury. *Arch Environ Health* 1980: 35: 161–168.

Sherlock J.C., Hislop J., Newton D., Topping G., and Whittle K. Elevation of mercury in human blood from controlled chronic ingestion of methylmercury in fish. *Hum Toxicol* 1984: 3: 117–131.

Sherlock J.C., Lindsay D.G., Hislop J.E., Evans W.H., and Collier T.R. Duplication diet study on mercury intake by fish consumption in the United Kingdom. *Arch Environ Health* 1982: 37: 271–278.

Sherlock J.C., and Quinn M. Underestimation of dose–response relationship with particular reference to the relationship between the dietary intake of mercury and its concentration in blood. *Hum Toxicol* 1988: 7: 129–132.

Smith J.C., Allen P.V., Turner M.D., Most B., Fisher H.L., and Hall L.L. The kinetics of intravenously administered methyl mercury in man. *Toxicol Appl Pharmacol* 1994: 128: 251–256.

Stern A.H. Estimation of interindividual variability in the one-compartment pharmacokinetic model for methylmercury: implications for the derivation of the reference dose. *Regul Toxicol Pharmacol* 1997: 25: 277–288.

Tsubaki T., and Irukayama K. *Minamata Disease: Methylmercury Poisoning in Minamata and Nigata, Japan*. Elsevier Scientific, New York, NY, 1977.

United States Environmental Protection Agency (USEPA). *Mercury Study Report to Congress. Vol. V: Health Effects of Mercury and Mercury Compounds. US EPA-452/R-97-007*. Office of Air Quality Planning and Standards and Office of Research and Development, US EPA, 1997.

Walker V., Tofflermire K., Wrathall B., et al. Inuvik Regional Human Contaminants Monitoring Program. In: Sarah K. (Ed.). *Synopsis of Research Conducted under the 1999–2000 Northern Contaminants Program*. Minister of Indian Affairs and Northern Development, Ottawa, 2002, pp. 80–84.

Wheatley B., and Paradis S. Balancing human exposure, risk and reality: questions raised by the Canadian Aboriginal Methylmercury Program. *Neurotoxicology* 1996: 17: 241–250.

World Health Organization (WHO). *Methylmercury*, Vol. 101. World Health Organization, International Programme on Chemical Safety, Geneva, Switzerland, 1990.