{PRIVATE }

**THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
CENTERS FOR DISEASE CONTROL AND PREVENTION**

convenes

**THE NATIONAL VACCINE ADVISORY COMMITTEE
SPONSORED WORKSHOP ON THIMEROSAL VACCINES**

**DAY TWO - VOLUME I
AUGUST 12th, 1999**

The verbatim transcript of the Sponsored Workshop on Thimerosal Vaccines held Wednesday, August 12th, 1999, at the National Institutes of Health, Lister Hill Auditorium, Bethesda, Maryland.

would do dose-response studies and research animals and also look at different ages of animals, particularly after the animal is born and how the early stages of development compares to adulthood; the next one, contribution of Thimerosal from vaccines to total and individual tissue burdens. Kate Mchaffey from EPA and others were stressing the importance of looking at the total body burden of mercury. We're not just being exposed to Thimerosal. We're getting some in our food and some from other sources. ATSDR is involved in a Great Lakes research project that it's been sponsoring for years or co-sponsoring, and we may have some of this data and this may -- we may have the mechanism for getting some of this data.

The last thing is the immunologic effects of Thimerosal need to be investigated in laboratory animals as well. I'm sure that's five minutes plus.

**DR. RABINOVICH:** And last is Dr. Bernard Schwetz.

**DR. SCHWETZ:** Thank you. It's always fun to be the last of a series of speakers who, for the most part, vigorously agree with each other. It's very hard to

1   say something that's new and unique.  On the other
2   hand, I want to offer some thoughts as the Senior
3   Science Advisor to the Commissioner of the FDA and the
4   Director of the FDA National Center for Toxicological
5   Research.
6   As you might expect within an organization of the
7   nature and size of the FDA, there will be different
8   research agendas on almost everything, and that
9   certainly would be true for ethylmercury as well, but a
10  point I want to make is that I think that because of
11  the nature of the exposures, these converge for
12  something like ethylmercury.
13  If Thimerosal or mercury is taken out of vaccines, I
14  think further work on ethylmercury for the Center for
15  Biologics would not be a very high priority, especially
16  in comparison to the need for data on the replacements
17  for Thimerosal.  I think this isn't just a question of
18  a research agenda for ethylmercury, it's an even more
19  important question that if we succeed, then the problem
20  starts of knowing how successful the replacements are.
21   That has got to be a high priority, along with

225

1  whatever we need to know about ethylmercury.
2  On the other hand, it isn't very likely that Thimerosal
3  is going to be replaced in vaccines completely in a
4  reasonable length of time.  So that is still a need to
5  have data on ethylmercury.  Then look at the bigger
6  picture of the FDA in total where the concern is for
7  drugs, cosmetics, foods, as well as vaccines.  Then
8  it's a given that we need to have more data on
9  ethylmercury to understand that kind of a complex
10 picture.  It must include considerations about
11 additivity of ethylmercury from different sources, but
12 a point that hasn't been made in this meeting so far is
13 the need to consider the additivity between
14 ethylmercury and methylmercury.  We treat them as if
15 they're not acting in the same cells, and at some times
16 they are.  So I don't think we can look at ethylmercury
17 in isolation without considering methylmercury or other
18 sources of ethylmercury other than vaccines.
19 So one of the high priorities that I think is for us to
20 reduce the uncertainties that surround the idea that
21 methylmercury and ethylmercury are the same.  We know

226

1  they're not, but that's where we are today and we don't
2  have much data on ethylmercury to really confirm
3  whether it's more or less toxic.  We know for the
4  kidney it's probably more, but we all seem to assume
5  that methylmercury is the gold standard for concern and
6  ethylmercury may not be as bad.  We don't have enough
7  data to say that with a hundred percent confidence.
8  While there are some priorities that I would say maybe
9  just a little bit differently than some of the
10 preceding speakers, I would agree that the sensitivity
11 of the fetus versus the neonate is very important, and
12 for some of you who have forgotten about the sensitive
13 windows during fetal development, the nervous system
14 develops post-natally.  So isn't unreasonable to expect
15 there would be particular windows of sensitivity.  So
16 it isn't the matter of averaging the dose over the
17 whole neonatal period, it's what's the week or what's
18 the day or what's the series of hours that represent a
19 particular event in the development of the nervous
20 system when this whole thing might be dangerous.  It
21 may be weeks surrounding that when there isn't a major

1   problem.  We don't have that information.
2   The idea of sensitive subpopulations, as I reviewed
3   literature on ethylmercury, it appeared as though there
4   were people who were much more sensitive than others --
5   This is adults, and I don't know why, but the
6   possibility that that would exist with neonates is not
7   impossible -- the question of peak blood levels versus
8   the blood levels -- I distinguish between a single
9   exposure and chronic, because when you're talking about
10  newborns, that's not chronic.  That's what happens
11  right then and the following days over which they're
12  not exposed to a vaccine again.
13  So the real question in my mind is the peak -- the
14  effect of the peak blood level versus the blood level
15  during the distribution and elimination phase of the
16  original exposure to ethylmercury.  Then you add to it
17  another exposure beyond that with another vaccination
18  or from food or whatever, but it isn't a matter of
19  chronic versus acute exposure for this neonate.  We
20  don't know the impact of the area under the curve
21  during the elimination phase versus the impact on the

1   responses. That has been a process that we've been
2   working on for probably the last ten years and it is a
3   slow and careful process guided by toxicology and
4   guided by our desire to make sure that we don't
5   introduce anything that's not safe. So, you know, I
6   think we are doing that.
7   **DR. RABINOVICH**: Dr. Zoon?
8   **DR. ZOON**: Yes, Dr. Zoon, CBER.
9   A point I would like to just mention, while I agree
10  that we need to look at the future with respect to
11  other potential preservatives, I do think we're looking
12  at a transition period where even -- a very long
13  transition period where thimerosal will continue to be
14  used in a number of vaccines. So I probably share less
15  -- I feel like the balance needs to be looked at on
16  both ends. What are the risk factors and what is the
17  information we need to know to make good scientific
18  decisions and guidance with respect to the use of
19  thimerosal and really understand that so that we can
20  give good instructions and good advice. But as we
21  heard, if we, if ever, go to zero, we need to still

1     deal with those issues.
2     So my sense is that we need to achieve a balance here.
3     ==We need to understand more about thimerosal because in==
4     ==the past two days, I think we have recognized there==
5     ==really is a paucity of data and I think some of the==
6     ==points made about looking at the developing nervous==
7     ==system, looking at the developing immune systems and==
8     ==the effects of these agents on that at critical times==
9     ==of development hasn't been -- hasn't been done, and I==
10    ==think that knowledge is very important.==
11    So I would -- While I agree with some of the comments
12    that we need to look to the future, I also think
13    there's a lot of science that need to be done in
14    looking at these organomercurials.
15    **DR. RABINOVICH**:  Dr. Halsey?
16    **DR. HALSEY**:  I just want to respond to Walt Orenstein's
17    question and I would have said it anyway, but I think
18    there is a problem of perception.  I personally think
19    it's very unlikely that any harm has been done.  I
20    don't think anybody believes -- most people don't
21    believe that it has.  I really -- I don't think so.