*Cutaneous and Ocular Toxicology*, 24: 11–29, 2005
Copyright © Taylor & Francis Inc.
ISSN: 0731-3829 print/1532-2505 online
DOI: 10.1081/CUS-200046179



# DOES LOW MERCURY CONTAINING SKIN-LIGHTENING CREAM (FAIR & LOVELY) AFFECT THE KIDNEY, LIVER, AND BRAIN OF FEMALE MICE?

**Iman Al-Saleh, Inaam El-Doush, Neptune Shinwari, and Raid Al-Baradei**
*Biological & Medical Research Department, King Faisal Specialist Hospital & Research Centre, Riyadh, Saudi Arabia*

**Fathia Khogali and Mona Al-Amodi**
*Departments of Science and Medical Studies for Women, Zoology Department, Faculty of Science, King Saud University, Riyadh, Saudi Arabia*

*Fair & Lovely is an over-the-counter skin-lightening cream sold widely in Saudi markets. Its mercury content is $0.304 \pm 0.316$ µg/g, in the range of 0.102 to 0.775 µg/g. This study was designed to evaluate its toxic effects on mice. The cream was applied on mice for a period of 1 month at different intervals. Mercury levels were measured in the liver, kidney, and brain tissue samples of a total of 75 adult female CD1 mice by Atomic Absorption Spectrophotometer coupled to a Vapor Generator Accessory. The mean mercury concentrations in the tissues of the treated mice were $0.193 \pm 0.319$ µg/g; whereas for the control group, it was 0.041 µg/g $\pm$ 0.041µg/g. While the kidney was found to have the highest mercury content, the brain was found to have the lowest content. Treated mice showed a significant reduction in body weight. Marked histological changes were clearly noted in the kidney and, to a lesser extent, in the brain and liver. These results indicate that although Fair & Lovely mercury content is less than the U.S. Food and Drug Administration (FDA) permissible limits histopathological changes in the brain, kidney, and liver tissues are evidence of its possible toxicity.*

*Keywords*: Mercury; Mice; Kidney; Liver; Brain; Histopathological effects; Fair & Lovely creams

## INTRODUCTION

Mercury is a naturally occurring metal found in the environment is several forms: elemental organic, and inorganic. The elemental form is commonly used in dental fillings and thermometers. The inorganic compounds are used in skin care and medicinal products, while the organic compounds are present is fungicides, paints, and diet (contaminated fish). All forms of mercury are considered poisonous and the chemical and physical forms of mercury determine its absorption, metabolism, distribution, and excretion pathways (1). Chronic exposure either to

---

Address correspondence to Dr. Iman Al-Saleh (MBC#03), Biological & Medical Research Department, King Faisal Specialist Hospital & Research Centre, P.O.Box: 3354, Riyadh 11211, Saudi Arabia. E-mail: iman@kfshrc.edu.sa

inorganic or organic mercury can permanently damage the brain, kidneys, and developing fetus (2–10). While the most sensitive target of low-level exposure to metallic and organic mercury following short- or long-term exposures appears to be the nervous system, the most sensitive target of low-level exposure to inorganic mercury appears to be the kidney.

The habit of applying mercury-containing preparations to the skin has been practiced for centuries (11,12). Both organic and inorganic mercurials are employed in topical preparations. Organic forms such as phenyl mercuric acetate are sometimes used as cosmetic preservatives, while inorganic forms, such as ammoniated mercury, are the active ingredients in skin bleach creams (13).

Skin-lightening creams seem to inhibit pigment formation and are therefore used by dark-skinned people to obtain a lighter skin tone. However, they have been recognized as a source of chronic mercury poisoning (14–20). Mercury is absorbed through the skin (13,21,22) and concentrates in the kidney mainly in the tubular region (23). Nephrotoxic effects have been attributed to the topical application of inorganic mercury salts (21,24–28).

Because mercury compounds are readily absorbed through the skin and have a tendency to accumulate in the body, the U.S. Food and Drug Administration (FDA) regulations restrict its use as cosmetic ingredients in the area of the eye. It should contain no more than $65\,\mu g/g$ of mercury. However, the FDA itself recognized that the presence of trace amounts of mercury in cosmetics (less than $1\,\mu g/g$) is unavoidable even under good manufacturing practices (29). Since no similar legislation exists in Saudi Arabia, mercury-containing skin-lightening creams are widely available in local markets. The results from a previous study revealed that about 45% of the tested skin-lightening cream samples commonly used in Saudi Arabia had mercury in the range of 1.18 to $5260\,\mu g/g$, well above the FDA regulation (30). In examining the association between the use of skin-lightening creams and urinary mercury in young healthy women who had no occupational exposure to mercury, Al-Saleh and Shinwari (31) found that 23% of women had mercury levels above the reference value of $4\,\mu g/L$. proposed by the World Health Organization (WHO) in 1991 for nonexposed populations (32).

Incidentally, Fair & Lovely was developed and launched in India by Hindustan Lever in 1976. Today it is marketed in over 38 countries and has become the largest selling skin-lightening cream in the world. It gained popularity in Saudi Arabia largely as a result of TV and magazine advertisements. The cream label does not refer to its specific ingredients. However, the company claims that their product contains mainly vitamin B3, sunscreens, milk protein, and mineral oils.

In order to assess the safety of applying Fair & Lovely, this experimental study was designed to examine if this cream induces histopathological changes in the brain, kidney, and liver of mice following repeated topical applications.

## MATERIALS AND METHODS

### Reagents

Chemicals were as follows: concentrated nitric acid and hydrochloric acid, trace metal grade; 30% hydrogen peroxide, $H_2O_2$; ammonium hydroxide, mercuric

nitrate (1000 μg/mL); xylene, ethanol absolute, 40% formaldehyde and eosin. These chemicals were purchased from Fisher Scientific, Co. Spring Field, Pittsburgh, PA. Stannous chloride ($SnCl_2$), picric acid, glacial acetic acid, and DPX were bought from BDH Chemical Ltd. Poole, Dorest, England BH15 1TD, UK. DPX is a mixture of disterene, plasticizer, and xylene. Sodium chloride and hematoxylin were purchased from Sigma-Aldrich Chemical Ltd., The Old Brickyard, New Road, Gillingham, Dorest SP8 4XT, UK. Paraffin wax was manufactured by Oxford Lab Ware, 1915 Olive St., St. Louis, MO. Fair & Lovely, skin-lightening cream, was manufactured in India purchased locally (100 g per package). We needed only four packages of Fair & lovely for the whole animal study. Random sampling was therefore done to ensure that the mercury content was uniform in all purchased creams. The average mercury content (mean ± SD) was $0.304 \pm 0.316$ μg/g for the four packages.

### Animal Treatment

In the present study, a total of 75 adults female CD1 mice, age 8 weeks at the beginning of the experiment, were obtained from the animal care facilities in King Faisal Specialist Hospital & Research Centre. The animals were housed individually in Makrolen cages and were fed a standard dry pellet diet and water ad libitum. Both feed and water were free of mercury. The experimental animals were weighed and subdivided into five sub-groups, where sub-group I served as a control group and subgroups II, III, IV, and V were treated once per week, once per day, twice per day, and three times per day, respectively, with Fair & Lovely skin-lightening cream. The skin of the back of the neck of the experimental mice were shaved in order to apply 1 mg per $cm^2$ of the cream with a cotton-tipped applicator. The treatments in all the groups were continued for 1 month. This research project was evaluated and approved by both the Research Basic Committee and the Animal Care and Use Committee of King Faisal Specialist Hospital and Research Centre.

### Tissue Dissection

At the end of 1 month, animals were killed by cervical dislocation and the brain, liver, and kidney were removed and retained in a $-70°C$ freezer for mercury analysis. Other samples of the tissues were placed into Bouin's fixative. Following 24-hour fixation, samples were dehydrated in ethanol and embedded in paraffin. Sections of 4 μm were cut and stained with hematotoxylin and eosin (H&E). After removing the excess stains, the slides were examined by light microscope.

Tissue samples were thawed at room temperature, and approximately 0.5 g of wet tissues were digested in Teflon vessels with 4 mL of concentrated nitric acid for 3–4 hours at room temperature, then placed in the oven overnight at 85°C. After digestion, the samples were allowed to cool to room temperature, and 1 mL of $H_2O_2$ was added. Samples were heated again in the oven for 1 hr at 85°C. The clear supernatant fraction was transferred to polypropylene tubes and diluted to 10 mL with deionized water. Mercury content was expressed as μg/g wet weight.

### Analytical Procedure

Mercury analysis was performed using a Varian Atomic Absorption 880 with Zeeman background correction (AA-880Z), coupled to a Vapor Generation Accessory VGA-76 (Varian Techtron Pty. Ltd. Australia) as described by the instrument manufacturer (33). The gas used was argon. In this study, flow rates were about 8 mL per minute for the sample, 1.4 mL per minute for the stannous chloride solution, and 1.5 mL per minute for the hydrochloric acid. The reductant channel of the VGA-76 contained 25% stannous chloride in 20% hydrochloric acid. The acid channel contained 5 M hydrochloric acid.

Calibration standards for tissues samples were prepared each day using a manual standard addition procedure in the range of 0.5–8 µg/L for mercury. Quadruplicate determinations were made on all samples.

The accuracy of the method was determined by measuring the recovery of mercury added to tissue samples. These spiked tissue samples were run with the test samples using the same analytical procedure. The analytical recovery for tissue samples spiked with 14, 28, and 58 µg/g mercury were respectively $98.4\% \pm 13.461$, $97.90\% \pm 3.962$, and $95.52\% \pm 1.771$.

### Statistical Analyses

Because of the non-Gaussian distribution pattern of the mercury data, non-parametric statistical analyses such as Kruskal-Wallis one way analysis of variance and the Mann-Whitney W test were used to evaluate the analytical data. Statistical significance was based on the level of $p < 0.05$. All the analyses were performed using the statistical software Statgraphics Software (34).

### RESULTS AND DISCUSSION

The mercury concentrations in 60 tissue samples of mice treated with Fair & Lovely skin-lightening cream was $0.192 \pm 0.319$ µg/g in the range of 0.014 to 1.391 µg/g. The Mann-Whitney W test showed that the treated group had significantly higher mercury content than the control group ($p < 0.05$), where the mercury content was $0.041 \pm 0.041$ µg/g in the range of 0.0037 to 0.106 µg/g. This is an indication that mercury can be absorbed through the skin of mice as shown in human by Palmer et al. (35) as well as other animals (36–39). Mercury levels were significantly higher ($0.527 \pm 0.373$ µg/g) in the kidney than in the liver ($0.0306 \pm 0.0184$ µg/g) and in the brain ($0.0205 \pm 0.0045$ µg/g). A similar pattern was observed for the non-treated mice. The results are presented in Table 1. Figure 1 presents the mercury content in different tissues as classified by treatment. The differences were statistically significant. Mercury may damage the kidney depending on the form in which it is absorbed. In general, organic and metallic mercury are more lipophilic than inorganic mercury and tend to be more neurotoxic than nephrotoxic (25,40). Kidney is the most sensitive target of low-level exposure to inorganic mercury. Zalups and Barfuss (41) revealed the existence of at least two distinct mechanisms involved in the renal uptake of inorganic mercury; one is located on the luminal membrane and the other is located on the basolateral membrane. Repeated applications of

TOXICITY OF SKIN-LIGHTENING CREAM ON MICE    15

Table 1 Mercury concentrations in mice: (a) treated with Fair & Lovely skin-lightening creams; and (b) control as classified by the type of tissue. Statistical evaluation was done using Kruskal-Wallis one way analysis of variance.

| Tissue | Mean ± SD | Range |
|---|---|---|
| (a) Treated | | |
| Brain (n = 20) | 0.0205 ± 0.0045 | 0.0147–0.0278 |
| Kidney (n = 20) | 0.5266 ± 0.3728 | 0.1278–1.3911 |
| Liver (n = 20) | 0.0306 ± 0.0184 | 0.01397–0.0861 |
| Level of significance | Test-Statistic = 41.140; $p = 1.166 \times 10^{-9}$ | |
| (b) Control | | |
| Brain (n = 5) | 0.0065 ± 0.0019 | 0.0037–0.009 |
| Kidney (n = 5) | 0.0956 ± 0.0095 | 0.0814–0.1061 |
| Liver (n = 5) | 0.0209 ± 0.0076 | 0.0107–0.0293 |
| Level of significance | Test-Statistic = 12.5; $p = 0.0019$ | |

Fair & Lovely skin-lightening cream could cause cumulative effects of prolonged low level mercury exposure, which could lead to a nephrotic syndrome as shown in previous studies (42–44). Looking at the mercury concentrations in tissue samples with respect to the number of Fair & Lovely treatments, the highest mercury concentrations were found in the tissues of mice treated twice per day as shown in Table 2. Kruskal-Wallis one-way analysis of variance was carried out to test whether there was a variation in the concentration of mercury among the different treatments (Table 2) and significant differences were noted. Suprisingly, the mercury levels in the group that was treated three times a day had lower mercury concentrations than those treated twice a day. This was presumably due saturation of the absorption process at a higher dose (45). An earlier study by Baranowska-Dutkiewicz (46) found that the absorption rate of mercuric chloride is directly related to the function of concentration and indirectly related to function of time of exposure.

Significant differences in body weight were observed between the treated and control mice. The average body weight of mice before the application of Fair & Lovely skin-lightening creams was 33.932 ± 3.5136 g and was reduced significantly to 30.036 ± 3.53 g at the end of the experiment ($p = 0.0002$). Table 3 represents means, standard deviations, and the ranges for the mice's body weights as classified by the number of treatments before the start and the end of the experiment. Kruskal-Wallis one-way analysis of variance revealed no significant differences before the start and the end of the experiment. Previous studies showed that exposure to mercury results in significant reduction of body weights (47–49) relative to controls.

When we compared the kidney's mercury contents of treated mice with those obtained of the control mice, significant differences were recognized ($p < 0.001$). Treatment with Fair & Lovely skin-lightening cream showed a clear histopathological changes in the kidney. The severity of these pathological changes in kidney increased with increasing the number of applications as shown in Figs. 2 and 3. The main changes were blood congestion, appearance of vacuoles in the proximal tubules, lymphoid hyperplasia, and lymphatic infiltration with appearance of eosinophilic bodies inside some of the proximal tubules. Focal atrophy of glomerulus as

16                                I. AL-SALEH ET AL.



**Figure 1** Mercury content (μg/g) in: (a) brain, (b) kidney, and (c) liver as classified by the number of skin-lightening cream treatments.



Figure 1 Continued.

well as dilation or obliteration of Bowman's capsule space were also noted. We postulate that such changes could be due to the nephrotoxic effects of inorganic mercury, and they were similar to those described by others (50–54) that they might subsequently develop a nephrotic syndrome (12,21,25,55–57). Mercury accumulates in various organs and tissues depending on its chemical form. Inorganic mercury salts, used widely in manufacturing skin-lightening creams and as a preservative in certain medicines (58), accumulate mainly in the kidney in the form of a metallothionein-like complex. This may play a major role in the retention of mercury in the kidney (59) where the binding capacity of the renal metallothionein for mercury tends to saturate with increasing doses, limiting the capacity of kidneys to accumulate mercury (60).

Table 2  Mercury concentrations in different treated groups with Fair & Lovely skin-lightening creams as classified by the number of applications. Statistical evaluation was done using Kruskal-Wallis one-way analysis of variance.

| Number of applications | Mean ± SD | Range |
|---|---|---|
| Control (n = 15) | 0.0409 ± 0.041 | 0.0037–0.1061 |
| Once a week (n = 15) | 0.150 ± 0.2892 | 0.0157–1.1074 |
| Once a day (n = 15) | 0.1371 ± 0.1737 | 0.01469–0.5815 |
| Twice a day (n = 15) | 0.3578 ± 0.497 | 0.02356–1.3911 |
| Three times a day (n = 15) | 0.1255 ± 0.1679 | 0.01397–0.5337 |
| Level of significance | Test-statistic = 9.937; $p = 0.0415$ | |

**Table 3** The Mean ± SD of body weight (gm) classified by number of skin-lightening treatments. Statistical evaluation was done using Kruskal-Wallis one-way analysis of variance.

| Number of treatments (n = 5) | Mean ± SD | |
| --- | --- | --- |
| | Before the experiment | End of the experiment |
| Once a day | 34.0 ± 2.345 | 30.32 ± 1.337 |
| Once a week | 34.2 ± 2.490 | 29.28 ± 5.386 |
| Twice a day | 36.8 ± 3.564 | 30.9 ± 4.866 |
| Three times a day | 31.4 ± 4.879 | 27.6 ± 1.949 |
| Control | 33.26 ± 2.653 | 32.08 ± 1.448 |
| Level of significance | Test-statistic = 5.651; $p = 0.227$ | Test-statistic = 8.306; $p = 0.081$ |



**Figure 2** Kidney sections from: (a) normal mice showing the Proximal Tubule (PT) and the Glomerulus (G), and (b–d) mice treated with Fair & Lovely skin-lightening cream. Following once-a-week treatment, section (b) shows slight intratubular vacolization (V). In sections c and d, where mice were treated once a day, there are simple vacuoles (V) in the Proximal Tubules (PT) as well as Eosinophilic Body (EB) inside some of the tubules in section (c). In Section (d), there is obliteration of Glomerulus 1 (G1) and dilation in Glomerulus 2 (G2) (H&E×200).

TOXICITY OF SKIN-LIGHTENING CREAM ON MICE                    19

(a)



(b)



**Figure 3** Kidney sections from mice treated with Fair & Lovely skin-lightening cream: (a) twice a day, where there is a clear blood congestion (BC) in the kidney and loss of distance between the Bowman's capsule (BC) and the glomerulus (G); and section (b) shows atrophy of glomerulus following three times a day treatment (H&E×200).

Metallothionein in the brain is difficult to induce because of the impermeability of the blood-brain barrier to most heavy metals (61). If the results of the study were extrapolated to humans, they suggest that exposure to mercury after repeated application of Fair & Lovely skin-lightening creams, even if its content is below the FDA perimissible limit (1 μg/g), could lead to nephrotic syndrome. Nonetheless, it is important to realize that animal skin is often more permeable than human skin and, therefore, animal studies will typically overestimate the actual systematic exposure of humans to mercury (45).

20                                I. AL-SALEH ET AL.



**Figure 4** Liver sections from: (a) control mice showing the central vein (CV) and hepatic cells (HC) in the liver; (b, c) mice treated once a week and once a day, respectively, with Fair & Lovely skin-lightening cream, where section (b) illustrates clear blood congestion in the central vein (CV); and section (c) shows a number of lymphatic infiltration (LI) (H&E×200).

Sections from the liver of mice following treatments either once a week or once a day are presented in Fig. 4. Both showed some pathological changes, such as blood congestion in the central vein. Additionally, a number of lymphatic infiltrations were seen in the liver of mice that were treated once a day as shown in Fig. 4c. Liver sections taken from mice treated twice a day with Fair & Lovely showed the following changes: dialation of the hepatic portal vein (Fig. 5a), loss of hepatic cells (Fig. 5b), appearance of vacuoles inside the hepatic cells, and dialation of the blood sinuses (Fig. 5c). In addition, there was an increase in Kupffer cells, dialation of sinusoids, as well as lymphatic infiltration in liver sections from mice treated three times a day with Fair & Lovely skin-lightening cream as presented in Fig. 6. The liver plays a major role in detoxifying xenobiotics. There have been few reports on the toxicity of mercury in the liver (62–65). Inorganic mercury salts partially accumulate in the liver, where they are excreted in the bile (58). As in the kidney, metallothionein



**Figure 5** Liver sections from mice treated twice a day with Fair & Lovely skin-lightening cream. (a) There is an increase in the Portal Vein (PV), (b) loss of the hepatic cells (HC), and (c) vacuoles inside the hepatic cells (HC) and an increase in the blood sinuses (BS) (H&E×200).

has a similar role in biliary mercury excretion (66). Hepatic and renal metallothionein induction was maximum 24 h after mercuric chloride adminstration in mice and declined thereafter in parallel with the decrease in their mercury levels (67). Metallothionein levels in liver and kidney remained considerably higher than in the normal animals at 72 h post exposure. A study by Zalups et al. (64) indicated that at least some fraction of the renal accumulation of inorganic mercury is linked mechanistically to the hepato-biliary system.

Light microscopic examinations of brain slides revealed some histopathological changes with variable intensity depending on the number of applications of the skin-lightening cream. The main changes in the brain were the thinning of the cerebral cortex and irregularity of the granular layer. A number of small vacuoles were seen in the brain stem and the cerebellum of mice treated with Fair & Lovely skin-lightening

22                              I. AL-SALEH ET AL.



**Figure 6** Liver sections from mice treated three times a day with Fair & Lovely skin-lightening cream. Sections: (a) Kupffer cell (KC) hyperplasia; (b) dilation of sinusoids (S); and (c) lymphatic collection between the cells (H&E×200).

creams once a week or once a day as illustrated in Fig. 7. On the other hand, there were a thinning of the cerebral cortex and irregularities of the granular layer of the cerebral cortex with a small number of large vacuoles in the brain stem of mice treated with Fair & Lovely twice a day (Fig. 8a,b). In Fig. 8c, multiple vacuolization was seen in brain sections of mice treated three times a day. In comparison with the mercury contents of the kidney and liver, the content in the brain tissues of treated mice were the lowest. Lapham et al. (68) found that there was no association between histological changes in the brain of human neonates and mercury brain levels less than 300 ng/g. However, he did not exclude submicroscopic changes, subcellular alterations,



**Figure 7** Brain sections from (a) control mice showing the brain stem (BS); (b–d) mice treated with Fair & Lovely skin-lightening cream. In section (b), there are few vacuolization of brain stem of mice following once a week treatment. Mice treated once a day: section (c) shows the vacuoles (V) in the white matter (WM) of the cerebellum as well as the molecular layer (ML), granular layer (GL), and Purknje cells (PC); in section (d), there are large number of small vacuoles (V) in the brain stem (BS) (H&E × 200).

or subtle disturbances in the unfolding of brain architectonics. Other studies have reported that histopathological effects of mercury in the brain were seen either after (high) or long-term mercury exposure in human (69), rat (70), and monkey (71). Moller-Madsen (72) found that, following mercury administration, there was a latent period before mercury appeared in the tissues of rats. After 10 days, mercury was detected in cell bodies of five specific areas of the brain stem: the mesencephalic nucleus of the trigeminal nerve, the red nuclei, the ventral cochlear nucleus, the superior vestibular nucleus, and the nucleus reticularis pontis caudalis. After 28 days of treatment, a fairly even distribution of mercury was seen in the brain and spinal cord.

24                I. AL-SALEH ET AL.



**Figure 8** Brian sections from mice treated with Fair & Lovely skin-lightening cream: (a, b) twice a day; (c) three times a day. Section (a) shows thinning of the cerebral cortex (CC) and irregularities of the granular layer (GL) of the cerebral cortex. Section (b) illustrates the appearance of large number of large vacuoles (V) in the brain stem (BS). Section (c) shows multiple vacuolization of brain stem (H&E × 200).

No changes were seen in the distribution of mercury after longer periods of treatment. Inorganic mercury salts are not lipid soluble, and cross the blood brain barrier poorly. However, biotransformation of organic mercury to inorganic might occur after methylmercury crosses the blood barrier. This cored account for its persistence in the brain and its damaging effects (73).

In general, one could argue that such skin-lightening creams might contain other harmful ingredients such as hydroquinone (74), which might cause such histopathological changes. However, a study by David et al. (75) revealed that topical exposure to hydroquinone does not result in renal toxicity.

Although the mercury level in Fair & Lovely skin-lightening creams was low, one could anticipate that over a long period of time it can build up to significant levels. The data suggest that its application for 1 month results in the accumulation of mercury in the tissues of mice with morphological changes in the liver, brain, and kidney. Concerns have been always raised about the effects of low levels of mercury on the renal, nervous, immune, and reproductive systems (71,75–82). Therefore, we can not rule out the cumulative effects of chronic toxicity, especially for susceptible groups of the population such as children and women (9,83–96).

The implications of this study for physicians and public health workers could be manifold. Physicians should take note of the potential toxic effects of skin-lightening creams when evaluating patients with neurological or nephrological symptoms, which may be attributed to uncertain causes. Public health authorities should take the necessary legal and educational steps to restrict the import and sale of such harmful products.

## REFERENCES

1. Bryson PD. Mercury. In Comprehensive Review in Toxicology, 2nd Ed. Bockville, Maryland: Aspen Publishers, Inc., 1989; 477–486.
2. Bakri F, Damluji S, Amin-Zaki L, Murtadha M, Khalidi A, Al-Rawi NY, Tikriti S, Dahahr HJ, Clarkson TW, Smith JC, Doherty RA. Methylmercury poisoning in Iraq. Science 1973; 81:203–241.
3. Ngim CH, Foo SC, Boey KW, Jeyaratnam J. Chronic neurobehavioural effects of elemental mercury in dentists. Brit J Indust Med 1992; 49; 782–790.
4. Warfvinge K. Mercury distribution in the mouse brain after mercury vapour exposure. Int J Exp Pathol 1995; 76:29–35.
5. Cox C, Clarkson TW, Marsh DO, Amin-Zaki L, Tikriti S, Myers GG. Dose-response analysis of infants prenatally exposed to methylmercury: An application of a single compartment model to single strand hair analysis. Environ Res 1989; 49:318–332.
6. Myes GJ, Davidson PW, Shamlaye CF. A review of methylmercury and child development. Neurotoxicology 1998; 19:313–328.
7. Sørensen N, Murata K, Budtz-Jørgensen E, Weihe P, Grandjean P. Prenatal methylmercury exposure as a cardio vascular risk factor at seven years of age. Epidemiology 1999; 10:370–375.
8. Murtal K, Weihe P, Renzoni A, Debes F, Vasconcelos R, Zino F, Araki S, Jorgensen PJ, White RF, Grandjean P. Delayed evoked potentials in children exposed to methylmercury from seafood. Neurotoxicol Teratol 1999; 21:343–348.
9. Szasz A, Barna B, Szupera Z, De Visscher G, Galbacs Z, Kirsch-Volders M, Szente M. Chronic low-dose maternal exposure to methylmercury enhances epileptogenicity in developing rats. Int J Dev Neurosci 1999; 17(7):733–742.
10. Grandjean P, Budtz-Jorgensen E, White RF, Jorgensen PJ, Weihe P, Debes F, Keiding N. Methylmercury exposure biomarkers as indicators of neurotoxicity in children aged 7 years. Am J Epidemiol 1999; 150:301–305.
11. Cole HN, Schreiber N, Sollman T. Mercurial Ointment in the treatment of syphilis. Arch Dermatol 1930; 21:372–393.
12. Turk JL, Baker H. Nephrotic syndrome due to ammoniated mercury. Brit J Dermatol 1968; 80:623–624.
13. Marzulli FN, Brown WC. Potential systemic hazards of topically applied mercurials. J Soc Cosm Chem 1972; 23:875–886.

26                                I. AL-SALEH ET AL.

14. Mahe A, Blanc L, Halna JM, Keita S, Sanogo T, Bobin P. An epidemiologic survey on the cosmetic use of bleaching agents by the women of Bamako (Mali). Ann Dermatol Venereol 1993; 120:870–873.
15. Koviakov VV, Goldfarb LUS. Acute gray mercury ointment poisoning. Anesteziologilia Ressnmatologilia 1995; 3:59–60.
16. Balluz LS, Philen RM, Sewell CM, Voorhees RE, Falter KH, Paschal D. Mercury toxicity associated with a beauty lotion, New Mexico. Int J Epidemiol 1997; 26:1131–1132.
17. Garza-Ocanas L, Torres-Alanis O, Pineyro-Lopez A. Urinary mercury in twelve cases of cutaneous mercurous chloride (calomel) exposure: effect of sodium 2,3-dimercaptopropane-1-sulfonate (DMPS) therapy. J Toxicol-Clin Toxicol 1979; 35:653–655.
18. Jovanovic S, Maisner V, Horras-hu G, Garbis T, Schwenk M. Poisoning of a family by a mercury-containing ointment. Gesundheitswesen 1997; 59:405–408.
19. Weldon MM, Smolinski MS, Maroufi A, Hasty BW, Gilliss DL, Boulanger LL, Balluz LS, Dutton RJ. Mercury poisoning associated with a Mexican beauty cream. Western J Med 2000; 173:15–18.
20. McRill C, Boyer LV, Flood TJ, Ortega L. Mercury toxicity due to use of a cosmetic cream. J Occup Environ Med 2000; 42:4–7.
21. Barr RD, Woodger BM, Rees PH. Levels of mercury in urine correlate with the use of skin lightening creams. Am J Clin Patho 1973; 59:36–40.
22. Bourgeois M, Dooms-Goossens A, Knockard D, Sprengers D, Van Boven M, Van Tittelboom M. Mercury intoxication after topical application of metallic mercury ointment. Dermatologica 1986; 172:48–51.
23. Berlin M. Mercury. In: Friberg L, Nordberg GF, Vouk VL, eds. Handbook on the Toxicology of Metals. Amsterdam: Elsevier/North-Holland, 1979:503–530.
24. Silverberg DS, McCall JT, Hunt JC. Nephrotic syndrome with the use of ammoniated mercury. Arch Intern Med 1967; 120:581–586.
25. Kibuhamusohe JW, Davies DR, Hutt MSR. Membranous nephropathy due to skin lightening cream. Brit Med J 1974; 2:646–647.
26. Lyons TJ, Christu CN, Larsen FS. Ammoniated mercury ointment and the nephrotic syndrome. Minnesota Med 1975; 58:383–384.
27. Jeddeloh RJ, Lake KD, Brown DC. Ammoniated mercury membranous nephropathy. Minnesota Med 1985; 68:591–592.
28. Oliveira DBG, Foster G, Savill J, Syme PD, Taylor A. Memberanous nephropathy caused by mercury-containing skin lightening cream. Postgrad Med J 1987; 63:303–304.
29. FDA, Food and Drug Administration. FDA's Cosmetics Handbook. U.S. Department of Health and Human Services, Public Health Service, Food and Drug Administration. 1992.
30. Al-Saleh I, El-Doush I. Mercury content in skin lightening creams and potential hazards to the health of Saudi women. J Toxicol Environ Health 1997; 51:131–148.
31. Al-Saleh I, Shinwari N. Urinary mercury levels in females: influence of skin lightening creams and dental amalgam fillings. BioMetals 1997; 10:315–323.
32. WHO, World Health Organization. Environmental Health Criteria 118: Inorganic mercury, WHO, Geneva. 1991.
33. Rothery E. VGA-76 Vapor Generation Accessory, operating manual. Varian Australia Pty. Ltd., Mulgrave, Victoria, Australia. 1989.
34. Statgraphics software. Statistical graphics system by statistical graphics corporation, A PLUS* WARE software product, STSC, Inc., 1999.
35. Palmer RB, Godwin DA, McKinney PE. Transdermal kinetics of a mercurous chloride beauty cream: An in vitro human skin analysis. J Toxicol-Clin Toxicol 2000; 38:701–707.

TOXICITY OF SKIN-LIGHTENING CREAM ON MICE                                27

36. Friberg L, Skog E, Wahlberg JE. Resorption of mercuric chloride and methyl mercury dicyandiamide in guinea-pigs through normal skin and through skin pre-treated with acetone, alkylarysulphonate and soap. Acta dermatovenerologica 1961; 41:40–52.
37. Skog E, Wahlberg JE. A comparative investigation of the precutaneous absorption of metal compounds in the guinea-pig by means of the radioactive isotopes: $^{31}$Cr, $^{36}$Co, $^{63}$Zn, $^{100m}$Cd, $^{203}$Hg. J Invest Dermatol 1964; 43:187–192.
38. Wahlberg JE. "Disappearance measurements", a method for studying percutaneous absorption of isotope-labeled compounds emitting gamma-rays. Acta dermato-venereologica 1965; 45:397–414.
39. Daian T, Namikoshi T, Fujii H. Intracellular distribution of $Hg^{2+}$ applied to epidermis in mice. Analysis of subcellulr fraction. J Dermatol Sci 1995; 10:233–237.
40. Zalups RK, Barfuss DW. Participation of mercuric conjugates of cystein, homocysteine, and N-acetylcysteine in mechanisms involved in the renal tubular uptake of inorganic mercury. J Am Soc Nephrol 1998; 9:551–561.
41. Freeman RB, Maher JF, Schreiner GE, Mostofi FK. Renal tubular necrosis due to nephrotoxicity of organic mercurial diuretics. Ann Intern Med 1962; 57:34–43.
42. Giunta F, Dilandro D, Chiarmda M. Severe acute poisoning from the ingestion of a permanent wave solution of mercuric chloride. Hum Toxicol 1983; 2:243–246.
43. Rosenman KD, Valciukas JA, Glickman L, Meyers BR, Cinotti A. Sensitive indicators of inorganic mercury toxicity. Arch Environ Health 1986; 41:208–215.
44. Enwonwu CO. Potential health hazard of the use of mercury in dentistry: Critical review of the literature. Environ Res 1987; 42:257–274.
45. van Ravenzwaay B, Leibold E. The significance of in vitro rat skin absorption studies to human risk assessment. Toxicol In Vitro 2004; 18(2):219–225.
46. Baranowska-Dutiewicz. B. Evaluation of the skin uptake of mercuric chloride in man. J Appl Toxicol 1982; 2(5):223–225.
47. Spalding MG, Frederick PC, McGill HC, Bouton SN, McDowell LR. Methylmercury accumulation in tissues and its effect on growth and appetite in captive great egrets. J Widlife Dis 2000; 36:411–422.
48. Khan AT, Atkinson A, Graham TC, Shireen KF. Uptake and distribution of mercury in rats after repeated administration of mercuric chloride. J Environ Sci Health, Part A 2001; 36:2039–2045.
49. Davis BJ, Price HC, O'Connor RW, Fernando R, Rowland AS, Morgan DL. Mercury vapor and female reproductive toxicity. Toxicol Sci 2001; 59:291–296.
50. Zalups RK. Autometallographic localization of inorganic mercury in the kidneys of rats: effect of unilateral nephrecomy and compensatory renal growth. Exp Mol Pathol 1991; 54:10–21.
51. Zalups RK. Molecular interactions with mercury in the kidney. Pharmacol Rev 2000; 52:113–143.
52. Zalups RK, Barfuss DW. Accumulation of inorganic mercury along the renal proximal tubule of the rabbit. Toxicol Appl Pharmacol 1990; 106:245–253.
53. Sanchez DJ, Belles M, Albina ML, Sirvent JJ, Domingo JL. Nephrotoxicity of simultaneous exposure to mercury and uranium in comparison to individual effects of these metals in rats. Biol Trace Elem Res 2001; 84:139–154.
54. Duncan-Achanzar KB, Jones JT, Burke MF, Carter DE, Laird DE. Inorganic mecury chloride-induced apoptosis in the cultured porcine renal cell line LLC-PK1. J Pharmacol Exp Ther 1996; 277:1726–1732.
55. Dieter MP, Boorman GA, Jameson CW, Eustis SL, Uraih LC. Development of renal toxicity in F344 rats gavaged with mercuric chloride for 2 weeks, or 2, 4, 6, 15 and 24 months. J Toxicol Environ Health 1992; 36:319–340.

56. Afonne OJ, Orisakwe OE, Obi E, Dioka CE, Ndubuka GI. Nephrotoxic actions of low-dose mercury in mice: protection by zinc. Arch Environ Health 2002; 37:98–102.
57. Langford NJ, Ferner RE. Toxicity of mercury. J Hum Hypertens 1999; 13:651–656.
58. Satoh M, Nishimura N, Kanayama Y, Naganuma A, Suzuki T, Tohyama C. Enhanced renal toxicity by inorganic mercury in metallothionein-null mice. J Pharmacol Exp Ther 1997; 283:1529–1533.
59. Soo YO, Chow KM, Lam CW, Lai FM, Szeto CC, Chai MH, Li PK. A whitened face woman with nephrotic syndrome. Am J Kidney Dis 2003; 41:250–253.
60. Morcillo MA, Santamaria J. Mercury distribution and renal metallothionein induction after subchronic oral exposure in rats. Biometals 1996; 9:213–220.
61. Yasutake A, Nakano A, Hirayama K. Induction by mercury compounds of brain metallothionein in rats: HgO exposure induces long-lived brain metallothionein. Arch Toxicol 1998; 72:187–191.
62. Alexidis AN, Rekka E, Kourounakis PN. Effect of mercury on the hepatic microsomal enzymes. Eur J Pharm Sci 1994; 2:170.
63. Strubelt O, Kremer J, Tilse A, Keogh J, Pentz R, Younes M. Comparative studies on the toxicity of mercury, cadmium, and copper toward the isolated perfused rat liver. J Toxicol Environ Health 1996; 47:267–283.
64. Zalups RK, Barfuss DW, Lash LH. Relationship between alterations in glutathione metabolism and the deposition of inorganic mercury in rats: Effects of biliary ligation and chemically induced modulation of glutathione status. Chem Biol Interact 1999; 123:171–195.
65. El-Demerdash FM. Effects of selenium and mercury on the enzymatic activities and lipid peroxidation in brain, liver, and blood of rats. J Environ Sci Health, Part B 2001; 36:489–499.
66. Jaw S, Jeffery EH. Role of metallothionein in biliary metal excretion. J Toxicol Environ Health 1989; 28:39–51.
67. Tandon SK, Singh S, Prasad S, Mathur N. Hepatic and renal metallothionein induction by an oral equimolar dose of zinc, cadmium or mercury in mice. Fd Chem Toxicol 2001; 39:571–577.
68. Lapham LW, Cernichiari E, Cox C, Myers GJ, Baggs RB, Brewer R, Shamlaye CF, Davidson PW, Clarkson TW. An analysis of autopsy brain tissue from infants prenatally exposed to methylmercury. Neurotoxicol 1995; 16:689–704.
69. Takeuchi T, Eto K, Tokunaga H. Mercury level and histopathological distribution in a human brain with Minamata disease following a long-term clinical course of twenty-six years. Neurotoxicology 1989; 10:651–657.
70. Hua J, Brun A, Berlin M. Pathological changes in the Brown Norway rat cerebellum after mercury vapour exposure. Toxicology 1995; 104:83–90.
71. Warfvinge K, Brunn A. Mercury accumulation in the squirrel monkey eye after mercury vapour exposure. Toxicology 1996; 107:189–200.
72. Moller-Madsen B. Localization of mercury in CNS of the rat. III. Oral administration of methylmercury chloride ($CH_3HgCl$). Fund Appl Toxicol 1991; 16:172–187.
73. Davis LE, Kornfeld M, Mooney HS, Fiedler KJ, Haaland KY, Orrison WW, Cernichiari E, Clarkson TW. Methylmercury poisoning: Long-term clinical, radiological, toxicological, and pathological studies of an affected family. Ann Neurol 1994; 35:680–688.
74. Boyle J, Kennedy CT. Hydroquinone concentrations in skin-lightening creams. Brit J Dermatol 1986; 114:501–504.
75. David RM, English JC, Totman LC, Moyer C, O'Donoghue JL. Lack of nephrotoxicity and renal cell proliferation following subchronic dermal application of a hydroquinone cream. Fd Chem Toxicol 1998; 36:609–616.
76. Zalups RK. Progressive losses of renal mass and the renal and hepatic disposition of administered inorganic mercury. Toxicol Appl Pharmacol 1995; 130:121–131.

77. Bigazzi PE. Metals and kidney autoimmunity. Environ Health Perspect 1999; 107(Suppl 5):753–765.
78. Thompson SA, Roellich KL, Grossmann A, Gilbert SG, Kavanagh TJ. Alterations in immune parameters associated with low level methylmercury exposure in mice. Immunopharmacol Immunotoxicol 1998; 20:299–314.
79. Eto, K, Yasutake A, Miyamoto K, Tokunaga H, Otsuka Y. Chronic effects of methylmercury in rats: II. Pathological aspects. Tohoku J Exp Med 1997; 182:197–205.
80. Eto K, Yasutake A, Korogi Y, Akima M, Shimozeki T, Tokunaga H, Kuwana T, Kaneko Y. Methylmercury poisoning in common marmosets—MRI findings and peripheral nerve lesions. Toxicol Pathol 2002; 30:723–734.
81. Yanagisawa H, Nodera M, Sato M, Moridaira K, Sato G, Wada O. Decreased expression of brain nitric oxide synthase in macula densa cells and glomular epithelial cells of rats with mercury chloride-induced acute renal failure. Toxicol Appl Pharmacol 2002; 184:165–171.
82. NTP, National Toxicology Program. Toxicology and carcinogenesis studies of mercuric chloride (CAS No. 7487-94-7) in F344 rats and B6C3F1 mice (gavage studies). National Toxicology Program Technical Report Series 1993; 408:1–260.
83. Lauwerys R, Bonnier CH, Evrard PH, Gennart PH, Bernard A. Prenatal and early postnatal intoxication by inorganic mercury resulting from the maternal use of mercury containing soap. Hum Toxicol 1987; 6:253–256.
84. Kuhnert PM, Kuhnert BR, Ehrard P. Comparison of mercury levels in maternal blood, fetal cord blood and placental tissues. Am J Obstet Gynecol 1981; 139:209–213.
85. Gale TF, Ferm V. Embryopathic effects of mercuric salts. Life Sci 1971; 10:1341–1347.
86. Gale TF, Hanlon DP. The permeability of the Syrian hamster placenta to mercury. Environ Res 1976; 12:26–31.
87. Gale TF. The embryotoxic response produced by inorganic mercury in different strains of hamsters. Environ Res 1981; 24:152–161.
88. Holt D, Webb M. The toxicity and teratogenicity of mercury in the pregnant rat. Arch Toxicol 1986; 58:243–248.
89. Thuvander A, Sundberg J, Oskarsson A. Immunomodulating effects after perinatal exposure to methylmercury in mice. Toxicology 1996; 114:163–175.
90. Yang J, Jiang Z, Wang Y, Qureshi IA, Wu XD. Maternal-fetal transfer of metallic mercury via the placenta and milk. Ann Clin Lab Sci 1997; 27:135–141.
91. Takahashi Y, Tsuruta S, Hasegawa J, Kameyama Y, Yoshida M. Release of mercury from dental amalgam fillings in pregnant rate and distribution of mercury in maternal and fetal tissues. Toxicology 2001; 163:115–126.
92. Sundberg J, Jonsson S, Karlsson MO, Oskarsson A. Lactational exposure and neonatal kinetics of methylmercury and inorganic mercury in mice. Toxicol Appl Pharmacol 1999; 154:160–169.
93. Kim CY, Nakai K, Kasanuma Y, Satoh, H. Comparison of neurobehavioral changes in three inbred strains of mice prenatally exposed to methylmercury. Neurotoxicol Teratol 2000; 22:397–403.
94. Lewandowski TA, Pierce CH, Pingree SD, Hong S, Faustman EM. Methylmercury distribution in the pregnant rats and embryo during early midbrain organogenesis. Teratology 2002; 66:235–241.
95. Morgan DL, Chanda SM, Price HC, Fernando R, Liu J, Brambila E, O'Conner RW, Beliles RP, Barone S Jr. Disposition of inhaled mercury vapor in pregnant rats: Maternal toxicity and effects on developmental outcome. Toxicol Sci 2002; 66:261–273.
96. Yoshida M. Placental to fetal transfer of mercury and fetotoxicity. Tohoku J Exp Med 2002; 196:79–88.