UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL G. KING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-01357 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| Health and Human Services, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

Plaintiffs brought this lawsuit on August 1, 2006, claiming that the Food and Drug Administration ("FDA") had unreasonably delayed acting on a citizen petition submitted by the Coalition For Mercury-Free Drugs ("Comed"). Compl. ¶ 1. Defendants, Michael O. Leavitt, Secretary of Health and Human Services ("HHS"), and Andrew C. von Eschenbach, Acting Commissioner, FDA, moved to dismiss the case on October 16, 2006, on the ground that plaintiffs' claim was moot after FDA responded to Comed's citizen petition on September 27, 2006. Plaintiffs filed an opposition to defendants' motion to dismiss on October 25, 2006, and, on the following day, a motion for leave to amend their complaint (without a memorandum in support), together with a proposed amended complaint. The proposed amended complaint appears to challenge the substance of FDA's September 2006 citizen petition response. Defendants do not anticipate that they will oppose plaintiffs' motion to amend the complaint, and will respond to that motion in a separate filing.[1] If this Court grants plaintiffs' motion to amend

---

[1] Although defendants probably will not oppose the motion to amend the complaint, defendants believe that the proposed amended complaint is meritless and will file a new dispositive motion to resolve the proposed amended complaint if the Court grants plaintiff's motion to amend.

their complaint, defendants' motion to dismiss the original complaint would be superceded by plaintiffs' amended pleadings. Therefore, the Court would no longer need to rule on defendants' motion to dismiss the original complaint.

In the event that this Court declines to grant plaintiffs' motion to amend their complaint, the Court should grant defendants' motion to dismiss the original complaint in toto for the reasons discussed in that motion. See Memorandum in Support of Motion to Dismiss at 3-4. Plaintiffs' opposition fails to address the issue raised in defendants' motion to dismiss, i.e., whether plaintiffs' original complaint is moot. Instead, plaintiffs' brief focuses solely on why the claims in plaintiffs' proposed amended complaint are not moot. See Pls. Opp. at 3-6.[2]

---

[2] Plaintiffs' opposition also discusses their desire to obtain discovery, which will be addressed in greater detail in defendants' forthcoming response to plaintiffs' motion to amend the complaint. Defendants note, however, that challenges to agency decisions are based on the administrative record and discovery is not appropriate. See Florida Power & Light Co. v. Lorion, 470 U.S. 729, 743-44 (1985); Camp v. Pitts, 411 U.S. 138, 142 (1973); Citizens to Preserve Overton Park, Inc. v. Volpe, 401 U.S. 402, 419 (1971); Commercial Drapery Contractors, Inc. v. United States, 133 F.3d 1, 7 (D.C. Cir. 1998). The defendants will file the administrative record for the Comed citizen petition response at a later date.

| Of Counsel: | Respectfully submitted, |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | _____/s/_____<br>DRAKE CUTINI |
| SHOSHANA HUTCHINSON<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>301-827-8579 | Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel:  202-307-0044<br>Fax:  202-514-8742 |

November 6, 2006