# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL G. KING**, et al., ) | |
| ) | |
| Plaintiffs, ) | **CASE NO. 1:06CV01357** |
| ) | JUDGE EMMET G. SULLIVAN |
| v. ) | |
| ) | |
| **MICHAEL O. LEAVITT**, ) | |
| Secretary, Health and Human Services ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Come now the Petitioners, pursuant to Fed. R. Civ. Proc. 65, and move this Honorable Court for a preliminary injunction enjoining the Defendant Food and Drug Administration (FDA) from licensing any influenza vaccination for use in pregnant women or children that contains Thimerosal as well as from recommending that pregnant women receive any vaccine that has a Pregnancy C designation since the studies required to prove safety to the child developing *in utero* have not been conducted. Additionally, this motion requests that the FDA be directed to require all vaccine manufacturers to place a "black box" warning on any influenza vaccine product vial or syringe that contains Thimerosal, warning that it "Contains Mercury."

The grounds for this motion are set forth in the accompanying memorandum of points and authorities. Plaintiffs ask that the Court, pursuant to Local Rule 65.1(d), schedule a hearing on this application for a preliminary injunction at the Court's earliest convenience.

Respectfully submitted,

s/ *Clifford J. Shoemaker*
Clifford J. Shoemaker
Shoemaker & Associates
Counsel for Plaintiffs
9711 Meadowlark Road
Vienna, VA 22182
703-281-6395
Fax 703-281-5807

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading was electronically filed this 20th day of November, 2006.

s/ *Clifford J. Shoemaker*