# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL G. KING**, et al., ) | |
| ) | |
| Plaintiffs, ) | **CASE NO. 1:06CV01357** |
| ) | JUDGE EMMET G. SULLIVAN |
| v. ) | |
| ) | |
| **MICHAEL O. LEAVITT**, ) | |
| Secretary, Health and Human Services ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs have moved to enjoin the Defendant FDA from licensing any Thimerosal-containing influenza vaccine for use in pregnant women or children (or continuing to recommend that pregnant women be given any influenza vaccine that has a Pregnancy C classification), and to require a black box warning on <u>any</u> influenza vaccination that contains Thimerosal. In support of this motion, the following points and authorities are provided:

1.     "In mid-1999, the United Sates Public Health Service agencies, including NIH, FDA, HRSA, and CDC took action, working collaboratively with the American Academy of Pediatrics, the American Academy of Family Physicians and the vaccine manufacturers, to begin removing thimerosal preservative from the vaccine supply."[1] In 2001, Thimerosal began to be phased out of

---

[1] Testimony of Roger Bernier, Ph.D., M.P.H., Associate Director for Science, National Immunization Program, Centers for Disease Control and Prevention, U.S. Department of Health and Human Services, before the Committee on Government Reform Committee, U.S. House of Representatives, on June 19, 2002.

RhoGAM given to U.S. pregnant women who are Rh-negative[2], and, with the exception of several influenza vaccines, Thimerosal is no longer used as a preservative in childhood vaccines.

2.    Today, influenza vaccines containing preservative levels of Thimerosal are still being recommended for administration to pregnant women and children.  This is not only a reversal of the FDA's announced position, but it is also unconscionable, given what we know today about the highly dangerous neurotoxic, carcinogenic, and teratogenic effects of Thimerosal.[3]

3.    Today, influenza vaccines are produced with and without Thimerosal as a preservative as well as without any Thimerosal at all, so we are not talking about something that is unavoidably unsafe.  (Exhibit 2, derived from the FDA's data and the manufacturers' package inserts (PIs) contains general information about the nature of available influenza vaccines this year.)

4.    Several reviews of the effectiveness of the current influenza vaccines in preventing those inoculated from getting influenza or in preventing the spread of influenza in an outbreak have failed to prove that the current inactivated-influenza vaccines.[4, 5, 6, 7, 8, 9, 10]  Thus, since the current inactivated-influenza vaccines are ineffective, there is an abundance of "no Thimerosal" and "trace

---

[2]    *See* Johnson & Johnson web page, attached as Exhibit 1, which now proudly announces that their product "is thimerosal (mercury) – free"

[3]    *See* prior filings in this case, including especially Exhibit E (for Plaintiffs Opposition to Defendants' Motion to Dismiss) and the references attached thereto.

[4]    Geier DA, King PG, Geier MR. Influenza Vaccine: Review of effectiveness of the U.S. immunization program, and policy considerations. *J Am Phys Surg* 2006 Fall; **11**(3): 69-74 and the supporting studies referenced therein. (**See Amended lawsuit's Exhibit "E", "Ref. 20."**

[5]    Jefferson **T.** Influenza vaccination: Policy versus evidence**. BMJ** 2006 October 28; **333**: 912-915.

[6]    Steven B. Black SB, Shinefield HR, France EK, Fireman BH, Platt ST, Shay D, the Vaccine Safety Datalink Workgroup. Effectiveness of Influenza vaccine during pregnancy in preventing hospitalizations and outpatient visits for respiratory illness in pregnant women and their infants. *Am J Perinatology* 2004; **21**(6): 333-339.

[7]    Jefferson T, Smith S, Demicheli V, Harnden A, Rivetti A, Di Pietrantonj C. Assessment of the efficacy and effectiveness of influenza vaccines in healthy children: Systematic review. *The Lancet* 2005 February 26; 365: 773-780

[8]    Simonsen L, Reichert TA, Viboud C, Blackwelder WC, Taylor RJ, Miller MA. Impact of influenza vaccination on seasonal mortality in the U.S. elderly population. Arch Intern Med 2005 Feb 25; 165:  265-272.

[9]    Dolan S, Nyquist AC, Ondrejka D, Todd J, Gershman K, Alexander J, Bridges C, Copeland J, David F, Euler G, Gargiullo P, Kenyan K, Moore Z, Seward J, Jain N. Preliminary assessment of the effectiveness of the 2003-2004 inactivated influenza vaccine – Colorado, December 2003. *MMWR* 2004 Jan 16; **53**(1): 8-11

[10]    Groll DL, Thomson DJ. Incidence of influenza in Ontario following the Universal Influenza Immunization Campaign. *Vaccine* 2006; **24**: 5245-5250

Thimerosal" inactivated-influenza vaccines for those who still want an ineffective inactivated-influenza vaccine to be given to themselves or to their children.

5.     A recent Zogby poll of over 9,000 people nationally (attached as Exhibit 3), shows that over 75% of those polled were not aware that many flu vaccines contain mercury.  An overwhelming 73% (and 82% of parents) agreed that pregnant women should be warned not to get a flu shot containing mercury.  Consistent with what is being requested in this motion for preliminary injunction, 77% of those polled felt that "mercury should not be an ingredient in flu shots or other vaccines, especially those given to pregnant women or children," and 72% agreed that "Congress should take action to make sure that mercury and other toxins are not in flu shots and other vaccines."

6.     The FDA letter of September 26, 2006 completely failed to respond to the issues raised in the Plaintiffs' Citizen Petition.  Most importantly for this motion, the letter mistakenly states that the burden for proving safety of vaccines permits a risk-benefit analysis. What the FDA has failed to understand is that the Plaintiffs' Citizen Petition did not address the issue of vaccine safety, but rather it challenged the lack of toxicological proof (safety not proven) of Thimerosal-containing vaccines and the lack of toxicological proof of safety of Thimerosal still being used as a preservative in many Thimerosal-containing vaccines.

7.     The FDA position that it has discretion in this matter is in violation of *Berkovitz v. U.S.*,[11] a unanimous 1988 Supreme Court case limiting administrative discretion and establishing that when there is a clear policy, legal, or statutory requirement that must be met, a drug must meet all such requirements <u>before</u> the FDA can use the agency's

---

[11]    Kevan *BERKOVITZ*, a Minor by his Parents and Natural Guardians Arthur BERKOVITZ, et ux., et al., Petitioners, *v. UNITED STATES* No. 87-498. Argued April19. 1988. Decided June 13. 1988. 108 S.Ct. 1954, 100 L.Ed.2d 531, 56 USL W 4549 (Cite as: 486 U.S. 531, 108 S.Ct. 1954.)

"administrative discretion" to determine "safety" by weighing the drug's benefits versus its risks.

8.     21 CFR § 610.15(a), enacted in 1973,[12] clearly set a minimum "proof of safety" requirement for "preservatives" in biological products, including influenza vaccines, which implicitly applies to all preserved drug products.  In the FDA letter of September 26, 2006, the Defendant admits that the studies required[13] have *not* been conducted.  *Berkovitz* clearly mandates that the requirement minimums of this regulatory law (a binding regulation) be met before the FDA's claimed "administrative discretion" can be exercised.

9.     While the points and authorities could stop at this point, it is important for the Court to understand that Plaintiffs could prevail on this motion even if the test were a risk-benefit analysis.  When one analyzes the factors involved in a risk-benefit analysis for influenza vaccines (particularly when given to pregnant women and children), it is doubtful whether any reasonable person would agree to an influenza vaccine that contains mercury.  A risk-benefit analysis, properly done, involves considering the following factors:

      (a)      The need for the vaccine;

      (b)      The effectiveness of the vaccine;

      (c)      The safety of the vaccine; and

      (d)      The alternatives available.

10.     With regard to the need for the vaccine, contrary to the "panic" over influenza that is an admitted component of the Defendants' efforts to increase the rates of influenza

---

[12]   38 FR 32056, Nov. 20, 1973.

[13]   These statutory guidelines demand that the FDA show the required toxicological proofs that preservative levels of Thimerosal or other mercury-based compounds used as a preservative ("0.001% to 0.01%") are "sufficiently nontoxic so that the amount present in the recommended dose of the product will not be toxic to" all the intended direct and indirect recipients under the worst-case dosing regimen with some appropriate safety factor. These toxicity studies would be required to satisfy 21 CFR § 610.15(a) in a manner that meets the scientifically sound and appropriate requirements set forth under the current good manufacturing practice (CGMP) for finished pharmaceuticals (21 CFR Part 211).

vaccination "uptake," influenza is not a very serious disease for most people.  Most people who say they have the "flu" are in fact suffering from some other upper respiratory infection (URI), and the morbidity and mortality of influenza is grossly over exaggerated by Defendants.  The effectiveness of the Defendants' campaign to exaggerate the importance of influenza can be best illustrated by the oft-heard comment that someone had the stomach flu (something that does not exist).  Plaintiffs would welcome the opportunity to hold a hearing on this issue, complete with presentation of extensive evidence and cross-examination of any witnesses the Defendants would care to produce.

11.     With regard to the effectiveness of influenza vaccines, there is considerable variability from year to year.  Since the flu virus is constantly changing, and since the vaccines are made well in advance of the flu season, doctors and scientists are forced to guess what strains will be circulating in the next year.  Even in years where the strain in the vaccine was totally different from what was circulating (and the efficacy by government estimates was 0-8% as set forth in Exhibit 4 attached hereto), Defendants continued to promote the use of the vaccines.  Presumably this was to make sure that manufacturers' costs were recovered.  General historical reviews of vaccine effectiveness have, as previously stated, failed to find the inactivated-influenza vaccines to be effective in preventing those inoculated from getting influenza or in preventing the spread of influenza when there are flu outbreaks.  (*See* paragraph 4 above and its footnotes.)

12.     With regard to the safety of influenza vaccines, even those without Thimerosal are associated with allergic reactions and autoimmune conditions such as Guillain-Barré Syndrome (GBS).  When Thimerosal is added to the mix, especially when given to pregnant

women and children, then not only do the risks of adverse events increase the risks become

simply unacceptable.

13.    With regard to alternatives that are available, there are many things that can be

done that are more effective than vaccination,[14] including using an antiviral, such as Tamiflu,

which has been tested to be 90% effective in preventing influenza in a double blind, placebo

controlled trial with direct exposure to influenza. (*See* articles about effectiveness of Tamiflu

attached as Exhibit 5.)   Most importantly, for purposes of this motion, the inactivated-

influenza vaccine alternative that is available is to receive a Thimerosal-free inactivated-

influenza vaccine.[15]   Presumably, even the Defendants will concede that there is less risk

involved in receiving a Thimerosal-free vaccine as opposed to one that contains Thimerosal.

Anyone who does not agree with this statement needs to be seriously cross-examined.

14.    Another part of the Amended Complaint filed in this case involves the mandates of 42

U.S.C. §300aa-27. Mandate for safer childhood vaccines;

> **(a) General rule**
> In the administration of this part and other pertinent laws under the jurisdiction of
> the Secretary, the Secretary shall—
> **(1)** promote the development of childhood vaccines that result in fewer and less
> serious adverse reactions than those vaccines on the market on December 22, 1987,
> and promote the refinement of such vaccines, and
> **(2)** make or assure improvements in, and otherwise use the authorities of the
> Secretary with respect to, the licensing, manufacturing, processing, testing,

---

[14]   Far more effective than vaccination are simple measures, like frequent hand washing, a well-balanced diet, use of multivitamins, getting adequate sleep, avoiding unnecessary exposures and reducing stress.

[15]   Attached hereto as Exhibit 6 is an article about Sanofi Pasteur, a manufacturer of Thimerosal-free influenza vaccines.  "Spokesman Len Lavenda said the company had planned to make 8 million doses of the mercury-free version of its Fluzone vaccine for this flu season but has cut back to 6 million doses...'We were prepared to more than double the quantity this year, but demand for the product didn't warrant producing that much," Lavenda said. 'While we have on several occasions sold out all of our preservative-containing (mercury) vaccine in the last several years, we have never sold out all of our preservative-free vaccine.' Lavenda said he had no idea why health officials were not ordering more mercury-free vaccine."  Exhibit 7 attached hereto is an article that quotes Julie Gerberding, Director of the CDC, as saying that they have a problem selling out their flu vaccines each year.  This article states regarding Thimerosal-free influenza vaccines, "CDC officials said more thimerosal-free doses are not provided because demand for it has never met the supply. 'It has never sold out,' said Dr. Jeanne Santoli, deputy director of the CDC's immunization services division."

> labeling, warning, use instructions, distribution, storage, administration, field
> surveillance, adverse reaction reporting, and recall of reactogenic lots or batches, of
> vaccines, and research on vaccines, in order to reduce the risks of adverse reactions
> to vaccines.

Quite clearly, using Thimerosal-containing influenza vaccines in pregnant women and children, especially when Thimerosal-free vaccines are available, and particularly after making a commitment in 1999 to remove Thimerosal from vaccines, is <u>not</u> in compliance with this 1987 mandate for safer childhood vaccines. Defendants cannot justify this unconscionable behavior.

15.     The debate about Thimerosal's role in causing autism in this country will continue to rage. Plaintiffs believe that the scientific evidence overwhelmingly supports a causal relationship, but this motion does not require a final resolution of that argument. The neurotoxic effects of Thimerosal are described in more detail in Exhibit E previously filed. But there are other serious adverse effects of Thimerosal. (*See* email from Marie McCormack, attached as Exhibit 8, where she concedes: "The committee accepts that under certain conditions, infections and heavy metals, including thimerosal, can injure the nervous system." This email discusses a mouse model published by Dr. Hornig where mice who were injected with equivalent doses of Thimerosal to imitate the childhood vaccination schedule at the time developed an illness that had clinical features and lab findings consistent with autism. This is hard evidence to refute, and the IOM committee apparently conceded that Thimerosal could injure the nervous system. Marie McCormack's position as the head of the IOM committee studying this subject is discussed in paragraph 18 below.)

16.     By the FDA's own admission in their letter, we know that some people are allergic to Thimerosal, and even the FDA admits that Thimerosal causes "*local hypersensitivity reactions.*" The Vaccine Adverse Event Reporting System (VAERS) contains many examples of Thimerosal in vaccines causing anaphylactic shock and other systemic "*hypersensitivity reactions*" in some people.

17.     Thimerosal has also been shown to be carcinogenic (capable of causing cancer) and teratogenic (capable of causing malformations of an embryo or fetus).  If anyone has any doubts about the dangers of Thimerosal, reading the Material Safety Data Sheets attached as Exhibit 9 should erase any such doubts.

18.     If all of this is not enough, then consider the fact that mercury-containing compounds can cause damage to the immune system.  Attached as Exhibit 10 is a Wall Street Journal article from May 19, 2004, page D3.  The article states, "In 2001, the Institute of Medicine panel left open the possibility of a link between vaccines and autism, and yesterday's report sought to end that debate, though it left open the possibility that vaccines could cause immune-system problems." In the next sentence, it quotes Marie McCormick as stating, "The committee doesn't dispute that mercury containing compounds can be damaging to the immune system." The article further states regarding McCormick, "She said parents should choose a Thimerosal-free vaccine if one is available..."  It doesn't matter that the IOM committee was wrong about Thimerosal causing autism; the committee said it was common knowledge that it can damage the immune system, and parents should choose Thimerosal-free vaccines.

19.     Marie McCormick's statement is disingenuous at best.  Most doctors are unaware of whether or not the flu vaccines they are administering do or do not contain Thimerosal, so how can a pregnant woman or parent make that choice?  Some vaccines are so deceptively packaged that, while the box notes the presence of Thimerosal in the vaccine, when the bottle is removed from the box and placed in the refrigerator (and the box is thrown in the trash), the bottle contains no mention of the Thimerosal.  Such packaging practices are fraudulent and border on being criminal.  Without a "black box" warning on the vaccine dosage container (vial or syringe), no reasonable parent can heed Marie McCormick's advice.

SUMMARY

In conclusion, despite a stated policy to remove Thimerosal from all childhood vaccines, Defendants today are recommending Thimerosal-containing vaccinations for pregnant women and children without proof of safety. Thimerosal is an optional ingredient in these vaccines, originally used as a preservative, but it has not been demonstrated to be safe for this use in accordance with the FDA's requirements under 21 CFR § 610.15(a). This is not, as the FDA letter claims, all about a risk-benefit analysis, but even if that were the test to be applied here, there is no excuse for continuing to promote Thimerosal containing vaccines in pregnant women and children, when Thimerosal-free vaccines are available. As the Zogby poll demonstrates, most people (including, unfortunately, most doctors) are not even aware that there is Thimerosal in some of the flu vaccines. Without a "black box" warning on the vaccine container (vial or syringe) warning that Thimerosal-containing vaccines "Contain Mercury," despite the fact that most people would reasonably choose the "Thimerosal free" flu vaccine, everyone receiving flu vaccines (and especially pregnant women and parents) cannot possibly exercise reasonable choice. For all of these reasons, Plaintiffs are respectfully asking this Court to direct the FDA to:

1.  Withdraw the license of any Thimerosal-containing vaccine for use in pregnant women and children; and

2.  Place a "black box" warning, "Contains Mercury," on any vaccine container (vial or syringe) that contains Thimerosal so that the "risk-benefit" analysis can be made by the patient rather than some public health bureaucrat who is making decisions for us based on his or her perception of the "public good."

Respectfully submitted,

s/ *Clifford J. Shoemaker*
Clifford J. Shoemaker
Shoemaker & Associates
Counsel for Plaintiffs
9711 Meadowlark Road
Vienna, VA 22182
703-281-6395
Fax 703-281-5807


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed this 20th day of November, 2006.


s/ *Clifford J. Shoemaker*

1





RhoGAM®
Ultra-Filtered
is thimerosal
(mercury)-free
and latex-free

send to a friend →



For Patients →

For Healthcare
Professionals →

Para los Pacientes →

Para los Profesionales
de la salud →

Privacy Policy | Legal Statement | Site Map



©Ortho-Clinical Diagnostics, Inc. 2006
This site is published by Ortho-Clinical Diagnostics Inc. USA, which is solely responsible for its content.
This site contains U.S. based product information only.
Last Updated: November 10, 2006

2

Table 3: Thimerosal and Expanded List of Vaccines - *(updated 11/16/2006)*

| Thimerosal Content in Currently Manufactured U.S. Licensed Vaccines | | | | |
|---|---|---|---|---|
| **Vaccine** | **Trade Name** | **Manufacturer** | **Thimerosal Concentration**[1] | **Mercury** |
| Anthrax | Anthrax vaccine | BioPort Corporation | 0 | 0 |
| DTaP | Tripedia[2] | Aventis Pasteur, Inc | $\leq$ 0.00012% | $\leq$ 0.3 µg/0.5 mL dose |
| | Infanrix | GlaxoSmithKline | 0 | 0 |
| | Daptacel | Aventis Pasteur, Ltd | 0 | 0 |
| DTaP-HepB-IPV | Pediarix | GlaxoSmithKline | < 0.000005% | < 0.0125 µg/0.5 mL dose |
| DT | No Trade Name | Aventis Pasteur, Inc | < 0.00012% (single dose) | < 0.3 µg/0.5mL dose |
| | | Aventis Pasteur, Ltd[3] | 0.01% | 25 µg/0.5 mL dose |
| Td | No Trade Name | Mass Public Health | 0.0033% | 8.3 µg/0.5 mL dose |
| | Decavac | Aventis Pasteur Inc | $\leq$ 0.00012% | $\leq$ 0.3 µg mercury/0.5 ml dose |
| | No Trade Name | Aventis Pasteur, Ltd | 0 | 0 |
| Tdap | Adacel | Aventis Pasteur, Ltd | 0 | 0 |
| | Boostrix | GlaxoSmithKline | 0 | 0 |
| TT | No Trade Name | Aventis Pasteur Inc | 0.01% | 25 µg/0.5 mL dose |
| Hib | ActHIB/OmniHIB[4] | Aventis Pasteur, SA | 0 | 0 |
| | HibTITER | Wyeth-Lederle | 0 | 0 |
| | PedvaxHIB liquid | Merck | 0 | 0 |
| Hib/HepB | COMVAX[5] | Merck | 0 | 0 |
| Hepatitis B | Engerix-B Pediatric/adolescent  Adult | GlaxoSmithKline | < 0.0002%  < 0.0002% | < 0.5 µg/0.5 mL dose  <1µg/1 ml dose |

| | Recombivax HB | Merck | | |
|---|---|---|---|---|
| | Pediatric/adolescent | | 0 | 0 |
| | Adult (adolescent) | | 0 | 0 |
| | Dialysis | | 0 | 0 |
| Hepatitis A | Havrix | GlaxoSmithKline | 0 | 0 |
| | Vaqta | Merck | 0 | 0 |
| HepA/HepB | Twinrix | GlaxoSmithKline | < 0.0002% | < 1 µg/1mL dose |
| IPV | IPOL | Aventis Pasteur, SA | 0 | 0 |
| | Poliovax | Aventis Pasteur, Ltd | 0 | 0 |
| Influenza | Fluzone[6] | Aventis Pasteur, Inc | 0.01% | 25 µg/0.5 mL dose |
| | Fluvirin | Evans | 0.01% | 25 µg/0.5 ml dose |
| | Fluzone (no thimerosal) | Aventis Pasteur, Inc | 0 | 0 |
| | Fluvirin (Preservative Free) | Evans | < 0.0004% | < 1 µg/0.5 mL dose |
| | Fluarix | GlaxoSmithKline | < 0.0005% | < 1.25 µg/0.5 mL dose |
| | FluLaval | ID Biomedical Corporation of Quebec | 0.01% | 25 µg/0.5 ml dose |
| Influenza, live | FluMist | MedImmune | 0 | 0 |
| Japanese Encephalitis[7] | JE-VAX | BIKEN | 0.007% | 35 µg/1.0mL dose 17.5 µg/0.5 mL dose |
| MMR | MMR-II | Merck | 0 | 0 |
| Meningococcal | Menomune A, C, AC and A/C/Y/W-135 | Aventis Pasteur, Inc | 0.01% (multidose) 0 (single dose) | 25 µg/0.5 dose 0 |
| | Menactra A, C, Y and W-135 | Aventis Pasteur, Inc | 0 | 0 |
| Pneumococcal | Prevnar (Pneumo Conjugate) | Lederle Laboratories | 0 | 0 |
| | Pneumovax 23 | Merck | 0 | 0 |
| Rabies | IMOVAX | Aventis Pasteur, SA | 0 | 0 |

|  | Rabavert | Chiron Behring | 0 | 0 |
|---|---|---|---|---|
| Typhoid Fever | Typhim Vi | Aventis Pasteur, SA | 0 | 0 |
|  | Typhoid Ty21a | Berna Biotech, Ltd | 0 | 0 |
| Varicella | Varivax | Merck | 0 | 0 |
| Yellow Fever | Y-F-Vax | Aventis Pasteur, Inc | 0 | 0 |

Table Footnotes

1. Thimerosal is approximately 50% mercury (Hg) by weight. A 0.01% solution (1 part per 10,000) of thimerosal contains 50 µg of Hg per 1 ml dose or 25 µg of Hg per 0.5 ml dose.
2. Aventis Pasteur's Tripedia may be used to reconstitute ActHib to form TriHIBit. TriHIBit is indicated for use in children 15 to 18 months of age.
3. This vaccine is not marketed in the US.
4. OmniHIB is manufactured by Aventis Pasteur but distributed by GlaxoSmithKline.
5. COMVAX is not licensed for use under 6 weeks of age because of decreased response to the Hib component.
6. Children under 3 years of age receive a half-dose of vaccine, i.e., 0.25 mL (12.5 µg mercury/dose.)
7. JE-VAX is manufactured by BIKEN and distributed by Aventis Pasteur. Children 1 to 3 years of age receive a half-dose of vaccine, i.e., 0.5 mL (17.5 µg mercury/dose).

Source: http://www.fda.gov/cber/vaccine/thimerosal.htm [Accessed November 19, 2006]

3

**ZOGBY INTERNATIONAL**

# Americans' Views of Mercury in Flu Shots

Submitted to:

put children first.org

Submitted by:
**Zogby International**
John Zogby, President and CEO
John Bruce, Vice President and Systems Administrator
Rebecca Wittman, Vice President and Managing Editor

November 2006

**© 2006 Zogby International**

## Table of Contents

|  Subject | Page |
| --- | --- |
| I.  Methodology and Sample Characteristics | 2 |
| II.  Narrative Analysis | 4 |

|  Tables | |
| --- | --- |
| 1. Agreement with Statements | 5 |
| 3. Likelihood of Getting Flu Shot | 6 |

## I. Methodology and Sample Characteristics

### Methodology

Zogby International conducted online interviews of 9,204 adults. Panelists who have agreed to participate in Zogby polls online were invited to participate in the survey. The online poll ran from 10/27/06 through 10/30/06. The margin of error is +/- 1.1 percentage points. Margins of error are higher in sub-groups. Slight weights were added to region, party, age, race, religion, and gender to more accurately reflect the population.

| Sample Characteristics | Frequency | Valid Percent* |
|---|---|---|
| Sample size | 9,204 | 100 |
| East | 2,106 | 23 |
| South | 2,381 | 26 |
| Central/Great Lakes | 2,838 | 31 |
| West | 1,831 | 20 |
| Did not answer region | 48 | -- |
| 18-29 | 1,835 | 20 |
| 30-49 | 3,669 | 40 |
| 50-64 | 2,110 | 23 |
| 65+ | 1,559 | 17 |
| Did not answer age | 31 | -- |
| White | 6,815 | 75 |
| Hispanic | 909 | 10 |
| African American | 1,000 | 11 |
| Asian/Pacific | 182 | 2 |
| Other/mixed | 182 | 2 |
| Did not answer race | 117 | -- |
| Live in large city | 3,383 | 37 |
| Live in small city | 1,896 | 21 |
| Live in suburbs | 2,334 | 26 |
| Live in rural area | 1,525 | 17 |
| Did not answer where live | 42 | -- |
| Roman Catholic | 2,428 | 27 |
| Protestant | 4,496 | 50 |
| Jewish | 270 | 3 |
| Other (religion) | 1,798 | 20 |

| Sample Characteristics (continued) | Frequency | Valid Percent* |
|---|---|---|
| Did not answer religion | 212 | -- |
| Parent of child under 17 | 2,430 | 27 |
| Not parent of child under 17 | 6,735 | 74 |
| Less than $25,000 | 774 | 10 |
| $25,000-$34,999 | 725 | 9 |
| $35,000-$49,999 | 1,104 | 14 |
| $50,000-$74,999 | 1,865 | 23 |
| $75,000-$99,999 | 1,349 | 17 |
| $100,000 or more | 2,178 | 27 |
| Did not answer income | 1,208 | -- |
| Male | 4,411 | 48 |
| Female | 4,741 | 52 |
| Did not answer gender | 52 | -- |

**\* Numbers have been rounded to the nearest percent and might not total 100.**

## II. Narrative Analysis

*1. How likely is it that you will get a flu shot this year?*

| | | | |
|---|---|---|---|
| Very likely | 37% | | |
| Somewhat likely | 12 | **Likely** | **49%** |
| Somewhat unlikely | 11 | | |
| Very unlikely | 39 | **Unlikely** | **50** |
| Not sure | 1 | | |

One-half of adults (49%) are likely to get a flu shot this year, and half (50%) are unlikely to do so. Representing the bulk of each of these groups are people who are either <u>very</u> likely (37%) or <u>very</u> *un*likely (39%) to get a shot.

*2. Which of the following percentages best describes your belief on how many flu shots contain mercury, a known neurotoxin?*

| | |
|---|---|
| None of them | 17% |
| 10% | 7 |
| 35% | 4 |
| 60% | 3 |
| 75% | 2 |
| 90% | 3 |
| All of them | 7 |
| Not sure | 59 |

Three-fifths of adults (59%) have no idea how many flu shots contain mercury. One in six (17%) does not think that any flu shots contain mercury. Otherwise, 7% of people say 10% of shots are tainted; 4% of people think 35% of shots are tainted; 3% of people say that 60% of shots are tainted; 2% of people say 75% of shots are tainted; 3% of adults believe 90% of shots are tainted; and 7% of people think that every flu shot contains mercury.

*3. Do you agree or disagree that our government should warn pregnant women not to get a flu shot containing mercury?*

| | |
|---|---|
| Agree | 73% |
| Disagree | 6 |
| Not sure | 21 |

A vast majority of nearly three in four Americans (73%) – and 82 percent of parents – agree that the government should warn pregnant women not to get a flu shot containing mercury. Only 6% disagree, while one in five (21%) is not sure.

*4 – 8. For the following series of statements, please tell me if you strongly agree, somewhat agree, somewhat disagree, or strongly disagree with each.*

**Table 1. Agreement with Statements** (ranked by % agree)

|  | Agree* | Disagree | Not sure |
|---|---|---|---|
| Mercury should not be an ingredient in flu shots or other vaccines, especially those given to pregnant women or children | 77 | 3 | 20 |
| Congress should take action to make sure that mercury and other toxins are not in flu shots and other vaccines | 72 | 16 | 12 |
| The doctors who administer flu vaccines are responsible for the safety of the vaccines they give to children and pregnant women | 72 | 24 | 4 |
| Professional organizations like the American Academy of Pediatrics are responsible for the safety of vaccines they give to children and pregnant women | 71 | 23 | 6 |
| Mercury in childhood vaccines has played a role in the current autism epidemic | 31 | 17 | 52 |

**(*Agree and disagree each combine "strongly" and "somewhat.")**

Large majorities from seven-in-ten to three-in-four agree with each of these statements, with the sole exception of whether mercury in childhood vaccines has played a role in the current autism epidemic. With this statement, people are still almost twice as likely to agree than disagree, but a majority is unsure.

*9 – 12. Now I am going to read to you a series of statements. For each, please tell me if you would be much more likely, somewhat more likely, somewhat less likely, or much less likely to get a flu shot after you hear each.*

**Table 2. Likelihood of Getting a Flu Shot** (ranked by % less likely)

|  | More likely* | Less likely | Not sure |
|---|---|---|---|
| If you knew that mercury was a neurotoxin that disrupts development in children (get a flu shot for your child) | 5 | 86 | 10 |
| If you knew that seven years ago, the Centers for Disease Control warned that mercury in vaccines was dangerous and that it should be taken out of all vaccines | 9 | 77 | 13 |
| If you knew that mercury is an ingredient in over 90% of flu shots | 8 | 74 | 19 |
| If you knew that there are warnings for pregnant women and children to avoid eating tuna and other seafood because of the high level of mercury in them | 9 | 69 | 23 |

**(*More likely and less likely each combine "much" and "somewhat.")**

Each of these four statements turns off large majorities of respondents from getting a flu shot. From 69% to 86% of adults are less likely to get a flu shot after knowing this information. And 86% of parents say they are unlikely to get a flu shot for their own child now.

*13. How willing would you be to pay a few dollars more for a flu shot that did not contain mercury?*

| Very willing | 54% | | |
|---|---|---|---|
| Somewhat willing | 26 | **Willing** | **80%** |
| Somewhat unwilling | 4 | | |
| Very unwilling | 7 | **Unwilling** | **11** |
| Not sure | 9 | | |

Four-fifths of Americans (80%) are willing to pay a few dollars more to get a flu shot that did not contain mercury. This includes a majority overall (54%) who is very willing to do so. More than 82 percent of parents are willing to pay more. One in nine of total respondents (11%) are unwilling to pay more.

*14. Certain groups have been warned to avoid eating fish and tuna because of high levels of mercury. Which one of the following groups, if any, do you know who has been warned not to eat fish and tuna? (**Choose only ONE.**)*

| Pregnant women and children | 69% |
|---|---|
| Everyone | 9 |
| People with chronic diseases or those who are ill | 3 |

put**children**first.org

ZOGBY INTERNATIONAL

| | |
|---|---|
| The elderly | 1 |
| Teens and pre-teens | 1 |
| Other | 1 |
| Not sure | 17 |

A seven-in-ten majority (69%) says they know that pregnant women and children have been warned not to eat fish and tuna due to high levels of mercury. Nine percent say they know that everyone has been warned; 3% say that people with chronic diseases or those who are ill have been warned; and 1% each says that the elderly and teens/pre-teens have been warned. One in six (17%) is not sure.

4

# Preliminary Assessment of the Effectiveness of the 2003–04 Inactivated Influenza Vaccine — Colorado, December 2003

Influenza activity started earlier than usual in the United States this season, with widespread influenza activity* reported in 10 states by November 22, 2003 (1). The predominant influenza viruses (A/Fujian/411/2002 [H3N2]-like viruses) circulating this season differ antigenically from the 2003–04 influenza A (H3N2) vaccine strain (2). A retrospective cohort study was conducted among workers at a Colorado hospital to provide preliminary data on the effectiveness of trivalent inactivated influenza vaccine (TIV) against influenza-like illness (ILI). This report summarizes the results of that study, which indicated that TIV had no or low effectiveness against ILI. However, additional studies are needed to evaluate the effectiveness of the 2003–04 vaccine against laboratory-confirmed influenza and influenza-related complications, including hospitalization and death. Influenza vaccine continues to be recommended, particularly for persons at increased risk for influenza-related complications, their household contacts, and health-care personnel.

The Children's Hospital (TCH) is a 233-bed pediatric hospital located in Denver. During October–December 2003, TCH promoted employee influenza vaccination with TIV. In early November, the weekly number of positive influenza test results from patient specimens tested through the TCH laboratory began to increase (Figure). To evaluate the effectiveness of TIV against ILI, CDC, the Colorado Department of Public Health and Environment, and TCH conducted a retrospective cohort study among hospital staff during December 11–17. An anonymous survey was distributed to hospital workers by paper questionnaire at worksites and via e-mail messages. Respondents were asked whether they had received the influenza vaccine, had certain medical conditions associated with increased risk for influenza-related complications (3), had any illness with fever, cough, or sore throat on or after November 1, or had contact with any patients. Data also were collected on age group, sex, and occupation. Persons who had received vaccine were asked when they were vaccinated, and those who reported illness were asked for date of illness onset. The survey was distributed to approximately 3,100 TCH workers.

Responses were received from 1,886 (61%) of persons surveyed. Respondents who did not report influenza vaccination

---

*Outbreaks of influenza or increases in influenza-like illness (ILI) cases and recent laboratory-confirmed influenza in at least half the regions of a state.



FIGURE. Number of cases of influenza-like illness (ILI)* among staff respondents, number of laboratory-confirmed influenza cases among patients, and percentage of staff vaccination, by date — The Children's Hospital, Denver, Colorado, weeks ending October 4–December 20, 2003

* Illness with subjective fever (i.e., temperature not taken) plus cough or sore throat beginning on or after November 1, 2003.

or illness status (3% and 1%, respectively) and those who were vaccinated but did not report a vaccination date (<1%) were excluded from the study. Of the 1,818 persons included in the study, 1,424 (78%) were vaccinated, including 1,009 (71%) vaccinated before November 1 and 415 (29%) vaccinated on or after November 1. ILI was defined as an illness with subjective fever (i.e., temperature not taken) plus cough or sore throat from November 1 through the questionnaire completion period (December 11–17). Overall, 289 (16%) respondents reported having ILI; 28 persons with ILI reported being tested for influenza, 13 (46%) of whom tested positive. Statistically significant factors associated with receiving vaccination included age group, occupation, and contact with patients (Table 1).

Two methods were used to estimate vaccine effectiveness to account for changes in vaccination status during the influenza outbreak period: a categorical analysis and a person-time analysis. For each method, two estimates of vaccine effectiveness were calculated to account for the unknown protection from vaccine among persons vaccinated <2 weeks before onset of illness, because peak antibody response after influenza vaccination takes approximately 2 weeks and the level of protection during the 1–13 days after vaccination is not known (4,5). In the first estimate, persons vaccinated <2 weeks before illness onset were counted as unvaccinated; in the second estimate, those vaccinated <2 weeks before illness onset were excluded from the analyses.

**TABLE 1. Number and percentage of survey respondents, by vaccination status and selected characteristics — The Children's Hospital, Denver, Colorado, October–December 2003**

| Characteristic | Vaccinated No. | Vaccinated (%) | Unvaccinated No. | Unvaccinated (%) |
|---|---|---|---|---|
| **Age group (yrs)*** | | | | |
| 18–49 | 1,070 | (75) | 322 | (82) |
| 50–64 | 331 | (23) | 69 | (18) |
| ≥65 | 18 | (1) | 1 | (0) |
| **Sex** | | | | |
| Men | 263 | (19) | 89 | (23) |
| Women | 1,156 | (81) | 302 | (77) |
| **High-risk conditions** | | | | |
| Yes | 204 | (14) | 46 | (12) |
| No | 1,204 | (86) | 342 | (88) |
| **Occupation*** | | | | |
| Physicians | 186 | (13) | 22 | (6) |
| Nurses | 423 | (30) | 95 | (24) |
| Other | 805 | (57) | 277 | (71) |
| **Patient contact*** | | | | |
| Yes | 974 | (69) | 227 | (58) |
| No | 439 | (31) | 165 | (42) |
| **Total** | 1,424 | (78) | 394 | (22) |

* $p<0.05$.

## Categorical Analysis

Persons vaccinated on or after November 1 (the outbreak period) were excluded from the categorical analysis. ILI attack rates were compared between vaccinated and unvaccinated groups by using the Cochran-Mantel-Haenszel chi-square test to adjust for age group, patient contact, and high-risk conditions. Vaccine effectiveness against ILI was calculated as 1 – vaccinated attack rate / unvaccinated attack rate. Point estimates for vaccine effectiveness were 14% and 3%, respectively, with 95% confidence intervals for both estimates that included zero (Table 2).

## Person-Time Analysis

To determine vaccination status in the person-time analysis, the exposure cohort time was calculated from the time of the outbreak, November 1, 2003, until onset of a self-reported illness or until the date of survey completion (December 11–17). In this analysis, persons reporting vaccination during the outbreak period contributed both vaccinated and unvaccinated time. Incidence rates (i.e., the number of cases divided by person-months) for ILI were estimated separately for vaccinated and unvaccinated person-times. Vaccine effectiveness against ILI was calculated as 1 – vaccinated incidence rate / unvaccinated incidence rate. A Cox proportional hazards model was used to estimate an incidence rate ratio adjusted for age group, patient contact, and high-risk conditions (6). Adjusted vaccine effectiveness for both estimates were not statistically significantly different from zero (Table 2).



(MMWR on line)

cdc.gov/mmwr



TABLE 2. Number of persons with influenza-like illness (ILI)* and inactivated influenza vaccine effectiveness (VE) estimates[†] among survey respondents, by analysis and vaccination status — The Children's Hospital, Denver, Colorado, November 1 – December 17, 2003

| | Categorical analysis[§] | | | | Person-time analysis[¶] | | | |
|---|---|---|---|---|---|---|---|---|
| | Analysis #1** | | Analysis #2[††] | | | | | |
| | | | | | Analysis #1[§§] | | Analysis #2[¶¶] | |
| Characteristic | Vaccinated before November 1 | Unvaccinated | Vaccinated before November 1 | Unvaccinated | Vaccinated | Unvaccinated | Vaccinated | Unvaccinated |
| Persons/person-months | 1,000 | 402 | 1,000 | 393 | 1,457 | 947 | 1,457 | 703 |
| ILI cases | 149 | 68 | 149 | 59 | 179 | 109 | 179 | 75 |
| ILI attack/incidence rate*** | 0.149 | 0.169 | 0.149 | 0.150 | 0.123 | 0.115 | 0.123 | 0.107 |
| Risk ratio/incidence rate ratio[†††] | 0.87 (0.67–1.14) | | 0.99 (0.75–1.30) | | 1.07 (0.84–1.35) | | 1.15 (0.88–1.51) | |
| Crude VE | 0.13 (-0.14–0.33) | | 0.01 (-0.30–0.25) | | -0.07 (-0.35–0.16) | | -0.15 (-0.51–0.12) | |
| Adjusted VE | 0.14 (-0.12–0.34) | | 0.03 (-0.28–0.27) | | -0.10 (-0.41–0.14) | | -0.15 (-0.52–0.13) | |

* Illness with subjective fever (i.e., temperature not taken) plus cough or sore throat beginning on or after November 1, 2003.
[†] Crude estimates and estimate adjusted for high-risk conditions (e.g., diabetes, heart conditions, immunocompromised conditions, and pregnancy), patient contact, and age group.
[§] Excludes 415 persons vaccinated after November 1, the beginning of the outbreak period.
[¶] Person-months counted from November 1 to onset of ILI or date of survey completion and person-time divided into vaccinated and unvaccinated time.
** Classifies as unvaccinated new persons vaccinated <14 days before onset of ILI.
[††] Excludes nine persons vaccinated <14 days before onset of ILI.
[§§] Classifies 13 days after vaccination as unvaccinated person-time.
[¶¶] Excludes 13 days of person-time after vaccination.
*** Attack rate is for categorical analysis, and incidence rate is for person-time analysis.
[†††] Risk ratio is for categorical analysis, and incidence rate ratio is for person-time analysis.

**Reported by:** S Dolan, MS, AC Nyquist, MD, D Ondrejka, PhD, J Todd, MD, The Children's Hospital, Denver; K Gershman, MD, Colorado Dept of Public Health and Environment. J Alexander, MD, C Bridges, MD, J Copeland, MS, F David, MS, G Euler, DrPH, P Gargiullo, PhD, K Kenyan, MPH, Z Moore, MD, J Seward, MBBS, Epidemiology Surveillance Div, National Immunization Program; N Jain, MD, EIS Officer, CDC.

**Editorial Note:** The preliminary findings presented in this report demonstrated no or very low effectiveness of TIV against ILI. However, these findings do not provide a basis for assessing the effectiveness of TIV against more severe illness outcomes or against influenza B or influenza A (H1N1), nor do they assess the effectiveness of live attenuated influenza vaccine (LAIV). Despite a suboptimal antigenic match, TIV can still provide protection against influenza complications. In a study conducted among patients aged ≥65 years, TIV was effective in preventing 61% of influenza-related deaths when the vaccine and circulating strains were well matched and 35% when they were not well matched (7).

Estimates of vaccine effectiveness generally are lower against ILI than against laboratory-confirmed influenza. During the 1998–99 season, when the vaccine and circulating strains were well matched, TIV effectiveness among healthy adults was 86% against laboratory-confirmed influenza and 34% against ILI; during the 1997–98 season, when the vaccine and circulating strains were not well matched, TIV effectiveness was 50% against laboratory-confirmed influenza and zero against ILI (8). Further studies are under way or planned to estimate the effectiveness of the 2003–04 influenza vaccine against laboratory-confirmed influenza and influenza-related complications.

The person-time analysis included all persons in the cohort regardless of when they were vaccinated. These estimates probably are more precise than those obtained in the categorical analysis. Some negative effectiveness estimates (i.e., estimates lower than zero) were obtained in this analysis; because vaccine effectiveness cannot be lower than zero, such estimates should be considered zero. These results suggest that the study had unknown or uncorrected disparities between the vaccinated and unvaccinated groups in terms of risk for disease or other factors.

The findings in this report are subject to at least five limitations. First, study participants were not selected at random to receive influenza vaccination, and persons with greater patient exposure and possibly greater exposure to influenza viruses were more likely to be vaccinated. Second, a greater percentage of persons aged ≥50 years and persons with one or more conditions associated with increased risk for influenza-related complications were vaccinated. Third, other biases, including participation in the study and reporting illness based on vaccination, might have occurred. Such biases and other differences between the vaccinated and unvaccinated groups are very likely to have occurred, given the disparities noted. For example, persons who were vaccinated and became ill might have been more likely to complete the questionnaire, biasing the study to indicate lower effectiveness. Fourth, influenza vaccination and illnesses were self-reported. Finally, the sample size might not have been large enough to detect vaccine effectiveness against ILI, particularly because a large proportion of the respondents were vaccinated. Many of these limitations can be avoided by using a prospective cohort study design with laboratory-confirmed disease as an outcome. Conducting annual prospective studies would provide consistent and comparable vaccine effectiveness data to assist with public health decision making.

This study does not provide data that permits an assessment of the effectiveness of TIV against laboratory-confirmed influenza and its complications. Additional studies to provide such data are under way. Because TIV was effective against laboratory-confirmed influenza and influenza-related complications in previous years in which it was not effective against ILI (8,9), and because influenza B and influenza A (H1N1) viruses might cause serious illness later this season, influenza vaccine continues to be recommended for persons at increased risk for influenza-related complications, their household contacts, and health-care personnel (Box).

### References

1. CDC. Weekly report: influenza summary update, week ending November 22, 2003–week 47. Available at http://www.cdc.gov/flu/weekly/weeklyarchives2003-2004/weekly47.htm.
2. CDC. Update: influenza activity—United States, December, 14–20, 2003. MMWR 2004;52:1255–7.
3. CDC. Prevention and control of influenza: recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR 2003; 52(No. RR-8).
4. Gross P, Russo C, Teplitzky M, Dran S, Cataruozolo P, Munk G. Time to peak serum antibody response to influenza vaccine in the elderly. Clin Diagn Lab Immunol 1996;3:361–2.
5. Kunzel W, Glathe H, Engelmann H, Van Hoecke C. Kinetics of humoral antibody response to trivalent inactivated split influenza vaccine in subjects previously vaccinated or vaccinated for the first time. Vaccine 1996;14:1108–10.
6. Allison PD. Survival Analysis Using the SAS System: A Practical Guide. Cary, North Carolina: SAS Institute Inc., 1995.
7. Nordin J, Mullooly J, Poblete S, et al. Influenza vaccine effectiveness in preventing hospitalizations and deaths in persons 65 years and older in Minnesota, New York, and Oregon: data from 3 health plans. J Infect Dis 2001;184:665–70.

**BOX. Influenza impact and prevention**

> * Influenza causes an average of 114,000 hospitalizations and 36,000 deaths annually in the United States.
> * Influenza vaccination is the primary means to prevent influenza and its complications.
> * Annual influenza vaccine is recommended for persons at increased risk for influenza-related complications and their contacts, including
>   — Persons aged >50 years
>   — Children aged 6–23 months
>   — Persons of any age with chronic medical conditions, (e.g., asthma, diabetes, heart disease, kidney failure, or weakened immune system)
>   — Women in the second or third trimester of pregnancy during the influenza season
>   — Residents of nursing homes and other chronic-care facilities
>   — Children on chronic aspirin therapy
>   — Household contacts of persons at high risk, including children aged <2 years
>   — Health-care workers.

8. Bridges CB, Thompson WW, Meltzer MI, et al. Effectiveness and cost-benefit of influenza vaccination of healthy working adults: a randomized trial. JAMA 2000;284:1655–63.
9. Edwards KM, Dupont WD, Westrich MK, Plummer WD, Palmer PS, Wright PF. A randomized controlled trial of cold-adapted and inactivated vaccines for the prevention of influenza A disease. J Infect Dis 1994;169;68–76.

## Update: Influenza Activity — United States, January 4–10, 2004

The number of states reporting widespread influenza activity* continued to decrease during the reporting week of January 4–10, 2004†. Health departments in 20 states and New York City reported widespread influenza activity. A total of 24 states reported regional activity, three states reported local activity, and sporadic activity was reported by two states, the District of Columbia, Guam, and Puerto Rico (Figure 1). The percentage of outpatient visits for influenza-like illness (ILI)§ continued to decrease in all surveillance regions during the week ending January 10, with an overall national percentage of 2.8%. This percentage is above the national baseline¶ of 2.5%. The percentage of specimens testing positive for influenza also decreased; however, the percentage of deaths attributed to pneumonia and influenza (P&I) continued to increase.

### Laboratory Surveillance

During the week ending January 10, World Health Organization (WHO) laboratories reported testing 2,670 specimens for influenza viruses, of which 319 (11.9%) were positive. Of these, 52 were influenza A (H3N2) viruses, 261 were influenza A viruses that were not subtyped, and six were influenza B viruses.

Since September 28, 2003, WHO and National Respiratory and Enteric Virus Surveillance System laboratories have tested 69,052 specimens for influenza viruses, of which 18,535 (26.8%) were positive. Of these, 18,422 (99.4%) were influ-

---

* Levels of activity are 1) *no activity*, 2) *sporadic*—small numbers of laboratory-confirmed influenza cases or a single influenza outbreak reported but no increase in cases of ILI, 3) *local*—outbreaks of influenza or increases in ILI cases and recent laboratory-confirmed influenza in a single region of a state, 4) *regional*—outbreaks of influenza or increases in ILI cases and recent laboratory-confirmed influenza in at least two but less than half the regions of a state, and 5) *widespread*—outbreaks of influenza or increases in ILI cases and recent laboratory-confirmed influenza in at least half the regions of a state.
† Provisional data reported as of January 14.
§ Temperature of >100.0° F (>37.8° C) and cough and/or sore throat in the absence of a known cause other than influenza.
¶ Calculated as the mean percentage of visits for ILI during noninfluenza weeks, plus two standard deviations. Wide variability in regional data precludes calculating region-specific baselines and makes it inappropriate to apply the national baseline to regional data.

5



Vaccine 21 (2003) 1796–1800



www.elsevier.com/locate/vaccine

# The role of antivirals in the control of influenza

Arnold S. Monto*

*School of Public Health, The University of Michigan, 109 Observatory Street, Ann Arbor, MI 48109-2029, USA*

## Abstract

Antivirals are effective in the prophylaxis and therapy of influenza and are likely to be active against a new pandemic variant. They can be divided into the M2 inhibitors, amantadine and rimantadine, and the neuraminidase inhibitors (NIs), zanamivir and oseltamivir. The former are limited in activity to type A viruses, while the latter are also active against type B viruses. Both classes of drugs are approximately 70–90% efficacious when used as prophylaxis. However, the use of M2 inhibitors in therapy is frequently limited by side effects, more common with amantadine, by the emergence of antiviral resistance and by the lack of demonstrated prevention of complications. In contrast, the NIs are better tolerated, antiviral resistance has not emerged as a significant problem and limited evidence suggests they may reduce the frequency of influenza complications. Antiviral agents have not been widely used for either prophylaxis or treatment of annual influenza epidemics. During the early months of the next pandemic they will be the only specific agents that could be used for prevention and treatment. Their availability will depend entirely on the creation of stockpiles of these agents well in advance of the arrival of the pandemic. © 2003 Elsevier Science Ltd. All rights reserved.

*Keywords:* Antivirals; Influenza; Pandemics

## Key messages

There are two classes of influenza antiviral agents:

- **M2 inhibitors (amantadine and rimantadine) active against influenza A.**
- **Neuraminidase inhibitors (zanamivir and oseltamivir) active against influenza A and B.**

**Influenza antivirals are 70–90% effective as prophylaxis and they shorten the duration of illness by 1.5 days when used in treatment.**

**Antiviral resistance emerges with M2 inhibitor treatment but not prophylaxis; resistance is not a problem with Nis.**

**Influenza antivirals are licensed in many countries but are not widely used.**

**Antivirals will be the only intervention available during the early months of a pandemic, but in the absence of stockpiling beforehand there will be very few doses to use.**

## 1. Introduction

Vaccines protect against influenza by stimulating an immune response in recipients. To do so, the antigens con-

tained in the vaccine must resemble those of the circulating viruses. In contrast, the mechanism of action of influenza antivirals is independent of the antigenic make-up of the circulating viruses. The drugs are active in treatment as well as prophylaxis, but in prophylaxis they must be administered daily throughout the period of risk of exposure. They may be particularly important for pandemics when supplies of vaccines, especially in the early months, are likely to be severely limited.

Two classes of influenza antivirals are available for use. Each class inhibits a different step in the viral replication cycle. Type A but not type B influenza viruses contain an M2 protein. This protein is responsible for uncoating the viral nucleoprotein during replication. It functions as an ion channel, preventing exposure of the viral hemagglutinin to low intracellular pH to which it is sensitive. Amantadine and rimantadine inhibit this activity and they are termed 'M2 inhibitors' [1,2]. These drugs have no effect on type B influenza viruses because B viruses do not possess an M2 protein.

The viral neuraminidase of both type A and B viruses facilitates the release of virus from the infected cell after replication is complete and prevents viral clumping before the next infectious cycle begins. Zanamivir and oseltamivir are the two licensed neuraminidase inhibitors. They have been specifically designed to interrupt the replication cycle by preventing virus release and allowing virus to clump [3,4]. Zanamivir is administered by inhalation,

---

* Tel.: +1-734-764-5453; fax: +1-734-764-3192.
*E-mail address:* asmonto@umich.edu (A.S. Monto).

0264-410X/03/$ – see front matter © 2003 Elsevier Science Ltd. All rights reserved.
doi:10.1016/S0264-410X(03)00075-6

while oseltamivir is taken orally, as are amantadine and rimantadine.

## 2. Characteristics of M2 and neuraminidase inhibitors

The M2 inhibitors, amantadine and rimantadine, are similar in their antiviral activities but differ in their metabolic and safety profiles. These differences are of considerable importance and will affect their potential use in a pandemic. Amantadine, the more widely available of the two, is excreted by renal tubular secretion with little metabolic change [5]. Therefore, the dose must be reduced in anyone with renal insufficiency [6]. In contrast, rimantadine is extensively metabolized by the liver, so a reduction in dosage is seldom necessary [7]. While rimantadine has only been used for influenza, amantadine has also been used to treat Parkinson's disease. Its central nervous system activity, coupled with its delayed excretion in persons with renal insufficiency, explains why neurological side effects are often associated with amantadine but not with rimantadine.

The NIs, zanamivir and oseltamivir, are even more distinct in their characteristics [8]. Zanamivir is not biologically active when taken orally and must be administered by oral inhalation as a dry powder using a device designed for this purpose. The amount of drug delivered to the lower respiratory tract is well above the amount required for inhibition of viral replication, although large amounts also end up in the stomach [9]. Oseltamivir can be administered orally, is rapidly converted by hepatic esterases into oseltamivir carboxylate and can be detected in the plasma 30 min after the drug is administered. It is widely distributed in the body and drug concentrations are higher in bronchoalveolar fluid than in the blood. It is largely excreted in the urine, but a reduction in dosage is necessary only in persons with severe renal insufficiency [10]. Drug–drug interactions appear to be uncommon, although this needs to be confirmed by further clinical experience.

## 3. Use in prophylaxis and therapy: M2 inhibitors

Amantadine and rimantadine are similar in their activity against type A viruses and they will be considered together. The studies summarized in Table 1 demonstrate the efficacy of both drugs when given as 'seasonal prophylaxis' during 4–6-week periods of peak influenza virus activity. During the influenza A (H1N1) epidemic in 1978, amantadine was 71% effective in preventing infection in a group of subjects never previously exposed to this virus [11]. This experience was similar to what can be expected during a true pandemic and provides the best estimate of what the potential prophylactic efficacy of an M2 inhibitor might be in this situation. Amantadine and rimantadine were also found to be 91 and 85% efficacious, respectively, in persons with past experience with influenza A viruses [12]. The drugs were also shown to be efficacious in prophylaxis when used in a targeted fashion for a shorter time period and after exposure to a case of influenza [13].

Both M2 inhibitors were found to be efficacious in therapy in separate clinical trials [14,15]. In both trials, patients were enrolled if they had been ill for no more than 2 days, but other elements of the study designs were not the same so it is difficult to directly compare the benefits of the two agents. Nonetheless, both drugs consistently reduced the duration and severity of influenza symptoms. Questions were raised initially about whether these two antivirals were superior to symptomatic therapy. A subsequent study, however, demonstrated that although aspirin was useful in controlling fever early in the course of illness, the M2 inhibitors produced a more lasting reduction in illness severity [15]. This finding, coupled with the demonstration that amount of virus shed was reduced, indicated that both drugs had a reproducible effect in speeding the resolution of influenza illness. No clinical trial has yet demonstrated that the M2 inhibitors prevent the complications of influenza, perhaps because all studies have been too small. Data from challenge studies, however, suggest that there may be a true lack of effect [16].

When prophylaxis and therapy are combined, another problem can arise. In studies conducted in both nursing homes and families, individuals with influenza illness were treated and their contacts were placed on prophylaxis. Although those who were treated recovered more quickly than those who were not treated, at least 30% shed virus that was molecularly confirmed to be resistant to the drug. Not surprisingly, when the contacts on prophylaxis encountered these viruses, no prophylactic effect was demonstrated [17–19].

There is no evidence that resistance to amantadine and rimantadine has increased in the type A viruses currently circulating in human populations. Nonetheless, the predictable emergence of antiviral resistance must be recognized whenever these drugs are used to treat to persons who are in contact with those on prophylaxis [20]. In contrast, resistant variants are not generated when the drugs are used exclusively in prophylaxis.

## 4. Use in prophylaxis and therapy: neuraminidase inhibitors

With the neuraminidase inhibitors, a large amount of data has been collected on their efficacy in prophylaxis

Table 1
Protective efficacy of M2 inhibitors against laboratory confirmed influenza

| Site and subtype | Efficacy (%) | Significance |
|---|---|---|
| Michigan type A (H1N1) | | |
| Amantadine | 71 | $P < 0.001$ |
| Vermont types A (H3N2) and A (H1N1) | | |
| Amantadine | 91 | $P < 0.001$ |
| Rimantadine | 85 | |

Adapted from [11,12].

Table 2
Efficacy of 'seasonal prophylaxis' of influenza with zanamivir (4 weeks) and oseltamivir (6 weeks) in healthy adults

|  | Zanamivir (%) | Oseltamivir (%) |
|---|---|---|
| Prevention of symptomatic laboratory confirmed influenza | 67 | 74 |
| Prevention of influenza with fever | 84 | 82 |

Adapted from [21,22].

Table 3
Reduction in events following oseltamivir treatment of children 1–12 years in age

| Event | Reduction |
|---|---|
| Illness duration until 'alleviation' (days) | 1.5 |
| Duration of fever (days) | 1.1 |
| Physician diagnosed complications requiring antibiotics (%) | 40 |
| Physician diagnosed otitis media (%) | 44 |
| Tympanometric confirmed otitis media (%) | 50 |

Adapted from [32].

and therapy. Although the two drugs are administered differently, the clinical trial results have been similar and they will be reviewed together. In seasonal prophylaxis, zanamivir was studied over a 4-week period and oseltamivir over a 6-week period [21,22]. As shown in Table 2, the efficacies of the two drugs in preventing both type A and type B influenza were similar to each other and to the efficacies of the M2 inhibitors (influenza A only; Table 1). Other strategies for prophylaxis have also been evaluated. For example, zanamivir prophylaxis did not interfere with the antibody response to inactivated influenza vaccine when both were used together [23]. When either drug was used for short-term prophylaxis of household contacts of an index case who was treated, efficacy in preventing disease in the contacts was similar to that shown in Table 2, even though prophylaxis was initiated after exposure to the virus had occurred [24,25]. Moreover, antiviral resistance did not emerge as a problem. Oseltamivir was approximately 90% efficacious as prophylaxis when it was given over a 6-week period to vaccinated elderly residents of nursing homes. It also controlled influenza outbreaks in these facilities [26].

Both oseltamivir and zanamivir were shown to reduce the duration of illness caused by type A and B influenza viruses when treatment was begun within 2 days of the onset of illness [27–29]. An endpoint termed 'alleviation' was created so the results of studies in different populations groups could be evaluated. On average, the duration of illness was reduced by 1.5 days. However, in subjects whose early illness was severe, treatment shortened its duration by 3 days [30]. In addition, symptom scores were significantly reduced within 1 day of the onset of therapy, well before the alleviation endpoint was reached. Unlike M2 inhibitors, NIs reduced the related use of antibiotics [31]. Estimates of the reductions in these outcome events are becoming more precise as experience with NIs increases. This is especially important for pneumonia, the most severe complication of influenza and the one most likely to result in hospitalization.

In children, physician diagnosed otitis media is a frequent complication of influenza. Oseltamivir was shown to reduce its occurrence by 44% (Table 3) [32]. Antiviral resistance emerged in 3–5% of treated children, but unlike the resistance produced more frequently by treatment with M2 inhibitors, NI-resistant viruses did not appear to cause infection or to be transmitted as well as non-resistant viruses [33–35].

## 5. Side effects associated with the M2 and neuraminidase inhibitors

In the prophylaxis studies of M2 inhibitors shown in Table 1, withdrawal from treatment was used to indicate more severe adverse effects. In the study of amantadine only, there was a 6% excess withdrawal rate in treated subjects compared with those taking placebo. In the second study, the excess withdrawal rate associated with amantadine was 11%, but there were no excess withdrawals in those given rimantadine. Side effects associated with amantadine in these and other studies included difficulty concentrating, insomnia and, in older individuals, confusion. Rimantadine has been occasionally associated with side effects, but they are less frequent and less severe than those seen with amantadine. In a recent prophylaxis study in nursing home residents, a group in whom side effects are typically more frequent and more severe, adverse events occurred in 18.6% of those given amantadine but only 1.9% of those given rimantadine. Both drugs had been given in the reduced dosages recommended for nursing home patients [36].

Zanamivir has been remarkably free of adverse events in clinical trials, perhaps because of the manner in which it is administered [37]. However, there have been occasional reports of bronchospasm associated with its use in therapy, particularly in individuals with underlying asthma. It is difficult to know whether these events were related to the drug, the carrier or the underlying airway hyper-reactivity of individual asthma patients who also had influenza. With oseltamivir, the only adverse events reported with some frequency have been nausea (4%) and vomiting (6%). Their occurrence can be reduced by giving the drug with food and they seldom necessitate withdrawal from treatment.

## 6. Use of the antivirals in pandemics

Since pandemics are caused by type A influenza viruses, both classes of antiviral agents could be used in prevention and treatment. Recommendations for their use in a pandemic have recently been developed by the World Health Organization [38]. These recommendations are based on what is currently known. Additional studies could help define more

precisely how they might be used in a pandemic. For example, if NIs are preferred for therapy, it would help to know if treatment could be given for less than 5 days and still be effective. It would also help to know if lower doses of M2 inhibitors could be used for prophylaxis. It is more important, however, to recognize that no matter how much is learned about the optimal use of antiviral agents for the prophylaxis and treatment of individual subjects, the quantities that will be available for pandemic control in populations, especially in the early months when no vaccine is available, will be woefully inadequate. If influenza antivirals are to be used effectively, large stockpiles of these agents will have to be created in advance of a pandemic threat. This will require coordinated public health planning and the political commitment of resources if it is to be successful. These issues need to be realistically addressed promptly.

## References

[1] Sugrue RJ, Hay AJ. Structural characteristics of the M2 protein of influenza A viruses: evidence that it forms a tetrameric channel. Virology 1991;180:617–24.

[2] Hay AJ. The mechanism of action of amantadine and rimantadine against influenza viruses. In: Notkins AL, Oldstone MBA, editors. Concepts in viral pathogenesis III. Berlin: Springer; 1989. p. 561–7.

[3] Palese P, Schulman J, Bodo G, Meindl P. Inhibition of influenza and parainfluenza replication in tissue culture by 2-deoxy-2, 3-dehydro-*N*-trifluoroacetylneuraminic acid (FANA). Virology 1974;59:490–8.

[4] von Itzstein I, Wu W-Y, Kok G, et al. Rational design of potent sialidase-based inhibitors of influenza virus replication. Nature 1993;363:418–23.

[5] Aoki FY, Sitar DS. Clinical pharmacokinetics of amantadine hydrochloride. Clin Pharmacokinet 1988;14:35–51.

[6] Wu MJ, Ing TS, Soung LS, et al. Amantadine hydrochloride pharmacokinetics in patients with impaired renal function. Clin Nephrol 1982;17:19–23.

[7] Wills RJ. Update on rimantadine's clinical pharmacokinetics. J Respir Dis 1989;10(Suppl):20–5.

[8] Gubareva LV, Kaiser L, Hayden FG. Influenza virus neuraminidase inhibitors. Lancet 2000;355:827–35.

[9] Bergstrom M, Cass LMR, Valind S, et al. Deposition and disposition of [$^{11}$C] zanamivir following administration as an intranasal spray. Evaluation with positron emission tomography. Clin Pharmacokinet 1999;1:33–9.

[10] McClellan K, Perry CM. Oseltamivir: a review of its use in influenza. Drugs 2001;61:263–83.

[11] Monto AS, Gunn RA, Bandyk MG, et al. Prevention of Russian influenza by amantadine. JAMA 1979;241:1003–7.

[12] Dolin R, Reichman RC, Madore HP, et al. A controlled trial of amantadine and rimantadine in the prophylaxis of influenza A infection. N Engl J Med 1982;307:580–4.

[13] Galbraith AW, Oxford JS, Schild GC, Watson GI. Protective effect of 1-adamantanamine hydrochloride on influenza A2 infections in the family environment, a controlled double-blind study. Lancet 1969;2:1026–8.

[14] Van Voris LP, Betts RG, Hayden FG, et al. Successful treatment of naturally occurring influenza A/USSR/77 H1N1. JAMA 1981;245:1128–31.

[15] Hayden FG, Monto AS. Oral rimantadine hydrochloride therapy of influenza A virus H3N2 subtype infection in adults. Antimicrob Agents Chemother 1986;29:339–41.

[16] Doyle WJ, Skoner D, Alper CM, et al. Effect of rimantadine treatment on clinical manifestations and otologic complications in adults experimentally infected with influenza A (H1N1) virus. J Infect Dis 1998;177:1260–5.

[17] Hayden FG, Belshe RB, Clover RD, Hay AJ, Oakes MG, Soo W. Emergence and apparent transmission of rimantadine-resistant influenza A virus in families. N Engl J Med 1989;321:1696–702.

[18] Mast EE, Harmon MW, Gravenstein S, et al. Emergence and possible transmission of amantadine-resistant viruses during nursing home outbreaks of influenza A (H3N2). Am J Epidemiol 1991;134:988–97.

[19] Hay AJ, Zambon MC, Wolstenholme AJ, Skehel JJ, Smith MH. Molecular basis of resistance of influenza A viruses to amantadine. J Antimicrob Chemother 1986;18:19–29.

[20] Ziegler T, Hemphill ML, Ziegler ML, et al. Low incidence of rimantadine resistance in field isolates of influenza A viruses. J Infect Dis 1999;180:935–9.

[21] Monto AS, Robinson DP, Herlocher ML, Hinson JM, Elliott MJ, Crisp A. Zanamivir in the prevention of influenza among health adults: a randomized controlled trial. JAMA 1999;282:31–5.

[22] Hayden FG, Atmar RL, Schilling M, et al. Use of the selective oral neuraminidase inhibitor oseltamivir to prevent influenza. N Engl J Med 1999;341:1336–43.

[23] Webster A, Boyce M, Edmundson S, Miller I. Co-administration of orally inhaled zanamivir with inactivated trivalent influenza vaccine does not adversely affect the production of antihaemagglutanin antibodies in the serum of healthy volunteers. Clin Pharmaocokinet 1999;36(Suppl 1):51–8.

[24] Hayden FG, Gubareva LV, Monto AS, et al. Inhaled zanamivir for the prevention of influenza in families. Zanamivir Family Study Group. N Engl J Med 2000;343:1282–9.

[25] Wellivir R, Monto AS, Carewicz O, et al. Effectiveness of oseltamivir in preventing influenza in household contacts: a randomized controlled trial. JAMA 2001;285:748–54.

[26] Bowles SK, Lee W, Simor AE, et al. Use of oseltamivir during influenza outbreaks in Ontario nursing homes, 1999–2000. JAGS 2002;50:608–16.

[27] Monto AS, Fleming DM, Henry D, et al. Efficacy and safety of the neuraminidase inhibitor zanamivir in the treatment of influenza A and B virus infections. J Infect Dis 1999;180:254–61.

[28] Treanor JJ, Hayden FG, Vrooman PS, et al. Efficacy and safety of the oral neuraminidase inhibitor oseltamivir in treating acute influenza: a randomized controlled trial. JAMA 2000;283:1016–24.

[29] Nicholson KG, Aoki FY, Osterhaus ADME, et al. Efficacy and safety of oseltamivir in treatment of acute influenza: a randomized controlled trial. Lancet 2000;355:1845–50.

[30] Monto AS, Webster A, Keene O. Randomized, placebo-controlled studies of inhaled zanamivir in the treatment of influenza A and B: pooled efficacy analysis. J Antimicrob Chemother 1999;44:23–9.

[31] Kaiser L, Keene ON, Hammond JM, Elliott M, Hayden FG. Impact of zanamivir on antibiotic use for respiratory events following acute influenza in adolescents and adults. Arch Intern Med 2000;160:3234–40.

[32] Whitely RJ, Hayden FG, Reisinger KS, et al. Oral oseltamivir treatment of influenza in children. Pediatr Infect Dis J 2001;20:127–33.

[33] Gubareva LV, Kaiser L, Matrosovich MN, Soo-Hoo Y, Hayden FG. Selection of influenza virus mutants in experimentally infected volunteers treated with oseltamivir. J Infect Dis 2001;183:523–31.

[34] Zambon M, Hayden FG. Position statement: global neuraminidase inhibitor susceptibility network. Antiviral Res 2001;49:147–56.

[35] Herlocher ML, Carr H, Ives J, et al. Influenza virus carrying an R292K mutation in the neuraminidase gene is not transmitted in ferrets. Antiviral Res 2002;54:99–111.

[36] Keyser LA, Karl M, Nafziger AN, Bertino Jr JS. Comparison of central nervous system adverse effects of amantadine and rimantadine used as sequential prophylaxis of influenza A in elderly nursing home patients. Arch Intern Med 2000;160:1485–8.

[37] Murphy KR, Eivindson A, Pauksens K, et al. Efficacy and safety of inhaled zanamivir for the treatment of influenza in patients with asthma or chronic obstructive pulmonary disease. A double-blind, randomised, placebo-controlled multicentre study. Clin Drug Invest 2000;20:337–49.

[38] WHO. World Health Organization guidelines on the use of vaccines and antivirals during influenza pandemics, in press.

1582

# Zanamivir Prophylaxis: An Effective Strategy for the Prevention of Influenza Types A and B within Households

Arnold S. Monto,[1] Michael E. Pichichero,[2] Steve J. Blanckenberg,[3] Olli Ruuskanen,[4] Chris Cooper,[5] Douglas M. Fleming,[6] and Caron Kerr[7]

[1]School of Public Health, Department of Epidemiology, University of Michigan, Ann Arbor; [2]University of Rochester Medical Center, Rochester, New York; [3]Jan Hofmeyr Road Practice, Durban, South Africa; [4]Department of Pediatrics, Turku University Central Hospital, Turku, Finland; [5]Department of General Practice, University of Sydney, Balmain, New South Wales, Australia; [6]Northfield Health Center, West Midlands, and [7]GlaxoSmithKline Research and Development, Greenford, United Kingdom

A double-blind, randomized study of inhaled zanamivir for the prevention of influenza in families was conducted. Once a person with a suspected case of influenza was identified (index patient), treatment of all other household members (contacts) ≥5 years old was initiated. Contacts received either 10 mg zanamivir or placebo inhaled once daily for 10 days. Index patients received relief medication only. In total, 487 households (242 placebo and 245 zanamivir) were enrolled, with 1291 contacts randomly assigned to receive prophylaxis. Four percent of zanamivir versus 19% of placebo households ($P < .001$) had at least 1 contact who developed symptomatic, laboratory-confirmed influenza, representing 81% protective efficacy (95% confidence interval, 64%–90%). Protective efficacy was similarly high for individuals (82%) and against both influenza types A and B (78% and 85%, respectively, for households). Zanamivir was well tolerated and was effective in preventing influenza types A and B within households where the index patient was not treated.

The family has long been recognized as a major site of transmission of respiratory agents. The phenomenon has been studied for much of the last century. Before most of the viruses known to cause these illnesses had been identified, it was recognized that illness frequency of adult household members increased with family size and that mothers experienced more illnesses than fathers, a result of greater exposure to their children [1, 2]. While an infection is occurring in family members, the outbreak in the community is continuing, so that what appears to be spread within the household may, at times, be a new introduction. With influenza, transmission modeling has allowed for differentiation between the community probability of infection—that is, the likelihood that an individual would be infected from outside the family—and the true secondary attack rate [1, 2]. Both occur over a limited time period of peak transmission.

Influenza antivirals have made it possible to prevent infection for defined periods. Inactivated influenza vaccine remains the first line of defense, but healthy adults and children in families are generally not viewed as prime targets for vaccination [3]. This means that such individuals will be susceptible to infection and disease during the course of an outbreak, a period when antivirals could be used in households. The family unit was first evaluated for influenza control using the M2-inhibiting antivirals amantadine and rimantadine, but the prophylactic effect was limited, in part because of the emergence of antiviral resistance [4, 5]. The availability of the neuraminidase (NA) inhibitors has allowed the strategy to be reevaluated, because resistance to these agents has not been a similar problem in routine clinical use [6]. Both zanamivir [7] and oseltamivir have been studied in the family [8, 9].

Inhaled zanamivir, a potent and selective inhibitor of influenza A and B virus NAs, has been demonstrated to be effective for acute influenza treatment [10–14] and for prophylaxis [15]. A previous study was conducted in families in which the first case patient was treated and the rest of the household was given prophylaxis [7]. Questions were raised about whether the prophylactic efficacy demonstration might be, in part, the result of the treatment, because of reduced viral shedding. Therefore, we conducted a multicenter study to assess the efficacy of zanamivir in the prevention of influenza within families in which the index patient was not treated, and we compared our results with those of the previous study. As in the previous study, influenza A and B strains cocirculated, thereby allowing some degree of separation between the efficacy of treatment in preventing the introduction of influenza virus into the family and secondary spread within the family.

Received 7 June 2002; revised 6 August 2002; electronically published 6 November 2002.

All subjects gave written informed consent to participate in this study. The study was conducted in accordance with the ethical principles set out in the Declaration of Helsinki.

Financial support: GlaxoSmithKline Research and Development.

Reprints or correspondence: Dr. Arnold S. Monto, University of Michigan, School of Public Health, Dept. of Epidemiology, 109 Observatory St., Ann Arbor, MI 48109 (asmonto@umich.edu).

**The Journal of Infectious Diseases  2002;186:1582–8**

© 2002 by the Infectious Diseases Society of America. All rights reserved.
0022-1899/2002/18611-0006$15.00

## Materials and Methods

*Study design.* This was a double-blind, randomized, placebo-controlled, parallel group, multicenter study within households. The study was approved by local institutional review boards or ethics committees for each center and was conducted in compliance with the Declaration of Helsinki [16]. Households were recruited as a whole, and each participant or legal guardian provided written informed consent. Index patients were not to be treated; available treatments were discussed with the family and formed part of the consent process. They were randomly assigned to study treatment only if there was a case of influenza-like illness meeting the case definition when there was confirmed influenza transmission in the local area. Influenza-like illness was defined by the presence of at least 2 of the following signs or symptoms: fever (temperature ≥37.8°C) or feverishness (counted as 1 symptom), cough, headache, sore throat, and myalgia. Pretreatment screening assessments of households were conducted before influenza was present in the community or on day 1, when any influenza-like illness occurred. During the surveillance period, the incidence and location of influenza outbreaks in the locality of the study centers was observed. As soon as there was sufficient local influenza activity (2 positive viral identifications in the geographic area), study centers were allowed to enroll households.

*Study population.* Eligible households were composed of 2–5 members, with at least 1 adult ≥18 years old and 1 child 5–17 years old who lived together in the home for the duration of the study. Contacts needed to be able to use the Diskhaler device (Glaxo-SmithKline) satisfactorily and to begin study medication within 36 h of symptom onset in the index patient. Subjects who were pregnant or breast-feeding, were <5 years old, had severe persistent asthma, or had symptomatic influenza at the time of study drug administration were not eligible for treatment as contacts.

*Study procedures.* For index patients, samples were collected at days 1 and 28 for the detection of anti-influenza antibodies by hemagglutination inhibition (HAI) for the diagnosis of influenza. Confirmation of infection (seroconversion) was defined as a 4-fold increase in posttreatment serum antibody titers, compared with titers at day 1. A sample (e.g., throat/nasopharyngeal swab or nasal wash/aspirate) for the diagnosis of influenza (by virus culture and polymerase chain reaction [PCR]) was collected on day 1, together with a throat swab to confirm the sensitivity of the virus to zanamivir.

For contacts, day 1 and 28 serum samples were collected and analyzed for the presence of anti-influenza antibodies using HAI. A sample (e.g., throat/nasopharyngeal swab or nasal wash/aspirate) for diagnosis of influenza (by virus culture and PCR) was collected within 2–3 days of onset of any influenza-like illness, together with a throat swab to confirm the sensitivity of the virus to zanamivir.

Both local and central laboratories performed virus culture; the central laboratory in North America was Covance Central Laboratory Service (Indianapolis). Central laboratories conducted antibody determinations (hemagglutination-inhibiting antibody; National Institute for Biological Standards and Control, London), PCR (Public Health Enteric and Respiratory Virus Laboratories and Public Health Laboratory Service Central Public Health Laboratory, London), and viral sensitivity testing (GlaxoSmithKline Clinical Virology Department, Stevenage, UK) [17, 18]. For each subject, a diary card was completed twice daily for 14 days with

details of symptom presence and severity, temperature, use of study and relief medication, and the ability to perform normal daily activities. For those subjects whose symptoms continued at day 14, another diary to day 28 was completed.

*Study drug.* For index patients, all who were ≥5 years old (except pregnant women) were given relief medication for supportive care (acetaminophen and dextromethorpan). Index patients were not treated with influenza antiviral therapy. Parents of index patients <5 years old and pregnant women were instructed to see their primary care physician for relief medication.

For contacts, all who were ≥5 years old received either 10 mg zanamivir or placebo by inhalation once daily for 10 days. All randomized members of the same household received the same study medication. Household contacts were not to be treated with any other influenza antiviral therapy (e.g., zanamivir, oseltamivir, or rimantadine).

*Outcome measures.* The primary end point was the development of symptomatic, laboratory-confirmed influenza infection during the period of the prophylaxis, 1–11 days. Symptomatic influenza was defined as described above. Laboratory confirmation of influenza infection was a positive result by culture, PCR, or seroconversion (defined as a 4-fold increase in posttreatment serum antibody titer, compared with baseline). Secondary end points included the development of laboratory-confirmed influenza (symptomatic or asymptomatic); symptomatic, laboratory-confirmed influenza A; symptomatic, laboratory-confirmed influenza B; and laboratory-confirmed influenza and a complication.

Adverse events were defined as any untoward medical occurrence in a subject; such events did not need to have a causal relationship with the subject's treatment. The investigator was responsible for the detection and documentation of such events. Symptoms of influenza-like illness reported by contacts after the first dose of study medication were reported as adverse events. Participants were monitored for 28 days, to assess the occurrence of adverse events and complications.

*Statistical analyses.* The aim was to enroll 44 households in which at least 1 randomized contact developed symptomatic, laboratory-confirmed influenza, to achieve 90% power in the 2-sided test of significance at the 5% level. The sample size was based on the primary efficacy end point, and it was assumed that the expected prophylactic efficacy of zanamivir was at least 65% in the active arm—that is, the relative risk when zanamivir was compared with placebo was 0.35. Under the assumption of a placebo attack rate of 20% of randomized households, at least 330 households (165 in each treatment group) needed to be randomly assigned to prophylaxis.

The proportion of randomized households in which at least 1 randomized contact developed symptomatic, laboratory-confirmed influenza A or B infection was compared between zanamivir and placebo using the exact test described by Gart [19] and Cox [20] for stratified $2 \times 2$ tables. Analysis was stratified by center, and the 2-sided significance level was computed as twice the 1-sided value. The relative odds of symptomatic, laboratory-confirmed influenza was estimated together with a 95% confidence interval (CI) calculated using exact methods [21]. The relative risk of symptomatic, laboratory-confirmed influenza was estimated together with a 95% CI calculated using approximate Mantel-Haenszel methods, adjusted for center. Similar methods were used to compare treatment groups with respect to the proportion of contacts with symptom-

Monto et al.

atic, laboratory-confirmed influenza. Similar analyses were conducted for the secondary end points.

## Results

*Population studied.* A total of 487 households were randomly assigned to receive treatment at 59 centers in 11 countries (North America, Europe, Australia, New Zealand, and South Africa). The study began in the southern hemisphere in June 2000 and ended in the northern hemisphere in April 2001. Figure 1 shows the number of subjects in each population. There were 1291 contacts randomized (630 placebo and 661 zanamivir), with an average of 2.7 eligible contacts per household. These subjects formed the intent-to-treat population. Suitable specimens were obtained from 485 of 487 index patients with influenza-like illness, and 282 (58%) had a positive diagnosis of influenza by culture, PCR, and/or serologic testing. Of these, 102 (36%) case patients were determined to be infected with influenza virus type B, and 180 (64%) were infected with influenza virus type A (both A H3N2 and A H1N1). These subjects, with their 766 contacts (398 placebo and 368 zanamivir), formed the index influenza-positive population of households. There was a mixture of influenza types A and B across the regions. In Europe and North America, type A (H1N1) was the predominant influenza A subtype; in the southern hemisphere, type A (H3N2) was the predominant subtype.

Both the index patient and contact groups were well matched

for demographic characteristics (table 1). Compliance with study medication was good. Ninety-seven percent of contacts in the placebo group and 99% of the contacts in the zanamivir group took 8–10 doses (80%–100%) of the study medication.

*Prophylactic efficacy.* In the intent-to-treat population (table 2), there was an 81% reduction in the occurrence of symptomatic laboratory-confirmed influenza in households. When the analysis was limited to those households in which the index patient was confirmed to be influenza-positive, the reduction in risk was similar (79%). There were similar protective efficacies when the data were analyzed on an individual, rather than a household, basis (82% for the entire population and 80% when the index patient was influenza positive).

It has been recognized that antivirals, both the M2 and NA inhibitors, are less effective in preventing asymptomatic than symptomatic influenza infection. In table 2, results are shown for laboratory-confirmed influenza, either symptomatic or asymptomatic. Protective efficacy ranged from 55% to 59%. This is highly significant and, again, varies very little whether examined on a household or an individual basis.

Prophylaxis might fail if there is a long delay between exposure and initiation of drug use. In figure 2, the days of occurrence of contact cases are shown on the basis of the time from the start of drug use (day 1). Seven (58%) of 12 cases did occur among zanamivir-treated contacts in the first 2 days of drug administration, compared with 20 (36%) of 55 cases



**Figure 1.** Flow diagram detailing study recruitment and study populations

**Table 1.** Baseline characteristics of contacts and untreated index patients, by treatment group.

| | Index patients[a] | | Contacts | |
|---|---|---|---|---|
| Characteristic | Placebo ($n = 242$) | Zanamivir ($n = 245$) | Placebo ($n = 630$) | Zanamivir ($n = 661$) |
| Female | 137 (57) | 124 (51) | 336 (53) | 363 (55) |
| Age, mean years ± SD | 19.0 ± 13.4 | 18.5 ± 13.4 | 27.4 ± 15.9 | 27.2 ± 16 |
| White | 226 (93) | 225 (92) | 596 (95) | 614 (93) |
| Smoker | 26 (11) | 17 (7) | 70 (11) | 73 (11) |
| Vaccinated prior to randomization | 13 (5) | 19 (8) | 60 (10) | 72 (11) |
| Underlying respiratory condition | 29 (12) | 30 (12) | 77 (12) | 70 (11) |

NOTE.   Data are no. (%) of subjects, except where noted.
[a] Data for index patients are presented according to the treatment group of the household to which they belong, but they were not treated.

among placebo-treated contacts. There is a question of the appropriate duration of prophylaxis after household exposure, given the fact that new exposures will occur from the community. In the placebo group, cases occurred on each study day but appeared to decrease after day 8.

Circulation of type A and B influenza viruses presented an opportunity to evaluate the efficacy of zanamivir in preventing type A and B infection. Table 3 shows this analysis by household, unit of randomization, and individual. Analysis of households was calculated on the intent-to-treat basis; the protective efficacy was 78% in families with type A cases and 85% for type B cases. On an individual basis, the efficacy values were slightly higher. There were no instances in which different virus types were identified in the few situations where there were multiple infections in contacts.

The fact that a new introduction into a household has taken place is clearly established when the type identified in the index patient is different from that in the contact. Table 4 shows the patterns of virus identifications among the index patient and contact groups. Concordant virus types were found in 84% of

households in which the contacts were receiving a placebo and in 75% of households in which the contacts were receiving zanamivir prophylaxis. In the remaining households, the virus types found in index patients and contacts did not match and, therefore, represented new introductions. These new introductions occurred during the entire period of prophylaxis.

Despite the fact that this population included few high-risk subjects (7% of contacts), there were statistically significantly fewer households randomly assigned to receive zanamivir in which a contact developed a complication of laboratory-confirmed influenza (2% for zanamivir and 6% for placebo; $P = .010$). In addition, in 12 zanamivir-treated contacts with symptomatic, laboratory-confirmed influenza, the median time to alleviation of influenza symptoms (5 days) was reduced by 1.5 days, compared with 55 placebo-treated contacts (6.5 days). These data are consistent with those of other zanamivir treatment studies [10–14].

*Safety.*   The safety profile of zanamivir was comparable to placebo, with the incidence of adverse events in the contacts similar across the 2 groups both during and after prophylaxis. During prophylaxis, 325 (52%) contacts in the placebo group experienced an adverse event, compared with 276 (42%) in the zanamivir group. Not surprisingly, the most common adverse events reported during prophylaxis were all consistent with influenza-like illness. The incidence of adverse events was similar across all age groups, and no notable differences in the nature of the adverse events could be discerned between the children and adults. In the present study, 58 (4.49%) subjects had an underlying respiratory condition that was classified as high risk (mainly asthma). Bronchospasm was reported as an adverse event during treatment for 2 subjects randomly assigned to receive placebo but none randomly assigned to receive zanamivir. The incidence of adverse events during treatment that were considered by the investigator to be drug related was low

**Table 2.** Households and individual contacts who developed symptomatic laboratory-confirmed influenza and laboratory-confirmed influenza.

| Household or contact | No. of subjects with influenza/total no. of subjects (%) | | Protective efficacy, % (95% CI) |
|---|---|---|---|
| | Placebo | Zanamivir | |
| Households in which at least 1 contact has symptomatic, laboratory-confirmed influenza | | | |
| Intent-to-treat | 46/242 (19) | 10/245 (4) | 81 (64–90) |
| Index influenza positive | 44/153 (29) | 8/129 (6) | 79 (57–89) |
| Contacts with symptomatic, laboratory-confirmed influenza | | | |
| Intent-to-treat | 55/630 (9) | 12/661 (2) | 82 (68–90) |
| Index influenza positive | 51/398 (13) | 9/368 (2) | 80 (61–90) |
| Households in which at least 1 contact has laboratory-confirmed influenza | | | |
| Intent-to-treat | 75/242 (31) | 35/245 (14) | 56 (38–69) |
| Index influenza positive | 67/153 (44) | 27/129 (21) | 54 (33–68) |
| Contacts with laboratory-confirmed influenza | | | |
| Intent-to-treat | 105/630 (17) | 48/661 (7) | 59 (44–70) |
| Index influenza positive | 93/398 (23) | 38/368 (10) | 55 (37–68) |

NOTE.   $P < .001$ for all comparisons.



**Figure 2.** Time to first symptoms among contacts of index patients

(7% of subjects in the placebo group and 6% of subjects in the zanamivir group).

*Viral susceptibility testing.* There was no evidence for the development of resistance in influenza clinical isolates, as detected by NA susceptibility assays, NA sequencing, and hemagglutinin (HA) sequencing of receptor binding site. For the influenza A (H1N1) isolates, the ranges of susceptibility was 0.237–1.520 n*M;* for influenza A (H3N2) isolates, the range was 0.502–1.029 n*M;* and for influenza B isolates, the range was 0.903–2.337 n*M,* with no shifts in susceptibility observed between index patients and contacts. From the sequencing results for the NA gene and for the HA sequencing, no changes were observed in key residues within the active site.

### Discussion

In most outbreaks, influenza illness frequency decreases with increasing age. Therefore, households with children are a major site of occurrence of influenza and other respiratory infections.

As a result, the family has been an attractive target for influenza antiviral treatment and prophylaxis given over a limited period. Antivirals could produce their effect in treatment by reducing viral shedding from ill individuals or in prophylaxis if given to those not yet infected. The present study clearly demonstrates the protective benefits of zanamivir when given to adults and children ⩾5 years old after exposure to an untreated member of their household with influenza. It was associated with a household protection of 81% from symptomatic, laboratory-confirmed influenza infection and an individual protection of 79%. The mixture of influenza types A and B across the recruiting regions enabled confirmation that the protective effect was similar for both types. These efficacy data are consistent with the previous zanamivir study in the family setting [7].

In the study by Hayden et al. [7], the index patient was treated so that protection in the contacts could be a result of reduced viral shedding from the index patient or the administration of drug to the contact or a combination of both. The protective efficacy in households in that study was 79% (19% placebo vs.

**Table 3.** Households and individual case patients who developed symptomatic laboratory-confirmed type A or B influenza (intent-to-treat population).

| Household or contact | No. of subjects with influenza/total no. of subjects (%) | | Protective efficacy, % (95% CI) |
|---|---|---|---|
| | Placebo | Zanamivir | |
| Households in which at least 1 contact has symptomatic, laboratory-confirmed influenza A | 27/242 (11) | 6/245 (2) | 78 (51–90) |
| Contacts with symptomatic, laboratory-confirmed influenza A | 32/630 (5) | 7/661 (1) | 79 (55–90) |
| Households in which at least 1 contact has symptomatic, laboratory-confirmed influenza B | 20/242 (8) | 4/245 (2) | 85 (59–94) |
| Contacts with symptomatic, laboratory-confirmed influenza B | 23/630 (4) | 5/661 (1) | 87 (64–95) |

NOTE. *P* < .001 for all comparisons.

**Table 4.** Pattern of influenza virus types in index patients and contacts with symptomatic laboratory-confirmed influenza.

| Virus type concordance | No. (%) of placebo-treated contacts ($n = 55$) | No. (%) of zanamivir-treated contacts ($n = 12$) |
|---|---|---|
| Index and contact viruses match | 46 (84) | 9 (75) |
| Index type A, contact type A | 31 (56) | 7 (58) |
| Index type B, contact type B | 15 (27) | 2 (17) |
| Index and contact viruses do not match | 9 (16) | 3 (25) |
| Index type A, contact type B | 4 (7) | 0 |
| Index type B, contact type A | 1 (2) | 0 |
| Index influenza negative, contact type A | 0 | 0 |
| Index influenza negative, contact type B | 4 (7) | 3 (25) |

4% zanamivir; $P < .001$), so we can conclude that treatment of the index patient has little additional effect on the protection of the contacts as long as they themselves are given prophylaxis.

Community transmission of influenza is occurring at the same time that the familial outbreaks are taking place, so it is possible that new introductions of infection can occur in addition to intrafamilial transmission. The precise contribution of each is difficult to establish. Because new introductions are likely to be occurring at the same time as transmission within families, all within the 2–4-day incubation period, one method of distinguishing between the 2 has been through mathematical modeling. For this purpose, it is necessary not only to determine the familial infection frequency, which is generally known, but, in addition, the community infection frequency, which is not. In the Tecumseh Community Health Study [22], both types of data were available. Modeling showed that the probability of acquiring infection from within the family and from the community was dependent on the makeup of the family. Both occurred, and the apparent secondary attack rate needed to be adjusted downward to reflect true secondary transmission.

In many years, 1 type or subtype causes influenza outbreaks, or, if 2 are involved, they occur in separate waves. However, during the year of our study and 2 years earlier, when the first zanamivir family prophylaxis study [7] was carried out, type A and B viruses circulated concurrently. If type A or B infected the index patient and the other type the contact—that is, they did not match—then it was incontrovertible that a new introduction had taken place. Under the assumption of accurate laboratory diagnostic results, this would also be the case if the index patient was influenza negative. In the present study, 16% of the household infections in the placebo group did not match—that is, either the index patient had a different type or was not positive for influenza. In the previous study, 34% (11/32) did not match when similar criteria were used. As shown in the mathematical models, this represents a minimum estimate of new introductions, because they also occur when the same subtypes are present.

Zanamivir was well tolerated by the participants in our study, including those subjects with respiratory conditions requiring regular use of medication. The frequencies of adverse effects

were low and similar to other trials [7, 10–15]. This contrasts favorably to the gastrointestinal and central nervous system side effects reported for other licensed antivirals [8, 23–26]. Rare reports of bronchospasm during postmarketing spontaneous adverse event reporting for zanamivir have resulted in changes to the zanamivir prescribing information. In our study, bronchospasm was reported as an adverse event during treatment for 2 subjects randomly assigned to receive placebo but none assigned to receive zanamivir.

The prophylactic benefit seen with zanamivir in the present study is similar to that demonstrated with oseltamivir [8], when the index patient was also not treated but household members <12 years old were excluded. In the present study, the majority of the index patients (60%) were 5–17 years old. Reduction of viral infection in children should be an aim of family prophylaxis, given that they appear to be critical to the spread of influenza both within the community and households. Oseltamivir has also been shown to be effective in prophylaxis when the index patient is treated [9].

Thus, zanamivir is effective short-term prophylaxis, irrespective of whether the index patient is treated. Most physicians will elect to treat the index patient, given the demonstrated benefits of reduced symptom duration and severity and reduced incidence of complications in otherwise healthy or high-risk individuals [27, 28]. Such short-term use of zanamivir may be considered as targeted prophylaxis, given at a time when the spread of infection is most likely in the household, either because of intrafamilial transmission or new introductions. Targeted prophylaxis might also be applied, for example, in the workplace after one member of the workforce develops influenza during a recognized outbreak.

Vaccination still remains the first choice for prophylaxis, particularly in high-risk groups [29]. However, in Europe and North America, many national authorities only recommend influenza vaccination to those who are ≥65 years old (≥50 years old in the United States), to residents of nursing homes and other long-term-care facilities, and to those with chronic medical conditions, and the uptake of vaccine can be variable. Much of the population remains unvaccinated, especially school-aged children and young adults, and this group is vulnerable to infection and central to the spread of the virus. In addition, if vaccination takes place at a time when influenza is circulating in the community, it may take 2–4 weeks to achieve protective levels of antibodies, and vaccination may not always achieve an ideal match with the circulating strain. Zanamivir does not impair the immune response to inactivated influenza vaccine [30].

We can conclude that prophylaxis with zanamivir when given over a 10-day period is a highly effective option for preventing influenza illness within households. Zanamivir is well tolerated in all subjects ≥5 years old and is effective against both influenza A and B viruses. It is an option whenever influenza-like illness is detected in the course of a recognized influenza outbreak.

## References

1. Fox JP, Hall CE, Cooney MK, Foy HM. Influenza virus infections in Seattle families, 1975–1979. Am J Epidemiol **1982**;116:212–42.
2. Longini IM, Koopman JS, Monto AS, Fox JP. Estimating household and community transmission parameters for influenza. Am J Epidemiol **1982**; 115:736–51.
3. Centers for Disease Control and Prevention. Prevention and control of influenza: recommendations of the Immunization Practices Advisory Committee (ACIP). Available at: http://www.cdc.gov/nip/ACIP.
4. Galbraith AW, Oxford JS, Schild GC, Watson GI. Protective effect of 1-adamantine hydrochloride on influenza A2 infections in the family environment: a controlled double-blind study. Lancet **1969**;2:1026–8.
5. Hayden FG, Belshe RB, Clover RD, Hay AJ, Oakes MG, Soo W. Emergence and apparent transmission of rimantadine-resistant influenza A virus in families. N Engl J Med **1989**;321:1696–702.
6. Tisdale M. Monitoring of viral susceptibility: new challenges with the development of influenza NA inhibitors. Rev Med Virol **2000**;10:45–55.
7. Hayden FH, Gubareva LV, Monto AS, et al. Inhaled zanamivir for the prevention of influenza in families. N Engl J Med **2000**;343:1282–9.
8. Welliver R, Monto AS, Carewicz O, et al. Effectiveness of oseltamivir in preventing influenza in household contacts: a randomized controlled trial. JAMA **2001**;285:748–54.
9. Belshe RB, Hayden F, Carewicz O, et al. Effectiveness of oral oseltamivir in preventing spread of influenza-like illness in households with proven influenza [abstract 663]. In: Program and abstracts of the 42nd annual Interscience Conference on Antimicrobial Agents and Chemotherapy (Chicago). Washington, DC: American Society for Microbiology, **2002**:289.
10. Hayden FG, Osterhaus AD, Treanor JJ, et al. Efficacy and safety of the neuraminidase inhibitor zanamivir in the treatment of influenzavirus infections. N Engl J Med **1997**;337:874–80.
11. MIST Study Group. Randomized trial of efficacy and safety of inhaled zanamivir in treatment of influenza A and B virus infections. Lancet **1998**; 352:1877–81.
12. Monto AS, Fleming DM, Henry D, et al. Efficacy and safety of the neuraminidase inhibitor zanamivir in the treatment of influenza A and B virus infections. J Infect Dis **1999**;180:254–61.
13. Makela MJ, Pauksens K, Rostila T, et al. Clinical efficacy and safety of the orally inhaled neuraminidase inhibitor zanamivir in the treatment of influenza: a randomized, double-blind, placebo-controlled European study. J Infect **2000**;40:42–8.
14. Hedrick JA, Barzilai A, Behre U, et al. Zanamivir for treatment of symptomatic influenza A and B infection in children five to twelve years of age: a randomized controlled trial. Pediatr Infect Dis J **2000**;19:410–7.
15. Monto AS, Robinson DP, Herlocher ML, Hinson JM Jr, Elliott MJ, Crisp

A. Zanamivir in the prevention of influenza among healthy adults: a randomized controlled trial. JAMA **1999**;282:31–5.
16. World Medical Association Declaration of Helsinki: recommendations guiding physicians in biomedical research involving human subjects. JAMA **1997**;227:925–6.
17. Zambon M. Laboratory diagnosis of influenza. In: Nicholson KG, Webster RG, Hay AJ, eds. Textbook of influenza. Oxford: Blackwell Science, **1998**: 291–313.
18. Barnett JM, Cadman A, Gor D, et al. Zanamivir susceptibility monitoring and characterization of influenza virus clinical isolates obtained during phase II clinical efficacy studies. Antimicrob Agents Chemother **2000**;44: 78–87.
19. Gart J. Point and interval estimation of the common odds ratio in the combination of $2 \times 2$ tables with fixed marginals. Biometrika **1970**;57:471–5.
20. Cox DR. A simple example of a comparison involving quantal data. Biometrika **1966**;53:215–20.
21. Cox DR. The analysis of binary data. London: Methuen, **1970**.
22. Monto AS, Sullivan KM. Acute respiratory illness in the community. Frequency of illness and agents involved. Epidemiol Infect **1993**;110:145–60.
23. Treanor JJ, Hayden FG, Vrooman, et al. Efficacy and safety of the oral neuraminidase inhibitor oseltamivir in treating acute influenza. JAMA **2000**;283:1016–24.
24. Hayden FG, Gwaltney JM Jr, van de Castle RL, Adams KF, Giordani B. Comparative toxicity of amantadine hydrochloride and rimantadine hydrochloride in healthy adults. Antimicrob Agents Chemother **1981**;19: 226–33.
25. Postma JU, Van Tilburg W. Visual hallucinations and delirium during treatment with amantadine (Symmetral). J Am Geriatr Soc **1975**;23:212–5.
26. Monto AS, Ohmit SE, Hornbuckle K, Pearce CL. Safety and efficacy of long-term use of rimantadine for prophylaxis of type A influenza in nursing homes. Antimicrob Agents Chemother **1995**;39:2224–8.
27. Kaiser L, Keene ON, Hammond JM, Elliott M, Hayden FG. Impact of zanamivir on antibiotic use for respiratory events following acute influenza in adolescents and adults. Arch Intern Med **2000**;160:3234–40.
28. Lalezari J, Campion K, Keene O, Silagy C. Zanamivir for the treatment of influenza A and B infection in high-risk patients: a pooled analysis of randomized controlled trials. Arch Intern Med **2001**;161:212–7.
29. Nicholson KG, Snacken R, Palache AM. Influenza immunization policies in Europe and the United States. Vaccine **1995**;13:365–9.
30. Webster A, Boyce M, Edmundson S, Miller I. Co-administration of orally inhaled zanamivir with inactivated trivalent influenza vaccine does not adversely affect the production of antihaemagglutanin antibodies in the serum of healthy volunteers. Clin Pharmacokinet **1999**;36(Suppl 1):51–8.

■ ORIGINAL CONTRIBUTION

# Effectiveness of Oseltamivir in Preventing Influenza in Household Contacts

## A Randomized Controlled Trial

Robert Welliver, MD

Arnold S. Monto, MD

Otmar Carewicz, MD

Edwig Schatteman, MD

Michael Hassman, DO

James Hedrick, MD

Helen C. Jackson, PhD

Les Huson, PhD

Penelope Ward, MD

John S. Oxford, PhD

for the Oseltamivir Post Exposure Prophylaxis Investigator Group

INFLUENZA IS SPREAD WITHIN THE community by aerosol infection.[1,2] Its incidence is increased in family contacts of a primary case compared with sources of infection outside the immediate household.[3-5] Prevention of influenza in family contacts is recognized as a means of controlling the spread of influenza within communities.[6]

The M2 inhibitors amantadine and rimantadine have been used with variable success in postcontact prophylaxis in families and nursing homes,[7-9] but their use is limited by the rapid development of resistance and, for amantadine, poor tolerance.[10-13] In addition, these agents have no activity against influenza B. Neuraminidase inhibitors are a new class of anti-influenza agents that overcome these limitations.[14]

Oseltamivir (Ro 64-0796) is the orally bioavailable ethyl ester prodrug

**Context** Influenza virus is easily spread among the household contacts of an infected person, and prevention of influenza in household contacts can control spread of influenza in the community.

**Objective** To investigate the efficacy of oseltamivir in preventing spread of influenza to household contacts of influenza-infected index cases (ICs).

**Design and Setting** Randomized, double-blind, placebo-controlled study conducted at 76 centers in North America and Europe during the winter of 1998-1999.

**Participants** Three hundred seventy-seven ICs, 163 (43%) of whom had laboratory-confirmed influenza infection, and 955 household contacts (aged ≥12 years) of all ICs (415 contacts of influenza-positive ICs).

**Interventions** Household contacts were randomly assigned by household cluster to take 75 mg of oseltamivir (n=493) or placebo (n=462) once daily for 7 days within 48 hours of symptom onset in the IC. The ICs did not receive antiviral treatment.

**Main Outcome Measure** Clinical influenza in contacts of influenza-positive ICs, confirmed in a laboratory by detection of virus shedding in nose and throat swabs or a 4-fold or greater increase in influenza-specific serum antibody titer between baseline and convalescent serum samples.

**Results** In contacts of an influenza-positive IC, the overall protective efficacy of oseltamivir against clinical influenza was 89% for individuals (95% confidence interval [CI], 67%-97%; $P<.001$) and 84% for households (95% CI, 49%-95%; $P<.001$). In contacts of all ICs, oseltamivir also significantly reduced incidence of clinical influenza, with 89% protective efficacy (95% CI, 71%-96%; $P<.001$). Viral shedding was inhibited in contacts taking oseltamivir, with 84% protective efficacy (95% CI, 57%-95%; $P<.001$). All virus isolates from oseltamivir recipients retained sensitivity to the active metabolite. Oseltamivir was well tolerated; gastrointestinal tract effects were reported with similar frequency in oseltamivir (9.3%) and placebo (7.2%) recipients.

**Conclusion** In our sample, postexposure prophylaxis with oseltamivir, 75 mg once daily for 7 days, protected close contacts of influenza-infected persons against influenza illness, prevented outbreaks within households, and was well tolerated.

*JAMA. 2001;285:748-754*                                      www.jama.com

**Author Affiliations:** Children's Hospital, Buffalo, NY (Dr Welliver); University of Michigan School of Public Health, Ann Arbor (Dr Monto); Comprehensive Clinical Research, Berlin, NJ (Dr Hassman); Kentucky Pediatric and Adult Research, Bardstown, Ky (Dr Hedrick); Roche Global Development, Welwyn, England (Drs Jackson, Huson, and Ward); and St Bartholomew's and Royal London Hospital School of Medicine and Dentistry, and Retroscreen Virology Ltd, London, England (Dr Oxford). Dr Carewicz is in private practice in Heidelberg, Germany, and Dr Schatteman is in private practice in Drogen, Ghent, Belgium. A list of the members of the Oseltamivir Post Exposure Prophylaxis Investigator Group and Financial Disclosures appear at the end of this article.

**Corresponding Author and Reprints:** John S. Oxford, PhD, The Medical Building, 327 Mile End Rd, London, England E1 4NS (e-mail: j.s.oxford@retroscreen.com).

©2001 American Medical Association. All rights reserved.

of Ro 64-0802, a potent and selective inhibitor of influenza neuraminidase in vitro.[15] Oseltamivir is the first orally administered neuraminidase inhibitor with demonstrated efficacy in the treatment of naturally acquired influenza in humans.[16] Orally administered oseltamivir protects against experimental influenza in animals and humans.[17-19] Daily administration of one 75 mg capsule for 6 weeks was effective and well tolerated in preventing influenza during a seasonal outbreak.[20]

In this study, we investigated the efficacy of oseltamivir in prevention of the secondary spread of disease to household contacts of influenza-infected cases.

## METHODS

This cluster-randomized, double-blind, placebo-controlled study was performed in 76 centers in North America and Europe during community outbreaks of influenza in the winter of 1998-1999. The study was approved by local institutional review boards or ethics committees at each center and was conducted in full compliance with the amended Declaration of Helsinki.[21] Each participant provided written informed consent.

### Study Population

Families were informed about this study by means of posters and leaflets in the participating clinics and from local press advertisements both prior to and during the influenza season. During the influenza outbreak, family practitioners recruited eligible households with a minimum of 2 and a maximum of 8 contacts within 48 hours of symptom onset (minimum cough and coryza) in a primary (index) case (IC). Children (<12 years) were excluded from participation as contacts, but households in which other members met the conditions for eligibility and in which the child was the IC were permitted entry. Households that contained women who were pregnant or breastfeeding, and any individual with cancer, immunosuppression, human immunodeficiency virus infection, or chronic liver or renal disease were also excluded from

the study. Household members with other well-controlled comorbidities and those who were vaccinated were eligible. Elderly subjects (≥65 years) were required to achieve a Mental Status Questionnaire score of 7 or higher.[22]

### Study Procedures

**Index Cases.** Nose and throat swabs and a serum sample were collected from all ICs within 48 hours of symptom onset. The IC did not receive any antiviral therapy. All ICs were followed up at a clinic visit and serum samples were drawn between study days 17 and 25.

**Contacts.** Before the first dose of study medication, all contacts underwent a physical examination including vital signs and oral temperature measurement. Nose and throat swabs for influenza virus culture and a serum sample for influenza-specific antibodies were taken from all contacts at baseline. Baseline (predose) samples of blood and urine were collected for routine laboratory tests. All contacts returned for a physical examination on day 8, and a serum sample and clinic visit between study days 17 and 25.

### Study Drug

Randomization to 75 mg of oseltamivir or matching placebo once daily for 7 days was by household cluster such that all members of the same family received the same therapy. The first dose was taken within 48 hours of first reported symptoms in the IC. Contacts were instructed to take 1 capsule with water and a light snack at approximately 24-hour intervals, and were provided with symptom-relief medication (500 mg of acetaminophen) if needed.

### Identification of Clinical Influenza

Clinical influenza was defined as an oral temperature of 37.2°C or higher and at least 1 respiratory symptom (cough, nasal congestion, or sore throat) and at least 1 constitutional symptom (headache, aches/pains, chills/sweats, or fatigue) occurring in a single 24-hour period. Household contacts recorded their oral temperatures and completed a checklist to record the presence of influenza

symptoms daily. Nose and throat swabs were collected from contacts who developed any of the checklist symptoms on days 2 through 8. All ICs had clinical influenza but a subset had laboratory-confirmed infection. All contacts had to have clinical symptoms and laboratory confirmation to be classified as having influenza.

### Laboratory Confirmation of Influenza Infection

The diagnosis of influenza infection in both ICs and contacts was made either by isolation of influenza virus from nose and throat swabs or detection of 4-fold or higher increase in influenza-specific hemagglutinin inhibition assay (HAI) titer between baseline and convalescent serum samples.

Nose and throat swabs in a chilled viral transport medium were eluted and cryopreserved at a central laboratory within 36 hours of collection from the subject (Covance, Princeton, NJ). The presence of influenza virus was confirmed by indirect fluorescent antibody immunofluorescent assay staining (using monoclonal antibodies [Chemicon International, Temecula, Calif] raised to influenza A and B nucleoproteins) following incubation of swab eluates for up to 7 days in rhesus monkey kidney cell cultures (Bio Whittaker, Walkersville, Md).

Convalescent serum samples were taken from all index and contact cases at study follow-up visits (study days 17-25). Influenza-specific antibody titers were measured by HAI assay. The method used turkey erythrocytes; the antigens tested were the virus strains influenza A/Sydney/5/97(H3N2), A/Beijing/262/95(H1N1), and B/Beijing/184/93 (ViroMed Laboratories, Minneapolis, Minn).

### Influenza Neuraminidase Sensitivity

Secreted neuraminidase enzyme in all influenza virus–positive culture supernatants was examined for sensitivity to inhibition by the active metabolite, Ro64-0802 (GS4071) (Hoffmann-La Roche, Basel, Switzerland, data on file).

©2001 American Medical Association. All rights reserved.

CONTROL OF THE SPREAD OF INFLUENZA IN HOUSEHOLDS

**Figure.** Flow Diagram of Enrolled Household Contacts



Asterisk indicates all randomized contacts regardless of whether they took any medication.

### Statistical Analyses

The population for safety analysis included all randomized contacts who received at least 1 dose of study drug and at least 1 safety follow-up even if he/she was withdrawn prematurely. Efficacy analyses were performed on 2 populations: contacts of all ICs and contacts of influenza-positive ICs. Contacts of all ICs were defined as those who were randomized, received at least 1 dose of study medication, and reported efficacy data with or without a confirmed influenza-positive IC. Contacts of an influenza-positive IC were defined as those who were randomized, had efficacy data, received at least 1 dose of study medication, and with a confirmed influenza-positive IC.

**Primary End Point.** The primary efficacy end point was the proportion of contacts of an influenza-positive IC with laboratory-confirmed clinical influenza during the dosing period (study days 1-7 inclusive). The active and the placebo groups were compared using $\chi^2$ tests and test-based confidence intervals (CIs) adjusted to take into account the probable intracluster correlation in end point incidence.[23]

**Other Analyses.** Other analyses comparing numbers of contacts meeting a given end point used $\chi^2$ tests and CIs adjusted to take into account the probable intracluster correlation in endpoint incidence. Analyses comparing numbers of infected households/families used Fisher exact test. The level of significance was $P<.05$.

### RESULTS

A total of 377 households (comprising 962 potential contacts) were enrolled. The majority (>90%) of households consisted of family groups; the remainder were groups of students or young adults. There were 955 eligible contacts of all ICs (99%) in 371 households (**Figure**). The 7 excluded persons did not take any trial medication. One percent of these contacts (12/955) were shedding influenza virus at baseline.

Of the 377 ICs, 163 (43%) had laboratory-confirmed influenza. This is a lower frequency of infection than observed during oseltamivir treatment studies (60%); however, in those studies the case definition also included body temperature of 38°C or higher.[16] The mean age of influenza-infected ICs was 27 years (range, 1-76 years). Ten percent (16/163) were children younger than 11 years (2.5% [4/163] were <5 years), 33% (54/163) were adolescents (12-17 years), and the remainder were older than 18 years, reflecting the recruitment focus on families with teenage siblings (≥12 years). There were 415 contacts in the 163 households in which the IC had laboratory-confirmed influenza infection (Figure, **Table 1**). This subset of contacts included 10 subjects (6 received placebo and 4 oseltamivir) who were already shedding influenza virus at baseline. Five of these were asymptomatic (4 placebo and 1 oseltamivir) and remained asymptomatic throughout the study. Three (2 placebo and 1 oseltamivir) had low-grade symptoms that did not meet the case definition at entry; none developed an illness meeting the case definition during the study. One (who received oseltamivir) met the case definition at study entry and was admitted in violation of the protocol. One other subject had fever at entry and developed an illness meeting the case definition on day 2 of oseltamivir prophylaxis.

The difference between the 2 populations (955 minus 415) identifies the 540 subjects who were household contacts of ICs who were not subsequently confirmed to have influenza infection (contacts of an influenza-negative IC; Figure). These individuals were, nevertheless, likely to have been exposed to influenza virus outside the household in the wider community.

©2001 American Medical Association. All rights reserved.

Assignment of household contacts to placebo or active drug is shown in the Figure. In both analysis populations (contacts of all ICs and contacts of an influenza-positive IC), the comparator groups were well-matched, both demographically and in immune status (TABLE 2).

Both influenza types A and B were circulating during the study; 86 (53%) of 163 infected ICs had laboratory evidence of infection with influenza A. Laboratory evidence of infection with both type A and B viruses in the same household was infrequent (3% of households).

**Efficacy**

Protective efficacy of oseltamivir was determined on the basis of the number of individuals and households exposed to all ICs (Table 1). Protective efficacy in this situation was very high, 89% for individuals (95% CI, 71%-96%; $P<.001$) and 86% for households (95% CI, 60%-95%; $P<.001$) (Table 1). The minor difference between the 2 estimates reflects the effect of multiple clinical cases in single households. In the contacts of all ICs who received oseltamivir, all cases of laboratory-confirmed clinical influenza occurred in separate households, whereas for those taking placebo multiple cases occurred in 7 of the 26 affected households (Table 1), possibly as a result of the prolonged exposure afforded by the second household case.

Oseltamivir demonstrated the same high-protective efficacy in contacts of infected ICs. In this population, the incidence of laboratory-confirmed clinical influenza in individuals and households receiving oseltamivir during the 7-day prophylaxis period was reduced by 89% (95% CI, 67%-97%; $P<.001$) and 84% (95% CI, 49%-95%; $P<.001$), respectively (Table 1). Five contacts in the 163 households developed influenza due to a virus type that was different from that detected in the IC. These individuals probably acquired influenza infection from contact with a case outside the home environment.

There was a larger number of influenza cases reported in the contacts of all ICs compared with contacts of an in-

fluenza-positive IC (Table 1). Of 540 contacts of an influenza-negative IC, 3.1% (8/256) of placebo recipients developed laboratory-confirmed clinical influenza compared with only 0.4% (1/284) of oseltamivir recipients. Protective efficacy for individuals exposed to influenza outside the household was therefore also 89% (95% CI, 10%-99%; $P=.009$) (Table 1).

Twenty-one of the clinical cases among the placebo recipients were in-

fected with influenza A and 13 with influenza B virus. None of the clinical cases in the group of oseltamivir-treated contacts was infected with influenza A virus. The protective efficacy against influenza B illness in contacts of all ICs was 78.5% ($P=.02$).

Households were followed up between study days 10 and 18 after the last day of study medication. Only 2 new cases of laboratory-confirmed clinical influenza (1 placebo and 1 oselta-

**Table 1.** Contacts Receiving Oseltamivir or Placebo With Laboratory-Confirmed Clinical Influenza During the Treatment Period*

| | No./Total (%) | | Percentage With Protective Efficacy (95% Confidence Interval) | P Value |
|---|---|---|---|---|
| | Placebo | Oseltamivir | | |
| Contacts of all index cases | | | | |
| Individuals | 34/462 (7.4) | 4/493 (0.8) | 89 (71-96) | <.001 |
| Affected households | 26/178 (14.6) | 4/193 (2.1) | 86 (60-95) | <.001 |
| Contacts of an influenza-positive index case | | | | |
| Individuals | 26/206 (12.6) | 3/209 (1.4) | 89 (67-97) | <.001 |
| Affected households | 18/79 (22.8) | 3/84 (3.6) | 84 (49-95) | <.001 |
| Contacts of an influenza-negative index case | | | | |
| Individuals | 8/256 (3.1) | 1/284 (0.4) | 89 (10-99) | .009 |
| Affected households | 8/99 (8.1) | 1/109 (0.9) | 89 (10-99) | .01 |

*All randomized contacts with any efficacy data who received 1 or more doses of study medication.

**Table 2.** Demographic Data for Contacts of All Index Cases and Contacts of an Influenza-Positive Index Case*

| | Placebo | Oseltamivir |
|---|---|---|
| **Contacts of All Index Cases** | | |
| | (n = 462) | (n = 493) |
| Women, % | 51 | 51 |
| Age, mean (range), y | 33.7 (12-85) | 33.2 (13-82) |
| >48-hour delay to first dose | | |
| Infected index case | 5 (2.4) | 0 |
| Noninfected index case | 11 (4.2) | 9 (3.2) |
| Vaccinated | 64 (13.9) | 56 (11.4) |
| Baseline serum HAI titers ≥1:40 | | |
| Influenza A H3N2 | 362 (78.4) | 390 (79.1) |
| Influenza B | 301 (65.2) | 335 (68.0) |
| **Contacts of an Influenza-Positive Index Case** | | |
| | (n = 206) | (n = 209) |
| Women, % | 52 | 52 |
| Age, mean (range), y | 36.1 (13-83) | 34.3 (13-78) |
| Infected index cases with >48-hour delay to first dose | 5 (2.4) | 0 |
| Vaccinated | 28 (14) | 33 (16) |
| Baseline serum HAI titers ≥1:40 | | |
| Influenza A H3N2 | 155 (75) | 160 (77) |
| Influenza B | 133 (65) | 141 (67) |

*Values are expressed as number (percentage) unless otherwise indicated. HAI indicates hemagglutinin inhibition assay.

©2001 American Medical Association. All rights reserved.

CONTROL OF THE SPREAD OF INFLUENZA IN HOUSEHOLDS

**Table 3.** Contacts Receiving Oseltamivir or Placebo With Symptomatic or Asymptomatic Laboratory-Confirmed Influenza Infection*

| | No./Total (%) | | |
|---|---|---|---|
| | Placebo | Oseltamivir | P Value |
| Contacts of all index cases | | | |
| Individuals | 60/462 (13) | 33/493 (6.7) | .007 |
| Affected households | 45/178 (25.3) | 29/193 (15) | .02 |
| Contacts of an influenza-positive index case | | | |
| Individuals | 43/206 (20.9) | 16/209 (7.7) | .003 |
| Affected households | 28/79 (35.4) | 13/84 (15.5) | .004 |
| Contacts of an influenza-negative index case | | | |
| Individuals | 17/256 (6.6) | 17/284 (5.9) | .76 |
| Affected households | 17/99 (17) | 16/109 (14.7) | .71 |

*All randomized contacts with efficacy data who received 1 or more doses of study medication.

mivir) occurred during follow-up; these were likely due to exposure during the off-prophylaxis period.

Since 10 subjects among the contacts of an influenza-positive IC were confirmed to be shedding virus prior to the first dose of study medication, an additional analysis of the primary end point was made excluding these individuals. In this analysis, 24 (12%) of 200 contacts in the placebo group developed clinical influenza compared with 2 (1%) of 205 oseltamivir recipients. The protective efficacy of oseltamivir in this population was 92% (95% CI, 71%-98%; P<.001) for prevention of clinical influenza.

An additional analysis examined only those individuals who were shedding virus and therefore more likely to transmit influenza to others. The frequency of viral shedding during the study period was significantly reduced in oseltamivir recipients (4/209 contacts of an influenza-positive IC and 5/493 contacts of all ICs) compared with placebo (24/206 contacts of an influenza-positive IC and 30/462 contacts of all ICs). The protective efficacy in contacts of an influenza-positive IC was 84% (95% CI, 57%-95%; P<.001). No isolates from patients who shed virus demonstrated reduced sensitivity to the active metabolite of oseltamivir.

Laboratory evidence of influenza infection (whether confirmed by viral shedding or seroconversion) in both symptomatic and asymptomatic contacts was reduced with oseltamivir (16/209 contacts of an influenza-positive IC with 8 [50%] who were asymptomatic; 33/493 contacts of all ICs with 18 [55%] who were asymptomatic) compared with placebo (43/206 contacts of an influenza-positive IC with 7 [16%] who were asymptomatic; 60/462 contacts of all ICs with 14 [23%] who were asymptomatic). A protective efficacy of 63% (95% CI, 40%-80%; P=.003) was found for contacts of an influenza-positive IC and 49% (95% CI, 25%-67%; P=.007) for contacts of all ICs (TABLE 3).

**Tolerability**

The dosage of 75 mg of oseltamivir once daily for 7 days was well tolerated. Gastrointestinal tract effects were reported with similar frequency in recipients of oseltamivir (9.3% [46/494]) and placebo (7.2% [33/461]). Nausea, which was reported by 5.5% (27/494) of oseltamivir and 2.6% (12/461) of placebo recipients, was predominantly mild and transient. There were no abnormal shifts in laboratory measures of safety or vital signs and no serious adverse events in those receiving treatment. Withdrawal rates due to adverse events were low in both groups: 5 (1%) of 494 receiving oseltamivir and 2 (0.4%) of 461 receiving placebo. The 2 placebo subjects (who withdrew on developing an influenzalike illness) had influenza virus identified from nose and throat swabs collected on the day of withdrawal. In the oseltamivir-treated group, 2 subjects withdrew after developing bronchitis on day 6 (neither

had influenza infection), 1 for headache, 1 for vomiting, and 1 for dyspepsia.

**COMMENT**

When one family member develops influenza, others in the family are known to be at heightened risk of being infected. In this study, the risk of infection within the household was 20%. Also, the period at risk is generally at a time when the outbreaks are continuing in the community, so new introductions of infection into families are also possible. Whatever the source of infection, this study shows that oseltamivir prophylaxis resulted in significant reductions in influenza illness in contacts. This was the case whether the end point was based on numbers of individuals or numbers of households with additional influenza-related illnesses.

As in previous studies with antiviral agents (and in line with the mode of action of neuraminidase inhibitors), efficacy in preventing clinical influenza (89%) was greater than preventing initial viral infection (63%). Fifty percent of the subjects in the oseltamivir group who became infected with influenza remained asymptomatic compared with 16% of those taking placebo. These data again demonstrate that curtailing viral replication early following infection effectively prevents the development of clinical disease.[20,24] Virus shedding was also significantly reduced, thus reducing the potential for further spread of influenza within the household.

The reduction in the incidence of clinical influenza by oseltamivir occurred whether the source of infection was identified within the household or not (89% protective efficacy in both cases). This suggests that oseltamivir is equally effective at preventing clinical influenza whether primary exposure occurs within the family or outside the household in the wider community. Furthermore, this substantial level of protection was achieved without treating the IC, thereby maximiz-

 ©2001 American Medical Association. All rights reserved.

ing exposure of contacts to influenza. These data corroborate the 92% protective efficacy of oseltamivir demonstrated in elderly persons (64-96 years) in skilled nursing homes[24] and a 6-week seasonal prophylaxis study carried out in healthy adults (aged 18-65 years).[20]

The virus isolation rate in the oseltamivir-treated group was low and none of the isolates were resistant to the carboxylate. As the IC was not treated in this study, the possibility of transmission of resistant virus, as described in a similar study with rimantadine,[12] could not be assessed. The incidence of emergence of virus resistance to neuraminidase inhibitors is low[16,25] and, in contrast to rimantadine-resistant viruses that retain full infectivity,[26] resultant viral mutants are 100- to 1000-fold less infectious than wild-type virus in animal studies.[27] Given the low frequency of resistance to neuraminidase inhibitors and the reduced infectivity of the viruses detected to date, transmission seems unlikely to occur in practice, although this needs to be confirmed by further study.

The 84% level of protection afforded by oseltamivir to families in our study compares with the 72% protection achieved using the inhaled neuraminidase inhibitor zanamivir in a similar household study.[28] In the zanamivir study, prophylaxis was initiated within a narrower window (36 hours) of symptom onset in the IC. In addition, that study gave drug or placebo to the IC for 5 days and gave contacts drug or placebo for 10 days compared with a 7-day treatment course in our study. Furthermore, since in the zanamivir study all household members, whether ICs or contacts, were placed together with drug or placebo, it is impossible to say how much of the preventive effect seen in the contacts was due to actual prophylaxis by the drug or how much was related to reduction in viral shedding in the IC. Since oseltamivir is now approved for prophylaxis as well as treatment, a physician can elect to treat or not treat the IC with oseltamivir, but still prescribe oseltamivir for household contacts.

A limitation of this study was the inability to include children younger than 13 years at the time it was conducted. Reduction of virus transmission in children should be an aim of family prophylaxis, and its importance was most recently emphasized by the study by Hurwitz et al[29] involving the influenza vaccine. The recent demonstration of efficacy[30] of oseltamivir in the treatment of influenza in children aged 1 to 12 years suggests that the protective efficacy in children can be anticipated to be similar to that demonstrated in adolescents and adults. Children are important both in the introduction and spread of influenza in families, and inclusion of such families in a postexposure prophylaxis strategy will further extend the value of this approach. Only 2.5% of the ICs were preschool-aged children. Very young children with influenza shed virus for up to 10 days compared with between 3 and 5 days reported in adults and adolescents. For this reason, a longer period of prophylaxis may be required in contacts of infected preschool-aged children to cover the period of risk.

This study demonstrates that 75 mg of oral oseltamivir taken once daily for 7 days was highly effective in protecting close contacts against influenza illness when initiated within 48 hours of exposure to a symptomatic case of influenza and was well tolerated. Oseltamivir effectively prevented further transmission of influenza within households following prompt initiation of short-term prophylaxis in families. This occurred even when the IC was not treated, as would probably occur in many circumstances in clinical practice. Treating the IC would further reduce the risk of transmission. Use of oseltamivir short-term will selectively reduce the burden of influenza in those likely to have been exposed to an IC in their household, a group at particularly high risk of developing influenza.

**Author Contributions:** Dr Welliver participated in acquisition of data, critical revision of the manuscript for important intellectual content, and provided administrative, technical, or material support.

Dr Monto participated in study concept and design, analysis and interpretation of data, critical revision of the manuscript for important intellectual content, and provided statistical expertise.

Dr Carewicz participated in acquisition of data, analysis and interpretation of data, critical revision of the manuscript for important intellectual content, provided statistical expertise, and supervised conduct of the study.

Dr Schatteman participated in acquisition of data, analysis and interpretation of data, critical revision of the manuscript for important intellectual content, and provided administrative, technical, or material support.

Dr Hassman participated in acquisition of data, critical revision of the manuscript for important intellectual content, and provided administrative, technical, or material support.

Dr Hedrick participated in analysis and interpretation of data, drafting of the manuscript, and provided administrative, technical, or material support.

Dr Jackson participated in study concept and design, acquisition of data, analysis and interpretation of data, drafting of the manuscript, provided administrative, technical, or material support, and supervised conduct of the study.

Dr Huson participated in study concept and design, analysis and interpretation of data, drafting of the manuscript, critical revision of the manuscript for important intellectual content, and provided statistical expertise.

Dr Ward participated in study concept and design, acquisition of data, analysis and interpretation of data, drafting of the manuscript, critical revision of the manuscript for important intellectual content, and supervised conduct of the study.

Dr Oxford participated in study concept and design, analysis and interpretation of data, drafting of the manuscript, critical revision of the manuscript for important intellectual content, and supervised conduct of the study.

**Full Access to Data:** Dr Oxford had full access to all data in this study and has taken responsibility for the integrity of data collection and accuracy of data analysis.

**Funding/Support:** This study was funded by Hoffmann-La Roche.

**Financial Disclosure:** Dr Hassmann has done clinical research with Roche Pharmaceuticals and has given several lectures and presentations on influenza and treatment with oseltamivir. Dr Oxford has received honoraria, traveling expenses to scientific meetings, and research funding support from Hoffmann-La Roche.

**Oseltamivir Post Exposure Prophylaxis Investigator Group:** *Belgium:* Moorsel: N. Van Mulders; Tessenderlo: A. Ceulemans. *Canada:* British Columbia: Coquitlam: D. Shu; Vancouver: P. Vohora; Winnipeg, Manitoba: F. Y. Aoki, G. W. Hammond, P. H. Orr, and J. N. Simonsen; Ontario: Mississauga: P. Patel; Oshawa: P. Whitsitt; Ottawa: F. Díaz-Mitoma; Toronto: E. Wang; Quebec: Montreal: B. Pynn; St Jerome: G. Tellier; Ste-Foy: S. Trottier; Regina, Saskatchewan: G. Achyuthan. *Denmark:* Lyngby: L. Hergel. *Finland:* Espoo: O. Amzil and T. Aronkytö; Pori: E. Karra; Salo: S. Junnila; Vantaa: J. Anttila and K. Piispanen. *Germany:* Bechhofen: R. Lebmeier; Deggingen: T. Jung; Gau-Algesheim: C. Raddatz; Goch: T. Menke; Hermaringen: R. Fuchs. *the Netherlands:* Castricum: P. Buitenhuis; Losser: A. J. M. Boermans; Nijverdal: J. Veerman. *Norway:* Oslo: H. Gjessing; Sorum: R. Hellebo. *Switzerland:* Genève: D. Lew, J. Garbino, and S. Hugel. *United Kingdom:* Buckinghamshire: W. I. C. Clark; Cornwall: R. C. Cook; Hants: M. MacLeod; Perth: F. Currie; Plymouth: C. P. Fletcher and K. Gillespie; Plympton: A. Golding-Cook; Sheffield: M. Davidson; *United States:* Birmingham, Ala: S. Touger; Tempe, Ariz: T. Fiel; California: Buena Park: W. Jannetti and D. J. Sunga; Carmichael: J. Champlin; Chico: M. Vichare; Fresno: J. McCarty; La Mesa: M. Nosan; Orange: S. Galant; San Diego: D. Brandon and H. Hassman; Miami, Fla: H. Schwartz; Augusta, Ga: A. Carr;

©2001 American Medical Association. All rights reserved.

CONTROL OF THE SPREAD OF INFLUENZA IN HOUSEHOLDS

New Orleans, La: W. Smith; Duluth, Minn: I. Abolnik; St Louis, Mo: R. Barbarash; Missoula, Mon: C. Cone; Papillon, Neb: T. Casale; Winston Salem, NC: T. Littlejohn; Cincinnati, Ohio: M. Noss; Pennsylvania: Downingtown: L. Alwine; Philadelphia: V. Bralow; Pittsburgh: K. Reisinger; Memphis, Tenn: D. Peterson; Houston, Tex: C. McKeever; Vienna, Va: R. Schwartz; and Washington: Edmonds: R. Bettis; Spokane: M. Wukelic.

## REFERENCES

**1.** Human influenza. In: Nicholson KG, Webster RG, Hay AJ, eds. *Textbook of Influenza.* Oxford, England: Blackwell Science; 1998:219-264.
**2.** Stuart-Harris CH, Schild GC, Oxford JS. *Influenza: The Viruses and the Disease.* 2nd ed. London, England: Edward Arnold; 1985:264.
**3.** Foy HM, Cooney MK, Allen I. Longitudinal studies of types A and B influenza among Seattle school children and families, 1968-1974. *J Infect Dis.* 1976; 134:362-369.
**4.** Fox JP, Hall CE, Cooney MK, Foy HM. Influenza virus infections in Seattle families, 1975-1979. *Am J Epidemiol.* 1982;116:212-242.
**5.** Taber LH, Paredes A, Glezen WP, Couch RB. Infection with influenza A/Victoria virus in Houston families, 1976. *J Hyg.* 1981;86:303-313.
**6.** Longini IM, Koopman JS, Monto AS, Fox JP. Estimating household and community transmission parameters for influenza. *Am J Epidemiol.* 1982;115: 736-751.
**7.** Clover RD, Crawford SA, Abell TD, Ramsey CN Jr, Glezen WP, Couch RB. Effectiveness of rimantadine prophylaxis of children within families. *Am J Dis Child.* 1986;140:706-709.
**8.** Galbraith AW, Oxford JS, Schild GC, Watson GI. Study of 1-adamantanamine hydrochloride used prophylactically during the Hong Kong influenza epidemic in the family. *Environ Bull WHO.* 1969;41: 677-682.
**9.** Galbraith AW, Oxford JS, Schild GC, Watson GI. Protective effect of 1-adamantanamine hydrochloride on influenza A2 infections in the family environment: a controlled double-blind study. *Lancet.* 1969; 2:1026-1028.
**10.** Degelau J, Somani SK, Cooper SL, Guay DR, Crossley KB. Amantadine-resistant influenza A in a nursing facility. *Arch Intern Med.* 1992;152:390-392.
**11.** Hayden FG, Gwaltney JM Jr, van de Castle RL, Adams KF, Giordani B. Comparative toxicity of amantadine hydrochloride and rimantadine hydrochloride in healthy adults. *Antimicrob Agents Chemother.* 1981; 19:226-233.
**12.** Hayden FG, Belshe RB, Clover RD, Hay AJ, Oakes MG, Soo W. Emergence and apparent transmission of rimantadine-resistant influenza A virus in families. *N Engl J Med.* 1989;321:1696-1702.
**13.** Hayden FG, Sperber SJ, Belshe RB, Clover RD, Hay AJ, Pyke S. Recovery of drug-resistant influenza A virus during therapeutic use of rimantadine. *Antimicrob Agents Chemother.* 1991;35:1741-1747.
**14.** Gubareva LV, Kaiser L, Hayden FG. Influenza virus neuraminidase inhibitors. *Lancet.* 2000;355:827-835.
**15.** Kim CU, Lew W, Williams MA, et al. Influenza neuraminidase inhibitors possessing a novel hydrophobic interaction in the enzyme active site: design, synthesis, and structural analysis of carbocyclic sialic acid analogues with potent anti-influenza activity. *J Am Chem Soc.* 1997;119:681-690.
**16.** Treanor JJ, Hayden FG, Vrooman PS, et al. Efficacy and safety of the oral neuraminidase inhibitor oseltamivir in treating acute influenza: a randomized controlled trial. *JAMA.* 2000;283:1016-1024.
**17.** Mendel DB, Tai CY, Escarpe PA, et al. Oral administration of a prodrug of the influenza virus neuraminidase inhibitor GS4071 protects mice and ferrets against influenza infection. *Antimicrob Agents Chemother.* 1998;42:640-646.
**18.** Sidwell RW, Huffman JH, Barnard DL, et al. Inhibition of influenza virus infections in mice by GS4104, an orally effective influenza virus neuraminidase inhibitor. *Antiviral Res.* 1998;37:107-120.
**19.** Hayden FG, Treanor JJ, Fritz RS, et al. Use of the oral neuraminidase inhibitor oseltamivir in experimental human influenza: randomized controlled trials for prevention and treatment. *JAMA.* 1999;282:1240-1246.
**20.** Hayden FG, Atmar RL, Schilling M, et al. Use of the selective oral neuraminidase inhibitor oseltamivir to prevent influenza. *N Engl J Med.* 1999;341:1336-1343.
**21.** World Medical Association Declaration of Helsinki: recommendations guiding physicians in biomedical research involving human subjects. *JAMA.* 1997;227:925-926.
**22.** Wilson LA, Brass W. Brief assessment of the mental state in geriatric domiciliary practice: the usefulness of the Mental Status Questionnaire. *Age Ageing.* 1973;2:92-101.
**23.** Donner A. Some aspects of the design and analysis of cluster randomization trials. *Appl Stat.* 1998;47: 95-113.
**24.** De Bock V, Peters P, von Planta T-A, et al. Oral oseltamivir for prevention of influenza in the frail elderly. *Clin Microbiol Infect.* 2000;6(suppl 1):140.
**25.** Gubareva LV, Matrosovich MN, Brenner MK, et al. Evidence for zanamivir resistance in an immunocompromised child infected with influenza B virus. *J Infect Dis.* 1998;178:1257-1262.
**26.** Hayden FG, Hay AJ. Emergence and transmission of influenza A viruses resistant to amantadine and rimantadine. *Curr Top Microbiol Immunol.* 1992;176: 120-130.
**27.** Covington E, Mendel DB, Escarpe P, et al. Phenotypic and genotypic assay of influenza virus neuraminidase indicates a low incidence of viral drug resistance during treatment with oseltamivir [abstract P-326]. *J Clin Virol.* 2000;18:253.
**28.** Hayden FG, Gubareva LV, Monto AS, et al. Inhaled zanamivir for the prevention of influenza in families. *N Engl J Med.* 2000;343:1282-1289.
**29.** Hurwitz ES, Haber M, Chang A, et al. Effectiveness of influenza vaccination of day care children in reducing influenza-related morbidity among household contacts. *JAMA.* 2000;284:1677-1682.
**30.** Whitley RJ, Hayden FG, Reisinger KS, et al. Oral oseltamivir treatment of influenza in children. *Pediatr Infect Dis J.* In press.

©2001 American Medical Association. All rights reserved.

6



## October 9, 2005

Section: News
Page: A1

# Does danger lurk in that vaccine?

*Childhood immunizations no longer contain mercury. Flu shots do. But as you take
your children for theirs, you have a choice.*

By *JUDY L. THOMAS, KANSAS CITY STAR*

Millions of America's health-conscious parents are lining up their children for this
year's flu shot. But many are unaware that some doses contain mercury, a potent
poison. Even more do not know that a mercury-free flu shot exists. That lack of
understanding has driven down demand and reduced the availability of mercury-free
vaccine this year.

The federal Centers for Disease Control and Prevention recommends that all children
ages 6 months to 23 months get a flu shot. Citing many studies, the agency insists
that flu shots containing mercury are safe.

CDC officials also recommend that parents who want a mercury-free shot for their
children, only to find none is available, should still get them vaccinated.

"We want to protect people against influenza, and vaccination is the very best way to
do that," said Jeanne Santoli of the CDC's Immunization Services Division.

Critics disagree, saying that mercury - which is used to prevent contamination in
multidose flu vaccines - is causing an alarming rise in autism and other
neurodevelopmental disorders.

"I think it's absolutely criminal to give mercury to an infant," said Boyd Haley, an
expert on mercury toxicity and a vocal critic of the CDC.

As the debate continues, the company that makes most flu vaccines says there is a
waiting list this year for health agencies that want vaccines that contain mercury.
Meanwhile, the company is scaling back production of its mercury-free vaccine, The
Kansas City Star has learned.

Only Sanofi Pasteur is approved to market a new mercury-free pediatric flu vaccine.
Spokesman Len Lavenda said the company had planned to make 8 million doses of
the mercury-free version of its Fluzone vaccine for this flu season but has cut back to
6 million doses.

The CDC estimates it would take about 12 million doses to vaccinate all children ages
6 months to 23 months.

"We were prepared to more than double the quantity this year, but demand for the product didn't warrant producing that much," Lavenda said. "While we have on several occasions sold out all of our preservative-containing (mercury) vaccine in the last several years, we have never sold out all of our preservative-free vaccine." Lavenda said he had no idea why health officials were not ordering more mercury-free vaccine.

In 1999, the CDC, the U.S. Public Health Service and the American Academy of Pediatrics recommended removing mercury from other childhood vaccines as a precaution after concerns were raised that children may be receiving too much mercury in their shots.

The CDC is adamant there is no risk.

"The preponderance of evidence consistently does not reveal an association between thimerosal (mercury) and autism," Julie Gerberding, the CDC's director, said at a recent news conference.

But The Star's examination found that:

Lower prices appear to be a major factor in the continuing use of flu vaccines that contain mercury - yet mercury-free vaccines cost only about $2.50 a dose more. The small amount of mercury in flu vaccine still exceeds the U.S. Environmental Protection Agency's daily safety threshold, even though the cumulative amount children now receive from all vaccines is much lower than it was in 1999.

A massive government database that could be used to study the safety of flu vaccines and other vaccines containing mercury has been kept off-limits to some researchers, a move that an independent advisory body has criticized.

At least six states have restricted the amount of mercury allowed in vaccines. A dozen others are considering it, and a similar bill is pending in Congress. Many European countries and Japan already restrict mercury in vaccines.

A law passed earlier this year in Missouri requires that any immunization given to knowingly pregnant women or children younger than 3 contain no more than 1 microgram of mercury per 0.5-milliliter dose. But the law won't take effect until April 1, 2007.

Efforts are just getting under way in Kansas to regulate mercury in vaccines. Pharmaceutical companies, however, insist that flu vaccines containing mercury are safe.

Chiron Corp., for example, is making 18 million to 26 million doses of vaccine this season for people ages 4 and older. Most of the doses contain mercury.

"There have been a number of studies that have not found a link" to autism, said Alison Marquiss, a Chiron spokeswoman. "But at the same time, we're following government guidelines. It's been an ongoing discussion between government and industry, and everybody is working toward the same goal of removing it."

**Cost a consideration**

If mercury is a health concern, why is it still in some childhood flu vaccines? The reason government officials cite most is money.

Mercury-free vaccine must be made in single-dose packages, which is more expensive than making multidose vials. Single-dose vaccines also take up more refrigerated storage space in doctor's offices and health clinics.
Sue Denny, a spokeswoman for the Missouri Department of Health and Senior Services, said the CDC's cost per dose for a 10-dose vial of flu vaccine is $9.71. A single-dose package costs the CDC $12.02.

"So if you're buying a lot if it, it makes a difference," Denny said.
Regardless, many parents complain they have been in the dark about what is in their children's flu vaccine.

Laurie LaTessa of Lenexa has been diligent the past two years about getting flu shots for her five children. She was surprised to learn that many of the shots still contain mercury.

"I did it thinking it was protecting them," LaTessa said. "But any protection they would be getting I don't think can compare to the fact that they're getting mercury." LaTessa said that this year she will check first to find out whether the vaccine contains mercury.

The Kansas City Health Department said all of its flu vaccine this year for its "Vaccines for Children" program will be mercury-free. "I think that's because there's a public perception that it's best," said Judy Moore-Nichols, the department's child health and immunization program manager.

The Missouri Department of Health and Senior Services ordered about 90,000 doses for its "Vaccines for Children" program. Denny said some doses were mercury-free, but she did not know how many.

The Kansas Department of Health and Environment ordered 31,000 doses for the program, spokeswoman Sharon Watson said. Of those, 5,000 are mercury-free and 3,000 are a nasal mist that does not contain mercury but is only for people ages 5 and older.

If mercury-free vaccine is not available, the CDC recommends that children still get flu shots because of the risk of becoming sick.

But critics complain that in promoting vaccinations, the CDC exaggerates the number of flu deaths. Before 2003, the agency said that about 20,000 people a year died from the flu.

The CDC's National Center for Health Statistics, however, reports that 727 persons died of influenza in 2002, according to the most recent information available from death certificates. The number of deaths for children ages 4 and younger was 12. In 2003, the CDC raised the total flu deaths to 36,000. Yet Santoli acknowledged the 36,000 figure was only an estimate.

"The way they try to look at the deaths associated with influenza is they look at

deaths during a certain time of year and due to certain causes and how it exceeds the deaths that occurred from those causes during the noninfluenza time of year," Santoli said. "So they look at the excess and estimate those are the number of deaths."

**Over safety threshold?**

The flu vaccines in question contain thimerosal, a compound that is 49.6 percent mercury by weight. Thimerosal has been used for decades in other vaccines and medical products as a preservative and to prevent contamination from multiple needle punctures into the vials.

But in the 1990s, health officials increased the number of recommended childhood vaccines. That meant many babies went from getting 25 micrograms of mercury in one day to up to 62.5 micrograms in one day.
After it was found that infants were receiving amounts of mercury above the limits considered safe by the Environmental Protection Agency, government and private health agencies in 1999 recommended removing mercury from such childhood vaccines as hepatitis B, DTP and Hib.

The CDC says that because mercury has been removed from all other childhood vaccines, it is not a problem that it remains in flu vaccines because the cumulative exposure now is much lower.

But the flu shot given many babies today contains 12.5 micrograms of mercury - 14 times the daily amount considered safe by the EPA for a child weighing 20 pounds. Young children routinely are given a second 12.5-microgram dose a month later. Other health agencies have limits for mercury exposure, but the EPA's are considered "a scientifically justifiable level for the protection of human health" by the National Academy of Sciences.

"The vaccine has 12.5 micrograms of mercury, which means a baby would have to weigh 275 pounds for it to be considered safe, according to the EPA standard," said Haley, a biochemist at the University of Kentucky.

CDC officials said that because the EPA's guidelines cover an extended period and not a one-time flu shot, it is unfair to assume the vaccine could be dangerous.
Still, Richard Deth, an expert on drugs that affect the brain, said that "it does make a difference when it's all given in one day." Deth said his studies at Northeastern University in Boston have found that even low concentrations of thimerosal can hurt the development of brain cells.

"The one time is important because the driving force for going into the brain is the concentration at any one time," Deth said. "So when you get a (large) dose like that, it more or less drives it into the brain based on that higher, even temporary, concentration."

Some lawmakers are concerned that government and industry are not moving quickly enough to remove mercury from all vaccines.

"The fact is there should not be any mercury in any vaccine," said U.S. Rep. Dan Burton, an Indiana Republican who led a congressional committee that researched the issue for several years. Burton has a grandson who is autistic.

But a professor of pediatrics at the University of Missouri-Columbia said her research has found nothing to link mercury in vaccines with autism.

"Obviously, it's worrisome to families, and it seems reasonable to conclude that a relationship exists," said Judith Miles, the director of MU's medical genetics division. "However, if you look at the data, there is simply no relationship between them." Secret database?

The CDC's Vaccine Safety Datalink, which tracks the medical records of more than 7 million patients, could show what effects vaccines have had on human health.
But the database has not been made publicly available for closer examination, which upsets some researchers. The CDC says that because the database contains health information, making it public would violate patient privacy.

Critics, however, think that the lack of access stems in part from a private meeting convened by the CDC in June 2000. At the meeting, dozens of health officials and scientists discussed research from the database. Those studies showed a possible connection between thimerosal and neurological impairment such as tics, attention deficit disorder and speech disorders, but not autism.

Despite the questions, most of those attending the meeting found the results inconclusive.

Since then, those who have tried to examine the Vaccine Safety Datalink have hit CDC roadblocks.

"We subpoenaed stuff like that, and they have jumped through every hoop they could to keep the public from knowing what was in those reports," Burton said.
But in February, a committee of medical experts assembled by the Institute of Medicine criticized how the CDC and its National Immunization Program have handled the database.

"There are legitimate reasons for public concern about the independence and fairness of the review of VSD data-sharing proposals ... ," the committee stated. "The lack of transparency of some of those processes affects the trust relationship between the National Immunization Program and some members of the general public."
The committee recommended that the CDC ease restrictions on researchers and said that an independent review of how the database is used "is integral to public trust in the use of the VSD to answer questions about vaccine safety."

Researchers David and Mark Geier have spent years trying to get a complete set of data. They were given access to some of it after a congressman intervened, but they said the process has been difficult.

Documents obtained by the Geiers under a Freedom of Information Act request show that in 2002, the CDC awarded a 10-year, $191 million contract to the company now called America's Health Insurance Plans to oversee the database and other vaccine safety projects.

Because America's Health Insurance Plans is a private company, the public does not have access to the information.

"You and I paid millions for a database that nobody can see," said Mark Geier, a geneticist from Silver Spring, Md.

Glen Nowak, the CDC's director of media relations, said the agency is trying to accommodate independent researchers.

"We've worked really hard to make these records available to external researchers, but because they're medical records, there are certain steps that need to be taken to ensure people's privacy is protected," Nowak said.

**Mercury bans growing**

State legislatures are not waiting for Congress to restrict mercury in vaccines. Iowa was the first to do so, followed by California, Missouri, Delaware, Illinois and New York. Legislation is pending in more than a dozen other states.
U.S. Rep. Dave Weldon, who also is a doctor, has introduced federal legislation to remove mercury from all childhood vaccines.

"Mercury should be out of all pharmaceuticals and all biologicals," said Weldon, a Florida Republican. "I don't think there's any way you can justify this."
Weldon introduced the bill with U.S. Rep. Carolyn Maloney, a New York Democrat. A similar measure is pending in the Senate. So far, neither bill has had a hearing.
The fact that mercury remains in many flu shots outrages Kelly Kerns of Lenexa, who has three autistic children - 7-year-old twin boys and a 9-year-old daughter. Although her children's conditions have improved, the emotional and financial drain of dealing with them has been enormous, Kerns said.

The Kerns are among thousands of families who have filed claims with the National Vaccine Injury Compensation Program since 2001. The families allege that their children suffered autism or other neurological disorders because of mercury in their vaccines.

Congress created the program in 1986 to encourage drug companies to keep making vaccines despite increasing liability costs from lawsuits. The program requires families to resolve their claims through the "vaccine court" before filing civil lawsuits. To date, about 1,900 families have received $1.5 billion for claims that did not involve mercury - but none of the 4,900 claims linked to autism and mercury has been resolved.

For the CDC and many health officials, the debate over whether mercury causes autism is settled. But critics such as Weldon are not convinced.
If it is shown that mercury in vaccines has hurt children, Weldon said, it will go down as "one of the biggest blunders in modern medical history."

To reach Judy L. Thomas, call (816) 234-4334 or send e-mail to jthomas@kcstar.com.

**Flu vaccine tips**

*What does the government recommend?*

Last year, the Centers for Disease Control and Prevention began recommending that all children ages 6 months to 23 months and all pregnant women get a flu

vaccination.

The CDC says the best time to get a vaccination is October or November. Flu activity generally peaks between late December and early March.

*What if I'm concerned about mercury?*

Call your doctor or clinic and ask whether thimerosal-free vaccines are available. Even if none is available, health officials recommend getting the vaccine that contains thimerosal (mercury), saying that the benefits of the shot outweigh the theoretical risk of exposure to mercury. Critics disagree, saying they would not give their children any vaccine containing thimerosal.

*How can I tell if the flu vaccine I'm getting is mercury-free?*

Generally you can tell if flu vaccine contains mercury if it is in a vial that contains multiple doses. Mercury-free vaccine generally is packaged in a single-dose, pre-filled syringe. But this year it also can come in a single-dose vial.

7



Home Page > News > Health > Health Stories

November 19th, 2006

# CDC Urges More People to Get Flu Shots

Nov 13th - 6:04pm
By MIKE STOBBE
AP Medical Writer

ATLANTA (AP) - U.S. health officials said Monday they are worried that an abundance of unused flu vaccine this year may lead to millions of doses being thrown out, discouraging manufacturers from making as much in the future.

They are urging Americans to get flu shots even after Thanksgiving _ a time when public demand customarily drops off, even though the flu season typically doesn't peak until February.

"We are concerned that we're going to have more doses of flu (vaccine) than we might use," said Dr. Julie Gerberding, director of the Centers for Disease Control and Prevention.

More than 110 million doses _ a record amount _ are being made for the 2006-07 flu season. The previous record was 95 million in 2002-03. That year 12 million doses went unused and one manufacturer quit making shots.

CDC officials said they want to prevent a repeat of that experience and are promoting Nov. 27-Dec. 3 as "National Influenza Vaccination Week."

Between 5 percent and 20 percent of the U.S. population gets the flu each year, according to the American Medical Association. The illness leads to about 36,000 deaths and 200,000 hospitalizations each year, according to federal officials.

Flu shots are made by private companies, and both sides of the supply and demand equation for flu vaccine are complicated. CDC officials have tried to increase demand through public health campaigns and by expanding flu shot recommendations to include health care workers, pregnant women and children ages 6 months to 5 years.

Today, the CDC's flu shot recommendations cover 218 million of the nation's 300 million people, although only a fraction are expected to get them. The expanded recommendations helped lead to this year's record production.

However, even as federal officials urge almost everyone to get vaccinated, many people are unable to find a shot because of chronic distribution problems.

About 77 million doses were distributed by Nov. 3, but not every doctor or clinic got what they ordered. There are scattered shortages throughout the country. The Alabama Department of Public Health, for example, has received less than half its order for adults, and only about 30 percent of its order for children.

"We're having a problem," said Dr. Donald Williamson, Alabama's state health officer.

Meanwhile, an advocacy organization of parents with autistic children sounded a warning about thimerosal, a

mercury-based preservative in most flu shots.

The group _ PutChildrenFirst.org _ held a teleconference with reporters Monday. They said few Americans understand that most flu shots contain thimerosal, which they contend contributes to autism and other disorders of emotional and intellectual development in children.

There is not good evidence proving such a cause-effect relationship, Gerberding said. The life-saving benefits of the vaccine far outweigh the risk alleged by PutChildrenFirst.org and similar groups, she added.

Thimerosal was phased out of other childhood vaccinations in 2003. But flu vaccine sold in multidose vials still contains the preservative.

About 9 million of this year's vaccine doses are thimerosal-free, a CDC spokesman said. Those doses _ which are targeted for young children _ are made by only one manufacturer, Sanofi Pasteur.

"Our organization is urging people not to get flu shots that contain thimerosal. And in this year's flu shot supply, 90 percent do contain thimerosal," said J.B. Handley, co-founder of PutChildrenFirst.org.

CDC officials said more thimerosal-free doses are not provided because demand for it has never met the supply. "It has never sold out," said Dr. Jeanne Santoli, deputy director of the CDC's immunization services division.

This is the first year of a California law that bans thimerosal from vaccines given to pregnant women and children younger than 3. But citing a shortage of thimerosal-free doses, the California Department of Health and Human Services this month suspended enforcement for six weeks, until distribution problems can be resolved.

(Copyright 2006 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.)

< Back
Home | Site Map | Advertise with Us | Contact Us | Privacy Statement | EEO Public File Report
AP material Copyright 2006 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

8

-----Original Message-----
From: Marie McCormick [mailto:mmccormi@hsph.harvard.edu]
Sent: Wednesday, June 09, 2004 10:42 AM
To:
Subject: Re: new proof of autism and mercury link

We reviewed this study in the recent IOM report. Dr. Hornig did a
presentation before the committee.The text is quoted below:

Dr. Hornig did a presentation before the committee.  On p. 60 of the
report: "Although this model uses thimerosal and is possible more
relevant to the discussion at hand [i.e. of rodent models], it assumes
that autism is caused by an autoimmune reaction.  A previous section
[of the report] discussed the lack of evidence of autoimmune-mediated
CNS damage in the brains of autistic  patients.
        The relevance of rodent models, including the three described
above, is difficult ot assess because the rodent "clinical" endpoints
may not  reflect human ones, because there is limited understanding of
the etiology of autism, and because the methods used to cause changes
in the animals may bear no relationship to pathogenesis of the human
disease.  The committee accepts that under certain conditions,
infections and heavy metals, including thimerosal, can injur the
nervous system.  These rodent models are useful for understanding some
of the processes by which these exogenous agents may exert their
damage.  However, the connection between these models and autism is
theoretical."

9



# Thimerosal

Effective Date: 22-Dec-1999

**Eli Lilly and Company**
**Material Safety Data Sheet**

## Section 1 - Chemical Product and Company

**Manufacturer:**
Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285

**Manufacturer's Emergency Phone:**
1-317-276-2000
**CHEMTREC:**
1-800-424-9300 (North America)
1-703-527-3887 (International)

**Common Name:** Thimerosal

**CAS Number(s):** 54-64-8
**EC Number:** 2002-10-4
**EC Index Number:** 080-004-00-7
**Chemical Name:** Mercurate(1-), ethyl[2-(mercapto-kappaS)benzoato(2-)-kappaO]-, sodium
**Chemical Family:** Organomercurial salt
**Chemical Formula:** C9 H9 Hg O S2 . Na
**Molecular Weight:** 404.800000
**Synonym(s):** Benzoic acid, 2-mercapto-, mercury complex
**Trademarks(s):** Merthiolate Plus; Merthiolate Plus Y; Mertilly; Merthiolate
**Lilly Serial Number(s):** 006739
**Lilly Item Code(s):** ID3025; PO0020; QA041U

See attached glossary for abbreviations.

## Section 2 - Composition / Information on Ingredients

| Ingredient | CAS |
|---|---|
| Thimerosal | 54-64-8 |

Thimerosal contains 49.6% w/w organically-bound mercury.

**Exposure Guidelines:** Thimerosal - No known occupational exposure limits established.

Mercury - (Alkyl compounds, as Hg) PEL 0.01 mg/m3 TWA, 0.4 mg/m3 ceiling.  (Aryl compounds, as Hg) TLV 0.1 mg/m3 TWA (skin).  BEI 35 micrograms total inorganic mercury per gram of creatinine sampled in urine before the shift.  BEI 15 micrograms of total inorganic mercury per liter of blood sampled at the end of shift at the end of workweek.
UK- (Alkyl compounds, as Hg) Exposure Standard 0.01 mg/m3 TWA, 0.03 mg/m3 STEL (skin).
Ireland - (Alkyl compounds, as Hg) Occupational Exposure Limit 0.01 mg/m3 TWA, 0.03 mg/m3 15-minute STEL (skin).

Thimerosal

France - (Alkyl compounds as Hg) Occupational Exposure Limits 0.01 mg/m3 (VME) TWA (skin). Germany - (Organic mercury compounds, as Hg) TRGS 900 Limit Value 0.01 mg/m3 TWA, 15-minute limit not to exceed 4 times MAK (skin).

# Section 3 - Hazards Identification

**Appearance:** Light cream-colored crystalline powder
**Physical State:** Solid
**Odor:** Faint metallic odor/taste



# Emergency Overview

Special
R = Reproductive
A = Allergen

**Emergency Overview Effective Date:** 08-Dec-1999

**Lilly Laboratory Labeling Codes:**
**Health** 2              **Fire** 1              **Reactivity** 0              **Special** R, A

**Primary Physical and Health Hazards:** Skin Permeable.  Toxic.  Mutagen.  Irritant (eyes).  Allergen.  Nervous System and Reproductive Effects.

**Caution Statement:** Thimerosal may enter the body through the skin, is toxic, alters genetic material, may be irritating to the eyes, and causes allergic reactions. Effects of exposure may include numbness of extremities, fetal changes, decreased offspring survival, and lung tissue changes.

**Routes of Entry:** Inhalation and skin absorption.

**Effects of Overexposure:** Topical allergic dermatitis has been reported.  Thimerosal contains mercury.  Mercury poisoning may occur and topical hypersensitivity reactions may be seen.  Early signs of mercury poisoning in adults are nervous system effects, including narrowing of the visual field and numbness in the extremities.  Exposure to mercury in utero and in children may cause mild to severe mental retardation and mild to severe motor coordination impairment.  Based on animal data, may be irritating to the eyes.

**Medical Conditions Aggravated by Exposure:** Hypersensitivity to mercury.

**Carcinogenicity:** No carcinogenicity data found.  Not listed by IARC, NTP, ACGIH, or OSHA.

# Section 4 - First Aid Measures

**Eyes:** Hold eyelids open and flush with a steady, gentle stream of water for 15 minutes.  See an

ophthalmologist (eye doctor) or other physician immediately.

**Skin:** This product is intended for topical application to the skin. However, in case of unintentional exposure, especially to large areas of skin, wash with soap and water. If symptoms develop consult a physician.

**Inhalation:** Move individual to fresh air. Get medical attention if breathing difficulty occurs. If not breathing, provide artificial respiration assistance (mouth-to-mouth) and call a physician immediately.

**Ingestion:** Call a physician or poison control center. Drink one or two glasses of water and give 1-2 tablespoons syrup of ipecac to induce vomiting. Do not induce vomiting or give anything by mouth to an unconscious person. Use of chelating agents such as BAL may be needed to treat ingestion of mercury. Immediately transport to a medical care facility and see a physician.

# Section 5 - Fire Fighting Measures

**Flash Point:** No applicable information found
**UEL:** No applicable information found
**LEL:** No applicable information found

**Extinguishing Media:** Use water, carbon dioxide, dry chemical, foam, or Halon.

**Unusual Fire and Explosion Hazards:** As a finely divided material, may form dust mixtures in air which could explode if subjected to an ignition source.

**Hazardous Combustion Products:** May emit toxic mercury fumes when heated to decomposition.

# Section 6 - Accidental Release Measures

**Spills:** Wear protective equipment, including eye protection, to avoid exposure (see Section 8 for specific handling precautions). This material is a mercury compound which are CERCLA Hazardous Substances and SARA 313 Toxic Chemicals. Vacuum material with appropriate dust collection filter in place. Be aware of potential for dust explosion when using electrical equipment. If vacuum is not available, lightly mist material and remove by sweeping or wet wiping.

# Section 7 - Handling and Storage

**Storage Conditions:** Warehouse:  10 to 40 C (45 to 104 F).

# Section 8 - Exposure Controls / Personal Protection

See Section 2 for Exposure Guideline information.

  Under normal use and handling conditions, no protective equipment is required. The following is recommended for a production setting:

**Respiratory Protection:** Use an approved HEPA-filtered or supplied-air respirator.

**Eye Protection:** Chemical goggles and/or face shield.

Thimerosal

**Ventilation:** Laboratory fume hood or local exhaust ventilation.

**Other Protective Equipment:** Chemical-resistant gloves and body covering to minimize skin contact.  If handled in a ventilated enclosure, as in a laboratory setting, respirator and goggles or face shield may not be required.  Safety glasses are always required.

**Additional Exposure Precautions:** In production settings, airline-supplied, hood-type respirators are preferred.  Shower and change clothing if skin contact occurs.

# Section 9 - Physical and Chemical Properties

**Appearance:** Light cream-colored crystalline powder
**Odor:** Faint metallic odor/taste
**Boiling Point:** No applicable information found
**Melting Point:** Starts to decompose at about 230 C (446 F)
**Specific Gravity:** No applicable information found
**pH:** 6.7 (1% aqueous)
**Evaporation Rate:** No applicable information found
**Water Solubility:** Soluble
**Vapor Density:** No applicable information found
**Vapor Pressure:** No applicable information found

# Section 10 - Stability and Reactivity

**Stability:** Stable at normal temperatures and pressures.

**Incompatibility:** May react with strong oxidizing agents (e.g., peroxides, permanganates, nitric acid, etc.).

**Hazardous Decomposition:** May emit toxic mercury fumes when heated to decomposition.

**Hazardous Polymerization:** Will not occur.

# Section 11 - Toxicological Information

# Acute Exposure

**Oral:** Rat, median lethal dose 73 mg/kg, reduced activity, drooping eyelids, weakness.

**Skin:** No applicable information found.

**Inhalation:** No applicable information found.

**Intravenous:** Rat, median lethal dose estimated greater than 45 mg/kg, mortality.

**Skin Contact:** Rabbit, nonirritant

**Eye Contact:** Rabbit, irritant

# Chronic Exposure

Thimerosol is a mercuric compound.  Toxicity data for thimerosal and mercury are presented.

**Target Organ Effects:** Thimerosal - Kidney effects (tubule necrosis), lung effects (tissue changes).
Mercury - Nervous system effects (insomnia, tremor, anorexia, weakness, headache), liver effects (jaundice, digestive effects (hypermotility, diarrhea).

**Other Effects:** Thimerosal - Decreased weight gain.

**Reproduction:** Thimerosal - Decreased offspring survival.
Mercury - Changes in sperm production, decreased offspring survival, and offspring nervous system effects including mild to severe mental retardation and motor coordination impairment.

**Sensitization:** No applicable information found.

**Mutagenicity:** Thimerosal - Mutagenic in mammalian cells.  Not mutagenic in bacterial cells.

# Section 12 - Ecological Information

**Ecotoxicity Data:** Thimerosal
Brown trout 48-hour median lethal concentration:  54 mg/L
Brook trout 48-hour median lethal concentration:  74.5 mg/L
Rainbow trout 48-hour median lethal concentration: 21.2 mg/L
Lake trout 48-hour median lethal concentration: 2.13 mg/L
Channel catfish 48-hour median lethal concentration: 5.65 mg/L
Bluegill 48-hour median lethal concentration: 64.5 mg/L
Guppy 24-hour median lethal concentration:  12 mg/L

**Environmental Fate:** Thimerosal
No applicable information found.

**Environmental Summary:** Thimerosal - Moderately toxic to slightly toxic in aquatic organisms.
Material is soluble in water and may to leach into groundwater.

# Section 13 - Disposal Considerations

**Waste Disposal:** Dispose of any cleanup materials and waste residue according to all applicable laws and regulations.

# Section 14 - Transport Information

**Regulatory Organizations:**

**DOT:**
**Proper Shipping Name:** Mercury compound, solid, n.o.s. (Thimerosal)
**UN/NA:** UN2025
**Hazard Class:** 6.1
**Packing Group:** III

**ICAO/IATA:**
**Proper Shipping Name:** Mercury compound, solid, n.o.s. (Thimerosal)
**UN/NA:** UN2025
**Hazard Class:** 6.1
**Packing Group:** III

**IMO:**
**Proper Shipping Name:** Mercury compound, solid, n.o.s. (Thimerosal)
**UN/NA:** UN2025
**Hazard Class:** 6.1
**Packing Group:** III

**Additional Information:** Label: 6.1

# Section 15 - Regulatory Information

Below is selected regulatory information chosen primarily for possible Eli Lilly and Company usage. This section is not a complete analysis or reference to all applicable regulatory information. Please consider all applicable laws and regulations for your country/state.

# U.S. Regulations

Thimerosal
TSCA - Yes
CERCLA - Name on list is mercury compounds.
SARA 302 - Not on this list
SARA 313 - Name on list is mercury compounds. De minimis = 1%
OSHA Substance Specific - No
California Proposition 65 (Cancer/Reproductive) - Name on developmental list is mercury and mercury compounds.

# EU Regulations

**EC Classification**
T+ (Very Toxic)
N (Dangerous for the Environment)

**Risk Phrases**
R 26/27/28 - Very toxic by inhalation, in contact with skin and if swallowed.
R 33 - Danger of cumulative effects.
R 50/53 - Very toxic to aquatic organisms, may cause long-term adverse effects in the aquatic environment.

**Safety Phrases**
S 13 - Keep away from food, drink and animal feedingstuffs.
S 28 - After contact with skin, wash immediately.
S 36 - Wear suitable protective clothing.

S 45 - In case of accident or if you feel unwell, seek medical advice immediately (show the label where possible).

S 60 - This material and its container must be disposed of as hazardous waste.

S 61 - Avoid release to the environment.  Refer to special instructions/Safety data sheets.

# Section 16 - Other Information

**MSDS Sections Revised:** Section 1.

As of the date of issuance, we are providing available information relevant to the handling of this material in the workplace.  All information contained herein is offered with the good faith belief that it is accurate.  THIS MATERIAL SAFETY DATA SHEET SHALL NOT BE DEEMED TO CREATE ANY WARRANTY OF ANY KIND (INCLUDING WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE).  In the event of an adverse incident associated with this material, this safety data sheet is not intended to be a substitute for consultation with appropriately trained personnel. Nor is this safety data sheet intended to be a substitute for product literature which may accompany the finished product.

For additional information contact:
Eli Lilly and Company
Hazard Communication
317-277-6029

**GLOSSARY:**

ACGIH = American Conference of Governmental Industrial Hygienists
AIHA = American Industrial Hygiene Association
BEI = Biological Exposure Index
CAS Number = Chemical Abstract Service Registry Number
CERCLA = Comprehensive Environmental Response Compensation and Liability Act (of 1980)
CHAN = Chemical Hazard Alert Notice
CHEMTREC = Chemical Transportation Emergency Center
DOT = Department of Transportation
EC = European Community
EINECS = European Inventory of Existing Chemical Substances
ELINCS = European List of New Chemical Substances
EPA = Environmental Protection Agency
HEPA = High Efficiency Particulate Air (Filter)
IARC = International Agency for Research on Cancer
ICAO/IATA = International Civil Aviation Organization/International Air Transport Association
IEG = Lilly Interim Exposure Guideline
IMO = International Maritime Organization
Kow = Octanol/Water Partition Coefficient
LEG = Lilly Exposure Guideline
LEL = Lower Explosive Limit

MSDS = Material Safety Data Sheet
MSHA = Mine Safety and Health Administration
NA = Not Applicable, except in Section 14 where NA = North America
NADA = New Animal Drug Application
NAIF = No Applicable Information Found
NCI = National Cancer Institute
NIOSH = National Institute for Occupational Safety and Health
NOS = Not Otherwise Specified
NTP = National Toxicology Program
OSHA = Occupational Safety and Health Administration
PEL = Permissible Exposure Limit (OSHA)
RCRA = Resource Conservation and Recovery Act
RQ = Reportable Quantity
RTECS = Registry of Toxic Effects of Chemical Substances
SARA = Superfund Amendments and Reauthorization Act
STEG = Lilly Short Term Exposure Guideline
STEL = Short Term Exposure Limit
TLV = Threshold Limit Value (ACGIH)
TPQ = Threshold Planning Quantity
TSCA = Toxic Substances Control Act
TWA = Time Weighted Average/8 Hours Unless Otherwise Noted
UEL = Upper Explosive Limit
UN = United Nations
WEEL = Workplace Environmental Exposure Level (AIHA)

**SAFETY DATA SHEET**          **GIHON-Laboratorios Químicos s.r.l.**

According to EC Directive 91/155/EEC                     Product :     **THIMEROSAL USP/BP**

---

**1. Identification of the Substance of the Company / Preparation and Undertaking**

*Identification of the product*

Product :                    **THIMEROSAL USP/BP**

*Manufacturer / Supplier identification*

Company:          GIHON Laboratorios Químicos s.r.l.; Mar del Plata; ARGENTINA
Contact for information:  Telefax: (54-223) 464-2567
Emergency telephone Nº: (54-223) 464-3610 / 464-0369     E-Mail: contact@gihonlab.com / QA@gihonlab.com

---

**2. Composition / Information on ingredients**

CAS-Nº.:              *[54-64-8]*                   EC-Index-Nº.:           080-004-00-7
Molar mass:          404.81                      EINECS-Nº.:            200-210-4
Molecular formula:   $C_9H_9HgNaO_2S$

---

**3. Hazards Identification**

Very toxic by inhalation, in contact with skin and if swallowed. Danger of cumulative effects.

---

**4. First Aid Measures**

After inhalation: fresh air. Apply mouth to mouth resuscitation or mechanical ventilation if necessary. Summon doctor.
After skin contact: wash off with plenty of water. Dab with polyethylene glycol 400. Immediately remove contaminated clothing.
After eye contact: rinse out with plenty of water for at least 10 minutes with the eyelid held wide open. Immediately summon eye specialist.
If swallowed: make the victim drink plenty of water, induce vomiting. Immediately summon doctor.

---

**5. Fire-Fighting Measures**

*Suitable extinguishing media:*
Powder, water, CO2

*Special risks:*
Development of hazardous vapours possible in the event of fire. The following might develop in the event of fire: Hg vapours.

---

**6. Accidental release measures**

*Procedures for cleaning / absorption:*
Carefully take up dry. Avoid generation of dusts.

---

**7. Handling and Storage**

*Handling:*
No further requirements.

*Storage:*
Tightly closed. Protected from light. Dry. Accessible only for authorised persons.

---

*Administration & Plant:* Calle 4 y 5, Parque Industrial Gral. Savio / 7600-Mar del Plata-ARGENTINA
*Commercial Department: E-mail:* info@gihonlab.com / contact@gihonlab.com / *Telefax:* (54-223) 464-2567 / *Tel.:* (54-223) 464-3610
*R&D and QA Department: E-mail:* QA@gihonlab.com / *Tel.:* (54-223) 464-0369 - Web Site: http://www.gihonlab.com

**Page 63 of 86**

**SAFETY DATA SHEET**        **GIHON-Laboratorios Químicos s.r.l.**

According to EC Directive 91/155/EEC                 Product  :        **THIMEROSAL USP/BP**

---

**8.  Exposure Controls / Personal Protection**

*Specific control parameter*

MAK Germany (max. workplace conc.) mercury , organic compounds:
0.01 mg/m3 inhalable dust; risk of skin absorption; risk of sensitisation.

*Personal protective equipment*

Respiratory protection:   required
Eye protection:                    required
Hand protection:                 required

*Industrial hygiene:*

Immediately change contaminated clothing. Apply skin-protective barrier cream. Wash hands and face after working
with substance. Under no circumstances eat or drink at workplace. Work under hood. Do not inhale substance.
Avoid dust development.

---

**9.  Physical and Chemical Properties**

| | | |
|---|---|---|
| Form: | powder, finecrystalline | |
| Colour: | white | |
| Odour: | characteristic | |
| | | |
| pH value | | |
| at 10 g/l H$_2$O | (20ºC) | 6.7-8.2 |
| | | |
| Melting temperature | | 232ºC - 233ºC (dec) |
| Boiling temperature | | not available |
| | | |
| Ignition temperature | | not available |
| Flash point | | not available |
| | | |
| Explosion limits | lower | not available |
| | upper | not available |
| | | |
| Density | | not available |
| Bulk density | | 500 kg/m$^3$ |
| | | |
| Solubility in | | |
| water | (20ºC) | 1000 g/l |
| ethanol | (20ºC) | 125 g/l |

---

**10. Stability and Reactivity**

*Conditions to be avoided :*

no information available

*Substances to be avoided :*

aluminium and reducing agents

*Hazardous decomposition products :*

no information available

*Administration & Plant:* Calle 4 y 5, Parque Industrial Gral. Savio / 7600-Mar del Plata-ARGENTINA
*Commercial Department:* E-mail: info@gihonlab.com / contact@gihonlab.com / *Telefax:* (54-223) 464-2567 / *Tel.:* (54-223) 464-3610
*R&D and QA Department:* E-mail: QA@gihonlab.com / *Tel.:* (54-223) 464-0369 - Web Site: http://www.gihonlab.com

Page 64 of 86

**SAFETY DATA SHEET**          **GIHON-Laboratorios Químicos s.r.l.**

According to EC Directive 91/155/EEC                    Product  :          **THIMEROSAL USP/BP**

---

**11. Toxicological Information**

*Acute toxicity :*

$LD_{50}$ (oral, rat): 75 mg/kg

*Further toxicological information :*

Quantitative data on the toxicity of this product are not available. The following applies to organic mercury compounds in general: long-term exposure leads to disorders/damage of the nervous system. Danger of skin absorption. Sensitisation with allergic manifestations in predisposed persons. Pregnant women should not be exposed to the product.
Further hazardous properties cannot be excluded.

*Further data :*

The product should be handled with the care usual when dealing with chemicals.

---

**12. Ecological information**

Do not allow to enter drinking water supplies, waste water or soil!

---

**13. Disposal Considerations**

*Product:*

There are no uniform EC regulations for the disposal of chemicals or residues. Chemical residues generally count as special waste. The disposal of the latter is regulated in the EC member countries through corresponding laws and regulations, and in the Federal Republic of Germany also by the individual Federal States. We recommend that you contact either the authorities in charge or approved waste disposal companies which will advise you on how to dispose of special waste.

*Packaging:*

Disposal in compliance with official regulations. Handle contaminated packaging in the same way as the substance itself. If not officially specified differently, non-contaminated packaging may be treated like household waste or recycled.

---

**14. Transport Information**

*Land transport ADR/RID and GGVS/GGVE :*

GGVS/GGVE class:       6.1       Number and letter:52B
ADR/RID class:         6.1       Number and letter:52B
Name of material:  2025 QUECKSILBERVERBINDUNG, FEST, N.A.G. (THIMEROSAL)

*River transport ADN/ADNR :*       not examined

*Sea transport IMDG :*

IMDG class:      6.1                 UN-Nº:   2025            Packaging group:        III
Ems:      6.1-04                     MFAG:   105
Correct technical name:      MERCURY COMPOUND, SOLID, N.O.S.(THIMEROSAL)
                             MARINE POLLUTANT

*Air transport ICAO-TI and IATA-DGR :*

ICAO/IATA class  6.1       UN/ID-Nº:       2025      Packaging group:        III
Correct technical name:    MERCURY COMPOUND, SOLID, N.O.S.

The transport regulations are cited according to international regulations and in the form applicable in Germany (GGVS/GGVE). Possible national deviations in other countries are not considered.

---

**SAFETY DATA SHEET**        **GIHON-Laboratorios Químicos s.r.l.**

According to EC Directive 91/155/EEC              Product :      **THIMEROSAL USP/BP**

---

**15. Regulatory Information**

*Labelling according to EC Directives :*

| | | |
|---|---|---|
| Symbol: | T+ | |
| Name: | Very Toxic | |
| R-phrases: | 26/27/28-33 | Very toxic by inhalation, in contact with skin and if swallowed. Danger of cumulative effects. |
| S-phrases: | 2-13-28-36-45 | Keep out of reach of children. Keep away from food, drink and animal feeding stuffs. After contact with skin, wash immediately with plenty of water. Wear suitable protective clothing. In case of accident or if you feel unwell, seek medical advice immediately (show the label were possible). |
| EEC-Nº | 200-210-4 | EEC label |

*German regulations :*

Water pollution class
Storage class VCI        6.1 B

*Data sheet of the Chemical Professional Association* M050 Dealing with harmful substances
                                                      M024 Mercury and its compounds

---

**16. Other information**

*Reasons for alteration :*  General update

---

Date of Issue: 30.09.01

> *The information contained herein is based on the present state of our knowledge. It characterises the product with regard to the appropriate safety precautions. It does not represent a guarantee of the properties of the product.*

---

Valid 11/2002 - 01/2003

Sigma Chemical Co.
P.O. Box 14508
St. Louis, MO 63178 USA
Phone: 314-771-5765


          M A T E R I A L   S A F E T Y   D A T A   S H E E T

SECTION 1. - - - - - - - - - CHEMICAL IDENTIFICATION- - - - - - - - -
     CATALOG #:          T5125
     NAME:               THIMEROSAL
SECTION 2. - - - - COMPOSITION/INFORMATION ON INGREDIENTS - - - - - -
     CAS #:   54-64-8
     MF: C9H9HGNAO2S
     EC NO:  200-210-4
  SYNONYMS
     ((O-CARBOXYPHENYL)THIO)ETHYLMERCURY SODIUM SALT * ELICIDE * ETHYL(2-) Tj ET BT /PjCour

     ACID SODIUM SALT * ETHYLMERCURITHIOSALICYLIC ACID SODIUM SALT *
     ETHYLMERKURITHIOSALICILAN SODNY (CZECH) * ETHYL (SODIUM O-) Tj ET BT /PjCourier 10 Tf


     MERTHIOLATE SODIUM * MERTORGAN * MERZONIN * MERZONIN SODIUM * SET *
     SODIUM ETHYLMERCURIC THIOSALICYLATE * SODIUM O-(ETHYLMERCURITHIO)
     BENZOATE * SODIUM ETHYLMERCURITHIOSALICYLATE * SODIUM MERTHIOLATE *
     THIMEROSAL * THIMEROSALATE * THIOMERSAL * THIOMERSALATE *
SECTION 3. - - - - - - - - - HAZARDS IDENTIFICATION - - - - - - - -
  LABEL PRECAUTIONARY STATEMENTS
     HIGHLY TOXIC (USA)
     VERY TOXIC (EU)
     VERY TOXIC BY INHALATION, IN CONTACT WITH SKIN AND IF SWALLOWED.
     DANGER OF CUMULATIVE EFFECTS.
     MAY CAUSE SENSITIZATION BY INHALATION AND SKIN CONTACT.
     IRRITATING TO EYES, RESPIRATORY SYSTEM AND SKIN.
     CALIF. PROP. 65 REPRODUCTIVE HAZARD.
     TARGET ORGAN(S):
     NERVES
     KIDNEYS
     SENSITIZER.
     CAUSES IRRITATION.
     KEEP AWAY FROM FOOD, DRINK AND ANIMAL FEEDINGSTUFFS.
     AFTER CONTACT WITH SKIN, WASH IMMEDIATELY WITH PLENTY OF WATER.
     IN CASE OF CONTACT WITH EYES, RINSE IMMEDIATELY WITH PLENTY OF
     WATER AND SEEK MEDICAL ADVICE.
     WEAR SUITABLE PROTECTIVE CLOTHING.
     IN CASE OF ACCIDENT OR IF YOU FEEL UNWELL, SEEK MEDICAL ADVICE
     IMMEDIATELY (SHOW THE LABEL WHERE POSSIBLE).
SECTION 4. - - - - - - - - - FIRST-AID MEASURES- - - - - - - - - -
     IF SWALLOWED, WASH OUT MOUTH WITH WATER PROVIDED PERSON IS CONSCIOUS.
     CALL A PHYSICIAN IMMEDIATELY.
     IF INHALED, REMOVE TO FRESH AIR. IF NOT BREATHING GIVE ARTIFICIAL
     RESPIRATION. IF BREATHING IS DIFFICULT, GIVE OXYGEN.
     IN CASE OF SKIN CONTACT, FLUSH WITH COPIOUS AMOUNTS OF WATER
     FOR AT LEAST 15 MINUTES. REMOVE CONTAMINATED CLOTHING AND
     SHOES. CALL A PHYSICIAN.
     IN CASE OF CONTACT WITH EYES, FLUSH WITH COPIOUS AMOUNTS OF WATER
     FOR AT LEAST 15 MINUTES. ASSURE ADEQUATE FLUSHING BY SEPARATING
     THE EYELIDS WITH FINGERS. CALL A PHYSICIAN.
SECTION 5. - - - - - - - - - FIRE FIGHTING MEASURES - - - - - - - - -

```
EXTINGUISHING MEDIA
  WATER SPRAY.
  CARBON DIOXIDE, DRY CHEMICAL POWDER OR APPROPRIATE FOAM.
SPECIAL FIREFIGHTING PROCEDURES
  WEAR SELF-CONTAINED BREATHING APPARATUS AND PROTECTIVE CLOTHING TO
  PREVENT CONTACT WITH SKIN AND EYES.
UNUSUAL FIRE AND EXPLOSIONS HAZARDS
  EMITS TOXIC FUMES UNDER FIRE CONDITIONS.
  THIS MATERIAL, LIKE MOST MATERIALS IN POWDER FORM, IS CAPABLE OF
  CREATING A DUST EXPLOSION.
SECTION 6. - - - - - - - - ACCIDENTAL RELEASE MEASURES- - - - - - - -
  WEAR SELF-CONTAINED BREATHING APPARATUS, RUBBER BOOTS AND HEAVY
  RUBBER GLOVES.
  SWEEP UP, PLACE IN A BAG AND HOLD FOR WASTE DISPOSAL.
  AVOID RAISING DUST.
  VENTILATE AREA AND WASH SPILL SITE AFTER MATERIAL PICKUP IS COMPLETE.
  EVACUATE AREA.
SECTION 7. - - - - - - - - - HANDLING AND STORAGE- - - - - - - - - - -
  REFER TO SECTION 8.
SECTION 8. - - - - - - EXPOSURE CONTROLS/PERSONAL PROTECTION- - - - -
  SAFETY SHOWER AND EYE BATH.
  USE ONLY IN A CHEMICAL FUME HOOD.
  WASH CONTAMINATED CLOTHING BEFORE REUSE.
  WASH THOROUGHLY AFTER HANDLING.
  DO NOT BREATHE DUST.
  DO NOT GET IN EYES, ON SKIN, ON CLOTHING.
  AVOID PROLONGED OR REPEATED EXPOSURE.
  NIOSH/MSHA-APPROVED RESPIRATOR.
  COMPATIBLE CHEMICAL-RESISTANT GLOVES.
  CHEMICAL SAFETY GOGGLES.
  KEEP TIGHTLY CLOSED.
  STORE IN A COOL DRY PLACE.
SECTION 9. - - - - - - PHYSICAL AND CHEMICAL PROPERTIES - - - - - - -
  APPEARANCE AND ODOR
    SOLID.
  PHYSICAL PROPERTIES
    MELTING POINT:      234  C
    FLASHPOINT               >482F
                             >250C
    SOLUBILITY:
        WATER -Z1076
    SPECIFIC GRAVITY:    0,5 G
SECTION 10. - - - - - - - -STABILITY AND REACTIVITY - - - - - - - - -
  STABILITY
    STABLE.
  CONDITIONS TO AVOID
    MAY DISCOLOR ON EXPOSURE TO LIGHT.
  INCOMPATIBILITIES
    STRONG OXIDIZING AGENTS
    STRONG ACIDS
    STRONG BASES
  HAZARDOUS COMBUSTION OR DECOMPOSITION PRODUCTS
    CARBON MONOXIDE, CARBON DIOXIDE
    MERCURY/MERCURY OXIDES
    SULFUR OXIDES
  HAZARDOUS POLYMERIZATION
    WILL NOT OCCUR.
SECTION 11. - - - - - - - - TOXICOLOGICAL INFORMATION - - - - - - - -
  ACUTE EFFECTS
    CAUSES SKIN IRRITATION.
    MAY BE FATAL IF ABSORBED THROUGH SKIN.
    CAUSES EYE IRRITATION.
    MAY BE FATAL IF INHALED.
    MATERIAL IS IRRITATING TO MUCOUS MEMBRANES AND UPPER
    RESPIRATORY TRACT.
```

```
                MAY BE FATAL IF SWALLOWED.
                POSSIBLE ALLERGIC REACTION TO DUST IF INHALED, INGESTED OR IN CONTACT
                WITH THE SKIN. HYPERSENSITIVITY REACTIONS MANIFESTED BY ERYTHEMA,
                PAPULAR OR VESICULAR ERUPTIONS OCCUR OCCASIONALLY. ALLERGIC
                CONJUNCTIVITIS HAS BEEN REPORTED.
                TO THE BEST OF OUR KNOWLEDGE, THE CHEMICAL, PHYSICAL, AND
                TOXICOLOGICAL PROPERTIES HAVE NOT BEEN THOROUGHLY INVESTIGATED.
            CHRONIC EFFECTS
                TARGET ORGAN(S):
                NERVES
                KIDNEYS
            RTECS #: OV8400000
                MERCURY, ((O-CARBOXYPHENYL)THIO)ETHYL-, SODIUM SALT
            IRRITATION DATA
                EYE-RBT 8 UG MLD                                 AJOPAA 78,98,1974
            TOXICITY DATA
                IAL-CHD LDLO:60 MG/KG/4W-I                       JOPDAB 104,311,1984
                ORL-RAT LD50:75 MG/KG                            PCOC** -,1130,1966
                SCU-RAT LD50:98 MG/KG                            CTOXAO 4,185,1971
                UNR-RAT LD50:40 MG/KG                            30ZDA9 -,290,1971
                ORL-MUS LD50:91 MG/KG                            NYKZAU 58,235,1962
                IPR-MUS LD50:54 MG/KG                            NYKZAU 58,235,1962
                SCU-MUS LD50:66 MG/KG                            QJPPAL 12,212,1939
                IVN-MUS LD50:45 MG/KG                            QJPPAL 12,212,1939
            TARGET ORGAN DATA
                BRAIN AND COVERINGS (OTHER DEGENERATIVE CHANGES)
                BEHAVIORAL (ANOREXIA, HUMAN)
                BEHAVIORAL (CHANGE IN MOTOR ACTIVITY)
                BEHAVIORAL (ATAXIA)
                BEHAVIORAL (COMA)
                LUNGS, THORAX OR RESPIRATION (OTHER CHANGES)
                GASTROINTESTINAL (NAUSEA OR VOMITING)
                KIDNEY, URETER, BLADDER (CHANGES IN TUBULES)
                EFFECTS ON FERTILITY (POST-IMPLANTATION MORTALITY)
                EFFECTS ON FERTILITY (ABORTION)
                EFFECTS ON EMBRYO OR FETUS (FETAL DEATH)
                TUMORIGENIC EFFECTS (UTERINE TUMORS)
                NUTRITIONAL AND GROSS METABOLIC (CHANGES IN: METABOLIC ACIDOSIS)
                TUMORIGENIC (NEOPLASTIC BY RTECS CRITERIA)
                TUMORIGENIC (TUMORS AT SITE OF APPLICATION)
                ONLY SELECTED REGISTRY OF TOXIC EFFECTS OF CHEMICAL SUBSTANCES
                (RTECS) DATA IS PRESENTED HERE. SEE ACTUAL ENTRY IN RTECS FOR
                COMPLETE INFORMATION.
        SECTION 12. - - - - - - - - - ECOLOGICAL INFORMATION - - - - - - - - - -
                DATA NOT YET AVAILABLE.
        SECTION 13. - - - - - - - - - DISPOSAL CONSIDERATIONS - - - - - - - - -
                CONTACT A LICENSED PROFESSIONAL WASTE DISPOSAL SERVICE TO DISPOSE OF
                THIS MATERIAL.
                DISSOLVE OR MIX THE MATERIAL WITH A COMBUSTIBLE SOLVENT AND BURN IN A
                CHEMICAL INCINERATOR EQUIPPED WITH AN AFTERBURNER AND SCRUBBER.
                OBSERVE ALL FEDERAL, STATE AND LOCAL ENVIRONMENTAL REGULATIONS.
        SECTION 14. - - - - - - - - - TRANSPORT INFORMATION - - - - - - - - -
                CONTACT SIGMA CHEMICAL COMPANY FOR TRANSPORTATION INFORMATION.
        SECTION 15. - - - - - - - - - REGULATORY INFORMATION - - - - - - - - - -
            EUROPEAN INFORMATION
                EC INDEX NO:      080-004-00-7
                VERY TOXIC
                R 26/27/28
                VERY TOXIC BY INHALATION, IN CONTACT WITH SKIN AND IF SWALLOWED.
                R 33
                DANGER OF CUMULATIVE EFFECTS.
                R 50/53
                VERY TOXIC TO AQUATIC ORGANISMS, MAY CAUSE LONG-TERM ADVERSE
                EFFECTS IN THE AQUATIC ENVIRONMENT.
                S 13
```

KEEP AWAY FROM FOOD, DRINK AND ANIMAL FEEDINGSTUFFS.
S 28
AFTER CONTACT WITH SKIN, WASH IMMEDIATELY WITH PLENTY OF SOAP SUDS.
S 36
WEAR SUITABLE PROTECTIVE CLOTHING.
S 45
IN CASE OF ACCIDENT OR IF YOU FEEL UNWELL, SEEK MEDICAL ADVICE
IMMEDIATELY (SHOW THE LABEL WHERE POSSIBLE).
S 60
THIS MATERIAL AND ITS CONTAINER MUST BE DISPOSED OF AS
HAZARDOUS WASTE.
S 61
AVOID RELEASE TO THE ENVIRONMENT. REFER TO SPECIAL INSTRUCTIONS/
SAFETY DATA SHEETS.
  REVIEWS, STANDARDS, AND REGULATIONS
    OEL=MAK
    ACGIH TLV-TWA 0.1 MG(HG)/M3 (SKIN)           DTLVS* TLV/BEI,1999
    MSHA STANDARD-AIR:TWA 0.05 MG(HG)/M3
     DTLWS* 3,22,1973
    OSHA PEL (GEN INDU):8H TWA 0.01 MG(HG)/M3
     CFRGBR 29,1910.1000,1994
    OSHA PEL (CONSTRUC):8H TWA 0.01 MG(HG)/M3 (SKIN)
     CFRGBR 29,1926.55,1994
    OSHA PEL (SHIPYARD):8H TWA 0.01 MG(HG)/M3 (SKIN)
     CFRGBR 29,1915.1000,1993
    OSHA PEL (FED CONT):8H TWA 0.01 MG(HG)/M3 (SKIN)
     CFRGBR 41,50-204.50,1994
    OEL-AUSTRALIA: TWA 0.05 MG(HG)/M3, SKIN, JAN1993
    OEL-BELGIUM: TWA 0.05 MG(HG)/M3, SKIN, JAN1993
    OEL-DENMARK: TWA 0.05 MG(HG)/M3, SKIN, JAN1999
    OEL-FINLAND: TWA 1 MG(HG)/M3, JAN1999
    OEL-FRANCE: VME 0.1 MG(HG)/M3, JAN1999
    OEL-GERMANY: MAK 0.01 PPM (0.1 MG(HG)/M3), JAN1999
    OEL-HUNGARY: TWA 0.02 MG(HG)/M3, STEL 0.04 MG(HG)/M3, JAN1993
    OEL-JAPAN: OEL 0.05 MG(HG)/M3, JAN1999
    OEL-THE NETHERLANDS: MAC-TGG O.05 MG(HG)/M3, MAC-K 0.15 MG(HG)/M3,
     SKIN, JAN1999
    OEL-NORWAY: TWA 0.05 MG(HG)/M3, JAN1999
    OEL-THE PHILIPPINES: TWA 0.05 MG(HG)/M3, JAN1993
    OEL-POLAND: MAC(TWA) 0.05 MG(HG)/M3, MAC(STEL) 0.15 MG(HG)/M3, JAN1999
    OEL-RUSSIA: TWA 0.05 MG(HG)/M3, STEL 0.01 MG(HG)/M3, JAN1993
    OEL-SWEDEN: NGV 0.05 MG(HG)/M3, SKIN, JAN1999
    OEL-THAILAND: STEL 0.05 MG(HG)/M3, JAN1993
    OEL-UNITED KINGDOM: LTEL 0.05 MG(HG)/M3, STEL 0.15 MG(HG)/M3, JAN1993
    OEL IN ARGENTINA, BULGARIA, COLOMBIA, JORDAN, KOREA CHECK ACGIH TLV;
    OEL IN NEW ZEALAND, SINGAPORE, VIETNAM CHECK ACGIH TLV
    NIOSH REL TO MERCURY, ARYL AND INORGANIC-AIR:CL 0.1 MG/M3 (SK)
     NIOSH* DHHS #92-100,1992
    NOHS 1974: HZD 84569; NIS 83; TNF 5617; NOS 30; TNE 242717
    NOES 1983: HZD 84569; NIS 32; TNF 3695; NOS 41; TNE 152997; TFE 114190
    EPA GENETOX PROGRAM 1988, POSITIVE: S CEREVISIAE GENE CONVERSION
    EPA TSCA SECTION 8(B) CHEMICAL INVENTORY
    EPA TSCA TEST SUBMISSION (TSCATS) DATA BASE, JANUARY 2001
  U.S. INFORMATION
    THIS PRODUCT IS SUBJECT TO SARA SECTION 313 REPORTING REQUIREMENTS -
    MERCURY COMPOUNDS.
    THIS PRODUCT IS OR CONTAINS CHEMICAL(S) KNOWN TO THE STATE OF
    CALIFORNIA TO CAUSE DEVELOPMENTAL TOXICITY.
SECTION 16. - - - - - - - - - - OTHER INFORMATION- - - - - - - - - - -
    THE ABOVE INFORMATION IS BELIEVED TO BE CORRECT BUT DOES NOT PURPORT TO
    BE ALL INCLUSIVE AND SHALL BE USED ONLY AS A GUIDE. SIGMA, ALDRICH,
    FLUKA SHALL NOT BE HELD LIABLE FOR ANY DAMAGE RESULTING FROM HANDLING
    OR FROM CONTACT WITH THE ABOVE PRODUCT. SEE REVERSE SIDE OF INVOICE OR
    PACKING SLIP FOR ADDITIONAL TERMS AND CONDITIONS OF SALE.
    COPYRIGHT 2001 SIGMA-ALDRICH CO.

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use FLULAVAL safely and effectively. See full prescribing information for FLULAVAL.**

**FLULAVAL™ (Influenza Virus Vaccine)**
**Intramuscular Injection**
**2006-2007 Formula**
**Initial US Approval: 2006**

------------------------------------------ INDICATIONS AND USAGE---------------------------------
- FLULAVAL is an influenza virus vaccine indicated for active immunization of adults 18 years of age and older against influenza disease caused by influenza virus subtypes A and type B contained in the vaccine. (1)
- This indication is based on immune response elicited by FLULAVAL, and there have been no controlled trials demonstrating a decrease in influenza disease after vaccination with FLULAVAL. (14)
- FLULAVAL is not indicated for use in children. (8.4)

--------------------------------------DOSAGE AND ADMINISTRATION ----------------------------
- A single 0.5-mL intramuscular injection. (2.2)

--------------------------------------DOSAGE FORMS AND STRENGTHS --------------------------
- 5-mL multi-dose vial containing 10 doses (each dose is 0.5 mL). (3)
- Each 0.5-mL dose contains 15 micrograms (mcg) of influenza virus hemagglutinin (HA) of each of the following 3 strains: A/New Caledonia/20/99 (H1N1), A/Wisconsin/67/2005 (H3N2), and B/Malaysia/2506/2004. (3, 11)
- Thimerosal, a mercury derivative, is added as a preservative. Each 0.5 mL dose contains 25 mcg mercury. (11)

-------------------------------------------- CONTRAINDICATIONS---------------------------------
- Known systemic hypersensitivity reactions to egg proteins, or any other component of FLULAVAL. (4.1)
- Life threatening reaction to previous influenza vaccination. (4.1)
- Delay immunization in a patient with an acute evolving, neurologic disorder. (4.2)

--------------------------------------- WARNINGS AND PRECAUTIONS------------------------------
- If Guillain-Barré syndrome has occurred within 6 weeks of receipt of prior influenza vaccine, the decision to give FLULAVAL should be based on careful consideration of the potential benefits and risks. (5.1)

1

- Individuals with bleeding disorders or receiving anticoagulants are at risk of hematoma formation following intramuscular administration. Take steps to control the risk of hematoma following the injection in these persons. (5.2)
- Immunocompromised persons may have a reduced immune response to FLULAVAL. (5.3)

-------------------------------------------ADVERSE REACTIONS ---------------------------------

- Most common (≥10%) local adverse events were pain, redness, and/or swelling at the injection site. (6.2)
- Most common (≥10%) systemic adverse events were headache, fatigue, myalgia, low grade fever, and malaise. (6.2)

**To report SUSPECTED ADVERSE REACTIONS, contact GlaxoSmithKline at 1-888-825-5249 or VAERS at 1-800-822-7967 and www.vaers.hhs.gov.**

------------------------------------------- DRUG INTERACTIONS-----------------------------------

- Do not mix with any other vaccine in the same syringe or vial. (7.1)
- May increase blood levels of warfarin, theophylline, and phenytoin. (7.2)
- Immunosuppressive therapies may reduce immune responses to FLULAVAL. (7.3)

---------------------------------------USE IN SPECIFIC POPULATIONS ----------------------------

- Safety and effectiveness of FLULAVAL have not been established in pregnant women and children. (8.1, 8.4)
- Antibody responses were lower in geriatric subjects than in younger subjects. (8.5)

**See 17 for PATIENT COUNSELING INFORMATION.**

_____

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
    2.1    Preparation for Administration
    2.2    Recommended Dose and Schedule
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
    4.1    Hypersensitivity
    4.2    Acute Neurologic Disorder
**5    WARNINGS AND PRECAUTIONS**
    5.1    Guillain-Barré Syndrome
    5.2    Persons at Risk of Bleeding
    5.3    Altered Immunocompetence
    5.4    Preventing and Managing Allergic Vaccine Reactions
    5.5    Limitations of Vaccine Effectiveness
**6    ADVERSE REACTIONS**
    6.1    Overall Adverse Reaction Profile
    6.2    Clinical Trials Experience
    6.3    Postmarketing Experience

2

    6.4    Adverse Events Associated with Influenza Vaccines
**7   DRUG INTERACTIONS**
    7.1    Concomitant Administration with Other Vaccines
    7.2    Warfarin, Theophylline, and Phenytoin
    7.3    Immunosuppressive Therapies
**8   USE IN SPECIFIC POPULATIONS**
    8.1    Pregnancy
    8.3    Nursing Mothers
    8.4    Pediatric Use
    8.5    Geriatric Use
**11  DESCRIPTION**
**12  CLINICAL PHARMACOLOGY**
    12.1  Mechanism of Action
**13  NONCLINICAL TOXICOLOGY**
    13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
**14  CLINICAL STUDIES**
**15  REFERENCES**
**16  HOW SUPPLIED/STORAGE AND HANDLING**
**17  PATIENT COUNSELING INFORMATION**

**\*Sections or subsections omitted from the full prescribing information are not listed.**

_____

## FULL PRESCRIBING INFORMATION

## 1    INDICATIONS AND USAGE

FLULAVAL is indicated for active immunization of adults (18 years of age and older) against influenza disease caused by influenza virus subtypes A and type B contained in the vaccine (see DOSAGE FORMS AND STRENGTHS [3]).

This indication is based on immune response elicited by FLULAVAL, and there have been no controlled trials demonstrating a decrease in influenza disease after vaccination with FLULAVAL (see CLINICAL STUDIES [14]).

FLULAVAL is not indicated for use in children.

## 2    DOSAGE AND ADMINISTRATION
## 2.1   Preparation for Administration

Inspect FLULAVAL visually for particulate matter and/or discoloration prior to administration whenever solution and container permit. If either of these conditions exists, the vaccine should not be administered.

Shake the multi-dose vial vigorously each time before withdrawing a dose of vaccine.

Between uses, return the multi-dose vial to the recommended storage conditions, between 2º and 8ºC (36º and 46ºF). **Do not freeze.** Discard if the vaccine has been frozen. Once entered, a multi-dose vial, and any residual contents, should be discarded after 28 days.

A separate sterile syringe and needle or a sterile disposable unit should be used for each injection to prevent transmission of infectious agents from one person to another. Needles should be disposed of properly and should not be recapped.

3

## 2.2    Recommended Dose and Schedule

FLULAVAL should be administered as a single 0.5-mL injection by the intramuscular route preferably in the region of the deltoid muscle of the upper arm.

The vaccine should not be injected in the gluteal area or areas where there may be a major nerve trunk. A needle length of ≥1 inch is preferred because needles <1 inch might be of insufficient length to penetrate muscle tissue in certain adults. Before injection, the skin over the site to be injected should be cleansed with a suitable germicide. After insertion of the needle, aspirate to ensure that the needle has not entered a blood vessel.

Do not inject intravenously or subcutaneously.

## 3    DOSAGE FORMS AND STRENGTHS

FLULAVAL is available as 5-mL multi-dose vials containing 10 doses. Each 0.5–mL dose contains a total of 45 mcg hemagglutinin from the 3 influenza virus types in the vaccine.

## 4    CONTRAINDICATIONS
### 4.1    Hypersensitivity

FLULAVAL should not be administered to anyone with known systemic hypersensitivity reactions to egg proteins (eggs or egg products), to chicken proteins, or to any component of FLULAVAL, or who has had a life threatening reaction to previous influenza vaccination.

### 4.2    Acute Neurologic Disorder

Immunization should be delayed in a patient with an acute evolving neurologic disorder but should be considered when the disease process has been stabilized.

## 5    WARNINGS AND PRECAUTIONS
### 5.1    Guillain-Barré Syndrome

If Guillain-Barré syndrome has occurred within 6 weeks of receipt of prior influenza vaccine, the decision to give FLULAVAL should be based on careful consideration of the potential benefits and risks.

### 5.2    Persons at Risk of Bleeding

FLULAVAL should not be given to individuals with bleeding disorders such as hemophilia or thrombocytopenia, or to persons on anticoagulant therapy unless the potential benefit clearly outweighs the risk of administration. If the decision is made to administer FLULAVAL to such persons, steps should be considered to control the risk of hematoma following the injection.

### 5.3    Altered Immunocompetence

If FLULAVAL is administered to immunocompromised persons, including individuals receiving immunosuppressive therapy, the expected immune response may not be obtained.

### 5.4    Preventing and Managing Allergic Vaccine Reactions

Prior to administration, the healthcare provider should review the patient's immunization history for possible vaccine sensitivity, previous vaccination-related adverse reactions and occurrence of any adverse event-related symptoms and/or signs, in order to determine the

4

existence of any contraindication to immunization with FLULAVAL and to allow an assessment of benefits and risks. Epinephrine injection (1:1,000) and other appropriate agents used for the control of immediate allergic reactions must be immediately available should an acute anaphylactic reaction occur.

**5.5    Limitations of Vaccine Effectiveness**

Vaccination with FLULAVAL may not protect 100% of susceptible individuals.

# 6    ADVERSE REACTIONS

## 6.1    Overall Adverse Reaction Profile

Adverse event information from clinical trials provides a basis for identifying adverse events that appear to be related to vaccine use and for approximating rates. However, because clinical trials are conducted under widely varying conditions, adverse event rates observed in the clinical trials of a vaccine cannot be directly compared to rates in the clinical trials of another vaccine, and may not reflect the rates observed in practice.

Safety information for FLULAVAL was collected in 2 clinical trials and is discussed in the following section (6.2). There is the possibility that broad use of FLULAVAL could reveal adverse events not observed in clinical trials.

## 6.2    Clinical Trials Experience

Safety information for FLULAVAL was collected in 2 randomized, controlled clinical trials, one in the United States (IDB707-105) and the second in Canada (SPD707-104). The safety population from these trials includes 1,049 adults 18 years of age and older vaccinated with products representative of the current formulation of FLULAVAL. The US study included subjects 18 to 64 years of age who were randomized to receive FLULAVAL (n = 721) or a US-licensed trivalent, inactivated influenza virus vaccine (FLUZONE) (n = 279). The Canadian study compared 4 vaccine groups: FLULAVAL, a similar investigational formulation of FLULAVAL with reduced thimerosal, and 2 Canadian-licensed trivalent influenza vaccines.

Among recipients of FLULAVAL, 56.6% were women; 92.4% of subjects were White, 6.5% Black, 2.7% Native American, and 1.0% Asian. In the US study, 74.8% of the recipients of FLULAVAL were Hispanic/Latino. The mean age of subjects in the US study was 38 years (range 18-64 years) and 19% of subjects were 50 to 64 years of age. In the Canadian study, the mean age was 63 years (range 50-92 years), and 46.6% were 65 years of age and older.

A series of symptoms and/or findings were specifically solicited by a diary/memory aid used by subjects for at least the day of vaccination and 3 days post-treatment (see Table 1). Subjects were actively queried about changes in their health status through 42 days post-vaccination in the US trial, and six months post-vaccination in the Canadian study. In addition, spontaneous reports of adverse events were also collected (see Table 2).

5

**Table 1. Solicited Adverse Events in the First 4 Days After Administration of FLULAVAL or Comparator Influenza Vaccine**

| | US Trial Adults 18 to 64 years of age (80% <50 years of age) | | Canadian Trial Adults 50 years of age and older |
|---|---|---|---|
| | FLULAVAL N = 721 | Comparator Influenza Vaccine[*] N = 279 | FLULAVAL[†] N = 328 |
| **Local Adverse Events** | | | |
| Pain | 174 (24%) | 85 (31%) | 70 (21%) |
| Redness | 76 (11%) | 28 (10%) | 48 (14%) |
| Swelling | 71 (10%) | 29 (10%) | 21 (6%) |
| **Systemic Adverse Events** | | | |
| Headache | 127 (18%) | 48 (17%) | 34 (10%) |
| Fatigue | 123 (17%) | 43 (15%) | 33 (10%) |
| Myalgia | 93 (13%) | 44 (16%) | 35 (11%) |
| Fever[‡] | 79 (11%) | 28 (10%) | 1 (1%) |
| Malaise | 73 (10%) | 28 (10%) | 13 (4%) |
| Sore throat | 64 (9%) | 26 (9%) | 17 (5%) |
| Reddened eyes | 44 (6%) | 15 (5%) | 10 (3%) |
| Cough | 44 (6%) | 19 (7%) | 11 (3%) |
| Chills | 38 (5%) | 6 (2%) | 10 (3%) |
| Chest tightness | 24 (3%) | 4 (1%) | 6 (2%) |
| Facial swelling | 7 (1%) | 1 (1%) | 1 (1%) |

Results >1% reported to nearest whole percent; results >0 but ≤1 reported as 1%.

[*]  US-licensed trivalent, inactivated influenza virus vaccine (FLUZONE).

[†]  Includes subjects who received FLULAVAL and a similar investigational formulation of FLULAVAL with reduced thimerosal.

[‡]  Fever defined as ≥37.5°C in the US study, and ≥38.0°C in the Canadian study.

Local adverse events occurred with similar frequency in the 2 trials. In the US study, the only significant difference between FLULAVAL and a US-licensed trivalent, inactivated influenza virus vaccine was an increased frequency of chills in subjects receiving FLULAVAL.

Table 2 summarizes the most common adverse events in the 2 clinical trials; adverse events were reported, either spontaneously or in response to queries about changes in health status. The most common events were headache and cough in both studies. These, as well as throat pain, were the only adverse events reported by >1% of subjects in the US trial. The Canadian trial featured a longer safety follow-up (6 months vs. 42 days) and enrolled a population exclusively 50 years of age and older. Therefore, spontaneous adverse event reports were more frequent in this trial. As indicated in Table 2, upper respiratory infection, arthralgia,

6

myalgia, nasopharyngitis, back pain, injection site erythema, diarrhea, fatigue, nausea, and nasal congestion were each reported by ≥5% of the recipients of FLULAVAL in the Canadian study.

**Table 2. Adverse Events Reported Spontaneously\* by ≥5% of Subjects in Either Clinical Trial of FLULAVAL**

| Adverse Events | US Trial (safety follow-up 42 days) Adults 18 to 64 years of age (80% <50 years of age) | | Canadian Trial (safety follow-up 6 months) Adults 50 years of age and older |
| | FLULAVAL N = 721 | Comparator Influenza Vaccine[†] N = 279 | FLULAVAL[‡] N = 328 |
|---|---|---|---|
| Headache | 49 (7%) | 18 (7%) | 63 (19%) |
| Cough | 16 (2%) | 5 (2%) | 48 (15%) |
| Pharyngolaryngeal pain | 17 (2%) | 9 (3%) | 38 (12%) |
| Upper respiratory infection | 3 (1%) | 2 (1%) | 30 (9%) |
| Arthralgia | 5 (1%) | 3 (1%) | 27 (8%) |
| Myalgia | 4 (1%) | 2 (1%) | 23 (7%) |
| Nasopharyngitis | 1 (1%) | 1 (1%) | 23 (7%) |
| Back pain | 5 (1%) | 3 (1%) | 19 (6%) |
| Injection site erythema | 2 (1%) | 1 (1%) | 18 (5%) |
| Diarrhea | 5 (1%) | 0 | 18 (5%) |
| Fatigue | 6 (1%) | 2 (1%) | 17 (5%) |
| Nausea | 5 (1%) | 1 (1%) | 17 (5%) |
| Nasal congestion | 7 (1%) | 2 (1%) | 16 (5%) |

Results >1% reported to nearest whole percent; results >0 but ≤1 reported as 1%.

\*   Adverse events in this table were reported spontaneously or in response to queries about changes in health status.

[†]   US-licensed trivalent, inactivated influenza virus vaccine (FLUZONE).

[‡]   Includes subjects who received FLULAVAL and a similar investigational formulation of FLULAVAL with reduced thimerosal.

## 6.3   Postmarketing Experience

The following additional adverse events have been identified during postapproval use of FLULAVAL in Canada since 2001. Because these events are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their incidence rate or establish a causal relationship to vaccine exposure. Adverse events described here are included

7

because: a) they represent reactions which are known to occur following immunizations generally or influenza immunizations specifically; b) they are potentially serious; or c) the frequency of reporting.

*Blood and lymphatic system disorders:* Lymphadenopathy.

*Eye disorders:* Conjunctivitis, eye pain, photophobia.

*Gastrointestinal disorders:* Dysphagia, vomiting.

*General disorders and administration site conditions:* Chest pain, injection site inflammation, rigors, asthenia, injection site rash, influenza-like symptoms, abnormal gait, injection site bruising, injection site sterile abscess.

*Immune system disorders:* Allergic edema of the face, allergic edema of the mouth, anaphylaxis, allergic edema of the throat.

*Infections and infestations:* Pharyngitis, rhinitis, laryngitis, cellulitis.

*Musculoskeletal and connective tissue disorders:* Muscle weakness, back pain, arthritis.

*Nervous system disorders:* Dizziness, paresthesia, hypoesthesia, hypokinesia, tremor, somnolence, syncope, Guillain-Barré syndrome, convulsions/seizures, facial or cranial nerve paralysis, encephalopathy, limb paralysis.

*Psychiatric disorders:* Insomnia.

*Respiratory, thoracic, and mediastinal disorders:* Dyspnea, dysphonia, bronchospasm, throat tightness.

*Skin and subcutaneous tissue disorders:* Urticaria, localized or generalized rash, pruritus, periorbital edema, sweating.

*Vascular disorders:* Flushing, pallor.

## 6.4    Adverse Events Associated with Influenza Vaccines

Anaphylaxis has been reported after administration of FLULAVAL. Although FLULAVAL contains only a limited quantity of egg protein, this protein can induce immediate hypersensitivity reactions among persons who have severe egg allergy. Allergic reactions include hives, angioedema, allergic asthma, and systemic anaphylaxis (see CONTRAINDICATIONS [4]).

The 1976 swine influenza vaccine was associated with an increased frequency of Guillain-Barré syndrome (GBS). Evidence for a causal relation of GBS with subsequent vaccines prepared from other influenza viruses is unclear. If influenza vaccine does pose a risk, it is probably slightly more than 1 additional case/1 million persons vaccinated.

Neurological disorders temporally associated with influenza vaccination such as encephalopathy, optic neuritis/neuropathy, partial facial paralysis, and brachial plexus neuropathy have been reported.

Microscopic polyangitis (vasculitis) has been reported temporally associated with influenza vaccination.

8

## 7      DRUG INTERACTIONS
### 7.1     Concomitant Administration with Other Vaccines
There are no data to assess the concomitant administration of FLULAVAL with other vaccines. If FLULAVAL is to be given at the same time as another injectable vaccine(s), the vaccines should always be administered at different injection sites. FLULAVAL should not be mixed with any other vaccine in the same syringe or vial.
### 7.2     Warfarin, Theophylline, and Phenytoin
Although it has been reported that influenza vaccination may inhibit the clearance of warfarin, theophylline, and phenytoin, controlled studies have yielded inconsistent results regarding pharmacokinetic interactions between influenza vaccine and these medications. Nevertheless, clinicians should consider the potential for an interaction when FLULAVAL is administered to persons receiving these drugs.
### 7.3     Immunosuppressive Therapies
Immunosuppressive therapies, including irradiation, antimetabolites, alkylating agents, cytotoxic drugs, and corticosteroids (used in greater than physiologic doses), may reduce the immune response to FLULAVAL.

## 8      USE IN SPECIFIC POPULATIONS
### 8.1     Pregnancy
Pregnancy Category C. Animal reproduction studies have not been conducted with FLULAVAL. It is also not known whether FLULAVAL can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. FLULAVAL should be given to a pregnant woman only if clearly needed.
### 8.3     Nursing Mothers
It is not known whether FLULAVAL is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when FLULAVAL is administered to a nursing woman.
### 8.4     Pediatric Use
Safety and effectiveness of FLULAVAL in pediatric patients have not been established.
### 8.5     Geriatric Use
In the 2 clinical trials, there were 157 subjects who were ≥65 years of age and received FLULAVAL; 21 of these subjects were ≥75 years of age. Hemagglutination-inhibiting (HI) antibody responses were lower in geriatric subjects than younger subjects after administration of FLULAVAL. Solicited adverse events were similar in frequency to those reported in younger subjects (see ADVERSE REACTIONS [6]).

## 11     DESCRIPTION
FLULAVAL is a trivalent, split-virion influenza virus vaccine prepared from virus propagated in the allantoic cavity of embryonated hens' eggs. Each of the influenza virus strains is produced and purified separately. The virus is inactivated with ultraviolet light treatment

9

followed by formaldehyde treatment, purified by centrifugation, and disrupted with sodium deoxycholate.

FLULAVAL is a homogenized, sterile, colorless to slightly opalescent suspension in a phosphate-buffered saline solution. FLULAVAL has been standardized according to USPHS requirements for the 2006–2007 influenza season and is formulated to contain 45 micrograms (mcg) hemagglutinin per 0.5-mL dose in the recommended ratio of 15 mcg HA of each of the following 3 strains: A/New Caledonia/20/99 (H1N1), A/Wisconsin/67/2005 (H3N2), and B/Malaysia/2506/2004. Thimerosal, a mercury derivative, is added as a preservative. Each dose contains 25 mcg mercury. Each dose may also contain residual amounts of egg proteins (≤1 mcg ovalbumin), formaldehyde (≤25 mcg), and sodium deoxycholate (≤50 mcg). Antibiotics are not used in the manufacture of this vaccine.

## 12     CLINICAL PHARMACOLOGY
### 12.1   Mechanism of Action

Influenza illness and its complications follow infection with influenza viruses. Global surveillance of influenza identifies yearly antigenic variants. For example, since 1977, antigenic variants of influenza A (H1N1 and H3N2) viruses and influenza B viruses have been in global circulation. Specific levels of HI antibody titer post-vaccination with inactivated influenza virus vaccines have not been correlated with protection from influenza illness but the antibody titers have been used as a measure of vaccine activity. In some human challenge studies, antibody titers of ≥1:40 have been associated with protection from influenza illness in up to 50% of subjects.[1,2] Antibody against one influenza virus type or subtype confers little or no protection against another virus. Furthermore, antibody to one antigenic variant of influenza virus might not protect against a new antigenic variant of the same type or subtype. Frequent development of antigenic variants through antigenic drift is the virological basis for seasonal epidemics and the reason for the usual change of one or more new strains in each year's influenza vaccine. Therefore, inactivated influenza vaccines are standardized to contain the hemagglutinins of strains (i.e., typically 2 type A and 1 type B), representing the influenza viruses likely to circulate in the United States in the upcoming winter.

Annual revaccination with the current vaccine is recommended because immunity declines during the year after vaccination, and because circulating strains of influenza virus change from year to year.[3]

## 13     NONCLINICAL TOXICOLOGY
### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility

FLULAVAL has not been evaluated for carcinogenic or mutagenic potential, or for impairment of fertility.

## 14     CLINICAL STUDIES

In 2 randomized, active-controlled trials of FLULAVAL, the immune responses, specifically HI antibody titers to each virus strain in the vaccine, were evaluated in sera obtained

10

21 days after administration of FLULAVAL. No controlled trials demonstrating a decrease in influenza disease after vaccination with FLULAVAL have been performed.

A 1,000-subject randomized, blinded, and controlled study was performed in the United States in 18- to 64-year-old healthy adults. A total of 721 subjects received FLULAVAL, and 279 received a US-licensed trivalent, inactivated influenza virus vaccine (FLUZONE); 959 subjects had complete serological data and no major protocol deviations. Among recipients of FLULAVAL, 57.4% were women. The mean age of recipients of FLULAVAL was 37.9 years; 80.4% were 18 to 49 years of age and 19.6% were 50 to 64 years of age.

A second, randomized, blinded, and controlled study which enrolled 658 subjects 50 years of age and older (stratified by age <65 and ≥65 years) was conducted in Canada. This study included elderly persons with medically controlled chronic high-risk diagnoses who were clinically stable. This study compared 4 vaccine groups: FLULAVAL, a similar investigational formulation of FLULAVAL with reduced thimerosal, and 2 Canadian-licensed trivalent influenza vaccines. Results from the 2 groups that received FLULAVAL were submitted in support of the US licensure of FLULAVAL. Among these 2 groups, 54.9% of subjects were women. The mean age of recipients of FLULAVAL was 63 years; 53.4% were 50 to 64 years of age and 46.6% were 65 years of age and older.

For both studies, analysis of the following co-primary endpoints were performed for each HA antigen contained in the vaccine: 1) assessment of the lower bounds of 2-sided 95% confidence intervals for the proportion of subjects with HI antibody titers of ≥1:40 after vaccination, and 2) assessment of the lower bounds of 2-sided 95% confidence intervals for rates of seroconversion (defined as a 4-fold increase in post-vaccination HI antibody titer from pre-vaccination titer ≥1:10, or an increase in titer from <1:10 to ≥1:40). The pre-specified targets for the 2 endpoints varied by study because of age of subjects enrolled. The pre-specified target for endpoint 1) was 70% in the US study and 60% in the Canadian study. For endpoint 2) the pre-specified target was 40% in the US study and 30% in the Canadian study. For the Canadian study, the primary endpoints, as originally designed, were descriptive comparisons of immune response; therefore, a post-hoc analysis of the endpoints, as described above, was performed.

11

**Table 3. Serum Hemagglutination-Inhibiting (HI) Antibody Responses to FLULAVAL in 2 Clinical Trials\* (Per Protocol cohort)[†]**

| US Trial in Adults 18 to 64 years of age | % of Subjects (lower bound of 2-sided 95% confidence interval)[‡] | | |
|---|---|---|---|
| | FLULAVAL N = 692 | | Primary endpoint met post-vaccination |
| HI titers ≥40 against: | Pre-vaccination | Post-vaccination | |
| A/New Caledonia/20/99 (H1N1) | 24.6 | 96.5 (94.9) | Yes |
| A/Wyoming/03/03 (H3N2) | 58.7 | 98.7 (97.6) | Yes |
| B/Jiangsu/10/03 | 5.4 | 62.9 (59.1) | No |
| Seroconversion[§] to: | | | |
| A/New Caledonia/20/99 (H1N1) | 85.6 (82.7) | | Yes |
| A/Wyoming/03/03 (H3N2) | 79.3 (76.1) | | Yes |
| B/Jiangsu/10/03 | 58.4 (54.6) | | Yes |
| Canadian Trial in Adults ≥50 years of age | % of Subjects (lower bound of 2-sided 95% confidence interval)[‡] | | |
| | FLULAVAL[‖] N = 324 | | Primary endpoint met post-vaccination |
| HI titers ≥40 against: | Pre-vaccination | Post-vaccination | |
| A/New Caledonia/20/99 (H1N1) | 39.5 | 86.4 (82.2) | Yes |
| A/Wyoming/03/03 (H3N2) | 67.9 | 99.1 (97.3) | Yes |
| B/Jiangsu/10/03 | 10.2 | 57.1 (51.5) | No |
| Seroconversion[§] to: | | | |
| A/New Caledonia/20/99 (H1N1) | 44.8 (39.3) | | Yes |
| A/Wyoming/03/03 (H3N2) | 69.1 (63.8) | | Yes |
| B/Jiangsu/10/03 | 49.1 (43.5) | | Yes |

\*    Results obtained following vaccination with FLULAVAL manufactured for the 2004–2005 season.

[†]    Per Protocol cohort for immunogenicity included subjects with complete pre- and post-dose HI titer data and no major protocol deviations.

[‡]    Lower bounds were calculated using Clopper-Pearson method.

[§]    Seroconversion = a 4-fold increase post-vaccination in HI antibody titer from pre-vaccination titer ≥1:10, or an increase in titer from <1:10 to ≥1:40.

[‖]    Includes subjects who received FLULAVAL and a similar investigational formulation of FLULAVAL with reduced thimerosal.

Across both studies, serum HI antibody responses to FLULAVAL met the pre-specified seroconversion criteria for all 3 virus strains, and also the pre-specified criterion for the proportion of subjects with HI titers ≥1:40 for both influenza A viruses. In both trials, both FLULAVAL and the comparator vaccine did not meet the pre-specified criterion for the proportion of subjects with HI titers ≥1:40 for the influenza B virus. The clinical relevance of this

12

finding on vaccine-induced protection against illness caused by influenza type B strains is unknown.

## 15    REFERENCES

1.  Hannoun C, Megas F, Piercy J. Immunogenicity and protective efficacy of influenza vaccination. *Virus Res* 2004;103:133-138.
2.  Hobson D, Curry RL, Beare AS, et al. The role of serum haemagglutination-inhibiting antibody in protection against challenge infection with influenza A2 and B viruses. *J Hyg Camb* 1972;70:767-777.
3.  Centers for Disease Control and Prevention. Prevention and control of influenza: Recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR* 2006;55(RR-10):1-42.

## 16    HOW SUPPLIED/STORAGE AND HANDLING

FLULAVAL is supplied in a 5-mL multi-dose vial containing ten 0.5-mL doses. Once entered, the multi-dose vial should be discarded after 28 days.

Store FLULAVAL refrigerated between 2º and 8ºC (36º and 46ºF). **Do not freeze.** Discard if the vaccine has been frozen. Store in the original package to protect from light.

Do not use after expiration date shown on the label.

The vial stopper does not contain latex.

NDC 19515-883-07 (package of 1 vial containing 10 doses)

## 17    PATIENT COUNSELING INFORMATION

Vaccine recipients and guardians should be informed by their healthcare provider of the potential benefits and risks of immunization with FLULAVAL. When educating vaccine recipients and guardians regarding potential side effects, clinicians should emphasize that (1) FLULAVAL contains non-infectious killed viruses and cannot cause influenza and (2) FLULAVAL is intended to provide protection against illness due to influenza viruses only, and cannot provide protection against all respiratory illness.

Vaccine recipients and guardians should be instructed to report any severe or unusual adverse reactions to their healthcare provider.

The vaccine recipient or guardian should be given the Vaccine Information Statements, which are required by the National Childhood Vaccine Injury Act of 1986 to be given prior to immunization. These materials are available free of charge at the CDC website (www.cdc.gov/nip).

Vaccine recipients and guardians should be instructed that annual revaccination is recommended.

Manufactured by **ID Biomedical Corporation of Quebec**, Quebec City, QC, Canada
US license 1739

Distributed by **GlaxoSmithKline,** Research Triangle Park, NC 27709

13

FLULAVAL is a trademark of ID Biomedical Corporation of Quebec.
FLUZONE is a trademark of Sanofi Pasteur Inc.
©2006, GlaxoSmithKline. All rights reserved.
August 2006                                                                                        FV:L1

14

10

THE WALL STR

WSJ  5/19/04   p. D.3.

# Vaccine-Autism Link Is Discounted

## Panel Finds No Connection But Some Interest Groups, Congressmen Don't Agree

**By Kimberly Pierceall**

WASHINGTON—Moving to put to rest a long-running debate, an Institute of Medicine panel said it found no link between autism and childhood vaccines.

The institute, an arm of the National Academy of Sciences, said studies linking the disorder and the mercury-based vaccine preservative thimerosal as well as the vaccine for measles, mumps and rubella "lack supporting evidence and are theoretical only."

The panel urged researchers to stop looking at vaccines as a cause of autism, and instead examine other possible causes, including genetic links and prenatal infections.

Marie C. McCormick, a Harvard professor of maternal and child health who headed the Immunization Safety Review Committee, and panel member Steven Goodman, a John Hopkins University associate professor, said they would vaccinate their own children without fears of autism.

The Centers for Disease Control and Prevention and the National Institutes of Health formed the committee to investigate claims that vaccines cause health problems. The report issued yesterday is the last in a series, and it dealt solely with the question of whether vaccines cause autism, a developmental disorder that seriously impairs a child's ability to learn and socialize and is usually diagnosed at about the same time children receive many of the recommended childhood vaccines.

Reported cases of autism have been on the rise in the U.S., but the reason for it has been a matter of debate. Many experts say it is the result of more awareness and thus more diagnoses; critics of that theory say there is an epidemic and want to know why. Citing two studies, the committee said that one in every 1,000 children is autistic. But some activists contend the condition may afflict as many as one in every 250 children.

Based on reaction to the report yesterday, the debate is unlikely to be quelled.

Rep. Dave Weldon (R., Fla.), who introduced legislation in early April that would ban mercury from children's vaccines, called the report premature. "This report will not deter me from my commitment to seeing that this is fully investigated, nor will it put to rest the concerns of parents who believe their children were harmed by mercury-containing vaccines or the MMR vaccine," he said. Rep. Weldon, a physician, also has a personal interest in the matter: a friend's son was diagnosed as autistic around the time he was vaccinated.

Rep. Dan Burton (R., Ind.), a leading advocate of ridding vaccines of mercury, said the study is "bunk." Rep. Burton's grandson was diagnosed with autism also around the time he got vaccines containing mercury.

A number of interest groups representing parents of autistic children also criticized the panel's report. Lyn Redwood, president of SafeMinds, a nonprofit group that wants to end all use of thimerosal in vaccines, said in a statement that the panel "issued a flawed, incomplete report that continues to put America's children at risk."

Thimerosal had been used in some vaccines since the 1930s, but vaccine makers began phasing it out in 1999 and most vaccines today don't contain the preservative.

**Wyeth,** a leading children's vaccine producer, welcomed the report. The report "strongly confirms that there is no evidence linking thimerosal-containing vaccines and autism, a conclusion previously reported by numerous U.S. and European scientists and public-health officials," said Wyeth spokesman Lowell Weiner.

In 2001, the Institute of Medicine panel left open the possibility of a link between vaccines and autism, and yesterday's report sought to end that debate, though it left open the possibility vaccines could cause immune-system problems.

"The committee doesn't dispute that mercury containing compounds can be damaging to the immune system," said Dr. McCormick. She said parents should choose a thimerosal-free vaccine if one is available but if it isn't, parents should have their children vaccinated anyway.

A large-scale Danish study published in 2002 found no relationship between the MMR vaccine and autism. Researchers reviewed the records of all children born in Denmark from 1991 through 1998—a total of 537,303 children—and found no difference in autism rates between vaccinated and unvaccinated children.