## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL G. KING**, et al.,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>**MICHAEL O. LEAVITT**,  )<br>Secretary, Health and Human Services  )<br>  )<br>  )<br>Defendants.  ) | **CASE NO. 1:06CV01357**<br>JUDGE EMMET G. SULLIVAN |

**ORDER**

Upon consideration of the Plaintiffs' Motion for a Preliminary Injunction, the Defendants' opposition thereto, and the oral arguments had thereon, it is herby

ORDERED that the FDA is hereby enjoined from licensing any influenza vaccination for use in pregnant women or children that contains Thimerosal as well as from recommending that pregnant women receive any vaccine that has a Pregnancy C designation since the studies required to prove safety to the child developing *in utero* have not been conducted.  Additionally, the FDA is directed to require all vaccine manufacturers to place a "black box" warning on any influenza vaccine product vial or syringe that contains Thimerosal, specifically warning that it "Contains Mercury."

Date: _____

_____
UNITED STATES DISTRICT COURT JUDGE