UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAUL G. KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01357 (EGS) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary, | ) | |
| Health and Human Services, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION, AND MEMORANDUM IN SUPPORT, FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Defendants, Michael O. Leavitt, Secretary of Health and Human Services, and Andrew C. von Eschenbach, Acting Commissioner, Food and Drug Administration, respectfully request an extension of time to respond to plaintiffs' amended complaint and to plaintiffs' motion for a preliminary injunction. The Court granted plaintiffs' motion to amend the complaint on November 21, 2006, making defendants' answer due December 6. Plaintiffs' motion for a preliminary injunction was filed November 20, making defendants' response to that motion due December 1. Defendants seek an extension of time to December 22 to respond to both of these filings.

**LOCAL RULE 7(m) CERTIFICATION**

In accordance with Local Rule 7(m), counsel for the government, Drake Cutini, has consulted with counsel for plaintiffs, Clifford Shoemaker, and plaintiffs' counsel consents to the government's requested extension. In addition, plaintiffs request an extension of time to January 22 to reply to defendants' opposition to plaintiffs' motion for preliminary injunction and also to respond to any motion the defendants file on December 22 in response to the complaint, and

defendants consent to this extension.  A proposed order reflecting these dates is attached.

| Of Counsel: | Respectfully submitted, |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation |       /s/<br>DRAKE CUTINI |
| SHOSHANA HUTCHINSON<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>301-827-8579 | Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel:  202-307-0044<br>Fax:  202-514-8742 |

November 27, 2006