UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL G. KING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-01357 (EGS) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| Health and Human Services, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of defendants' motion for an extension of time to respond to the amended complaint and to plaintiffs' motion for a preliminary injunction, the motion being unopposed, it is hereby

ORDERED that defendants' motion is granted, and defendants shall respond to the amended complaint and to plaintiffs' motion for a preliminary injunction on or before December 22, 2006, and plaintiffs shall reply to defendants' opposition to plaintiffs' motion for preliminary injunction and shall respond to any motion the defendants file on December 22 by January 22, 2007.

Date: _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE