UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL G. KING, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 06-01357 (EGS) |
| | ) |
| MICHAEL O. LEAVITT, Secretary, | ) |
| Health and Human Services, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of defendants' motion to dismiss the amended complaint and the opposition thereto, it is hereby

ORDERED that defendants' motion is granted, and the complaint is dismissed with prejudice.


Date: _____


_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE