UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL G. KING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-01357 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

The administrative record for plaintiffs' citizen petition that was filed with the Food and Drug Administration on July 30, 2004 (FDA Docket Number CP2004P-0439/CP1), is enclosed with this notice and is being filed at this time. In accordance with instructions from the Clerk of Court, the certified record, in hard copy form, plus one copy, are being filed with the Court, and a hard copy is being served plaintiffs' counsel. This notice will be filed electronically, but the administrative record will not be filed electronically.

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| | |
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| | |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General |
| | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | |
| SHOSHANA HUTCHINSON<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD 20857<br>301-827-8579 | /s/ Drake Cutini<br>DRAKE CUTINI<br>Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>202-307-0044<br>Fax: 202-514-8742<br>drake.cutini@usdoj.gov |
| December 22, 2006 | |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the attached notice of filing administrative record and the administrative record by Federal Express on December 22, 2006, upon the following:

>Clifford J. Shoemaker
>Shoemaker & Associates
>9711 Meadowlark Road
>Vienna, Virginia 22182
>703-281-6395

_____
Drake Cutini