IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL G. KING**, et al., ) | |
| ) | |
| Plaintiffs, ) | **CASE NO. 1:06CV01357** |
| ) | JUDGE EMMET G. SULLIVAN |
| v. ) | |
| ) | |
| **MICHAEL O. LEAVITT**, ) | |
| Secretary, Health and Human Services ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS
AND REPLY TO DEFENDANTS' RESPONSE TO
MOTION FOR A PRELIMINARY INJUNCTION**

Defendants have moved to dismiss the amended complaint on the grounds that the administrative action is not final and plaintiffs have not exhausted their administrative remedies, and in their Memorandum in support thereof, they have noted some objections to the Motion for a Preliminary Injunction.

With regard to Count I of the Amended Complaint, Plaintiffs contend that the FDA has NOT responded to the Citizens Petition that was filed, and the relief being sought is an order directing the FDA to properly respond. This issue is ripe, and the Court has jurisdiction to hear evidence on this count. Plaintiffs would prefer that this Court treat the administrative action on this Citizen Petition as being final, and rule that administrative remedies have been exhausted. Plaintiffs are prepare to move to hearing on the issues involved in this case.

With regard to Count II, Plaintiffs would ask that this Court determine that the FDA letter of September 26, 2006 constitutes final administrative action and that Plaintiffs have exhausted their administrative remedies.

With regard to the claims in the amended complaint that the defendants have violated 42 U.S.C. §300aa-27, there is no need to exhaust any administrative remedy, and violations of this section can and should be heard by this Court now.

The Plaintiffs' Motion for a Preliminary Injunction can and should be heard by this Court immediately under the jurisdiction that this Court has to enforce the "Mandate for safer childhood vaccines" under 42 U.S.C. §300aa-27.

Plaintiffs are filing a Memorandum of Points and Authorities in support of this Opposition to the Defendants' Motion to Dismiss and in further support of the Motion for Preliminary Injunction.

Respectfully submitted,

s/ *Clifford J. Shoemaker*
Clifford J. Shoemaker
Shoemaker & Associates
Counsel for Plaintiffs
9711 Meadowlark Road
Vienna, VA 22182
703-281-6395
Fax 703-281-5807

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed this 22nd day of January, 2006.

s/ *Clifford J. Shoemaker*
Clifford J. Shoemaker