IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PAUL G. KING**, et al., ) | |
| ) | |
| Plaintiffs, ) | **CASE NO. 1:06CV01357** |
| ) | JUDGE EMMET G. SULLIVAN |
| v. ) | |
| ) | |
| **MICHAEL O. LEAVITT**, ) | |
| Secretary, Health and Human Services ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the pleadings filed herein and the oral arguments had thereon, it is hereby Ordered that:

1. Defendants' Motion to Dismiss is denied;

2. Plaintiffs are entitled to conduct discovery on the issues involved in this case, and the parties shall present a discovery schedule to the Court within _____ days. If agreement cannot be reached between the parties, then an immediate hearing will be scheduled to hear from the parties, and the Court will set the discovery schedule;

3a. The Motion for Preliminary Injunction is hereby granted, or
3b. A hearing on the Motion for Preliminary will be held on the \_\_\_\_\_ day of _____, 2007. If either party has a legitimate conflict with this date, then the parties shall confer and call chambers to offer several alternate dates for a hearing.

Date: _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE