

Downloaded from bmj.com on 28 December 2006

Analysis and comment

*Public health*
# Influenza vaccination: policy versus evidence

Tom Jefferson

Each year enormous effort goes into producing influenza vaccines for that specific year and delivering them to appropriate sections of the population. Is this effort justified?

Cochrane Vaccines Field, Anguillara Sabazia, Roma 00061, Italy
Tom Jefferson
*coordinator*

jefferson.tom@gmail.com

BMJ 2006;333:912–5

Viral infections of the respiratory tract impose a high burden on society. In the last half of the 20th century, efforts to prevent or minimise their impact centred on the use of influenza vaccines. Each year enormous effort goes into producing that year's vaccine and delivering it to appropriate sections of the population. Here, I will discuss policies on the use of inactivated vaccines for seasonal influenza; the evidence for their efficacy, effectiveness, and safety ("effects"); and possible reasons for the gap between policy and evidence.

## Policies

Every vaccination campaign has stated aims against which its effects must be measured. The US Advisory Committee on Immunisation Practices produces a regularly updated rationale for vaccination against influenza.[1] The current version identifies 11 categories of patients at high risk of complications from influenza (box).

The rationale rests on the heavy burden that influenza imposes on the population and the benefits of vaccination. For example, reductions in cases, admissions to hospital, mortality of elderly people in families with children, contacts with healthcare professionals, antibiotic prescriptions, and absenteeism for children and household contacts are the main arguments for extending vaccination to healthy children aged 6-23 months in the United States.[2] Canada introduced a similar policy in 2004.[3] Less comprehensive policies recommending vaccination for all people aged 60 or 65 and over are in place in 40 of 51 developed or rapidly developing countries.[4] On the basis of single studies, the World Health Organization estimates that "vaccination of the elderly reduces the risk of serious complications or of death by 70-85%."[5] Given the global nature of these recommendations, what type of evidence should we expect to support them and what does available evidence tell us?[4]

## Which evidence?

When considering the best evidence for vaccination we must take into account the unique epidemiological features of influenza viruses and the rationale for immunisation. The incidence and circulation of seasonal influenza and other respiratory viruses vary greatly each year, each season, and even in each setting. A systematic review of the incidence of influenza in people up to 19 years' old reported a seasonal variability of 0-46%; during a five year period the average incidence was 4.6% in this age group. During a period of 25 years the incidence was 9.5% in children under 5.[6] Because of this variability and lack of carryover protection from one year's vaccine to the next,[7] especially if the virus changes its antigenic configuration, single



Flu vaccination: is the effort justified?

studies reporting data from one or two seasons are difficult to interpret. Single studies are also not reliable sources for generalising and forecasting the effects of vaccines, especially when numbers are small. They introduce further instability into already problematic forecasting. Additional limitations to our forecasting ability are imposed by our use (and misuse) of studies assessing the effects of influenza vaccines. Although the effect assessed depends on the aims of the particular campaign, most concentrate on serious effects (such as pneumonia or death) and person to person transmission (table 1). Field efficacy studies are only relevant when viral circulation is high, but no one can forecast with precision the impact on next year's influenza.

Studies of the effects on influenza-like illness and its complications most closely replicate real life conditions because no one knows what agent (if any) causes this disease. Influenza-like illness is an acute respiratory disease caused by many different viruses (including influenza A and B), which presents with symptoms and signs that cannot be distinguished from those of influenza. Influenza-like illness does not have documented laboratory isolation of the causative agent and is the syndrome that most commonly presents to doctors ("the flu").

In general the most powerful and reliable studies are those that "average" out several years and perform subanalyses by setting, population, viral circulation, and viral-vaccine antigenic match—variables that affect

 *Details of the search strategy are on bmj.com*

Downloaded from bmj.com on 28 December 2006

Analysis and comment

> **People for whom vaccination is recommended in the United States**[1]
> 
> People aged 65 or more
> 
> Patients in institutions who have chronic medical conditions
> 
> Adults and children with chronic disorders of the cardiovascular and respiratory systems (including asthma but excluding hypertension)
> 
> Adults and children who have been treated in hospital in the preceding 12 months for a range of conditions (for example, diabetes or haemoglobinopathy)
> 
> Adults and children with conditions that compromise respiratory function or handling of infected secretions
> 
> Children aged 6 months to 18 years being treated with aspirin
> 
> Women who are pregnant during the influenza "season"
> 
> Children aged 6-59 months
> 
> Adults aged 50-64 years
> 
> Carers and household contacts (including children) of those in the above risk categories and of children aged 0-59 months
> 
> Healthcare workers

interpretation of the effects of a vaccine. Systematic reviews are the best way to perform such analyses, and provide powerful evidence weighted by the methodological quality of the studies involved. Large datasets containing several decades of observations help us to assess the performance of vaccines more accurately.

## The evidence

I searched for relevant systematic reviews when updating and expanding the Clinical Evidence chapter on influenza (see bmj.com)—evidence was plentiful. The examples in table 2 show the strength of the evidence and the contradictions in relation to the stated aims of the vaccination campaign. Whenever possible, I chose evidence gathered in the optimal circumstances (for inactivated vaccines)—high viral circulation and a good match between the viral antigen and the vaccine.

Three problems are immediately apparent. The first is heavy reliance on non-randomised studies (chiefly cohort studies), especially in the elderly. This makes assessment of methodological quality an important part of data interpretation. For example, of 40 datasets assessing the effects of influenza vaccines in elderly people in institutions, only 26 reported data on viral types in circulation and only 21 gave information on vaccine content. Insufficient data were available in 11 of 17 retrospective studies of elderly people in institutions to allow reviewers to assess the authors' claim of "high" or "epidemic" viral circulation.[11 14] A meta-analysis of inactivated vaccines in elderly people showed a gradient from no effect against influenza or influenza-like illness to a large effect (up to 60%) in preventing all-cause mortality. These findings are both counterintuitive and implausible, as other causes of death are far more prevalent in elderly people even in the winter months.[15 16] It is impossible for a vaccine that does not prevent influenza to prevent its complications, including admission to hospital.

A more likely explanation for such a finding is selection bias, where one half of the study population (hemi-cohort) systematically differs from the other in one or more key characteristics.[14–16] In this case, the vaccinated hemi-cohort may have been more mobile, healthy, and wealthy than the control hemi-cohort, thus explaining the differences in all-cause mortality.[11 14] The same effect is seen in stronger study designs (such as cluster randomised trials) that are badly executed, which introduces bias.[10] Its presence seems to be a marker of confounders that persist even after adjusting for known ones, and it makes accurate interpretation of the data difficult. Caution in interpretation should thus be the rule, not the exception. This problem (in the opposite direction—with frailer people more likely to be vaccinated) has been identified before but not heeded.[17] The only way that all known and unknown confounders can be adequately controlled for is by randomisation.

The influence of poor study quality is also seen in the outcome of a review of evidence supporting the vaccination of all children to minimise transmission to family contacts.[18] Five randomised studies and five non-randomised studies were reviewed, but although data were suggestive of protection, its extent was impossible to measure because of the weak methods used in the primary studies.[18]

The second problem is either the absence of evidence or the absence of convincing evidence on most of the effects at the centre of campaign objectives (table 2). In children under 2 years inactivated vaccines had the same field efficacy as placebo,[8] and in healthy people under 65 vaccination did not affect hospital stay, time off work, or death from influenza and its complications.[9] Reviews found no evidence of an effect in patients with asthma or cystic fibrosis, but inactivated vaccines reduced the incidence of exacerbations after three to four weeks by 39% in those with chronic obstructive pulmonary disease.[12 13 19] All reviewers reported small data sets (such as 180 people with chronic obstructive pulmonary disease[13]), which may explain the lack of demonstrable effect.

The third problem is the small and heterogeneous dataset on the safety of inactivated vaccines, which is

**Table 1** Effects of inactivated influenza vaccines and preferred designs of primary studies to assess them

| Effect | Definition | Preferred study design | Relevance for public health |
|---|---|---|---|
| Efficacy | Capacity of the vaccine to induce antibody responses (immunogenicity) to influenza viruses | Placebo controlled RCT | Important for the yearly registration of new vaccines containing the forthcoming "season's" viral antigens. Immunogenicity is the only way of testing the likely efficacy of the candidate vaccine in the absence of viral circulation |
| Field efficacy | Capacity of the vaccine to prevent influenza A or B virus and its complications | Placebo controlled RCT | High, if viral circulation is high (as in an epidemic or a pandemic). Studies assessing field efficacy are usually well resourced with reliable and quick virological feedback and cases of influenza are recognised as such. Estimates of efficacy cannot be generalised to seasons with low circulation of the influenza virus even if other respiratory viruses have a higher circulation |
| Effectiveness | Capacity of the vaccines to prevent influenza-like illness and its consequences | Placebo controlled RCT | High in conditions of good match between vaccine and viral antigen and high viral circulation. Higher if effects on major outcomes are reported |
| Harms | A harmful event potentially associated with exposure to influenza vaccines | Placebo controlled RCT or non-randomised, comparative study | Depends on incidence, latency, and type of harm |

RCT, randomised controlled trial.

Case 1:06-cv-01357-EGS    Document 23-2    Filed 01/23/2007    Page 4 of 11

Downloaded from bmj.com on 28 December 2006

Analysis and comment

Table 2 Examples of evidence from systematic reviews comparing inactivated influenza vaccines with placebo or no intervention

| Population | Study design included in review | Outcome | No of participants | Vaccine field efficacy or effectiveness* |
|---|---|---|---|---|
| Children aged up to 23 months[8] | RCT† | Influenza | 786 | 0.55 (0.18 to 1.69) |
| | | Influenza-like illness | — | No data |
| Children 6 years or more[8] | RCT† | Influenza | 710 | 69%; 0.31 (0.22 to 0.45) |
| | | Influenza-like illness | 18 912 | 28%; 0.72 (0.66 to 0.78) |
| Children up to 16 years[8] | RCT† | Transmission | 123 | 1.68 (0.56 to 4.99) |
| | | School absence | 254 | 0.46 (0.17 to 1.22) |
| | | Lower respiratory tract infection | 136 | 0.30 (0.01 to 6.17) |
| | | Admission to hospital | 765 | 1.41 (0.62 to 3.24) |
| | | Death | — | No data |
| Healthy adults[9] | RCT† | Influenza | 2411 | 67%; 0.33 (0.22 to 0.49) |
| | | Influenza-like illness | 5579 | 22%; 0.78 (0.67 to 0.91) |
| | | Admission to hospital | 5261 | Relative risk fixed effects model 0.65 (0.34 to 1.22) |
| | | Working days lost | 5572 | Weighted mean difference random effects model −0.12 (−0.24 to 0.00) |
| Healthcare workers (to protect elderly patients in their care)[10] | Cluster RCT and cohort | Influenza | 752 | 0.87 (0.46 to 1.63) |
| | | Lower respiratory tract infection | 1059 | 0.70 (0.41 to 1.20) |
| | | Death from pneumonia | 1059 | 39%; 0.61 (0.38 to 0.98) |
| | | All-cause mortality | 2496 | 40%; 0.60 (0.50 to 0.73) |
| Elderly people in the community; high circulation of influenza virus and good vaccine-antigen matching[11] | Cohort | Influenza-like illness | — | No data |
| | | Influenza | 427 | 95%; 0.05 (0.01 to 0.37) |
| | | Pneumonia | — | No data |
| | | Death from influenza and pneumonia | 163 391 | 0.87 (0.70 to 1.09) |
| | | All-cause mortality (not adjusted for confounding) | 300 332 | 41%; 0.59 (0.50 to 0.70) |
| | | All-cause mortality (adjusted for confounding) | 742 575 | 47%; odds ratio random effects model 0.53 (0.46 to 0.61) |
| Elderly people in institutions; high circulation of influenza virus and good vaccine-antigen matching[11] | Cohort | Influenza-like illness | 5963 | 23%; 0.77 (0.64 to 0.94) |
| | | Influenza | 658 | 1.04 (0.43 to 2.51) |
| | | Pneumonia | 4482 | 46%; 0.54 (0.42 to 0.70) |
| | | Death from influenza and pneumonia | 6127 | 42%; 0.58 (0.41 to 0.83) |
| | | All-cause mortality | 305 | 60%; 0.40 (0.21 to 0.77) |
| Patients with asthma[12] | RCT† | Influenza related exacerbation (early) | 696 | Risk difference fixed effects model 0.01 (−0.02 to 0.04) |
| Patients with chronic obstructive pulmonary disease[13] | RCT† | Exacerbations (total number) | 180 | Weighted mean difference −0.37 (−0.64 to −0.11), P=0.006 |

RCT, randomised controlled trial.
*Values are vaccine field efficacy or effectiveness (where available); relative risk random effects model (95% confidence intervals) unless stated otherwise. Relative risk reported when difference is not significant.
†Placebo controlled comparison.

surprising given their longstanding and widespread use. A *Cochrane Database Systematic Review* found only one old trial with data from 35 participants aged 12-28 months.[8] In the general population of elderly people, despite a dataset of several million observations, safety was only reported in five randomised controlled trials (2963 observations in total) on local and systemic adverse events seen within a week of giving parenteral inactivated vaccine.[11] Although there appears to be no evidence that annual revaccination is harmful, such a lack of knowledge is surprising.

### Gap between policy and evidence

The large gap between policy and what the data tell us (when rigorously assembled and evaluated) is surprising. The reasons for this situation are not clear and may be complex. The starting point is the potential confusion between influenza and influenza-like illness, when any case of illness resembling influenza is seen as real influenza, especially during peak periods of activity. Some surveillance systems report cases of influenza-like illness as influenza without further explanation. This confusion leads to a gross overestimation of the impact of influenza, unrealistic expectations of the performance of vaccines, and spurious certainty of our ability to predict viral circulation and impact. The consequences are seen in the impractical advice given by public bodies on thresholds of the incidence of influenza-like illness at which influenza specific interventions (antivirals) should be used.[20]

The confusion between influenza and influenza-like illness is compounded by the lack of accurate and fast surveillance systems that can tell what viruses are circulating in a setting or community within a short time frame, and after the "season" is finished give an accurate picture of what went on to enable better forecasting of future trends.[21] Accurate surveillance must be based on a properly worked out sampling system for cases of influenza-like illness that meet set criteria, with accurate and quick feedback of a presumptive microbiological diagnosis. Without this, we cannot generalise from random sampling.

Another reason may be "availability creep." In their efforts to deal with, or be seen to deal with, policy makers favour intervention with what is available—

Downloaded from bmj.com on 28 December 2006

Analysis and comment

> **Summary points**
>
> Public policy worldwide recommends the use of inactivated influenza vaccines to prevent seasonal outbreaks
>
> Because viral circulation and antigenic match vary each year and non-randomised studies predominate, systematic reviews of large datasets from several decades provide the best information on vaccine performance
>
> Evidence from systematic reviews shows that inactivated vaccines have little or no effect on the effects measured
>
> Most studies are of poor methodological quality and the impact of confounders is high
>
> Little comparative evidence exists on the safety of these vaccines
>
> Reasons for the current gap between policy and evidence are unclear, but given the huge resources involved, a re-evaluation should be urgently undertaken

registered influenza vaccines. A similar philosophy is the "we have to make decisions and cannot wait to have perfect data" approach. This attitude may have an altruistic basis but has two important consequences. Firstly, it uses up resources that could be invested in a proper evaluation of influenza vaccines or on other health interventions of proven effectiveness. Secondly, the inception of a vaccination campaign seems to preclude the assessment of a vaccine through placebo controlled randomised trials on ethical grounds. Far from being unethical, however, such trials are desperately needed and we should invest in them without delay. A further consequence is reliance on non-randomised studies once the campaign is under way. It is debatable whether these can contribute to our understanding of the effectiveness of vaccines. Ultimately non-randomised designs cannot answer questions on the effects of influenza vaccines.

The optimistic and confident tone of some predictions of viral circulation and of the impact of inactivated vaccines, which are at odds with the evidence, is striking. The reasons are probably complex and may involve "a messy blend of truth conflicts and conflicts of interest making it difficult to separate factual disputes from value disputes"[22] or a manifestation of optimism bias (an unwarranted belief in the efficacy of interventions).[23]

Whatever the reasons, it is a sobering thought that Archie Cochrane's 1972 statement that we should use what has been tested and found to reach its objectives is as revolutionary now as it was then.

Contributor: TJ designed and wrote the paper and is the sole contributor and guarantor.
Competing interests: TJ owned shares in Glaxo SmithKline and received consultancy fees from Sanofi-Synthelabo (2002) and Roche (1997-9).

1   Centers for Disease Control and Prevention. Prevention and control of influenza: recommendations of the Advisory Committee on Immunization Practices (ACIP). *Morbid Mortal Wkly Rep* 2006;55:1-41.
2   American Academy of Pediatrics Committee on Infectious Diseases. Recommendations for influenza immunization of children. *Pediatrics* 2004;113:1441-7.
3   Orr P. An advisory committee statement (ACS). National Advisory Committee on Immunization (NACI). Statement on influenza vaccination for the 2004-2005 season. *Can Commun Dis Rep* 2004;30:1-32.
4   Van Essen GA, Palache AM, Forleo E, Fedson DS. Influenza vaccination in 2000: recommendations and vaccine use in 50 developed and rapidly developing countries. *Vaccine* 2003;21:1780-5.
5   World Health Organization. Influenza vaccines. WHO position paper. *Wkly Epidemiol Rec* 2002;77:230-40.
6   Bueving HJ, van der Wouden JC, Berger MY, Thomas S. Incidence of influenza and associated illness in children aged 0-19 years: a systematic review. *Rev Med Virol* 2005;15:383-91.
7   Beyer WE, de Bruijn IA, Palache AM, Westendorp RG, Osterhaus AD. Protection against influenza after annually repeated vaccination: a meta-analysis of serologic and field studies. *Arch Intern Med* 1999;159:182-8.
8   Smith S, Demicheli V, Di Pietrantonj C, Harnden AR, Jefferson T, Matheson NJ, et al. Vaccines for preventing influenza in healthy children. *Cochrane Database Syst Rev* 2006;(1):CD004879.
9   Demicheli V, Rivetti D, Deeks JJ, Jefferson TO. Vaccines for preventing influenza in healthy adults. *Cochrane Database Syst Rev* 2004;(3):CD001269.
10  Thomas RE, Jefferson T, Demicheli V, Rivetti D. Influenza vaccination for healthcare workers who work with the elderly. *Cochrane Database Syst Rev* 2006;(3):CD005187.
11  Rivetti D, Demicheli V, Di Pietrantonj C, Jefferson TO, Thomas R. Vaccines for preventing influenza in the elderly. *Cochrane Database Syst Rev* 2006;(3):CD004876.
12  Cates CJ, Jefferson TO, Bara AL, Rowe BH. Vaccines for preventing influenza in people with asthma. *Cochrane Database Syst Rev* 2003;(4):CD000364.
13  Poole PJ, Chacko E, Wood-Baker RWB, Cates CJ. Influenza vaccine for patients with chronic obstructive pulmonary disease. *Cochrane Database Syst Rev* 2006;(1):CD002733.
14  Jefferson T, Rivetti D, Rivetti A, Rudin M, Di Pietrantonj C, Demicheli V. Efficacy and effectiveness of influenza vaccines in elderly people: a systematic review. *Lancet* 2005;366:1165-74.
15  Simonsen L, Reichert TA, Viboud C, Blackwelder WC, Taylor RJ, Miller MA. Impact of influenza vaccination on seasonal mortality in the US elderly population. *Arch Intern Med* 2005;165:265-72.
16  Simonsen L, Viboud C, Taylor R. Influenza vaccination in elderly people. *Lancet* 2005;366:2086.
17  Hak E, Verheij TJ, Grobbee DE, Nichol KL, Hoes AW. Confounding by indication in non-experimental evaluation of vaccine effectiveness: the example of prevention of influenza complications. *J Epidemiol Community Health* 2002;56:951-5.
18  Jordan R, Connock M, Albon E, Fry-Smith A, Olowokure B, Hawker J, et al. Universal vaccination of children against influenza: are there indirect benefits to the community? A systematic review of the evidence. *Vaccine* 2006;24:1047-62.
19  Bhalla P, Tan A, Smyth R. Vaccines for preventing influenza in people with cystic fibrosis. *Cochrane Database Syst Rev* 2000;(1):CD001753.
20  Harling R, Hayward A, Watson JM. Implications of the incidence of influenza-like illness in nursing homes for influenza chemoprophylaxis: descriptive study [see comments]. *BMJ* 2004;329:663-4.
21  Carman WF, Wallace LA, Walker J. Rapid virological surveillance of community influenza infection in general practice. *BMJ* 2000;321:736-7.
22  MacCoun RJ. Biases in the interpretation and use of research results. *Annu Rev Psychol* 1998;49:259-87.
23  Chalmers I, Matthews R. What are the implications of optimism bias in clinical research? *Lancet* 2006;367:449-50.

(Accepted 21 September 2006)

doi 10.1136/bmj.38995.531701.80

> *Endpiece*
>
> **Eating twice as much as is necessary**
>
> We may safely take it for granted after long deliberation, that almost every man, woman and child in this country [the United States], habitually eats and drinks twice as much every day, on a moderate estimate, as is necessary.
>
> Annotation. *The Southern Review.* Charleston, SC: AE Miller, 1829;4:221
>
> Submitted by Jeremy Hugh Baron, honorary professor lecturer, Mount Sinai School of Medicine, New York
>
> doi 10.1136/bmj.38924.463947.F7

# Influenza Vaccine: Review of Effectiveness of the U.S. Immunization Program, and Policy Considerations

**David A. Geier, B.A.**
**Paul G. King, Ph.D.**
**Mark R. Geier, M.D., Ph.D.**

**ABSTRACT**

A number of studies have reported that influenza vaccine (IV) administration has been less than optimally effective in certain subpopulations. This study examines yearly influenza death rate, yearly influenza case rate, and yearly rate of hospitalizations with influenza as the first-listed discharge diagnosis. By these measures, the yearly U.S. mass influenza vaccination campaign has been ineffective in preventing influenza in vaccine recipients. The use of antiviral drugs to treat influenza, in light of the potential for an influenza pandemic, needs further consideration.

**Background**

Vaccines are one of the great public-health triumphs of the 20th century.[1]

Vaccination began in the late 18th Century with Dr. Edward Jenner's inoculation of people with the much less deadly cowpox virus to protect against deadly smallpox because he noticed that milkmaids, who had had cowpox, did not contract smallpox.[2] The widespread use of vaccines to prevent infectious disease is based on the long-known observation that, for many infectious diseases, people who recover from having an infectious disease develop a long-term immunity against that disease.[3]

Influenza is inherently different from the common vaccine-preventable diseases. An individual who recovers from influenza usually does not acquire resistance to other strains of influenza virus. Through genetic drift, the immunological determinants change, enabling the virus to escape the adaptive immunological defenses of the host. Every few years, this produces a significant change called a genetic shift.[4]

The influenza vaccine program is the first that seeks to offer population-wide protection against a disease that undergoes such rapid antigenic changes. It therefore differs from other vaccine programs in many significant ways. First, because it takes many months to produce sufficient vaccine to protect a large population, an educated guess has to be made as to which strain(s) of influenza will be endemic in the following influenza season. This guess must be made well before there is an outbreak of cases of influenza. Second, influenza vaccine has to be made and administered without specific efficacy testing, which, in other viral vaccines, includes some double-blind field trials against the wild-type disease. Third, there is no time to fully test each newly made influenza vaccine for its safety, especially with respect to its long-term rarer side effects.

The Centers for Disease Control and Prevention (CDC) has recommended the administration of influenza vaccine during the 2006-2007 influenza season to the following persons:[5]

- children aged 6 to 59 months;
- women who will be pregnant during the influenza season;
- persons aged ≥ 50 years;
- children and adolescents (aged 6 months to 18 years) who are receiving long-term aspirin therapy and, therefore, might be at risk for experiencing Reyes syndrome after influenza infection;
- adults and children who have chronic disorders of the pulmonary or cardiovascular systems, including asthma (hypertension is not considered a high-risk condition);
- adults and children who have required regular medical follow-up or hospitalization during the preceding year because of chronic metabolic conditions (including diabetes mellitus), renal dysfunction, hemoglobinopathies, or immunodeficiency (including immunodeficiency caused by medication or human immunodeficiency virus);
- adults and children who have any condition (e.g., cognitive dysfunction, spinal cord injuries, seizure disorders, or other neuromuscular disorders) that can compromise respiratory function or the handling of respiratory secretions, or that can increase the risk for aspiration;
- residents of nursing homes and other chronic-care facilities that house persons of any age who have chronic medical conditions;
- persons who live with or care for persons at high risk for influenza-related complications, including healthy household contacts and caregivers of children aged 0 to 59 months;
- healthcare workers;
- any person who wishes to reduce the likelihood of becoming ill with influenza or transmitting influenza to others should they become infected.

Simonsen et al. from the National Institute of Allergy and Infectious Disease have recently studied influenza-related mortality in the U.S. over the past three decades.[6] They found that the influenza mortality rate in the over-65 age group has increased despite a concurrent jump in vaccination rates in that group from 15% in 1980 to 65% in 2001. The Simonson article used mathematical models to correct for the effects of aging of the population as well as for the variations in the virulence of the influenza strains prevalent in the population. Even with these corrections, the authors concluded that the mortality-reduction benefits of influenza vaccination may be substantially less than previously thought.

The mortality reduction found in several observational studies, which compare cohorts of vaccinated and unvaccinated people, reflects systematic bias, in the opinion of Simonsen et al. The unvaccinated groups had a disproportionate number of very ill people. People in fragile health right before the influenza season, suggested Simonsen et al., are more likely to die and less likely to

**Table 1.** Raw Data Employed for Analysis in the Present Study

| Year | Estimated United States Population[*] | Total Net Number of Influenza Vaccine Doses Distributed[†] | Influenza Vaccine Percent Population Coverage [IVPPC] | Influenza Death Rate[‡] (per 100,000 persons) [Total Number] | Influenza Case Rate[‡] (per 100 persons) [Total Number] | Influenza First-Listed Hospital Discharge Rate[‡] (per 10,000 persons) [Total Number] |
|---|---|---|---|---|---|---|
| 1979[§] | 225,055,487 | 18,270,794 | 8.1 | 0.3 [604] | - | - |
| 1980 | 227,224,681 | 12,425,890 | 5.5 | - | - | - |
| 1981 | 229,465,714 | 19,829,170 | 8.6 | 1.3 [3,006] | - | - |
| 1982 | 231,664,458 | 16,959,690 | 7.3 | - | 33 [74,925,000] | - |
| 1983 | 233,791,994 | 17,877,970 | 7.6 | 0.6 [1,431] | 38 [87,299,000] | - |
| 1984 | 235,824,902 | 19,179,060 | 8.1 | - | 45 [103,440,000] | - |
| 1985 | 237,923,795 | 20,700,761 | 8.7 | 0.9 [2,054] | 40 [94,409,000] | - |
| 1990 | 249,464,396 | 27,076,206 | 11 | - | 43 [106,807,000] | 1.8 [44,000] |
| 1991 | 252,153,092 | 32,809,662 | 13 | 0.4 [1,137] | 52 [129,583,000] | 1.0 [26,000] |
| 1992 | 255,029,699 | 40,352,367 | 16 | - | 43 [107,309,000] | 0.5 [13,000] |
| 1993 | 257,782,608 | 42,980,814 | 17 | 0.4 [1,044] | 52 [132,633,000] | 1 [25,000] |
| 1994 | 260,327,021 | 60,084,728 | 23 | - | 35 [90,447,000] | 1.2 [31,000] |
| 1995 | 262,803,276 | 36,512,538 | 14 | 0.2 [606] | 41 [108,009,000] | 0.7 [19,000] |
| 1996 | 265,228,572 | 38,915,520 | 15 | 0.3 [745] | 36 [95,049,000] | 0.8 [21,000] |
| 1997 | 267,783,607 | 40,996,883 | 15 | 0.3 [720] | - | 0.7 [19,000] |
| 1998 | 270,248,003 | 48,080,122 | 18 | 0.6 [1,724] | - | 1.3 [34,000] |
| 1999[**] | 272,690,813 | 60,468,427 | 22 | 0.6 [1,665] | - | 1.4 [37,000] |
| 2000 | 281,421,906 | 65,582,650 | 23 | 0.6 [1,765] | - | 1.4 [39,000] |
| | | | Mean ± SD | 0.5 ± 0.3 [1,269 ± 786] | 38 ± 13 [94 ± 3.4 million] | 1 ± 0.5 [25,667 ± 12,323] |

\*  U.S. Census Bureau
†  Biologic Surveillance Summaries of the Centers for Disease Control and Prevention
‡  National Center for Health Statistics
§  Estimates for 1979 through 1998 use International Classification of Diseases, 9th Revision (ICD-9) coding
\*\* Estimates for 1999 through 2000 use International Classification of Disease, 10th Revision (ICD-10) coding

---

receive the vaccine. Additionally, Kristen Nichols, an epidemiologist with the Veterans Administration in Minnesota, noted that measuring influenza deaths by looking at the "excess mortality" that occurs during a given influenza season is inappropriate because other respiratory illnesses that circulate during the same season can also cause death. Blood tests are rarely done to confirm that ailing persons actually had influenza.[7]

Maeda et al. conducted a prospective trial of healthy infants and young children (6-24 months old) who had received inactivated influenza vaccine before influenza seasons.[8] Age-matched children were randomly assigned as the control. These children were followed up from January to April in each year (2000, 2001, and 2002). Influenza attack rates were not significantly different in the two groups.

Because a number of previous epidemiological studies have raised doubts about the effectiveness of influenza vaccines, large-scale population data need to be reviewed to assess the effectiveness of the mass influenza vaccine campaign in the United States. The present study examines the period from 1979 through 2000.

**Materials and Methods**

An ecologic method was used. The total number of doses of influenza vaccine distributed/administered each year was determined from the Biological Surveillance Summaries of the CDC for the periods 1979 through 1985, and 1990 through 2000 (CDC, personal communication 2002). In order to estimate influenza vaccine coverage rates in the United States, the U.S. Census Bureau estimates were used for the population of the United States from 1979 through 1985, and 1990 through 2000.[9] Based upon these measurements, the influenza vaccine percent population coverage (IVPPC) was determined for each year examined in this study ([Yearly Total Net Number of Influenza Vaccine Doses Distributed / Yearly Estimated United States Population] x 100 = IVPPC).

The effectiveness of influenza vaccine administration in the United States was studied by evaluating the IVPPC in comparison to three outcomes: (1) yearly influenza death rate (1979, 1981,

**Table 2.** Number of Influenza Deaths per Year in Children

| Year | <1 year-old | 1–4 years-old | 5–14 years-old |
|---|---|---|---|
| 1979 | 9 | 8 | 8 |
| 1981 | 13 | 8 | 12 |
| 1983 | 6 | 8 | 3 |
| 1985 | 7 | 6 | 7 |
| 1987 | 8 | 6 | 1 |
| 1989 | 12 | 8 | 14 |
| 1991 | 16 | 15 | 11 |
| 1993 | 10 | 14 | 13 |
| 1995 | 7 | 7 | 7 |
| 1996 | 15 | 3 | 8 |
| 1997 | 12 | 10 | 13 |
| 1998 | 6 | 3 | 14 |
| 1999 | 13 | 12 | 11 |
| 2000 | 9 | 10 | 11 |
| 2001 | 7 | 6 | 12 |
| Mean ± SD | 10.0 ± 3.2 | 8.3 ± 3.5 | 9.7 ± 3.7 |
| Median | 9.0 | 8.0 | 11.0 |

Source: National Center for Health Statistics



**Figure 1.** Yearly Rate per 10,000 Persons of Influenza First-listed Hospital Discharge Diagnoses in Comparison to the Influenza Vaccine Population



**Figure 2.** Yearly Rate per 100 Persons of Influenza Cases in Comparison to the Influenza Vaccine Population Percent Coverage

1983, 1985, 1991, 1993, and 1995 through 2000); (2) yearly influenza case rate (1982 through 1996); and yearly rate of hospitalization with influenza as the first-listed discharge diagnosis (1990 through 2000). The data for these measures were obtained from the National Center for Health Statistics.[1,10] Table 1 presents a complete summary of the raw data employed. Our sources did not provide data for the years that are not included in our analysis.

The Simple Linear Regression statistical test from StatsDirect (Version 2.4.1) statistical package was utilized for data analysis. The null hypothesis employed in this study was that the IVPPC should have no effect on the measures of effectiveness; in other words, the slope of the line should not be different from zero. In this analysis, the equation of the regression line, the slope of the regression line, the correlation coefficient (r), and the regression coefficient ($R^2$) value were determined for each statistical test performed. $P$-values and 95% Confidence Intervals (CI) were determined, and a double-sided $P$-value of < 0.05 was considered statistically significant.

### Results

From the data shown in Table 1, the mean number of influenza deaths per year in the years studied was 1,269 ± 786 or 5.0 ± 3.3 deaths per hundred thousand, with a median of 1,284 and a range of 604 to 3,006. The mean number of cases of influenza per year was 94 million ± 3.4 million with a median of 100 million and a range of 75 million to 133 million, and the case rate was 37.6% ± 13.2%. The mean number of hospitalizations with a first-listed discharge diagnosis of influenza was 25,667 ± 12,323, with a median of 26,000 and a range of 13,000 to 44,000, and the influenza hospitalization rate of 9.8 ± 4.8 per ten thousand.

From data shown in Table 2, the mean annual number of deaths for children under the age of 1 year was 10.0 ± 3.2, with a median of 9.0 and a range of 6 to 16. The mean annual number of deaths for children from the age of 1 to 4 years was 8.3 ± 3.5, with a median of 8.0 and a range of 3 to 15. The mean annual number of deaths for children from the age of 5 to 14 years was 9.7 ± 3.7, with a median of 11.0 and a range of 1 to 14.

In Figures 1 through 3, the IVPPC was plotted on the same time axis as each of the three outcomes measures. Figure 1 displays the rate per 10,000 persons of influenza as first-listed hospital discharge diagnosis. A linear regression of this rate as the dependent variable with the IVPPC as the independent variable gives the following regression line equation:

Influenza as first-listed hospital discharge diagnosis (per 10,000 persons) = 0.021 IVPPC + 0.72.

The regression-line correlation coefficient was 0.22 (95% correlation-coefficient CI = -0.44 to 0.72, $R^2 = 0.048$, $P = 0.52$).

In Figure 2, the rate per 100 persons of influenza cases is displayed over time. The regression line equation for this rate versus IVPCC is:

Case Rate (per 100 people) = 0.010 IVPPC + 40.

The regression correlation coefficient for the regression line was 0.08 (95% correlation-coefficient CI = -0.55 to 0.65, $R^2 = 0.006$, $P = 0.82$).

Figure 3 plots the rate of influenza deaths per 100,000 persons, along with the IVPCC. The regression line equation is:

Death rate (per 100,000 persons) = -0.015 IVPPC + 0.75.

The regression line correlation was -0.25 (95% correlation-coefficient CI = -0.72 to 0.38, $R^2 = 0.062$, $P = 0.43$).

### Discussion

Between 1979 and 2000, influenza vaccine was shown to have little or no effectiveness over the U.S. population for preventing



**Figure 3.** Yearly Rate per 100,000 Persons of Influenza Deaths in Comparison to the Influenza Vaccine Population Percent Coverage

---

influenza cases, deaths, or hospital admissions. Influenza vaccination was correlated with a decreased number of deaths, but this correlation (of approximately 6.2%) was not statistically significant. For the other two measures, there were nonsignificant correlations between increasing influenza vaccination coverage and increasing numbers of influenza cases (0.6%) and influenza hospital discharge diagnoses (4.8%).

Influenza case rates and death rates are significantly influenced by the virulence and transmissibility of the viral strains prevailing during the influenza season. The efficacy of the vaccine is of course dependent in large part on the accuracy of the antigenic matching. Our methodology is not capable of sorting out these effects but only of assessing the overall gross impact of the U.S. immunization program as implemented.

The results of the present study appear to be similar to those obtained by the CDC in a recent analysis of the population efficacy of the 2003-2004 influenza vaccine.[11] The CDC determined that immunization with the 2003-2004 influenza vaccine offered negligible population protection against developing influenza-like illnesses, and that in some of their methods of analysis there were results, which, though not significant at the 95% confidence level, indicated that influenza vaccination was associated with an increased risk of developing influenza-like illnesses.

Our results also appear to be similar to those observed by Demicheli et al. in their meta-analysis of published studies to assess the effectiveness of influenza vaccines in preventing cases of influenza in healthy adults.[1,2] These researchers determined that the yearly recommended influenza vaccines had low effectiveness against clinical influenza cases, and minimally reduced lost work time. Demicheli et al. concluded that universal immunization of healthy adults with influenza vaccine is not supported.

The poor effectiveness shown by the present study is particularly troubling in view of the cost of the influenza vaccine program. If it were recommended that every person be vaccinated annually against influenza, full implementation would require giving approximately 300 million doses annually in the United States. At $25 per dose, this would cost $7.5 billion per year for the vaccine alone.

To this must be added the cost of administration. Since the summer of 2005, influenza vaccine for both adults and children has been covered under the no-fault National Vaccine Injury Compensation Program (NVICP), which is administered by the United States Claims Court.[1,3] By statute (42 U.S.C. 300aa-25), each patient receiving an influenza vaccine must be seen in a medical setting in order to: (a) create a medical record or update existing visit records; (b) discuss and document the informed consent issues involved; (c) administer the vaccine; (d) record the lot number, expiration date, and manufacturer of the vaccine in the medical record; (e) follow up and report any adverse reactions to the Vaccine Adverse Event Reporting System (VAERS); and (f) record the follow-up information in a medical record. These requirements seem to preclude administration of influenza vaccine in non-medical settings such as in department stores, supermarkets, parking lots, etc., as has often been the practice with influenza vaccine in the past. A modest charge of $50 for the required visit would increase the cost of each dose of vaccine to $75 per person or $22.5 billion for the whole population.

Just considering children, the annual cost of two 0.25 mL doses of the influenza vaccine to the approximately 4 million eligible children under one year of age would be around $600 million. Even if the influenza vaccines were almost 100% effective in preventing deaths for these children, which certainly does not seem to be the case, the cost of preventing the average of 10 deaths per year in children under 1 year of age would be about $60 million per death prevented. When viewed in this way, the real cost of gaining an unsubstantiated benefit from the influenza vaccine in this age group is very high. Moreover, the annual cost to the NVICP of paying compensation for adverse effects would probably increase these estimates substantially, as a number of studies have reported an association between influenza vaccine administration and adverse reactions such as Guillain-Barre syndrome,[1,4-7] Bell's palsy,[1,8,9] and systemic vasculitis.[2,20-22]

Under the current recommendations, a person born today would receive two influenza vaccines in the first year of life and could receive one influenza vaccination every year for the rest of his life. Assuming an average life span of about 75 years, compliant persons would receive around 75 influenza vaccines in a lifetime. No data exist on the safety of receiving a large number of doses of vaccine. Although the influenza viruses change rapidly over the years, they still share many epitopes with each other. The potential risks of receiving so many similar vaccinations include but are not limited to allergic, anaphylactic, hyperimmune, and dysimmune reactions.[23,24]

Another problem with annual influenza vaccinations is that a large proportion of available vaccines currently contain 25 µg of mercury from thimerosal per 0.5 mL dose. Thimerosal is a highly toxic, ethyl-mercury containing compound, which has been found to pose a significant risk to some vaccine recipients.[25-31] The public's awareness of this risk is shown by the passage of statutes that will soon ban the use of thimerosal at other than "trace" levels and/or completely in the states of Iowa, California, Missouri, Illinois, Delaware, New York, and Washington. The presence of thimerosal at preservative levels in influenza vaccine is one of the main reasons for public support of this legislation. Its passage may impede the distribution of influenza vaccines.

An additional reason for caution is the infectiousness of live-virus influenza vaccines, for example, FluMist (MedImmune

Vaccines, Gaithersburg, Md.), a live cold-adapted trivalent nasally administered vaccine, which is currently being recommended for individuals aged 5–49. The probability of acquiring a transmitted vaccine virus following close contact with a single FluMist inoculee is estimated to be 2.4% (95% CI: 0.13-4.6).[3,2] Vaccine recipients are advised to avoid close contact with immuno-compromised individuals for at least 21 days. Persons with conditions such as human immunodeficiency virus infection (HIV), malignancy, leukemia, or lymphoma, and patients who are receiving systemic corticosteroids, alkylating drugs, anti-metabolites, radiation, or other immunosuppressive therapies may be placed at significant risk. Other individuals who should avoid contact with a FluMist inoculee include, but are not limited to, pregnant women or adults and children with chronic cardiovascular or pulmonary disorders, including asthma; metabolic diseases, including diabetes; renal dysfunction; or hemoglobinopathies. The widespread use of FluMist would place a significant part of the population at risk, raising serious concerns about the wisdom and ethics of recommending FluMist for use in the general population.

In addition to transmissibility, a live virus vaccine poses the risk that vaccine strains could recombine or re-assort genes in the event that an inoculee contracts a second viral infection, potentially producing a "super virus."

**Antiviral Drugs**

Given the limited vaccine efficacy and potential adverse effects of mass immunization with influenza vaccine, the role of antiviral drugs needs to be evaluated.

Oseltamavir phosphate (Tamiflu, Roche Laboratories, Nutley, N.J.) has a high degree of efficacy against all known strains of influenza A and B. If taken prophylactically, it has been shown to prevent confirmed influenza in 90% of cases. It has also been shown to significantly shorten the duration and severity of disease in those who take it soon after developing influenza symptoms, as well as to reduce the transmission of the disease to others.[3,33-5] Zanamivir (Relenza, GlaxoSmithKline, Research Triangle Park, N.C.) given by inhalation has also been shown to be highly efficacious in preventing and treating influenza A and B.[3,3,36] Amantadine[3,7] and rimantadine,[3,8,39] both older anti-influenza drugs, are both efficacious against influenza A, but they tend to have more side effects, and resistance to these drugs by influenza strain is increasing significantly.[3,9]

Importantly, the risk of unintended side effects from antiviral drugs is only borne by those who choose to take them either because of exposure or illness. In contrast, the risk of unintended side effects in the influenza vaccine program is borne by a much larger fraction of the population: all those who are vaccinated, plus the bystanders who come in contact with live-virus recipients.

The estimated average prescription cost of protecting the entire U.S. population today with Tamiflu would be no more than $65 per treatment course of drug plus $50 per diagnostic office visit x 300 million people x 0.376, the average fraction of the U.S. population that contracts influenza per year, or not more than $13 billion, on average, per year. Additionally, the number of patients treated could be adjusted downward in a given year if that year's influenza strain turns out to be mild. Obviously, this type of adjustment cannot be done with the influenza vaccine program because all of the patients would need to be vaccinated before it is possible to see how virulent the season's influenza strains actually are.

Ferguson et al. have used a computer simulation to demonstrate the potential effectiveness of a targeted mass prophylactic use of antiviral drugs reinforced by interventions to reduce population contact rates, such as social distance measures, in eliminating a nascent pandemic of H5N1 influenza A in Southeast Asia.[40] Might a similar strategy be even more effective in stopping annual influenza outbreaks in the U.S.? Such a strategy could well be far more efficacious and far less costly than the currently used influenza program.

Antiviral resistance represents a currently unquantifiable challenge to a prophylaxis-based containment strategy. However, current evidence indicates that fitness deficits in Tamiflu-resistant strains mean that their transmissibility is limited.[41,42] The strategy described by Ferguson et al. is estimated to require only 3 million treatment courses of Tamiflu to stop an impending epidemic. If this strategy is successful, the cost of protecting the U.S. population could be reduced to 3 million treatment courses x $65 per treatment course or about $195 million per year.

**Conclusions**

The annual risk of influenza is substantial, affecting, on average, about 37.6% of the population annually. However, these millions of influenza cases annually translate into an average of about 1,300 deaths in the U.S., not the often-quoted inflated number of 36,000 influenza deaths per year.[43]

The current influenza vaccine program seems to be ineffective, and the U.S. should consider replacing it with a program based primarily on antiviral medications. Research is needed to develop more and better antivirals, especially agents to which influenza viruses do not readily develop resistance.

If the influenza vaccine program is to continue, improved vaccines, which are not potentially infectious, are needed. It will be necessary to develop and license an effective vaccine that confers significant immunity to a wide variety of strains so that vaccine does not have to be given every year.

Vaccine recipients need to be informed of the limitations and risks of the vaccine and of the alternatives to vaccination. In particular, they need to know of the possibility that repeated vaccinations may increase the risk of adverse effects.

**David A. Geier, B.A.,** is Vice-President, The Institute for Chronic Illnesses, Silver Spring, MD 20905. **Paul G. King, Ph.D.**, is the founder of Facility Automation Management Engineering (F.A.M.E.) Systems, 33A Hoffman Avenue, Lake Hiawatha, NJ 07034. **Mark R. Geier, M.D., Ph.D.**, is President, The Genetic Centers of America. Contact: Dr. Mark Geier, 14 Redgate Ct., Silver Spring, MD 20905. Telephone: (301) 989-0548. Fax: (301) 989-1543. Email: mgeier@comcast.net

**Funding:** None

**Potential Conflict of Interest:** David A. Geier has been a consultant in cases involving vaccines before the no-fault National Vaccine Injury Compensation Program (NVICP) and in civil litigation. Paul G. King has no conflicts of interest. Mark R. Geier has been a consultant and expert witness in cases involving vaccines before the no-fault NVICP and in civil litigation.

**Acknowledgement:** We wish to thank Lisa Sykes for her kind help in reviewing and editing our manuscript.

**REFERENCES**

1. Geier MR, Geier DA. The state of polio vaccination: the case for continuing routine vaccination. *Toxicol Mech Methods* 2002;12:221-228.
2. Stewart AJ, Devlin PM. The history of the smallpox vaccine. *J Infect* (in press).
3. Hilleman MR. Vaccines in historic evolution and perspective: a narrative of vaccine discoveries. *J Hum Virol* 2000;3:63-76.
4. Ferguson NM, Galvani AP, Bush RM. Ecological and immunological determinants of influenza evolution. *Nature* 2003;422:428-433.
5. Advisory Committee on Immunization Practices. Prevention and control of influenza: recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR 2006;55:1-42.
6. Simonsen L, Reichert TA, Viboud C, et al. Impact of influenza vaccination on seasonal mortality in the US elderly population. *Arch Intern Med* 2005;165:265-272.
7. Cohen J. Study questions the benefits of vaccinating the elderly. *Science* 2005;307:1026.
8. Maeda T, Shintani Y, Nakano K, Terashima K, Yamada Y. Failure of inactivated influenza A vaccine to protect healthy children aged 6-24 months. *Pediatr Int* 2004;46:122-125.
9. U.S. Census Bureau. Historical National Population Estimates: July 1, 1900 to July 1, 1999. Available at: www.census.gov/popest/archives/1990s/popclockest.txt. Accessed Jul 29, 2006.
10. American Lung Association. Trends in pneumonia and influenza morbidity and mortality. American Lung Association Research and Scientific Affairs Epidemiology and Statistics Unit; 2004. Available at: www.lungusa.org. Accessed Jul 30, 2006.
11. Centers for Disease Control and Prevention. Assessment of the effectiveness of the 2003-04 influenza vaccine among children and adults—Colorado, 2003. *MMWR* 2004;53:707-710.
12. Demicheli V, Rivetti D, Deeks JJ, Jefferson TO. Vaccines for preventing influenza in healthy adults. *Cochrane Database Syst Rev* 2004;3:CD001269.
13. Department of Health and Human Services. National Vaccine Injury Compensation Program: addition of trivalent influenza vaccines in the injury table. *Federal Register* 2005;70:19092-19093.
14. Haber P, DeStefano F, Angulo FJ, et al. Guillain-Barre syndrome following influenza vaccination. *JAMA* 2004;292:2478-2481.
15. Geier MR, Geier DA, Zahalsky AC. Influenza vaccination and Guillain Barre syndrome. *Clin Immunol* 2003;107:116-121.
16. Lasky T, Terracciano GJ, Magder L, et al. The Guillain-Barre syndrome and the 1992-1993 and 1993-1994 influenza vaccines. *N Engl J Med* 1998;339:1797-1802.
17. Schonberger LB, Bregman DJ, Sullivan-Bolyai JZ, et al. Guillain-Barre syndrome following vaccination in the National Influenza Immunization Program, United States, 1976-1977. *Am J Epidemiol* 1979;110:105-123.
18. Mutsch M, Zhou W, Rhodes P, et al. Use of the inactivated intranasal influenza vaccine and the risk of Bell's palsy in Switzerland. *N Engl J Med* 2004;350:896-903.
19. Zhou W, Pool V, DeStefano F, et al., and VAERS Working Group. A potential signal of Bell's palsy after parenteral inactivated influenza vaccines: reports to the Vaccine Adverse Event Reporting System (VAERS)—United States, 1991-2001. *Pharmacoepidemiol Drug Saf* 2004;13:505-510.
20. Mader R, Narendran A, Lewtas J, et al. Systemic vasculitis following influenza vaccination—report of 3 cases and literature review. *J Rheumatol* 1993;20:1429-1431.
21. Blumberg S, Bienfang D, Kantrowitz FG. A possible association between influenza vaccination and small-vessel vasculitis. *Arch Intern Med* 1980;140:847-848.
22. Yanai-Berar N, Ben-Itzhak O, Gree J, Nakhoul F. Influenza vaccination induced leukocytoclastic vasculitis and pauci-immune crescentic glomerulonephritis. *Clin Nephrol* 2002;58:220-223.
23. Geier MR, Geier DA. A case-series of adverse events, positive re-challenge of symptoms, and events in identical twins following hepatitis B vaccination: analysis of the Vaccine Adverse Event Reporting System (VAERS) database and literature review. *Clin Exp Rheumatol* 2004;22:749-755.
24. Schattner A. Consequence or coincidence? The occurrence, pathogenesis and significance of autoimmune manifestations after viral vaccines. *Vaccine* 2005;23:3876-3886.
25. Seal D, Ficker L, Wright P, Andrews V. The case against thimerosal. *Lancet* 1991;338:315-316.
26. Van't Veen AJ. Vaccines without thiomerosal: why so necessary, why so long coming? *Drugs* 2001; 61:565-572.
27. Heyworth MF, Truelove SC. Problems associated with the use of Merthiolate as a preservative in anti-lymphocytic globulin. *Toxicology* 1979;12:325-333.
28. Van Ken WG. Thiomerosal in gammaglobulins for pregnant travelers may not be safe for the fetus. *Ned Tijdschr Geneeskd* 1999;143:1934-1935.
29. Geier DA, Geier MR. A two-phased population epidemiological study of the safety of thimerosal-containing vaccines: a follow-up analysis. *Med Sci Monit* 2005;11(4):CR160-CR170.
30. Halsey NA. Limiting infant exposure to thimerosal in vaccines and other sources of mercury. *JAMA* 1999;282:1763-1766.
31. Ayoub DM, F. Yazbak FE. Influenza vaccination during pregnancy: a critical assessment of the recommendations of the Advisory Committee on Immunization Practices (ACIP). *J Am Phys Surg* 2006;11:41-47.
32. *Physician Desk Reference*, 59th Edition. Montvale, NJ: Thomson PDR; 2005; 1970-1973.
33. Hayden FG, Treanor JJ, Fritz RS, et al. Use of the oral neuraminidase inhibitor oseltamivir in experimental human influenza: randomized controlled trials for prevention and treatment. *JAMA* 1999; 282:1240-1246.
34. Treanor JJ, Hayden FG, Vrooman PS, et al. Efficacy and safety of the oral neuraminidase inhibitor oseltamivir in treating acute influenza: a randomized controlled trial. US Oral Neuraminidase Study Group. *JAMA* 2000;283:1016-1024.
35. Welliver R, Monto AS, Carewicz O, et al. Effectiveness of oseltamivir in preventing influenza in household contacts: a randomized controlled trial. *JAMA* 2001;285:748-754.
36. Monto AS, Robinson DP, Herlocher ML, et al. Zanamivir in the prevention of influenza among healthy adults: a randomized controlled trial. *JAMA* 1999;282:31-35.
37. Monto AS, Gunn RA, Bandyk MG, King CL. Prevention of Russian influenza by amantadine. *JAMA* 1979;241:1003-1007.
38. Dolin R, Reichman RC, Madore HP, et al. A controlled trial of amantadine and rimantadine in the prophylaxis of influenza A infection. *N Engl J Med* 1982;307:580-584.
39. Monto AS. The role of antivirals in the control of influenza. *Vaccine* 2003;21:1796-1800.
40. Ferguson NM, Cummings DA, Cauchemez S, et al. Strategies for containing an emerging influenza pandemic in Southeast Asia. *Nature* 2005;437:209-214.
41. Ferguson NM, Mallett S, Jackson H, Roberts N, Ward P. A population-dynamic model for evaluating the potential spread of drug-resistant influenza virus infections during community-based use of antivirals. *J Antimicrob Chemother* 2003;51:977-990.
42. Herlocher ML, Truscon R, Elias S, et al. Influenza viruses resistant to the antiviral drug oseltamivir: transmission studies in ferrets. *J Infect Dis* 2004;190:1627-1630.
43. Thompson WW, Shay DK, Weintraub E, et al. Mortality associated with influenza and respiratory syncytial virus in the United States. *JAMA* 2003;289:179-186.