## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                 )

**PAUL G. KING**, et al.,            )

                                )

                    Plaintiffs,    )      **CASE NO. 1:06CV01357**

                                )      JUDGE EMMET G. SULLIVAN

           v.                  )

                                )

**MICHAEL O. LEAVITT**,      )

Secretary, Health and Human Services   )

                                )

                    Defendants.   )
_____)

### ORDER DENYING MOTION TO DISMISS

Upon consideration of the pleadings filed herein and the oral arguments had thereon, it is

hereby Ordered that:

1.     Defendants' Motion to Dismiss is denied;

2.     Plaintiffs are entitled to conduct discovery on the issues involved in this case, and the parties shall present a discovery schedule to the Court within _____ days.  If agreement cannot be reached between the parties, then an immediate hearing will be scheduled to hear from the parties, and the Court will set the discovery schedule;

Date: _____

                         _____

                         EMMET G. SULLIVAN

                         UNITED STATES DISTRICT JUDGE