# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL G. KING**, et al., | |
| Plaintiffs, | **CASE NO. 1:06CV01357** |
| | JUDGE EMMET G. SULLIVAN |
| v. | |
| **MICHAEL O. LEAVITT**, Secretary, Health and Human Services | |
| Defendants. | |

### PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR A PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT THEREOF

Defendants have moved to dismiss the amended complaint on the grounds that the administrative action is not final and plaintiffs have not exhausted their administrative remedies, and in their Memorandum in support thereof, they have noted some objections to the Motion for a Preliminary Injunction.

With regard to the claims in the amended complaint that the defendants have violated 42 U.S.C. §300aa-27, there is no need to exhaust any administrative remedy, and violations of this section can and should be heard by this Court now.

The Plaintiffs' Motion for a Preliminary Injunction can and should be heard by this Court immediately under the jurisdiction that this Court has to enforce the "Mandate for safer childhood vaccines" under 42 U.S.C. §300aa-27.

Plaintiffs have filed a Memorandum of Points and Authorities in support of this Motion for Preliminary Injunction, Document #23.

Respectfully submitted,

s/ *Clifford J. Shoemaker*
Clifford J. Shoemaker
Shoemaker & Associates
Counsel for Plaintiffs
9711 Meadowlark Road
Vienna, VA 22182
703-281-6395
Fax 703-281-5807

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed this 23rd day of January, 2006.

s/ *Clifford J. Shoemaker*
Clifford J. Shoemaker