UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL G. KING, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-01357 (EGS) |
| MICHAEL O. LEAVITT, Secretary, Health and Human Services, *et. al.*, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION, AND MEMORANDUM IN SUPPORT, FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendants, Michael O. Leavitt, Secretary of Health and Human Services, and Andrew C. von Eschenbach, Commissioner, Food and Drug Administration, respectfully request an extension of time to reply to plaintiffs' opposition to defendants' motion to dismiss the amended complaint. Plaintiffs' opposition was filed on January 22, 2007, making defendants' reply due February 1 (five days under Local Rule 7(d) plus three days under F.R.Civ.P. 6(e)). Defendants seek an extension of time to February 9 to submit a reply. The grounds for this motion are the press of other matters, and a change in the FDA attorney assigned to this case.

**LOCAL RULE 7(m) CERTIFICATION**

In accordance with Local Rule 7(m), counsel for the government, Drake Cutini, has consulted with counsel for plaintiffs, Clifford Shoemaker, and plaintiffs' counsel consents to the government's requested extension. A proposed order reflecting this date is attached.

| Of Counsel: | Respectfully submitted, |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | _____/s/_____<br>DRAKE CUTINI |
| VERNESSA T. POLLARD<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>301-827-6535 | Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel:  202-307-0044<br>Fax:  202-514-8742 |

January 29, 2007