UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
PAUL G. KING, *et al.*,            )
                                    )
    Plaintiffs,            )
                                    )
v.                                  )        Civil Action No. 06-01357 (EGS)
                                    )
MICHAEL O. LEAVITT, Secretary,      )
  Health and Human Services, *et. al.*, )
                                    )
    Defendants.            )
_____)

**ORDER**

Upon consideration of defendants' unopposed motion for an extension of time to reply to plaintiffs' opposition to defendants' motion to dismiss the amended complaint, it is hereby

ORDERED that defendants' motion is granted, and defendants shall reply to the opposition to the motion to dismiss the amended complaint on or before February 9, 2007.

Date: _____

 

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE