UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL G. KING, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-1357 (EGS) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendants' motion to dismiss the amended complaint is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' motion for a preliminary injunction is **DENIED**; and it is

**FURTHER ORDERED** that plaintiffs' amended complaint is **DISMISSED without prejudice.**

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           March 1, 2007**