IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL G. KING**, et al., ) | |
| ) | |
| Plaintiffs, ) | **CASE NO. 1:06CV01357** |
| ) | JUDGE EMMET G. SULLIVAN |
| v. ) | |
| ) | |
| **MICHAEL O. LEAVITT**, ) | |
| Secretary, Health and Human Services ) | |
| ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF APPEAL

Notice is hereby given this 30th day of April, 2007 , that Plaintiffs hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 1st day of March, 2007 in favor of Defendants against said Plaintiffs.

Respectfully submitted,

s/ *Clifford J. Shoemaker*
Clifford J. Shoemaker
Shoemaker & Associates
Counsel for Plaintiffs
9711 Meadowlark Road
Vienna, VA 22182
703-281-6395
Fax 703-281-5807

**CLERK:** Please mail copies of the above Notice of Appeal to the following at the addresses indicated, if appropriate:

MICHAEL O. LEAVITT,
SECRETARY

    Department of Health and Human Services
    200 Independence Avenue, SW
    Washington, DC 20201

ANDREW C. VON ESCHENBACH, M.D.,
ACTING COMMISSIONER

    Food and Drug Administration (FDA)
    5600 Fishers Lane
    Rockville, MD 20857

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed this 30th day of April, 2007, thereby serving counsel for the Defendants:

Drake Cutini, Esquire
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

                                                               s/ *Clifford J. Shoemaker*
                                                               Clifford J. Shoemaker