# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5138**  **September Term, 2007**

06cv01357

**Filed On:**

Paul G. King, PH.D., Founder, Facility Automation
Management Engineering (FAME) Systems,
Individually ans as New Jersey Representative, et al.,
         Appellants

v.

Michael O. Leavitt, Secretary, Department of Health
and Human Services and Andrew Von Eschenbach,
M.D., Commissioner, Food and Drug Administration,
         Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 1 5 2007

CLERK

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:                       Deputy Clerk
ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

**BEFORE:** Sentelle, Randolph, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss or for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion to dismiss be denied. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). This court may affirm the district court's dismissal of the appellants' complaint on any ground that supports the judgment. See In re Swine Flu Immunization Prod. Liab. Litig., 880 F.2d 1439, 1444 (D.C. Cir. 1989). The issue of ripeness may be raised sua sponte. See Exxon Mobil Corp. v. FERC, — F. 3d —, 2007 WL 2141952 at *2 (D.C. Cir. 2007). "[S]ince ripeness is peculiarly a question of timing, it is the situation now rather than the situation at the time of the District Court's decision that must govern." See Pfizer Inc. v. Shalala, 182 F.3d 975, 980 (D.C. Cir. 1999) (quoting Regional Rail Reorganization Act Cases, 419 U.S. 102, 140 (1974)). On August 10, 2007, appellants submitted to the Food and Drug Administration ("FDA") a petition that, in effect, challenges the FDA's denial of appellants' 2004 citizen petition. Accordingly, appellants' district court challenge to that denial is not ripe for judicial review at this time. See Pfizer, 182 F.3d at 978 ("'[D]epending upon the agency's future actions . . . review now may turn out to have been unnecessary' and could deprive the agency of the opportunity to apply its expertise and to correct any mistakes it may have made.") (citation omitted). Because the complaint "cannot stand," the denial of the preliminary

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 07-5138**                                                **September Term, 2007**

injunction was proper.  See Pang-Tsu Mow v. Republic of China, 201 F.2d 195, 198 (D.C. Cir. 1953).

       Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

                                             **Per Curiam**